# Exhibit A

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL