# Exhibit B

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL