# Exhibit C

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL