# Exhibit D

# ENTIRE EXHIBIT SUBMITTED UNDER SEAL