| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| APPLE INC., | CASE NO. 3:17-cv-00108-GPC-MDD |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENDED BRIEFING SCHEDULE AND PAGE LIMITS** |
| v. | |
| QUALCOMM INCORPORATED, | |
| Defendant. | |

UPON THE JOINT MOTION of Plaintiff APPLE INC. and Defendant QUALCOMM INCORPORATED, pursuant to Civil Local Rules 7.1 and 7.2; and

IT APPEARING TO THE COURT that good cause exists for an extension of time for the parties to conduct motion practice and for an increase in page limits for the parties' briefing;

It is hereby ORDERED that:

**1. The schedule for Qualcomm to move, answer, or otherwise respond to Apple's Complaint, and for briefing on any Qualcomm motion, is as follows:**

- Qualcomm shall move, answer, or otherwise respond to Apple's Complaint on or before April 10, 2017;

- Should Qualcomm move:
    i. Apple's deadline to file its opposition to Qualcomm's motion shall be 60 days after the motion is filed, calculated pursuant to Fed. R. Civ. P. 6; and
    ii. Qualcomm's deadline to file its reply in support of its motion shall be 30 days after Apple's opposition is filed, calculated pursuant to Fed. R. Civ. P. 6.

**2. The page limits for any above-referenced motion briefing are as follows:**

- Qualcomm shall have up to 30 pages for its memorandum in support of any motion;
- Apple shall have up to 30 pages for its memorandum in opposition to any motion;
- Qualcomm shall have up to 12 pages for its reply memorandum in support of any motion.

IT IS SO ORDERED.

Dated: March 13, 2017

_____
Hon. Gonzalo P. Curiel
United States District Judge