Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070
Facsimile: (619) 678-5099

Attorneys for Plaintiff and Counterclaim Defendant
APPLE INC.

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone:  (858) 314-1200
Facsimile:  (858) 345-3178

Attorneys for Defendant and Counterclaim Plaintiff
QUALCOMM INCORPORATED

[*Additional counsel identified on signature page*]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　Defendant. | CASE NO.  3:17-cv-0108-GPC-MDD<br><br>**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENDED PLEADING AND BRIEFING SCHEDULE**<br><br>Judge:　　Hon. Gonzalo P. Curiel |

1
2  QUALCOMM INCORPORATED,
3         Counterclaim-Plaintiff,
4         v.
5  APPLE INC.,
6         Counterclaim-Defendant.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT MOTION FOR APPROVAL OF
STIPULATION REGARDING EXTENDED
PLEADING AND BRIEFING SCHEDULE

CASE NO. 3:17-cv-0108-GPC-MDD

Plaintiff and Counterclaim Defendant Apple Inc. ("Apple") and Defendant and Counterclaim Plaintiff Qualcomm Incorporated ("Qualcomm"), by and through their respective counsel, hereby jointly move for approval of the following stipulation:

**STIPULATION**

WHEREAS, on January 20, 2017, Apple filed a 97-page complaint ("Complaint") in this action;

WHEREAS, on April 10, 2017, Qualcomm filed its answer and defenses to Apple's Complaint and filed 89-page Counterclaims ("Counterclaims") against Apple;

WHEREAS, Apple's deadline to amend its Complaint is currently May 1, 2017, pursuant to Fed. R. Civ. P. 15(a)(1)(B);

WHEREAS, Apple's deadline to move, answer or otherwise respond to the Counterclaims is currently May 1, 2017, pursuant to Fed. R. Civ. P. 12(a)(1);

WHEREAS, extending the deadline for Apple to amend its Complaint, as well as the deadline for Apple's answer or motion and the responsive briefing on any such motion, will allow Apple and Qualcomm to more fully consider and, if needed, brief the issues raised in the Counterclaims;

WHEREAS, the parties have conferred, and both Apple and Qualcomm desire to extend the schedule such that Apple's deadline to amend its Complaint, if at all, shall be extended 30 days (51 days total) to May 31, 2017;

WHEREAS, the parties have conferred, and both Apple and Qualcomm desire to extend the schedule such that Apple's deadline to move, answer or otherwise respond to the Counterclaims shall be extended 30 days (51 days in total) to May 31, 2017;

WHEREAS, the parties have conferred, and both Apple and Qualcomm desire to extend the motion briefing schedule, should Apple file such a motion, such that (i) Qualcomm's deadline to file its opposition to any Apple motion shall

be 51 days after Apple's motion is filed, and (ii) Apple's deadline to file its reply in support of any motion shall be 25 days after Qualcomm's opposition is filed, with dates to be calculated pursuant to Fed. R. Civ. P. 6;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, subject to approval of the Court:

1. Apple shall amend its Complaint, if at all, by May 31, 2017.

2. The schedule for Apple to move, answer, or otherwise respond to Qualcomm's Counterclaims, and for briefing on any Apple motion, is as follows:

- Apple shall move, answer, or otherwise respond to Qualcomm's Counterclaims on or before May 31, 2017;
- Should Apple move:
    i. Qualcomm's deadline to file its opposition to Apple's motion shall be 51 days after the motion is filed, calculated pursuant to Fed. R. Civ. P. 6; and
    ii. Apple's deadline to file its reply in support of its motion shall be 25 days after Qualcomm's opposition is filed, calculated pursuant to Fed. R. Civ. P. 6.

IT IS SO STIPULATED.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Dated: April 24, 2017

Respectfully submitted,

By: s/ *William A. Isaacson*

William A. Isaacson (DC Bar No. 414788; *pro hac vice*)
wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520; *pro hac vice*)
kdunn@bsfllp.com
**BOIES, SCHILLER & FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Juanita R. Brooks (SBN 75934)
brooks@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070
Facsimile: (619) 678-5099

Ruffin B. Cordell (DC Bar No. 445801; *pro hac vice*)
cordell@fr.com
Lauren A. Degnan (DC Bar No. 452421; *pro hac vice*)
degnan@fr.com
**FISH & RICHARDSON P.C.**
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

***Attorneys for Plaintiff and Counterclaim Defendant*** **APPLE INC.**

By: s/ *Karen P. Hewitt*

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651 )
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENDED PLEADING AND BRIEFING SCHEDULE -4- CASE NO. 3:17-cv-0108-GPC-MDD

| | |
|---|---|
| 1 | |
| 2 | Alexander Rudis (*pro hac vice*)<br>(N.Y. Bar No. 4232591)<br>alexanderrudis@quinnemanuel.com<br>51 Madison Ave., 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100 |
| 3 | |
| 4 | |
| 5 | |
| 6 | Sean S. Pak (SBN 219032)<br>seanpak@quinnemanuel.com<br>50 California St., 22nd Floor<br>San Francisco, CA 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700 |
| 7 | |
| 8 | |
| 9 | ***Attorneys for Defendant and Counterclaim Plaintiff***<br>**QUALCOMM INCORPORATED** |
| 10 | |

JOINT MOTION FOR APPROVAL OF
STIPULATION REGARDING EXTENDED
PLEADING AND BRIEFING SCHEDULE

-5-

CASE NO. 3:17-cv-0108-GPC-MDD

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By:  s/ *Karen P. Hewitt*

NAI-1502662560v1