UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | CASE NO. 3:17-cv-0108-GPC-MDD <br><br> **ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING EXTENDED PLEADING AND BRIEFING SCHEDULE** |
| QUALCOMM INCORPORATED, <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> APPLE INC., <br><br> Counterclaim-Defendant. | |

UPON THE JOINT MOTION of Plaintiff and Counterclaim-Defendant APPLE INC. and Defendant and Counterclaim-Plaintiff QUALCOMM INCORPORATED, pursuant to Civil Local Rules 7.1, 7.2, 12.1, and 15.1; and

IT APPEARING TO THE COURT that good cause exists for an extension of time for Apple to amend its Complaint, if at all, for Apple to move,

answer or otherwise respond to Qualcomm's Counterclaims, and for the parties to conduct motion practice;

It is hereby ORDERED that:

**1. Apple shall amend its Complaint, if at all, by May 31, 2017.**

**2. The schedule for Apple to move, answer, or otherwise respond to Qualcomm's Counterclaims, and for briefing on any Apple motion, is as follows:**

- Apple shall move, answer, or otherwise respond to Qualcomm's Counterclaims on or before May 31, 2017;
- Should Apple move:
    i. Qualcomm's deadline to file its opposition to Apple's motion shall be 51 days after the motion is filed, calculated pursuant to Fed. R. Civ. P. 6; and
    ii. Apple's deadline to file its reply in support of its motion shall be 25 days after Apple's opposition is filed, calculated pursuant to Fed. R. Civ. P. 6.

IT IS SO ORDERED.

Dated: April 24, 2017

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge