1  Juanita R. Brooks, SBN 75934, brooks@fr.com
2  Seth M. Sproul, SBN 217711, sproul@fr.com
   Fish & Richardson P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Phone:  619-678-5070 / Fax: 619-678-5099
5
6  Ruffin B. Cordell, appearing pro hac vice, cordell@fr.com
   Lauren A. Degnan, appearing pro hac vice, degnan@fr.com
7  Fish & Richardson P.C.
   The McPherson Building
8  901 15th Street, N.W., 7th Floor
   Washington, D.C.  20005
9  Phone:  858-678-5070 / Fax:
10
11 William A. Isaacson, appearing pro hac vice, wisaacson@bsfllp.com
   Karen L. Dunn, appearing pro hac vice, kdunn@bsfllp.com
12 Boies, Schiller & Flexner LLP
   1401 New York Avenue, N.W.
13 Washington, DC 20005
   Phone: 202-237-2727 / Fax: 202-237-6131
14
15
16 Attorneys for Plaintiff Apple Inc.
17            UNITED STATES DISTRICT COURT
18          SOUTHERN DISTRICT OF CALIFORNIA
19
20 APPLE INC.,                         Case No. 3:17-CV-00108-GPC-MDD
21            Plaintiff,
                                       NOTICE OF CHANGE OF ADDRESS
22       v.
23 QUALCOMM INCORPORATED,
24
              Defendant.
25
26 AND RELATED COUNTERCLAIMS.
27
28

1   TO THE COURT AND ALL PARTIES:

2        PLEASE TAKE NOTICE that as of the date of this document, Ruffin B.

3   Cordell, Lauren A. Degnan and Leah A. Edelman of the Washington D.C. office of

4   Fish & Richardson P.C., have changed their address for service of notices and

5   documents.  The new address for the attorneys listed is now:

6              The McPherson Building
               901 15th Street, N.W., 7th Floor
7              Washington, D.C.  20005

8

9        Telephone numbers and email addresses remain the same.   Any and all

10  notices and documents regarding this action should now be sent to the above

11  address.

12

13   Dated:  April 26, 2017              FISH & RICHARDSON P.C.

14

15                                       By:   *s/ Seth M. Sproul*
                                               Seth M. Sproul, SBN 217711
16                                             sproul@fr.com
                                               12390 El Camino Real
17                                             San Diego, CA 92130
                                               Phone:  858-678-5070
18                                             Fax: 858-678-5099

19

20                                       Attorneys for *Plaintiff Apple Inc.*

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 26, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:  April 26, 2017

/s/ *Seth M. Sproul*
 Seth M. Sproul
 sproul@fr.com

Case No. 3:17-CV-00108-GPC-MDD