Juanita R. Brooks (SBN 75934)
brooks@fr.com
Seth M. Sproul (SBN 217711)
sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:    (619) 678-5070
Facsimile:     (619) 678-5099

Ruffin B. Cordell (DC Bar No. 445801; admitted pro hac vice)
cordell@fr.com
Lauren A. Degnan (DC Bar No. 452421; admitted pro hac vice)
degnan@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:    (202) 783-5070
Facsimile:     (202) 783-2331

William A. Isaacson (DC Bar No. 414788; admitted pro hac vice)
wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520; admitted pro hac vice)
kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:     (202) 237-6131

[*Additional counsel identified on signature page*]

Attorneys for Plaintiff Apple Inc.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>                    Plaintiff,<br><br>          vs.<br><br>QUALCOMM INCORPORATED,<br><br>  Defendant. | Case No. 17-cv-0108-GPC-MDD<br><br>**COUNTERCLAIM-DEFENDANT APPLE INC.'S REDACTED ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**JURY TRIAL DEMANDED** |

QUALCOMM INCORPORATED,

       Counterclaim-Plaintiff,

   vs.

APPLE INC.,

       Counterclaim-Defendant.

# TABLE OF CONTENTS

ANSWER .................................................................................................................1

COUNT I ...............................................................................................................59

(Tortious Interference with Qualcomm's License Agreements

with the Contract Manufacturers)..........................................................................59

COUNT II ..............................................................................................................64

(Declaration That Qualcomm's License Agreements with the Contract Manufacturers Do Not

Violate Qualcomm's FRAND Commitments to ETSI) ..........................................64

COUNT III .............................................................................................................68

(Declaration That Qualcomm's License Agreements with the Contract Manufacturers Do Not

Violate Competition Law) .....................................................................................68

COUNT IV .............................................................................................................71

(Declaration That Qualcomm has Satisfied and Discharged Its FRAND Commitments to ETSI

with Respect to Apple) ..........................................................................................71

COUNT V ..............................................................................................................74

(Breach of the Statement of Work, dated February 28, 2013) ..............................74

COUNT VI .............................................................................................................75

(Breach of the Business Cooperation and Patent Agreement) ..............................75

COUNT VII ............................................................................................................76

(Breach of Implied Covenant of Good Faith and Fair Dealing) ...........................76

COUNT VIII ..........................................................................................................77

(Unjust Enrichment) ..............................................................................................77

COUNT IX .............................................................................................................77

(Declaration That Qualcomm Is Released from Any Obligation to Make Further Payments Under

the Cooperation Agreement) ..................................................................................77

COUNT X ..............................................................................................................78

(Violations of California Unfair Competition Law)...............................................78

COUNT XI .............................................................................................................79

(Breach of the Master Software Agreement) .........................................................79

ANSWER TO PRAYER FOR RELIEF ...............................................................80

AFFIRMATIVE DEFENSES ................................................................................81

PRAYER FOR RELIEF ........................................................................................87

# ANSWER

Plaintiff Apple Inc. ("Apple") by its undersigned counsel, hereby answers Qualcomm Incorporated's ("Qualcomm's") First Amended Counterclaims for Damages, Declaratory Judgment, and Injunctive Relief (the "Counterclaims") and asserts its affirmative defenses.

Except as otherwise expressly set forth below, Apple denies each and every allegation contained in the Counterclaims, including without limitation the Table of Contents, headings, sub-headings, footnotes, diagrams, and tables contained in the Counterclaims, on grounds which include:

- The Counterclaims are premised on Qualcomm's extortionate scheme to restrict competition and demand exorbitant royalty payments. The payments Qualcomm demands in its Counterclaims are far greater than its waning technological contributions to cellular connectivity. Qualcomm instead seeks to profit from Apple's ongoing innovations with the iPhone and iPad.

- Qualcomm's Counterclaims demonstrate why it is being investigated by governments around the world for anticompetitive practices. The counterclaims expressly target another competitor, Intel, who dared to try and compete with Qualcomm, along with Apple, who agreed to permit such competition. Qualcomm's *modus operandi* is to accuse others of illegal acts as a means of distraction from its own anticompetitive conduct.

- Qualcomm's Counterclaims even try to justify a gag order that obstructs government investigations of Qualcomm's illegal acts, including demands that Apple change its statements to law-enforcement authorities.

- Qualcomm seeks a declaration requiring payments for its SEPs at excessive and above-FRAND rates, but does so without identifying those patents, or showing that they are valid, infringed by Apple, and not

exhausted. Qualcomm demands a declaration of a right to royalties, but does not want to expose those patents to challenge in this Court.

Apple specifically denies liability to Qualcomm, or that Qualcomm has suffered any legally cognizable damage for which Apple is responsible. Apple expressly reserves the right to amend and/or supplement its answer and defenses.

Subject to the foregoing, Apple states as follows:

To the extent any response is required to the preamble and Footnote 2, Apple admits that Qualcomm owns and operates, directly or indirectly, Qualcomm Technology Licensing ("QTL"); Qualcomm Technologies Inc. ("QTI"); and Qualcomm CDMA Technologies ("QCT"), among others. Apple further states that these entities and other relevant Qualcomm entities should be treated as a single entity, as explained, for example, in Paragraphs 15, 339, and 340 of Apple's Complaint. Apple is otherwise without knowledge or information sufficient to form a belief as to the truth of the allegations in the preamble and Footnote 2, and therefore denies the allegations in the preamble and Footnote 2.

1. Apple denies the allegations and characterizations in Paragraph 1. To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the number of cellular device suppliers that have license agreements with Qualcomm, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore denies the allegations in Paragraph 1.

2. Apple admits that Apple designs and sells cellular-enabled devices, that Apple is a profitable company, and that Apple's iPhones and other products are commercially successful, but states that Apple's and its products' commercial success are due to Apple's own creative achievement, technical innovation, differentiated technology, and astute business development. Except as specifically admitted, Apple denies the allegations and characterizations contained in Paragraph 2.

3. Apple denies the allegations and characterizations in Paragraph 3.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

4.     Apple admits that Qualcomm has entered into certain agreements with Apple contract manufacturers ("CMs"), but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests those CMs' willingness to show Apple those agreements. Apple refers to its April 25, 2017, correspondence for its contents and context. Apple admits that it has not remitted funds to Apple CMs for royalty payments for the quarter ending March 31, 2017, due to Qualcomm's refusal to license on a fair, reasonable, and non-discriminatory basis. Apple further refers to the Business Cooperation and Patent Agreement ("BCPA"), the Master Software Agreement ("MSA"), and Apple's public statements for their contents. Apple admits that it identifies technical specifications for its products and chooses feature sets according to its own business judgment. To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the number of Qualcomm licensees and the royalties that they allegedly pay, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies the allegations in Paragraph 4. Except as specifically admitted, Apple denies the allegations and characterizations contained in Paragraph 4.

5.     Apple denies the allegations and characterizations in Paragraph 5.

6.     Apple denies the allegations and characterizations in Paragraph 6, but states that Qualcomm purports to seek relief through its Counterclaims.

7.     Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Apple admits that Qualcomm has alleged that it owns patents that supposedly reflect valuable cellular technologies, but Qualcomm has not proven such allegations, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations relating to Qualcomm's patent portfolio in Paragraph 7, and therefore denies the allegations and characterizations in Paragraph 7. To the extent

that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the number of patents and patent applications Qualcomm owns, the reasons for such ownership, or Qualcomm's R&D spending and efforts, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies the allegations and characterizations in Paragraph 7. Except as specifically admitted, Apple denies the allegations and characterizations contained in Paragraph 7.

8.     Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Apple admits that Qualcomm has made claims regarding the scope of its alleged inventions, but has not proven such allegations, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 8 and therefore denies them. In addition, to the extent that this paragraph purports to describe matters outside Apple's knowledge and control, such as the nature of third party apps, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 8 and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 8.

9.     Apple admits that Qualcomm has declared patents as allegedly essential to cellular standards and to other standards, but has not proven such allegations, as is its burden. Apple further admits that Qualcomm owns and operates, directly or indirectly, Qualcomm Technology Licensing ("QTL"). Apple further states that these entities and other relevant Qualcomm entities should be treated as a single entity, as explained, for example, in Paragraphs 16, 583, and 589 of Apple's First Amended Complaint. To the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as its licensing activities and the number of cellular device suppliers that have license agreements with Qualcomm. Apple is

1   without knowledge or information sufficient to form a belief as to the truth of those

2   allegations in Paragraph 9, and therefore denies them. In addition, to the extent that

3   this paragraph purports to describe matters outside Apple's knowledge and control,

4   such as activities of third parties, Apple is without knowledge or information sufficient

5   to form a belief as to the truth of those allegations in Paragraph 9 and therefore denies

6   them. Except as specifically admitted, Apple denies the allegations and

7   characterizations in Paragraph 9.

8        10.    Apple admits that Qualcomm owns and operates, directly or indirectly,

9   Qualcomm Technologies Inc. ("QTI") and Qualcomm CDMA Technologies

10   ("QCT"), among others. Apple further admits that QTI, which is operated by QCT,

11   sells baseband processor chipsets. Apple further states that these entities and other

12   relevant Qualcomm entities should be treated as a single entity, as explained, for

13   example, in Paragraphs 16, 583, and 589 of Apple's First Amended Complaint. Apple

14   further admits that Apple purchases Qualcomm components and pays to its CMs

15   license fees charged by Qualcomm for its alleged intellectual property for use in the

16   making and operating of cellular devices. Apple is without knowledge or information

17   sufficient to form a belief as to the truth of the remaining allegations and

18   characterizations in Paragraph 10, including allegations relating to licensees other than

19   Apple, and therefore denies the remaining allegations and characterizations in

20   Paragraph 10.

21        11.    Apple admits that Apple pays its CMs license fees that Qualcomm

22   charges the CMs in addition to monies paid for the cost of Qualcomm components.

23   Apple is without knowledge or information sufficient to form a belief as to the truth

24   of the remaining allegations and characterizations in Paragraph 11, including

25   allegations relating to Qualcomm licensees other than Apple, and therefore denies the

26   remaining allegations and characterizations in Paragraph 11.

27        12.    Apple admits that Apple designs and sells cellular-enabled devices, that

28   Apple is a profitable company, and that Apple's iPhones and other products are

commercially successful, but states that Apple's and its products' commercial success are due to Apple's own creative achievement, technical innovation, differentiated technology, and astute business development. To the extent that this paragraph purports to describe matters outside Apple's knowledge and control, such as the money and influence possessed by "many countries," Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 12 and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations contained in Paragraph 12.

13.    Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Apple admits that Qualcomm has alleged that it owns patents that supposedly reflect valuable cellular technologies but Qualcomm has not proven such allegations, as is its burden. To the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as its research and development efforts and timing thereof, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 13.

14.    Apple admits that, in 2007, when it first released the iPhone, Qualcomm required licensing fees for using the non-Qualcomm-made chipsets in that iPhone. Apple further admits that Qualcomm has entered into confidential licenses with specific Apple CMs, the third-party manufacturers who make and assemble Apple products. Apple further admits that Qualcomm has previously ostensibly offered a direct license, but such offers have never been on fair, reasonable, and non-discriminatory ("FRAND") terms, or offered as a direct license on a patent-by-patent basis. Apple further refers to Paragraphs 72-76 of its First Amended Complaint for their contents and admits the allegations in Paragraph 14 insofar as they are

commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 14.

15.    Apple admits that Qualcomm has entered into confidential licenses with specific Apple CMs, and the CMs pass on those fees to Apple. Apple further admits that Apple and Qualcomm have periodically discussed a direct license, but states that Qualcomm's direct-license proposals have not complied with its FRAND obligations. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 15.

16.    Apple admits that Qualcomm had preexisting agreements with at least some Apple CMs before Apple released the first iPhone, but states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple also refers to its Complaint, and the allegations regarding Qualcomm's monopolistic conduct and market power therein, for its contents. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the execution dates, terms, and performance of certain license agreements with Qualcomm. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 16, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 16.

17.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 17, and therefore denies them.

18.    Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

the documents referenced in Paragraph 18, and therefore denies those allegations and characterizations. Apple admits that the royalties it pays to the CMs, which Apple understands are passed on to Qualcomm, are charged as a percentage of the net selling price of the Apple cellular devices sold by the CMs to Apple, but states that such royalties are not FRAND. As such, Apple admits that the non-FRAND royalties the CMs have paid for each Apple device are less than the selling price of that device. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the terms of agreements Qualcomm has with others. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 18, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 18.

19.    Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information to form a belief as to the truth of the allegations regarding the documents referenced in Paragraph 19, and therefore denies those allegations and characterizations. Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 19, and therefore denies them.

20.    Apple admits that from late 2014 through early 2017 it discussed a direct license agreement with Qualcomm, however, Apple states that Qualcomm's direct-license proposals have not complied with Qualcomm's obligation to offer licenses on FRAND terms. Apple further refers to the July 15, 2016 correspondence for its contents and admits the allegations in Paragraph 20 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 20.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

21. Apple refers to the September 13, 2016 and January 20, 2017 correspondence for their contents and admits the allegations in Paragraph 21 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 21.

22. Apple refers to the litigation proceedings involving Samsung for their contents, but specifically denies that the Samsung litigation provides any appropriate comparison or benchmark. Apple incorporates by reference its response to Paragraph 81. Apple denies the allegations and characterizations in Paragraph 22.

23. Apple denies the allegations and characterizations in Paragraph 23.

24. Apple admits that it has initiated litigation or other judicial proceedings against Qualcomm in China, the United Kingdom, Taiwan, and Japan. Apple admits that it previously filed claims against Nokia and Samsung and refers to those other judicial proceedings for context and content. To the extent that this paragraph purports to describe matters outside Apple's knowledge and control, such as the wealth of every other company in the world, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 24.

25. Apple denies the allegations and characterizations in Paragraph 25.

26. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Apple has withheld payment from its CMs and advised the CMs that the withheld funds were a direct result of the dispute between Apple and Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm. Apple refers to its April 25, 2017, correspondence for its contents and context. Apple refers to the BCPA for its contents. Apple further states that Paragraph 26 contains legal conclusions to which no response

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

1  is required. Except as specifically admitted, Apple denies the allegations and

2  characterizations in Paragraph 26.

3       27.    Apple admits that, in early 2017, it withheld a total of approximately

4  ██████████ from Apple's January payments to certain of its contract manufacturers,

5  in an amount covering BCPA payments Qualcomm withheld from Apple in three

6  quarters in 2016. Apple did not direct the CMs to withhold any payment from

7  Qualcomm. Apple further states that Paragraph 27 contains legal conclusions to which

8  no response is required. Except as specifically admitted, Apple denies the allegations

9  and characterizations in Paragraph 27.

10       28.    Apple admits that, in 2017, it has initiated litigation or other judicial

11  proceedings against Qualcomm in several international jurisdictions as well as the

12  United States. Apple states that Apple has withheld payment from its CMs and advised

13  the CMs that the withheld funds were a direct result of the dispute between Apple and

14  Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm.

15  Apple refers to its April 25, 2017, correspondence for its contents and context. Apple

16  admits that it has not remitted funds to Apple CMs for royalty payments for the quarter

17  ending March 31, 2017, due to Qualcomm's refusal to license on a fair, reasonable,

18  and non-discriminatory basis. Apple further refers to Paragraphs 72-118 of its First

19  Amended Complaint for their contents and admits the allegations in Paragraph 28

20  insofar as they are commensurate with the allegations in those paragraphs. Except as

21  specifically admitted, Apple denies the allegations and characterizations in Paragraph

22  28.

23       29.    Apple states that Apple has withheld payment from its CMs and advised

24  the CMs that the withheld funds were a direct result of the dispute between Apple and

25  Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm.

26  Apple has entered into agreements with each of the Apple CMs in which, among other

27  things, each party agreed to indemnify the other under certain circumstances,

28  according to the terms and conditions of those contracts. Apple denies that its

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

agreements with the Apple CMs were entered into for the purposes suggested by Qualcomm in this Paragraph or demonstrate any intent to influence the Apple CMs' compliance with their contracts with Qualcomm. Apple denies the remaining allegations and characterizations in Paragraph 29.

30.     Apple denies the allegations and characterizations in Paragraph 30.

31.     Apple states that Paragraph 31 contains legal conclusions to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 31.

32.     Apple refers to the transcripts of its earnings calls, available at http://www.nasdaq.com/symbol/aapl/call-transcripts, for their contents and context, and admits the allegations in Paragraph 32 insofar as they are commensurate with those transcripts. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements. On that basis, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 32 regarding the terms and duration of Qualcomm's contracts with Apple's CMs, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 32.

33.     Apple denies the allegations and characterizations in Paragraph 33.

34.     Apple refers to the Business Cooperation and Patent Agreement ("BCPA") for its contents. Apple denies the remaining allegations and characterizations in Paragraph 34.

35.     To the extent that this paragraph implicates legal conclusions, no response is required. Apple refers to the BCPA for its contents and admits the allegations in Paragraph 35 insofar as they are commensurate with the BCPA. Except as specifically admitted, Apple denies the allegations and characterizations in

Paragraph 35.

36.     Apple refers to the BCPA for its contents and admits the allegations in Paragraph 36 insofar as they are commensurate with the BCPA. To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as its expectations under the BCPA, Apple is without knowledge or information sufficient to form a belief as to the truth of such allegations and characterizations in Paragraph 36, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 36.

37.     Apple refers to the BCPA and its statements to the KFTC for their contents and admits the allegations in Paragraph 37 insofar as they are commensurate with the BCPA and those statements. Apple further states that products using Intel baseband processor chipsets were not released until September 2016. Apple further states that it never hid from the KFTC that it intended to add Intel as a chipset provider with its late 2016 product releases, and expressly disclosed this fact in other submissions to the KFTC, and specifically denies that its statement was misleading. Apple denies the remaining allegations and characterizations in Paragraph 37.

38.     Apple refers to the parties' written correspondence for its contents and admits the allegations in Paragraph 38 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 38.

39.     Apple refers to the parties' written correspondence for its contents. Apple denies the remaining allegations and characterizations in Paragraph 39.

40.     Apple admits that some versions of Apple's iPhone 7 and iPhone 7 Plus incorporate Qualcomm baseband processor chipsets, while others incorporate Intel baseband processor chipsets. Apple admits that it identifies technical specifications for its products and chooses feature sets according to its own business judgment. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 40.

1   41.     Apple refers to its recorded public statements for their contents. Apple

2   admits that it identifies technical specifications for its products and chooses feature

3   sets according to its own business judgment. Apple further states that Paragraph 41

4   contains legal conclusions to which no response is required. Except as specifically

5   admitted, Apple denies the allegations and characterizations in Paragraph 41.

6   42.     Apple refers to the Statement of Work, effective February 28, 2013,

7   ("2013 SOW") and the parties' correspondence for their contents. ████████████

8   ████████████████████████████████████████████████████████

9   ████████████████████████████████████████████████████████

10  ████████████████████████████.  Apple further states that Qualcomm has

11  disputed this figure. Except as specifically admitted, Apple denies the allegations and

12  characterizations in Paragraph 42.

13  43.     Apple refers to the MSA for its contents. Apple refers to its First

14  Amended Complaint, including, for example Paragraphs 575-92, for its contents and

15  admits the allegations in Paragraph 43 insofar as they are commensurate with the

16  allegations in those paragraphs. Apple refers to the proceedings in the United

17  Kingdom, China, Japan, and Taiwan for their contents and admits the allegations in

18  Paragraph 43 insofar as they are commensurate with those proceedings. Apple admits

19  that Qualcomm's baseband processor chipsets require software for operation. Except

20  as specifically admitted, Apple denies the allegations and characterizations in

21  Paragraph 43.

22  44.     Apple denies the allegations and characterizations in Paragraph 44.

23  45.     Apple denies the allegations and characterizations in Paragraph 45.

24  46.     Apple refers to the BCPA, the 2013 SOW, and the MSA for their

25  contents. Apple denies the remaining allegations and characterizations in Paragraph

26  46, except states that Qualcomm purports to describe the relief that it seeks.

27  47.     Apple admits that Qualcomm is a Delaware corporation with its principal

28  place of business at 5774 Morehouse Drive, San Diego, California. Apple further

---

13

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

admits that Qualcomm purports to own patents and patent applications around the world that it claims relate to cellular and other technologies and that it derives a substantial portion of its revenues from licensing its intellectual property, and that QTC sells baseband processor chipsets. Apple further states that these entities and other relevant Qualcomm entities should be treated as a single entity, as explained, for example, in Paragraphs 16, 583, and 589 of Apple's First Amended Complaint. To the extent not specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 47, and therefore denies them.

48.    Apple admits that it is a California corporation with its principal place of business at 1 Infinite Loop, Cupertino, California, and that it designs, markets, and sells cellular-enabled devices throughout the world that are compatible with the 2G, 3G, and 4G cellular standards. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 48.

49.    Apple states that Paragraph 49 contains legal conclusions to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 49, except states that it purports to describe Qualcomm's claims for relief.

50.    Apple admits the allegations in Paragraph 50.

51.    Apple admits the allegations in Paragraph 51.

52.    Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 52, and therefore denies them.

53.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 53, and therefore denies them.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

54.     Apple admits that cell phones deliver voice and data service and mobile computing to many consumers around the world. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 54, and therefore denies them.

55.     Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 55.

56.     Apple denies the allegations and characterizations in Paragraph 56.

57.     Apple admits that cellular communications are constrained by the radio spectrum over which voice and data can travel, which Apple agrees is an invisible and physical resource. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 57, and therefore denies them.

58.     Apple admits that carriers and handset users have expectations regarding cellular communications performance. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 58, and therefore denies them.

59.     Apple admits that cellular communications technology, like all technology, poses certain engineering challenges. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore denies them.

60.     Apple admits that engineers in cellular communications technology develop solutions regarding, inter alia, how information travels over the available radio spectrum, including addressing how cellular devices interact with cellular networks, and vice versa. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore denies them.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

61.    Apple admits that cellular communications technology, like all technology, poses certain engineering challenges. Apple denies that the iPhone depends critically on any technology of Qualcomm or any other company. Except as specifically admitted or denied, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 61 and therefore denies them.

62.    To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the number of years that Qualcomm has been in business, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore denies them. Apple otherwise denies the allegations and characterizations in Paragraph 62.

63.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations relating to the number of engineers Qualcomm employs and the dollars it has invested in R&D, and therefore denies those allegations. Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 63.

64.    Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as Qualcomm's internal development projects, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 64.

65.    Apple denies the allegations and characterizations in Paragraph 65.

66.    Apple admits that the 3rd Generation Partnership Project ("3GPP") is a partnership among seven telecommunications standard setting organizations ("SSOs"). Apple refers to Paragraphs 30-31 of the First Amended Complaint for their

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

contents and admits the allegations in Paragraph 66 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 at this time, and therefore denies them.

67.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 67 at this time, and therefore denies them.

68.   Apple refers to Paragraphs 30-31 of the First Amended Complaint for their contents and admits the allegations in Paragraph 68 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 68 at this time, and therefore denies them.

69.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 69 at this time, and therefore denies them.

70.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 at this time, and therefore denies them.

71.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 at this time, and therefore denies them.

72.   Apple refers to Paragraph 54 of its First Amended Complaint for its contents and admits the allegations in Paragraph 72 insofar as they are commensurate with the allegations in this paragraph. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 72 at this time, and therefore denies them.

73.   Apple refers to Paragraph 54 of its First Amended Complaint for its contents and admits the allegations in Paragraph 73 insofar as they are commensurate

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

with the allegations in this paragraph. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 73 at this time, and therefore denies them.

74.     Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 74 at this time, and therefore denies them.

75.     Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 75 at this time, and therefore denies them.

76.     Apple refers to Paragraph 56 of its First Amended Complaint for its contents and admits the allegations in Paragraph 76 insofar as they are commensurate with the allegations in this paragraph. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore denies them.

77.     Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 77 at this time, and therefore denies them.

78.     Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 at this time, and therefore denies them.

79.     Apple admits that according to public reports Qualcomm acquired Flarion Technologies in 2006. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 79 at this time, and therefore denies them.

80.     Apple refers to Paragraph 56 of its First Amended Complaint for its contents and admits the allegations in Paragraph 80 insofar as they are commensurate with the allegations in this paragraph. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

allegations in Paragraph 80 at this time, and therefore denies them.

81.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 at this time, and therefore denies them

82.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 at this time, and therefore denies them.

83.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 at this time, and therefore denies them.

84.    Apple admits that Qualcomm contributed to the development of standards related to how cellular phones connect to voice and data networks. Apple refers to the transcript of its Q2 2016 earnings call for its contents and context, and admits the allegations in Paragraph 84 insofar as they are commensurate with the statements in that transcript. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 84.

85.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 at this time, and therefore denies them.

86.    Apple admits that Qualcomm purports to own patents that it claims are relevant to cellular technology. Apple admits that Qualcomm has offered to license its portfolio of patents to Apple on terms that were not FRAND and has licenses with Apple's CM that are also not FRAND. Apple refers to Paragraphs 74-77 and 122 of its First Amended Complaint for additional information regarding these offers and licenses. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 86.

87.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the number of patents Qualcomm owns or the reasons for such ownership, and therefore denies this allegation. To the extent this paragraph implicates legal conclusions, no response is required. Apple admits that Qualcomm has declared patents as allegedly essential to cellular standards and to other standards, but has not proven such allegations, as is its burden. Apple admits that

Qualcomm has alleged that it owns patents that are not essential to any industry standards but supposedly reflect valuable non-standardized technologies, but Qualcomm has not proven such allegations, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and characterizations in Paragraph 87, and therefore denies them.

88.     Apple refers to Paragraphs 30-36 of its First Amended Complaint for their contents and admits the allegations in Paragraph 88 insofar as they are commensurate with the allegations in these paragraphs. To the extent that this paragraph implicates legal conclusions, no response is required. Given Qualcomm's failure to prove that any of its patents are practiced by modem chips, other components, combinations of components, complete cellular devices, cellular devices interacting with a network, or the network itself, as is its burden, Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and characterizations in Paragraph 88, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 88.

89.     Apple admits that a non-standard-essential patent is not necessary to practice any technical standard, and may relate to functionality implemented in cellular devices, base stations, and/or networks. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding the number of non-standard-essential patents Qualcomm owns or the reasons for such ownership, and therefore denies these allegations. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 89.

90.     Apple admits that there are risks associated with any investment in research and development; research and development efforts may be costly and fail to achieve their desired results, fail to achieve commercial success, or achieve commercial success long after the technology is developed. Except as specifically

admitted, Apple denies the allegations and characterizations in Paragraph 90.

91.    Apple admits that the risks associated with investment in research and development also apply to cellular technologies, including research and development of cellular standards such as UMTS and LTE. Apple admits that not all cellular technology developed is included in the cellular standards. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 91.

92.    Apple admits that cellular standards are generally determined before mobile devices implementing those standards are available to downstream consumers. Apple refers to Paragraphs 30-36 of its First Amended Complaint for their contents and admits the allegations in Paragraph 92 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 92.

93.    Apple refers to Paragraphs 30-43 of its First Amended Complaint for their contents and admits the allegations in Paragraph 93 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 93.

94.    Apple admits that according to ETSI's website, www.etsi.org/membership, ETSI purports to have over 800 members from 68 countries across five continents. Apple refers to ETSI's IPR Policy for its contents. Apple further refers to Paragraph 44 of its First Amended Complaint for its contents and admits the allegations in Paragraph 94 insofar as they are commensurate with the allegations in this paragraph. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 94.

95.    Apple refers to Paragraphs 7 and 45-46 of its First Amended Complaint for their contents and admits the allegations in Paragraph 95 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 95.

96.    Apple refers to Paragraphs 7, 46, and 48-51 of its First Amended

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

Complaint for their contents and admits the allegations in Paragraph 96 insofar as they are commensurate with the allegations in these paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 96.

97.    To the extent that this paragraph implicates legal conclusions, no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 97.

98.    Apple denies the allegations and characterizations in Paragraph 98.

99.    Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 99 regarding "common practice" and therefore denies them. Apple refers to the March 31, 2016 decision in Saint Lawrence Communications v. Vodafone for its contents. Apple refers to the parties' licensing negotiation correspondence for its contents and admits the allegations in Paragraph 99 insofar as they are commensurate with Apple's statements in such correspondence. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 99 and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 99.

100.    Apple states that Qualcomm has refused to provide Apple with its license agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple their Qualcomm licenses, and on that basis is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 100, and therefore denies them. Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and characterizations in Paragraph 100 and therefore denies them. Except

1    as specifically admitted, Apple denies the allegations and characterizations in
2    Paragraph 100.

3        101.   Apple refers to the Complaint filed in <u>Apple Inc. v. Acacia Research</u>
4    <u>Corporation, et al.</u>, No. 16-cv-7266 (N.D. Cal.) for its contents and admits the
5    allegations in Paragraph 101 insofar as they are commensurate with the allegations in
6    that Complaint. Apple refers to Paragraph 166 of its First Amended Complaint for its
7    contents and admits the allegations in Paragraph 101 insofar as they are commensurate
8    with the allegations in that paragraph. Except as specifically admitted, Apple denies
9    the allegations and characterizations in Paragraph 101.

10       102.   To the extent this paragraph implicates legal conclusions, no response is
11   required. Apple denies the remaining allegations and characterizations in Paragraph
12   102.

13       103.   Apple refers to the May 4, 2017 decision in <u>Unwired Planet International</u>
14   <u>Ltd. v. Huawei Technologies Co. Ltd.</u> for its contents. To the extent this paragraph
15   implicates legal conclusions, no response is required. Apple denies the remaining
16   allegations and characterizations in Paragraph 103.

17       104.   Apple refers to the May 4, 2017 decision in <u>Unwired Planet International</u>
18   <u>Ltd. v. Huawei Technologies Co. Ltd.</u> for its contents. To the extent this paragraph
19   implicates legal conclusions, no response is required. Apple denies the remaining
20   allegations and characterizations in Paragraph 104.

21       105.   Apple admits that Qualcomm has entered into certain agreements with
22   Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its
23   agreements with specific Apple CMs despite Apple's requests and those CMs'
24   willingness to show Apple those agreements, and on that basis is without knowledge
25   or information sufficient to form a belief as to the truth of the allegations and
26   characterizations in Paragraph 105 related to those license agreements, and therefore
27   denies them. Except as specifically admitted, Apple denies the allegations and
28   characterizations in Paragraph 105.

106.   Apple admits that it has achieved commercial success with its iPhone and iPad products, but states that Apple's and its products' commercial success are due to Apple's own creative achievement, technical innovation, differentiated technology, and astute business development. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, including confidential licenses with specific Apple CMs, the third-party manufacturers who make and assemble Apple products, and the CMs pass on those fees to Apple. Apple further admits that Apple and Qualcomm have periodically discussed a direct license, but states that Qualcomm's direct-license proposals have not complied with its obligation to offer licenses on FRAND terms. Apple refers to Paragraph 79 of its First Amended Complaint for its contents and admits the allegations in Paragraph 106 insofar as they are commensurate with the allegations in this paragraph. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 106.

107.   Apple admits that specific third-party manufacturers, i.e., CMs, make and assemble Apple iPhone and iPad products. Apple further states that Hon Hai Precision Industry Co., Ltd. ("Foxconn"), Pegatron Corporation, Wistron Corporation, and Compal Electronics, Inc. are Apple CMs. Apple further admits that these Apple CMs have locations in China and/or Taiwan. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 107 regarding other customers of Apple CMs or the business relationship between Apple CMs and Qualcomm, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 107.

108.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 108 relating to the agreements, and therefore denies

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 108.

109.   Apple admits that it first sold the iPhone in 2007. Apple further admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of certain license agreements with Qualcomm. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 109, and therefore denies them.

110.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the obligations conferred under those agreements and the length of time during which those CMs have paid royalties to Qualcomm. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 110, and therefore denies them.

111.   Apple admits that Foxconn, Pegatron, Wistron, and Compal manufacture iPhone and iPad products sold worldwide. Apple further admits that (i) Foxconn manufactures certain iPhone and iPad products, and has manufactured iPhones since 2007; (ii) Pegatron manufactures certain iPhone and iPad products, and has manufactured iPhones since 2011; (iii) Wistron has manufactured certain iPhone products since 2014; and (iv) Compal has manufactured certain iPad products since 2014. Apple further admits that, given Qualcomm's refusal to provide Apple with a direct FRAND license, Apple has relied on Apple CMs license agreements with

Qualcomm, but states that such reliance is not a concession that these agreements are FRAND. Apple refers to Paragraphs 73-78 of its First Amended Complaint for their contents and admits the allegations in Paragraph 111 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 111.

112.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 112, and therefore denies them.

113.   Apple denies that the royalties it pays Qualcomm vis-à-vis Apple CMs are FRAND. Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 113, and therefore denies them.

114.   This paragraph purports to describe matters within Qualcomm's knowledge and control, such as the licensing negotiations between Qualcomm and Apple CMs and the terms of any such licenses. Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 114, and therefore denies them. To the extent this paragraph implicates legal conclusions, no response is required. Apple denies the remaining allegations and characterizations in Paragraph 114.

115.   Apple refers to Paragraphs 74 and 77 of its First Amended Complaint for their contents and admits the allegations in Paragraph 115 insofar as they are commensurate with the allegations in those paragraphs. Apple admits that Qualcomm has entered into certain agreements with Apple's CMs, but Apple states that

Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 115, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 115.

116.   Apple admits that Qualcomm has entered into license agreements with Apple CMs, including Foxconn. Apple further states that Qualcomm has not provided Apple an unredacted version of the allegations in Paragraph 116. Apple is therefore without knowledge or information sufficient to form a belief as to the truth of the redacted allegations in Paragraph 116 and therefore denies them pending production and review of the redacted material.

117.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations concerning those agreements and therefore denies them. Apple admits that the royalties it pays to the CMs, which Apple understands are passed on to Qualcomm, are charged as a percentage of the net selling price of the Apple cellular devices sold by the CMs to Apple, but states that such royalties are not FRAND. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 117.

118.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the terms of

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

certain license agreements with Qualcomm. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 118, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 118.

119.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 119.

120.   Apple admits that Qualcomm has alleged that it owns patents that supposedly reflect valuable cellular technologies and has asserted that Apple's products infringe Qualcomm patents, but Qualcomm has not proven such allegations, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations relating to Qualcomm's patent portfolio and intellectual property in Paragraph 120, and therefore denies them. Apple is without knowledge or information sufficient to form a belief as to the truth of Qualcomm's allegation that "Apple itself has acknowledged that Qualcomm's intellectual property enables cellular devices' downstream function and value," and therefore denies that allegation. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 120.

121.   To the extent that this paragraph implicates legal conclusions, no response is required. Apple admits that Qualcomm has intellectual property, but has not proven its allegations related to its intellectual property, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations and characterizations in Paragraph 121 and therefore denies them.

122.   Apple   admits   that   Qualcomm   has   contributed   to   cellular

communications. In addition, to the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the nature of Qualcomm's contributions to cellular communications, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 122.

123.    Apple states that its products have numerous features and technologies. Apple admits that (i) certain iPhone products can share cellular data connections via a Personal Hotspot and can connect other devices to a Personal Hotspot using Wi-Fi, Bluetooth, or USB; (ii) certain iPhone products can record and share "4K Ultra High definition" videos; (iii) the iPhone 7 and iPhone 7 Plus products have the best battery life ever in an iPhone; (iv) certain iPhone products have an "Auto-Lock" setting; (v) certain iPhone products have functionality to switch between apps; (vi) iPhone products have an "Airplane Mode" setting; and (viii) iPhone products use "Assisted GPS" technology. To the extent that this paragraph purports to describe matters outside Apple's knowledge and control, such as the nature of Google's  services and Uber's app, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 123 and therefore denies them; however, Apple understands that third party apps can, upon consent by the user, obtain location-based information from the user's iPhone. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 123.

124.    Apple admits that its products have numerous features and technologies. Apple further admits that Qualcomm has intellectual property, but has not proven its allegations related to its intellectual property, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations and therefore denies them. In addition, to the extent that Paragraph 124 purports to describe matters

1    outside Apple's knowledge and control, such as the nature of third party apps, Apple

2    is without knowledge or information sufficient to form a belief as to the truth of those

3    allegations and therefore denies them. Except as specifically admitted, Apple denies

4    the allegations and characterizations in Paragraph 124.

5         125.    Apple refers to <u>Thank You for Being Late</u> by Thomas L. Friedman for

6    the content and context of the quotation attributed to Mr. Friedman in Paragraph 125.

7    Apple denies the remaining allegations and characterizations in Paragraph 125.

8         126.    Apple refers to the transcript of its Q2 2016 earnings call for its contents

9    and context, and admits the allegations in Paragraph 126 insofar as they are

10   commensurate with the statements in that transcript. Except as specifically admitted,

11   Apple denies the allegations and characterizations in Paragraph 126.

12        127.    Apple refers to the transcript of its Q4 2016 earnings call for its contents

13   and context, and admits the allegations in Paragraph 127 insofar as they are

14   commensurate with the statements in that transcript. Except as specifically admitted,

15   Apple denies the allegations and characterizations in Paragraph 127.

16        128.    Apple denies the allegations and characterizations in Paragraph 128.

17        129.    Apple admits that it discussed a direct license agreement with Qualcomm

18   in 2007. Apple refers to Paragraphs 73, 74, 79, and 94 of its First Amended Complaint

19   for their contents and admits the allegations in Paragraph 129 insofar as they are

20   commensurate with the allegations in those paragraphs. Except as specifically

21   admitted, Apple denies the allegations and characterizations in Paragraph 129.

22        130.    Apple admits that it discussed a direct license agreement with Qualcomm

23   in 2010 and 2012. Apple refers to Paragraph 79 of its First Amended Complaint for

24   its contents and admits the allegations in Paragraph 130 insofar as they are

25   commensurate with the allegations in that paragraph. Except as specifically admitted,

26   Apple denies the allegations and characterizations in Paragraph 130.

27        131.    Apple admits that from late 2014 through early 2017 it discussed a direct

28   license agreement with Qualcomm, however Apple states that Qualcomm's direct-

license proposals have not complied with its obligation to offer licenses on FRAND terms. Apple refers to Paragraphs 79 and 114-23 of its First Amended Complaint for their contents and admits the allegations in Paragraph 131 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 131.

132.   Apple admits that Apple designs and sells cellular-enabled devices, and that Apple's iPhones and other products are commercially successful, but states that Apple's and its products' commercial success are due to Apple's own creative achievement, technical innovation, differentiated technology, and astute business development. Apple further admits that, given Qualcomm's refusal to provide Apple with a direct FRAND license, Apple has relied on Apple CMs license agreements with Qualcomm, but states that such reliance is not a concession that these agreements are FRAND. Apple refers to Paragraphs 73-78 of its First Amended Complaint for their contents and admits the allegations in Paragraph 132 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the remaining allegations and characterizations in Paragraph 132.

133.   Apple incorporates by reference its response to Paragraph 132. Apple states that Apple has withheld payment from its CMs and advised the CMs that the withheld funds were a direct result of the dispute between Apple and Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm.  Apple refers to its April 25, 2017, correspondence for its contents and context. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 133.

134.   Apple admits that Qualcomm is a supplier of chips and related software used in cellular devices and that Qualcomm provides certain baseband processor chipsets for use in specific Apple products. Qualcomm's cellular chipset that it provides to Apple include a baseband modem chip, RF transceiver chip(s), and power management chip(s).  To the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the business of QTI and

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

1  Qualcomm's development of "chipset technology," Apple is without knowledge or
2  information sufficient to form a belief as to the truth of those allegations and
3  characterizations in Paragraph 134, and therefore Apple denies them. Apple further
4  states that QTI and other relevant Qualcomm entities should be treated as a single
5  entity, as explained, for example, in Paragraphs 16, 583, and 589 of Apple's First
6  Amended Complaint. Except as specifically admitted, Apple denies the allegations
7  and characterizations in Paragraph 134.

8        135.   Apple admits that it has entered into a software license agreement with
9  Qualcomm Incorporated. To the extent that this paragraph purports to describe matters
10 within Qualcomm's knowledge and control, such as the licensing of its software and
11 the development of its software, Apple is without knowledge or information sufficient
12 to form a belief as to the truth of the allegations and characterizations in Paragraph
13 135 and therefore denies them. Apple further states that Qualcomm's chipset sales and
14 licensing segments and other relevant Qualcomm entities should be treated as a single
15 entity, as explained, for example, in Paragraphs 16, 585, and 589 of Apple's First
16 Amended Complaint. Except as specifically admitted, Apple denies the allegations
17 and characterizations in Paragraph 135.

18       136.   Apple refers to Paragraphs 63-64, 73-74, 97, and 649 of its First
19 Amended Complaint for their contents and admits the allegations in Paragraph 136
20 insofar as they are commensurate with the allegations in those paragraphs. Except as
21 specifically admitted, Apple denies the allegations and characterizations in Paragraph
22 136.

23       137.   Apple refers to Paragraphs 63-64, 73-74, 97, and 649 of its First
24 Amended Complaint for their contents and admits the allegations in Paragraph 137
25 insofar as they are commensurate with the allegations in those paragraphs. Except as
26 specifically admitted, Apple denies the allegations and characterizations in Paragraph
27 137.

28       138.   Apple refers to Paragraphs 29, 74, 76, and 92 of the First Amended

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

1   Complaint for their contents and admits the allegations in Paragraph 138 insofar as

2   they are commensurate with the allegations in those paragraphs. Except as specifically

3   admitted, Apple denies the allegations and characterizations in Paragraph 138.

4        139.   Apple refers to the 2015 STA Assignment Agreement for its contents and

5   admits the allegations in Paragraph 139 insofar as they are commensurate with 2015

6   STA Assignment Agreement. Except as specifically admitted, Apple denies the

7   allegations and characterizations in Paragraph 139.

8        140.   Apple refers to Paragraphs 97 and 649 of its First Amended Complaint

9   for their contents and admits the allegations in Paragraph 140 insofar as they are

10  commensurate with the allegations in those paragraphs. Apple admits that (i)

11  Qualcomm engineers ███████████████████████████████████████████

12  ███████████████████████████████████ for the iPhone 5 that

13  included 4G/LTE functionality; (iii) Qualcomm's baseband processor chipsets include

14  an "envelope tracking" solution, a conventional power-saving feature; and (iv) ██████

15  ████████████████████████████████████████████████████.

16  Except as specifically admitted, Apple denies the allegations and characterizations in

17  Paragraph 140.

18       141.   Apple denies the allegations and characterizations in Paragraph 141.

19       142.   Apple refers to Paragraphs 76 and 94-118 of its First Amended

20  Complaint for their contents and admits the allegations in Paragraph 142 insofar as

21  they are commensurate with the allegations in those paragraphs. Except as specifically

22  admitted, Apple denies the allegations and characterizations in Paragraph 142.

23       143.   Apple refers to Paragraphs 73-74 and 112 of its First Amended

24  Complaint for their contents and admits the allegations in Paragraph 143 insofar as

25  they are commensurate with the allegations in that paragraph.  Except as specifically

26  admitted, Apple denies the allegations and characterizations in Paragraph 143.

27       144.   Apple refers to Paragraph 112 of its First Amended Complaint for its

28  contents and admits the allegations in Paragraph 144 insofar as they are commensurate

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES** CASE NO. 17-cv-0108-GPC-MDD

with the allegations in that paragraph. To the extent that this paragraph implicates legal conclusions, no response is required. Apple further refers to the 2007 Marketing Incentive Agreement ("MIA"), attached as Exhibit B to the Complaint, for its contents and admits the allegations in Paragraph 144 insofar as they are commensurate with the MIA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 144.

145.   Apple refers to Paragraphs 63, 73-74, and 649 of its First Amended Complaint for their contents and admits the allegations in Paragraph 145 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 145.

146.   Apple admits that iPhone sales grew between 2007 and 2009. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 146.

147.   Apple refers to Paragraph 74, 97, 113, and 649 of its First Amended Complaint for their contents and admits the allegations in Paragraph 140 insofar as they are commensurate with the allegations in those paragraphs. Apple further refers to the 2009 Strategic Terms Agreement ("STA"), attached as Exhibit C to the Complaint, for its contents and admits the allegations in Paragraph 147 insofar as they are commensurate with the STA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 147.

148.   Apple refers to the STA for its contents and admits the allegations in Paragraph 148 insofar as they are commensurate with the STA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 148.

149.   To the extent that this paragraph implicates legal conclusions, no response is required. Apple refers to the STA and MSA for their contents and admits the allegations in Paragraph 149 insofar as they are commensurate with the STA and MSA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 149.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

150.   To the extent that this paragraph implicates legal conclusions, no response is required. Apple refers to the MSA for its contents and admits the allegations in Paragraph 150 insofar as they are commensurate with the MSA. Apple admits that Apple and Qualcomm have executed software addenda to the MSA and refers to such addenda for their contents. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 150.

151.   Apple refers to Paragraph 114 of its First Amended Complaint for its contents and admits the allegations in Paragraph 151 insofar as they are commensurate with the allegations in that paragraph. To the extent that this paragraph implicates legal conclusions, no response is required. Apple further refers to the 2011 Transition Agreement ("TA"), attached as Exhibit E to the Complaint, for its contents and admits the allegations in Paragraph 151 insofar as they are commensurate with the TA. Apple admits that it prepared a first draft of the Transition Agreement, but that draft was based on and informed by pre-drafting negotiations and discussions with Qualcomm, and thus reflected terms that Qualcomm itself demanded. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 151.

152.   Apple refers to Paragraph 114 of its First Amended Complaint for its contents and admits the allegations in Paragraph 152 insofar as they are commensurate with the allegations in that paragraph. To the extent that this paragraph implicates legal conclusions, no response is required. Apple further refers to the TA for its contents and admits the allegations in Paragraph 152 insofar as they are commensurate with the TA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 152.

153.   Apple refers to Paragraph 183 of its First Amended Complaint for its contents and admits the allegations in Paragraph 153 insofar as they are commensurate with the allegations in that paragraph. Apple further refers to the TA for its contents and admits the allegations in Paragraph 153 insofar as they are commensurate with the TA. Apple admits that it prepared a first draft of the Transition Agreement, but

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

1  that draft was based on and informed by pre-drafting negotiations and discussions with
2  Qualcomm, and thus reflected terms that Qualcomm itself demanded. Except as
3  specifically admitted Apple denies the allegations and characterizations in Paragraph
4  153.

5      154.   Apple refers to Paragraph 115 of its First Amended Complaint for its
6  contents and admits the allegations in Paragraph 154 insofar as they are commensurate
7  with the allegations in that paragraph. Apple further refers to the First Amendment to
8  the Transition Agreement ("FATA"), attached as Exhibit F to the Complaint, for its
9  contents and admits the allegations in Paragraph 154 insofar as they are commensurate
10 with the FATA. To the extent that this paragraph implicates legal conclusions, no
11 response is required. Except as specifically admitted, Apple denies the allegations and
12 characterizations in Paragraph 154.

13     155.   Apple refers to Paragraphs 96-98 and 115 of its First Amended
14 Complaint for their contents and admits the allegations in Paragraph 155 insofar as
15 they are commensurate with the allegations in those paragraphs. To the extent that this
16 paragraph implicates legal conclusions, no response is required. Apple further refers
17 to the TA and the FATA for their contents and admits the allegations in Paragraph 155
18 insofar as they are commensurate with the TA and FATA. Except as specifically
19 admitted, Apple denies the allegations and characterizations in Paragraph 155.

20     156.   Apple refers to Paragraphs 102-110 of its First Amended Complaint for
21 their contents and admits the allegations in Paragraph 156 insofar as they are
22 commensurate with the allegations in those paragraphs. Apple further refers to the
23 MIA and BCPA for their contents and admits the allegations in Paragraph 156 insofar
24 as they are commensurate with the MIA and BCPA. To the extent that this paragraph
25 implicates legal conclusions, no response is required. Except as specifically admitted,
26 Apple denies the allegations and characterizations in Paragraph 156.

27     157.   Apple refers to Paragraphs 99 and 106 of its First Amended Complaint
28 for their contents and admits the allegations in Paragraph 157 insofar as they are

1    commensurate with the allegations in those paragraphs. To the extent that this

2    paragraph implicates legal conclusions, no response is required. Apple further refers

3    to the BCPA for its contents and admits the allegations in Paragraph 157 insofar as

4    they are commensurate with the BCPA. Except as specifically admitted, Apple denies

5    the allegations and characterizations in Paragraph 157.

6         158.   Apple refers to Paragraph 105 of its First Amended Complaint for its

7    contents and admits the allegations in Paragraph 158 insofar as they are commensurate

8    with the allegations in that paragraph. To the extent that this paragraph implicates

9    legal conclusions, no response is required. Apple further refers to the BCPA for its

10   contents and admits the allegations in Paragraph 158 insofar as they are commensurate

11   with the BCPA. Except as specifically admitted, Apple denies the allegations and

12   characterizations in Paragraph 158.

13        159.   Apple refers to the BCPA for its contents and admits the allegations in

14   Paragraph 159 insofar as they are commensurate with the BCPA. To the extent that

15   this paragraph implicates legal conclusions, no response is required. Except as

16   specifically admitted, Apple denies the allegations and characterizations in Paragraph

17   159.

18        160.   Apple admits that throughout the course of the parties' commercial

19   relationship concerning Qualcomm's supply of baseband processor chipsets and

20   licenses for use in Apple-designed iPhones and iPads, Apple and Qualcomm have

21   entered into various "statements of work," which set forth terms and conditions related

22   to specific Qualcomm baseband processor chipsets, including chipset specifications,

23   chipset pricing, and chipset supply forecasts. To the extent that this paragraph

24   implicates legal conclusions, no response is required. Apple refers to the STA and the

25   Amended and Restated Strategic Terms Agreement ("ASTA"), attached as Exhibit D

26   to the Complaint, for their contents and admits the allegations in Paragraph 160 insofar

27   as they are commensurate with the STA and ASTA. Apple further refers to the 2013

28   SOW for its contents and admits the allegations in Paragraph 160 insofar as they are

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

commensurate with the 2013 SOW. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 160.

161. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Apple refers to the 2013 SOW, including Attachment 2, for its contents and admits the allegations in Paragraph 161 insofar as they are commensurate with the 2013 SOW. Apple states that Carrier Aggregation is a feature within the LTE standard that allows multiple component carriers to be combined to act as if they are all one channel. Apple further states that the iPhone product incorporating the MDM9625 chipset was the first to enable carrier aggregation on certain networks. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 161.

162. Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 162 insofar as they are commensurate with the 2013 SOW. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 162.

163. To the extent that this paragraph implicates legal conclusions, no response is required. Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 163 insofar as they are commensurate with the 2013 SOW. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 163.

164. Apple refers to the ASTA for its contents and admits the allegations in Paragraph 164 insofar as they are commensurate with the ASTA. Apple further refers to the Statement of Work, effective December 7, 2015, ("December 2015 SOW") and the 2015 STA Assignment Agreement for their contents and admits the allegations in

Paragraph 164 insofar as they are commensurate with the December 2015 SOW and 2015 STA Assignment Agreement. To the extent that this paragraph implicates legal conclusions, no response is required. To the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the alleged concessions other customers sought, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 164, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 164.

165.   Apple refers to the December 2015 SOW and the 2015 STA Assignment Agreement for their contents and admits the allegations in Paragraph 165 insofar as they are commensurate with the December 2015 SOW and 2015 STA Assignment Agreement. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 165.

166.   Apple refers to the December 2015 SOW and the 2015 STA Assignment Agreement for their contents and admits the allegations in Paragraph 166 insofar as they are commensurate with the December 2015 SOW and 2015 STA Assignment Agreement. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 166.

167.   Apple refers to the ASTA for its contents and admits the allegations in Paragraph 167 insofar as they are commensurate with the ASTA. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 167.

168.   Apple refers to the ASTA for its contents and admits the allegations in Paragraph 168 insofar as they are commensurate with the ASTA. To the extent that this paragraph implicates legal conclusions, no response is required. To the extent that

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

1   this paragraph purports to describe matters within Qualcomm's knowledge and

2   control, such as the terms of Qualcomm's contracts with other customers, Apple is

3   without knowledge or information sufficient to form a belief as to the truth of those

4   allegations and characterizations in Paragraph 168, and therefore denies them. Except

5   as specifically admitted, Apple denies the allegations and characterizations in

6   Paragraph 168.

7       169.   Apple denies the allegations and characterizations in Paragraph 169.

8       170.   Apple admits that Apple tried to negotiate a direct, FRAND license to

9   Qualcomm's cellular SEPs in 2015, 2016, and 2017, but states that Qualcomm's

10  direct-license proposals have not complied with Qualcomm's obligation to offer

11  licenses on FRAND terms. Apple refers to Paragraphs 119-23 and 158-82 of its First

12  Amended Complaint for their contents and admits the allegations in Paragraph 170

13  insofar as they are commensurate with the allegations in those paragraphs. Apple also

14  refers to its licensing correspondence with Qualcomm for its contents, including the

15  September 13, 2016 correspondence, and admits the allegations in Paragraph 170

16  insofar as they are commensurate with that correspondence. To the extent that this

17  paragraph implicates legal conclusions, no response is required. Except as specifically

18  admitted, Apple denies the allegations and characterizations in Paragraph 170.

19      171.   Apple denies the allegations and characterizations in Paragraph 171.

20      172.   Apple states that Apple has withheld payment from its CMs and advised

21  the CMs that the withheld funds were a direct result of the dispute between Apple and

22  Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm.

23  Apple refers to its April 25, 2017, correspondence for its contents and context. Apple

24  refers to the Complaint for its contents. Apple denies the allegations and

25  characterizations in Paragraph 172.

26      173.   To the extent that this paragraph implicates legal conclusions, no

27  response is required. Apple denies the allegations and characterizations in Paragraph

28  173.

174.   Apple refers to the February 5, 2016 correspondence for its contents and admits the allegations in Paragraph 174 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 174.

175.   Apple admits that it requested "patent-by-patent information." Apple refers to Paragraph 121 of its First Amended Complaint for its contents and admits the allegations in Paragraph 175 insofar as they are commensurate with the allegations in that paragraph. Apple further refers to the March 18, 2016 correspondence for its contents and admits the allegations in Paragraph 175 insofar as they are commensurate with that correspondence. Apple admits that Qualcomm has declared patents as allegedly essential to cellular standards and to other standards, but has not proven such allegations, as is its burden. In addition, to the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as Qualcomm's compliance with the ETSI IPR policy regarding its disclosure of patents to ETSI, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 175.

176.   Apple refers to Paragraphs 121 and 123 of its First Amended Complaint for their contents and admits the allegations in Paragraph 176 insofar as they are commensurate with those paragraphs. Apple further refers to the March 18, 2016, September 13, 2016, and December 22, 2016 correspondence for their contents and admits the allegations in Paragraph 176 insofar as they are commensurate with that correspondence. Apple states that the chart attached to Qualcomm's March 18, 2016 correspondence (i) in many instances identified a patent and a standard in toto, with no listed portions of the standard and therefore no specific information regarding how that patent was relevant to that standard and (ii) failed to specify a relevant product category for each patent, e.g., baseband processor chipset, mobile device, base station, or network—information necessary to understand which devices are alleged to

41

1  practice a particular patent. Apple further states that Qualcomm provided an

2  incomplete initial overview of its patent portfolio, which did not identify any specific

3  patent as allegedly essential to any standard, and completed its presentation only after

4  Apple's request to do so. Except as specifically admitted, Apple denies the allegations

5  and characterizations in Paragraph 176.

6       177.   Apple refers to Paragraph 124 of its First Amended Complaint for its

7  contents and admits the allegations in Paragraph 177 insofar as they are commensurate

8  with that paragraph. Apple states that the parties entered into the Amendment to

9  Mutual Confidentiality Agreement, effective January 1, 2016, which provides, in

10  relevant part that ███████████████████████████████████████████

11  ████████████████████████████████████████████████████████

12  ████████████████████████████████████████████████ and

13  admits the allegations in Paragraph 177 insofar as they are commensurate with that

14  agreement. Apple admits that it requested meetings to discuss how specific patents

15  practice the standards to which they are declared essential; for example, as early as

16  February 5, 2016, Apple requested information regarding the patents Qualcomm

17  sought to license and how select patents practice the standards to which they are

18  declared essential. Apple further refers to Qualcomm's February 17, 2016

19  correspondence, in which Qualcomm initially agreed to provide "'claim reads' for . .

20  . representative SEPs in Qualcomm's portfolio" without condition, and admits the

21  allegations in Paragraph 177 insofar as they are commensurate with that

22  correspondence. Apple further refers to its licensing correspondence with Qualcomm,

23  including, for example, the September 23, 2016, November 21, 2016, and November

24  30, 2016 correspondence, and admits the allegations in Paragraph 177 insofar as they

25  are commensurate with that correspondence. Except as specifically admitted, Apple

26  denies the allegations and characterizations in Paragraph 177.

27       178.   Apple refers to Paragraphs 124, 127, 132, 134-36 of its First Amended

28  Complaint for their contents and admits the allegations in Paragraph 178 insofar as

they are commensurate with those paragraphs. Apple states that Qualcomm began a "claim read" presentation on December 16, 2016 which it completed on December 21, 2016. Apple further states that Qualcomm waited three weeks before offering another presentation in early February. To the extent that this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the Qualcomm's alleged preparation to continue with "numerous meetings to present hundreds of additional claim charts," Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and characterizations in Paragraph 178, and therefore, Apple denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 178.

179.    Apple denies the allegations and characterizations in Paragraph 179.

180.    Apple refers to Paragraph 122 of its First Amended Complaint for its contents and admits the allegations in Paragraph 180 insofar as they are commensurate with that paragraph. Apple further refers to the June 15, 2016 and July 15, 2016 correspondence for their contents and admits the allegations in Paragraph 180 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 180.

181.    Apple refers to Paragraph 122 of its First Amended Complaint for its contents and admits the allegations in Paragraph 181 insofar as they are commensurate with that paragraph. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 181.

182.    This paragraph purports to describe matters within Qualcomm's knowledge and control, such as the purported value of Qualcomm's portfolio and Qualcomm's negotiated licenses. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182, and therefore denies the allegations and characterizations in Paragraph 182.

183.    Apple refers to Paragraphs 120 and 122 of its First Amended Complaint for their contents and admits the allegations in Paragraph 174 insofar as they are

commensurate with those paragraphs. Apple further refers to the February 5, 2016, June 15, 2016, and July 15, 2016 correspondence for their contents and admits the allegations in Paragraph 183 insofar as they are commensurate with that correspondence. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 183 regarding Qualcomm's typical practice and therefore denies those allegations and characterizations; however, Apple states that such licensing practices exist only as a result of Qualcomm's longstanding and pervasive violations of its FRAND obligations and antitrust laws in the United States and around the world. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 183.

184.   Apple refers to the June 15, 2016, and July 15, 2016 correspondence for their contents and admits the allegations in Paragraph 184 insofar as they are commensurate with that correspondence. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 184 regarding Qualcomm's alleged motivations for its offers, and recognitions by "the industry" and "courts" and therefore denies those allegations and characterizations. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 184.

185.   This paragraph purports to describe matters within Qualcomm's knowledge and control, such as Qualcomm's rationale for seeking to negotiate a framework to arbitrate. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations and therefore denies them. Apple refers to the May 26, 2016 counter-proposal for its contents and admits the allegations in Paragraph 185 insofar as they are commensurate with that counter-proposal. Apple further refers to the July 15, 2016 correspondence and admits the allegations in Paragraph 185 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 185.

186.    Apple states that the parties discussed the potential for alternative dispute resolution, including arbitration, before and during licensing negotiations. Apple further states that the first arbitration proposal was offered by Apple in its April 18, 2016 correspondence, and Qualcomm responded over one month later with its counter-proposal. Apple refers to the April 18, 2016, July 15, 2016, and December 12, 2016 correspondence and the May 26, 2016 counter-proposal for their contents and admits the allegations in Paragraph 186 insofar as they are commensurate with that correspondence and counter-proposal. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 186.

187.    Apple refers to the April 18, 2016, July 15, 2016, and December 12, 2016 correspondence and the May 26, 2016 counter-proposal for their contents and admits the allegations in Paragraph 187 insofar as they are commensurate with that correspondence and counter-proposal. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 187.

188.    Apple refers to the April 18, 2016 and December 12, 2016 correspondence for their contents and admits the allegations in Paragraph 188 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 188.

189.    Apple admits that it rejected Qualcomm's offers, which were not FRAND. Apple refers to Paragraphs 120 and 122-23 of its First Amended Complaint for their contents and admits the allegations in Paragraph 189 insofar as they are commensurate with those paragraphs. Apple refers to the September 13, 2016 correspondence for its contents and admits the allegations in Paragraph 189 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 189.

190.    Apple refers to the September 13, 2016 correspondence for its contents and admits the allegations in Paragraph 190 insofar as they are commensurate with that correspondence. Apple further refers to Paragraphs 172-75 of its First Amended

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

Complaint for their contents and admits the allegations in Paragraph 190 insofar as they are commensurate with those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 190.

191. Apple refers to Paragraphs 172-75 of its First Amended Complaint for their contents and admits the allegations in Paragraph 191 insofar as they are commensurate with that correspondence. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 191.

192. Apple refers to ETSI's IPR Policy for its contents and admits the allegations in Paragraph 192 insofar as they are commensurate with that policy. To the extent that this paragraph implicates legal conclusions, no response is required. Apple admits that Qualcomm has alleged that its patent portfolio is comprised of patents largely directed at cellular communications systems, but has not proven such allegations, as is its burden. Given Qualcomm's failure to make such a showing, Apple is without knowledge or information sufficient to form a belief as to the truth of such allegations and characterizations in Paragraph 192, and therefore denies them. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 192 regarding "the most widely accepted practice" and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 192.

193. Apple refers to the September 13, 2016 correspondence for its contents and admits the allegations in Paragraph 193 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 193.

194. Apple refers to the litigation proceedings involving Samsung for their contents, but specifically denies that the Samsung litigation provides any appropriate comparison or benchmark. Apple denies the allegations and characterizations in Paragraph 194.

1    195.    Apple denies the allegations and characterizations in Paragraph 195.

2    196.    Apple admits that Qualcomm has entered into certain agreements with
3    Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its
4    agreements with specific Apple CMs, despite Apple's requests and those CMs'
5    willingness to show Apple those agreements. To the extent the allegations in
6    Paragraph 196 address the terms and conditions of those license agreements, Apple is
7    without knowledge or information sufficient to form a belief as to the truth of those
8    allegations, and therefore denies them. Apple refers to the BCPA for its contents. To
9    the extent that this paragraph implicates legal conclusions, no response is required.
10   Except as specifically admitted, Apple denies the allegations and characterizations in
11   Paragraph 196.

12   197.    Apple admits that, on January 20, 2017, Apple sued Qualcomm in the
13   Southern District of California. Apple further admits that Apple has initiated legal
14   proceedings against Qualcomm in the United Kingdom, China, Japan, and Taiwan.
15   Except as specifically admitted, Apple denies the allegations and characterizations in
16   Paragraph 197.

17   198.    Apple refers to its Complaint for its contents, allegations, and context.
18   Apple admits that, in early 2017, it withheld a total of approximately ███████
19   from Apple's January payments to certain of its CMs, in an amount covering BCPA
20   payments Qualcomm withheld from Apple in three quarters in 2016. Apple did not
21   direct the CMs to withhold any payment from Qualcomm. To the extent that this
22   paragraph purports to describe matters outside Apple's knowledge and control, such
23   as the wealth of every other company in the world and the terms of Qualcomm's
24   license agreements with Apple CMs, Apple is without knowledge or information
25   sufficient to form a belief as to the truth of the allegations in Paragraph 198 and
26   therefore denies them. Except as specifically admitted, Apple denies the allegations
27   and characterizations in Paragraph 198.

28   199.    Apple has entered into agreements with each of the Apple CMs in which,

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

among other things, each party agreed to indemnify the other under certain circumstances, according to the terms and conditions of those contracts. Apple denies that its agreements with the Apple CMs were entered into for the purposes suggested by Qualcomm in this Paragraph or demonstrate any intent to influence the Apple CMs' compliance with their contracts with Qualcomm. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199, and therefore denies them.

200.   Apple refers to its April 25, 2017, correspondence for its contents and context. Apple admits that it has not remitted funds to Apple CMs for royalty payments for the quarter ending March 31, 2017, due to Qualcomm's refusal to license on a FRAND basis. Apple has advised the CMs that the withheld funds were a direct result of the dispute between Apple and Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 200.

201.   Apple incorporates by reference its response to Paragraphs 198 through 200. Apple denies the remaining allegations and characterizations in Paragraph 201.

202.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 202 relating to Qualcomm's interactions with the Apple CMs, and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 202.

203.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 203, and therefore denies them.

204.   Apple states that Apple has withheld payment from its CMs and advised the CMs that the withheld funds were a direct result of the dispute between Apple and Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm. Apple refers to its April 25, 2017, correspondence for its contents and context. To the extent that this paragraph implicates legal conclusions, no response is required. Apple is without knowledge or information sufficient to form a belief as to the truth of the

allegations in Paragraph 204 regarding Qualcomm's contracts with the CMs, and therefore denies them Apple denies the remaining allegations and characterizations in Paragraph 204.

205.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations regarding Qualcomm's and the CMs' payments in Paragraph 205, and therefore denies them. Apple has entered into agreements with each of the Apple CMs in which, among other things, each party agreed to indemnify the other under certain circumstances, according to the terms and conditions of those contracts.  Apple denies that its agreements with the Apple CMs were entered into for the purposes suggested by Qualcomm in this Paragraph or demonstrate any intent to influence the Apple CMs' compliance with their contracts with Qualcomm. Apple denies the remaining allegations and characterizations in Paragraph 205.

206.   The allegations and characterizations in Paragraph 206 contain legal conclusions to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 206.

207.   Apple denies the allegations and characterizations in Paragraph 207.

208.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Therefore, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations relating to Qualcomm's rights under its license agreements with Apple CMs and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 208.

209.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations relating to Qualcomm's discussions with Apple CMs and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 209.

210.   To the extent that this paragraph implicates legal conclusions, no response is required. Apple further states that it is without knowledge or information sufficient to form a belief as to the truth of the allegations relating to Qualcomm's rights under its license agreements with Apple CMs and Foxconn's performance under its contract, and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 210. Apple further states that Qualcomm has not provided Apple an unredacted version of the allegations in Paragraph 210.

211.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 211 relating to Qualcomm's rights under its license agreements with Apple CMs and its communications with Apple CMs and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 211.

212.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 relating to the CMs' interactions with independent royalty auditors, and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 212.

213.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 relating to Qualcomm's rights under its license agreements with Apple's CMs and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 213.

214.   Apple refers to the BCPA for its contents. To the extent that this paragraph implicates legal conclusions, no response is required. Apple denies the allegations and characterizations in Paragraph 214.

215.   Apple denies the allegations and characterizations in Paragraph 215.

216.   Apple admits that a conversation took place between an Apple executive and Samsung executive at the Idaho conference, but denies the characterizations in Paragraph 216.

217.   Apple admits that Apple and Samsung compete with one another. Apple

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 217 regarding Samsung's position in Korea, and therefore denies those allegations and characterizations. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 217.

218.   Apple admits that it gave a presentation to the KFTC on August 17, 2016 titled "Apple's Response to KFTC Request: Views on Qualcomm's Abuse of Dominance." Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 218.

219.   Apple refers to the August 17, 2016 presentation for the content and context of its statements to the KFTC and admits the allegations in Paragraph 219 insofar as they are commensurate with that presentation. Apple denies the allegations and characterizations in Paragraph 219.

220.   Apple states that, as of August 2016, Apple was not shipping a product containing a baseband processor chipset from a supplier other than Qualcomm. No products using Intel baseband processor chipsets were released until September 2016. Apple further states that it never hid from the KFTC that it intended to add Intel as a baseband processor chipset provider with its late 2016 product releases from the KFTC, expressly disclosed this fact in other submissions to the KFTC, and specifically denies that its statement was misleading. Apple refers to its communications with the KFTC for their contents. Apple also states that prior to 2016, the exclusivity provisions that Qualcomm had imposed on Apple foreclosed such dual sourcing. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 220.

221.   Apple refers to and incorporates by reference its response to Paragraph 221. Apple otherwise denies the allegations and characterizations in Paragraph 221.

222.   Apple refers to its August 17, 2016 presentation to the KFTC, as well as its other submissions to the KFTC, for the content and context of its statements to the KFTC and admits the allegations in Paragraph 222 insofar as they are commensurate

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

with those submissions. Apple specifically denies that its statements to the KFTC were false and denies that the KFTC was misled. Apple refers to the June 15, 2016 and July 15, 2016 correspondence for their contents and admits the allegations in Paragraph 222 insofar as they are commensurate with that correspondence, however, Apple states that Qualcomm's direct-license proposals have not complied with its FRAND obligations. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 222.

223.   To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as Qualcomm's access to KFTC submissions, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 223, and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 223.

224.   To the extent this paragraph purports to describe matters within Qualcomm's knowledge and control, such as Qualcomm's access to submissions to regulatory agencies, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 224, and therefore denies them. Apple denies the remaining allegations and characterizations in Paragraph 224.

225.   Apple refers to the BCPA, its Complaint, and the correspondence between the parties for their contents and admits the allegations in Paragraph 225 insofar as they are commensurate with these documents. Apple denies the remaining allegations and characterizations in Paragraph 225.

226.   Apple refers to the correspondence between the parties, including Qualcomm's letter from Fabian Gonell to Tony Blevins dated October 9, 2016, for their contents and admits the allegations in Paragraph 226 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 226.

227.   Apple refers to the correspondence between the parties for its contents and admits the allegations in Paragraph 227 insofar as they are commensurate with

1   that correspondence. Apple admits that Qualcomm offered to pay Apple nearly $

2            in withheld BCP Payments as defined in the BCPA if Apple recanted its true,

3   and in many cases, sworn testimony before governmental agencies and instead gave

4   false testimony favorable to Qualcomm. Except as specifically admitted, Apple denies

5   the allegations and characterizations in Paragraph 227.

6       228.   Apple refers to its First Amended Complaint for its contents, and admits

7   the allegations in Paragraph 228 insofar as they are commensurate with the allegations

8   in Apple's First Amended Complaint. Except as specifically admitted, Apple denies

9   the allegations and characterizations in Paragraph 228.

10      229.   Apple refers to the correspondence between the parties for its contents

11   and admits the allegations in Paragraph 229 insofar as they are commensurate with

12   that correspondence. Apple denies the remaining allegations and characterizations in

13   Paragraph 229.

14      230.   Apple refers to its statements and presentations to the KFTC for their

15   contents and admits the allegations in Paragraph 230 insofar as they are commensurate

16   with those statements and presentations. Apple denies the remaining allegations and

17   characterizations in Paragraph 230.

18      231.   Apple denies the allegations and characterizations in Paragraph 231.

19      232.   Apple refers to the MSA for its contents. Apple refers to its First

20   Amended Complaint, including, for example Paragraphs 575-90, for its contents and

21   admits the allegations in Paragraph 232 insofar as they are commensurate with the

22   allegations in those paragraphs. Apple refers to the proceedings in the United

23   Kingdom, China, Japan, and Taiwan for their contents and admits the allegations in

24   Paragraph 232 insofar as they are commensurate with those proceedings. Except as

25   admitted, Apple denies the allegations and characterizations in Paragraph 232.

26      233.   Apple refers to the MSA for its contents and admits the allegations in

27   Paragraph 233 insofar as they are commensurate with the MSA. Except as specifically

28   admitted, Apple denies the allegations and characterizations in Paragraph 233.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

234.   Apple refers to the United Kingdom proceeding between Apple and Qualcomm, including the Claim Form issued on January 23, 2017 and amended on May 19, 2017 and the Particulars of Claim issued on May 19, 2017 in the High Court of Justice, Chancery Division, Patents Court, for its contents and admits the allegations in Paragraph 234 insofar as they are commensurate with that proceeding. Apple further refers to the proceedings in China, Japan, and Taiwan for their contents and admits the allegations in Paragraph 234 insofar as they are commensurate with those proceedings. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 234.

235.   Apple admits that ████████████████████████████████████████ ████████████████████████████████████. This paragraph purports to describe matters within Qualcomm's knowledge and control, such as ████████████████████████████. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of those allegations in Paragraph 235, and therefore denies them. Apple admits that Qualcomm ██████████████ ████████████. Apple further admits that Apple ████████████████████ ████████████████████████. Apple refers to the MSA for its contents and admits the allegations in Paragraph 235 insofar as they are commensurate with the MSA. The allegations in Paragraph 235 also purport to state a legal conclusion relating to interpretation of language in the MSA to which no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 235.

236.   Apple refers to the MSA for its contents. The allegations in Paragraph 236 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 236.

237.   Apple admits that it identifies technical specifications for its products and chooses feature sets according to its own business judgment. Apple admits that an

Apple spokesperson is quoted in a Bloomberg Businessweek article as stating: "In all of our rigorous lab tests based on wireless industry standards, in thousands of hours of real-world field testing, the data shows there is no discernible difference in the wireless performance of any of the models." Apple refers to its public statements for their contents and context. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 237.

238.   Apple admits that, on September 16, 2016, Apple released the iPhone 7. Apple further admits that some iPhone 7 and iPhone 7 Plus models continued to use Qualcomm baseband processor chipsets, while others used Intel baseband processor chipsets. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 238.

239.   Apple admits that from 2011 until the fall of 2016, Qualcomm was Apple's only baseband processor chipset supplier for new iPhones, and during that time Apple did not use an Infineon or Intel baseband processor chipset in any new iPhone models. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 239.

240.   Apple admits that Qualcomm has asserted that the X12 modem is theoretically capable of downloading at 600 megabits per second, should certain optional features be used. Apple admits that the Intel chipset used in the iPhone 7 is capable of downloading at 450 megabits per second, and further states that this download speed meets Apple's requirements for the iPhone 7. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 240.

241.   Apple admits that it identifies technical specifications for its products and chooses feature sets according to its own business judgment. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 241 relating to other commercial devices launched in 2016 and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 241.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

1    242.   Apple denies the allegations and characterizations in Paragraph 242.

2    243.   Apple refers to the communications between the parties for their contents

3    and context. Apple denies the allegations and characterizations in Paragraph 243.

4    244.   Apple refers to its public statements for their content and context. Apple

5    denies the allegations and characterizations in Paragraph 244.

6    245.   Apple admits that Cellular Insights purported to issue a study addressing

7    iPhone 7 performance with Intel and Qualcomm baseband processor chipsets, but

8    denies that the study was independent, methodologically sound, or probative of any

9    fact; Apple refers to such study for its contents. Except as specifically admitted, Apple

10   denies the allegations and characterizations in Paragraph 245.

11   246.   Apple admits that analyst reports addressed iPhone 7 performance with

12   Intel and Qualcomm baseband processor chipsets, but denies that the studies

13   referenced in those reports were correct, independent, probative of any fact, or

14   unbiased; Apple refers to such analyst reports for their contents. Except as specifically

15   admitted, Apple denies the allegations and characterizations in Paragraph 246.

16   247.   Apple admits that there were purported studies comparing the

17   performance of iPhones and non-Apple phones with a Qualcomm modem, but denies

18   that such studies were correct, independent, methodologically sound, probative of any

19   fact, or unbiased; Apple refers to such studies and the Bloomberg report describing

20   such studies for their content. Except as specifically admitted, Apple denies the

21   allegations and characterizations in Paragraph 247.

22   248.   Apple admits that an Apple spokesperson is quoted in a Bloomberg

23   Businessweek article as stating: "In all of our rigorous lab tests based on wireless

24   industry standards, in thousands of hours of real-world field testing, the data shows

25   there is no discernible difference in the wireless performance of any of the models."

26   Apple refers to its public statements for their contents and context. Except as

27   specifically admitted, Apple denies the allegations and characterizations in Paragraph

28   248.

249.   Apple denies the allegations and characterizations in Paragraph 249.

250.   Apple denies the allegations and characterizations in Paragraph 250.

251.   Apple denies the allegations and characterizations in Paragraph 251.

252.   Apple refers to the September 9, 2014 keynote by Phil Schiller for its contents, and admits the allegations in Paragraph 252 insofar as they are commensurate with that keynote. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 252.

253.   Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 253 insofar as they are commensurate with the 2013 SOW. To the extent that this paragraph implicates legal conclusions, no response is required. Apple admits that certain iPhone and iPad products incorporated the MDM9625 chipset. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 253.

254.   Apple admits that ████████████████████████████████████, and further states that Apple ████████████████████████████ ████████████████████████, but Qualcomm refused. Apple further states that Qualcomm has disputed this figure. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 254.

255.   Apple refers to the 2013 SOW and the September 9, 2014 presentation by Phil Schiller, Apple's Senior Vice President of Worldwide Marketing, for their contents and context, and admits the allegations insofar as they are commensurate with the 2013 SOW and the September 9, 2014 presentation. Apple further admits that the iPhone product incorporating the MDM9625 chipset was the first to enable carrier aggregation on certain networks. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 255.

256.   Apple refers to the <u>Apple's New iPhones: Everything You Need To Know About iPhone 6, iPhone 6 Plus</u> by Michael Learmonth for its contents and

admits that Paragraph 256 accurately quotes from this source. Except as specifically admitted, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 256 and therefore denies them.

257.   Apple refers to the October 16, 2014 presentation by Phil Schiller for its contents and context, and admits the allegations insofar as they are commensurate with that presentation. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 257.

258.   Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 258 insofar as they are commensurate with the 2013 SOW. To the extent that this paragraph implicates legal conclusions, no response is required. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 258.

259.   Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 259 insofar as they are commensurate with the 2013 SOW. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 259.

260.   Apple refers to the 2013 SOW for its contents. To the extent that this paragraph implicates legal conclusions, no response is required. Apple denies the allegations and characterizations in Paragraph 260.

261.   Apple refers to the 2013 SOW for its contents and admits the allegations in Paragraph 261 insofar as they are commensurate with the 2013 SOW. Apple further admits that the iPhone product incorporating the MDM9625 chipset was the first to enable carrier aggregation on certain networks. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 261.

262.   Apple denies the allegations and characterizations in Paragraph 262.

263.   Apple refers to the 2013 SOW for its contents. To the extent that this

paragraph implicates legal conclusions, no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 263.

### <u>COUNT I</u>

(Tortious Interference with Qualcomm's License Agreements with the Contract Manufacturers)

264.    Paragraphs 1–263 of Apple's Answer are incorporated by reference as if set forth in full herein; Apple repeats and incorporates its Answer to Paragraphs 1–263.

265.    To the extent, the allegations in Paragraph 265 purport to state a legal conclusion, no response is required. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. As a result, Apple is without knowledge or information regarding the license agreements referenced in Paragraph 265, and thus denies the allegations and characterizations in Paragraph 265.

266.    Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Compal is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Compal and any executed amendments to the license agreement between Qualcomm and Compal. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 266, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 266.

267.    Apple admits that Qualcomm has entered into certain agreements with

Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Foxconn is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Foxconn and any executed amendments to the license agreement between Qualcomm and Foxconn. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 267, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 267.

268.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Wistron is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Wistron. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 268, and therefore denies them. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 268.

269.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Pegatron is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Pegatron and any executed amendments to the license agreement between Qualcomm and Pegatron. As a result, Apple is without knowledge or

1   information sufficient to form a belief as to the truth of the allegations and
2   characterizations in Paragraph 269, and therefore denies them. Except as specifically
3   admitted, Apple denies the allegations and characterizations in Paragraph 269.

4   270.   This paragraph purports to describe matters within Qualcomm's
5   knowledge and control, such as the licensing negotiations between Qualcomm and
6   Apple CMs. As a result, Apple is without knowledge or information sufficient to form
7   a belief as to the truth of the allegations and characterizations in Paragraph 270, and
8   therefore denies the allegations and characterizations in Paragraph 270.

9   271.   Apple admits that Qualcomm has entered into certain agreements with
10   Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its
11   agreements with specific Apple CMs, despite Apple's requests and those CMs'
12   willingness to show Apple those agreements. Except as specifically admitted, Apple
13   denies the allegations and characterizations in Paragraph 271.

14   272.   Apple denies the allegations and characterizations in Paragraph 272.

15   273.   Apple refers to the February 3, 2017 correspondence for its contents and
16   admits the allegations in Paragraph 273 insofar as they are commensurate with that
17   correspondence. Except as specifically admitted, Apple denies the allegations and
18   characterizations in Paragraph 273.

19   274.   Apple refers to the February 3, 2017 correspondence for its contents and
20   admits the allegations in Paragraph 274 insofar as they are commensurate with that
21   correspondence. Apple denies the remaining allegations and characterizations in
22   Paragraph 274.

23   275.   Apple refers to Paragraph 258 of its First Amended Complaint for its
24   contents. Apple denies the remaining allegations and characterizations in Paragraph
25   275.

26   276.   Apple has entered into agreements with each of the Apple CMs in which,
27   among other things, each party agreed to indemnify the other under certain
28   circumstances, according to the terms and conditions of those contracts.  Apple denies

that its agreements with the Apple CMs were entered into for the purposes suggested by Qualcomm in this Paragraph or demonstrate any intent to influence the Apple CMs' compliance with their contracts with Qualcomm. Apple denies the remaining allegations and characterizations in Paragraph 276.

277. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 277, and therefore denies the allegations and characterizations in Paragraph 277.

278. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 278, and therefore denies the allegations and characterizations in Paragraph 278.

279. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 279, and therefore denies the allegations and characterizations in Paragraph 279.

280. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 280, and therefore denies the allegations and characterizations in Paragraph 280.

281. Apple refers to its April 25, 2017, correspondence for its contents and context. Apple admits that it has not remitted funds to Apple CMs for royalty payments for the quarter ending March 31, 2017, due to Qualcomm's refusal to license on a FRAND basis. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 281.

282. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 282, and therefore denies the allegations and characterizations in Paragraph 282

283. Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 283, and therefore denies the allegations and characterizations in Paragraph 283.

284. Apple is without knowledge or information sufficient to form a belief as

1    to the truth of the allegations and characterizations in Paragraph 284, and therefore

2    denies the allegations and characterizations in Paragraph 284.

3        285.   Apple is without knowledge or information sufficient to form a belief as

4    to the truth of the allegations and characterizations in Paragraph 285, and therefore

5    denies the allegations and characterizations in Paragraph 285.

6        286.   Apple is without knowledge or information sufficient to form a belief as

7    to the truth of the allegations and characterizations in Paragraph 286, and therefore

8    denies the allegations and characterizations in Paragraph 286.

9        287.   Apple is without knowledge or information sufficient to form a belief as

10   to the truth of the allegations and characterizations in Paragraph 287, and therefore

11   denies the allegations and characterizations in Paragraph 287.

12       288.   Apple is without knowledge or information sufficient to form a belief as

13   to the truth of the allegations and characterizations in Paragraph 288, and therefore

14   denies the allegations and characterizations in Paragraph 288.

15       289.   Apple is without knowledge or information sufficient to form a belief as

16   to the truth of the allegations and characterizations in Paragraph 289, and therefore

17   denies the allegations and characterizations in Paragraph 289.

18       290.   Apple is without knowledge or information sufficient to form a belief as

19   to the truth of the allegations and characterizations in Paragraph 290, and therefore

20   denies the allegations and characterizations in Paragraph 290.

21       291.   Apple denies the allegations and characterizations in Paragraph 291.

22       292.   Apple admits that independent royalty auditors have periodically

23   conducted audits of the contract manufacturers, that several such audits have occurred,

24   and that certain of such audits are ongoing. Except as specifically admitted, Apple

25   denies the allegations and characterizations in Paragraph 292.

26       293.   Apple denies the allegations and characterizations in Paragraph 293.

27       294.   Apple denies the allegations and characterizations in Paragraph 294.

28       295.   Apple denies the allegations and characterizations in Paragraph 295.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

1    296.   Apple denies the allegations and characterizations in Paragraph 296.

2    297.   Apple denies the allegations and characterizations in Paragraph 297,

3    except states that Qualcomm purports to describe the relief that it seeks.

4    ## COUNT II

5    (Declaration That Qualcomm's License Agreements with the Contract

6    Manufacturers Do Not Violate Qualcomm's FRAND Commitments to ETSI)

7    298.   Paragraphs 1–297 of Apple's Answer are incorporated by reference as if

8    set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–297.

9    299.   The allegations in Paragraph 299 purport to state a legal conclusion to

10   which no response is required. To the extent a response is required, Apple denies the

11   allegations and characterizations in Paragraph 299.

12   300.   Apple admits that Qualcomm has entered into certain agreements with

13   Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its

14   agreements with specific Apple CMs, despite Apple's requests and those CMs'

15   willingness to show Apple those agreements. Apple states that Compal is an Apple

16   CM. In addition, this paragraph purports to describe matters within Qualcomm's

17   knowledge and control, such as the effective dates of the license agreement between

18   Qualcomm and Compal and any executed amendments to the license agreement

19   between Qualcomm and Compal. As a result, Apple is without knowledge or

20   information sufficient to form a belief as to the truth of those allegations and

21   characterizations in Paragraph 300, and therefore denies them. Except as specifically

22   admitted, Apple denies the allegations and characterizations in Paragraph 300.

23   301.   Apple admits that Qualcomm has entered into certain agreements with

24   Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its

25   agreements with specific Apple CMs, despite Apple's requests and those CMs'

26   willingness to show Apple those agreements. Apple states that Foxconn is an Apple

27   CM. In addition, this paragraph purports to describe matters within Qualcomm's

28   knowledge and control, such as the effective dates of the license agreement between

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

1  Qualcomm and Foxconn and any executed amendments to the license agreement
2  between Qualcomm and Foxconn. As a result, Apple is without knowledge or
3  information sufficient to form a belief as to the truth of those allegations and
4  characterizations in Paragraph 301, and therefore denies them. Except as specifically
5  admitted, Apple denies the allegations and characterizations in Paragraph 301.

6      302.   Apple admits that Qualcomm has entered into certain agreements with
7  Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its
8  agreements with specific Apple CMs, despite Apple's requests and those CMs'
9  willingness to show Apple those agreements. Apple states that Wistron is an Apple
10 CM. In addition, this paragraph purports to describe matters within Qualcomm's
11 knowledge and control, such as the effective dates of the license agreement between
12 Qualcomm and Wistron. As a result, Apple is without knowledge or information
13 sufficient to form a belief as to the truth of those allegations and characterizations in
14 Paragraph 302, and therefore denies them. Except as specifically admitted, Apple
15 denies the allegations and characterizations in Paragraph 302.

16     303.   Apple admits that Qualcomm has entered into certain agreements with
17 Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its
18 agreements with specific Apple CMs, despite Apple's requests and those CMs'
19 willingness to show Apple those agreements. Apple states that Pegatron is an Apple
20 CM. In addition, this paragraph purports to describe matters within Qualcomm's
21 knowledge and control, such as the effective dates of the license agreement between
22 Qualcomm and Pegatron and any executed amendments to the license agreement
23 between Qualcomm and Pegatron. As a result, Apple is without knowledge or
24 information sufficient to form a belief as to the truth of those allegations and
25 characterizations in Paragraph 303, and therefore denies them. Except as specifically
26 admitted, Apple denies the allegations and characterizations in Paragraph 303.

27     304.   This is paragraph purports to describe matters within Qualcomm's
28 knowledge and control, such as the licensing negotiations between Qualcomm and

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**  CASE NO. 17-cv-0108-GPC-MDD

Apple CMs. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 304, and therefore denies the allegations and characterizations in Paragraph 304.

305.    Apple refers to Paragraphs 74 and 77 of its First Amended Complaint for their contents and admits the allegations in Paragraph 305 insofar are they are commensurate with the allegations in those paragraphs. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the terms of any licensing agreements between Qualcomm and Apple CMs. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 305, and therefore denies the allegations and characterizations in Paragraph 305. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 305.

306.    Apple refers to Paragraphs 74 and 77 of its First Amended Complaint for their contents and admits the allegations in Paragraph 285 insofar are they are commensurate with the allegations in those paragraphs. Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the terms of any licensing agreements between Qualcomm and Apple CMs. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 306, and therefore denies them. Apple is without knowledge or information regarding the material redacted in Paragraph 306 because Qualcomm has not provided an

unredacted version of this paragraph, and therefore denies the remaining allegations and characterizations in Paragraph 306 pending production and review of the redacted material. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 306.

307.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information regarding the documents referenced in Paragraph 307, and thus denies the remaining allegations and characterizations; however Apple admits that the royalties it pays to the CMs, which Apple understands are passed on to Qualcomm, are charged as a percentage of the net selling price of the Apple cellular devices sold by the CMs to Apple, but states that such royalties are not FRAND.

308.   This paragraph purports to describe matters within Qualcomm's knowledge and control, such as the terms of certain license agreements that Qualcomm has entered into. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 308, and therefore denies the allegations and characterizations in Paragraph 308.

309.   This paragraph purports to describe matters within Qualcomm's knowledge and control, such as the royalty payments Qualcomm has received under the license agreements with Apple CMs. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 309, and therefore denies the allegations and characterizations in Paragraph 309.

310.   This paragraph purports to describe matters within Qualcomm's knowledge and control, such as the royalty payments Qualcomm has received under the license agreements with Apple CMs. As a result, Apple is without knowledge or

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 310, and therefore denies the allegations and characterizations in Paragraph 310.

311.   The allegations in Paragraph 311 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 311.

312.   Apple refers to the May 4, 2017 decision in <u>Unwired Planet International Ltd. v. Huawei Technologies Co. Ltd</u>. for its contents. To the extent this paragraph implicates legal conclusions, no response is required. Apple denies the remaining allegations and characterizations in Paragraph 312.

313.   This paragraph purports to describe the relief that Qualcomm seeks and, as such, no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 313.

## <u>COUNT III</u>

(Declaration That Qualcomm's License Agreements with the Contract Manufacturers Do Not Violate Competition Law)

314.   Paragraphs 1–313 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–313.

315.   The allegations in Paragraph 315 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 315.

316.   The allegations in Paragraph 316 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 316.

317.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Compal is an Apple

CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Compal and any executed amendments to the license agreement between Qualcomm and Compal. As a result, Apple is without knowledge or information regarding the documents referenced in Paragraph 317, and therefore denies the allegations and characterizations in Paragraph 317.

318.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Foxconn is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Foxconn and any executed amendments to the license agreement between Qualcomm and Foxconn. As a result, Apple is without knowledge or information regarding the documents referenced in Paragraph 318, and therefore denies the allegations and characterizations in Paragraph 318.

319.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Wistron is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Wistron and any executed amendments to the license agreement between Qualcomm and Wistron. As a result, Apple is without knowledge or information regarding the documents referenced in Paragraph 319, and thus denies the allegations and characterizations in Paragraph 319.

320.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its

agreements with specific Apple CMs, despite Apple's requests and those CMs' willingness to show Apple those agreements. Apple states that Pegatron is an Apple CM. In addition, this paragraph purports to describe matters within Qualcomm's knowledge and control, such as the effective dates of the license agreement between Qualcomm and Pegatron and any executed amendments to the license agreement between Qualcomm and Pegatron. As a result, Apple is without knowledge or information regarding the documents referenced in Paragraph 320, and therefore denies the allegations and characterizations in Paragraph 320.

321.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 321, and therefore denies the allegations and characterizations in Paragraph 321.

322.   Apple is without knowledge or information regarding the documents referenced in Paragraph 322, and therefore denies the allegations and characterizations in Paragraph 322. Apple further states that Qualcomm has not provided Apple an unredacted version of the allegations in Paragraph 322.

323.   Apple admits that Qualcomm has entered into certain agreements with Apple CMs, but Apple states that Qualcomm has refused to provide Apple with its agreements with specific Apple CMs despite Apple's requests and those CMs' willingness to show Apple those agreements, and on that basis is without knowledge or information regarding the documents referenced in Paragraph 323, and therefore denies the allegations and characterizations of Paragraph 323; however Apple admits that the royalties it pays to the CMs, which Apple understands are passed on to Qualcomm, are charged as a percentage of the net selling price of the Apple cellular devices sold by the CMs to Apple, but states that such royalties are not FRAND. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 323.

324.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 324, and therefore

denies them.

325.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 325, and therefore denies them.

326.   Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations and characterizations in Paragraph 326, and therefore denies them.

327.   The allegations in Paragraph 327 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 327.

328.   Apple denies the allegations and characterizations in Paragraph 328, except states that Qualcomm purports to describe the relief that it seeks.

## COUNT IV

(Declaration That Qualcomm has Satisfied and Discharged Its FRAND Commitments to ETSI with Respect to Apple)

329.   Paragraphs 1–328 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–328-.

330.   The allegations in Paragraph 330 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 330.

331.   Apple admits that Apple tried to negotiate a direct, FRAND license to Qualcomm's cellular SEPs in 2015, 2016, and 2017, but Apple states that Qualcomm's direct-license proposals have not complied with its FRAND obligations. Apple refers to Paragraphs 119-23 of its First Amended Complaint for their contents and admits the allegations in Paragraph 331 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 331.

332.   Apple refers to Paragraphs 119-23 of its First Amended Complaint for

their contents and admits the allegations in Paragraph 332 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 332.

333.   Apple admits that Qualcomm has made a written license offer to Apple for Qualcomm's cellular SEP portfolio, but denies that the offer was on FRAND terms. Apple refers to Paragraphs 119-23 and 158-82 of its First Amended Complaint for their contents and admits the allegations in Paragraph 333 insofar as they are commensurate with the allegations in those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 333.

334.   Apple refers to Paragraph 122 of its First Amended Complaint for its contents and admits the allegations in Paragraph 334 insofar as they are commensurate with that paragraph. Apple further refers to the June 15, 2016 correspondence for its contents and admits the allegations in Paragraph 334 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 334.

335.   Apple refers to Paragraph 122 of its First Amended Complaint for its contents and admits the allegations in Paragraph 335 insofar as they are commensurate with that paragraph. Apple further refers to the June 15, 2016 and July 15, 2016 correspondence for their contents and admits the allegations in Paragraph 335 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 335.

336.   Apple refers to Paragraphs 119-23 and 158-83 of its First Amended Complaint for their contents and admits the allegations in Paragraph 336 insofar as they are commensurate with the allegations in those paragraphs. Apple also refers to its licensing correspondence with Qualcomm for its contents, including the September 13, 2016 correspondence, and admits the allegations in Paragraph 336 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 336.

337.    Apple states that the parties discussed the potential for alternative dispute resolution, including arbitration, before and during licensing negotiations. Apple refers to the May 26, 2016 counter-proposal for its contents and admits the allegations in Paragraph 337 insofar as they are commensurate with that counter-proposal. Apple further refers to the July 15, 2016 correspondence and admits the allegations in Paragraph 337 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 337.

338.    Apple states that the parties discussed the potential for alternative dispute resolution, including arbitration, before and during licensing negotiations. Apple further states that the first arbitration proposal was offered by Apple in its April 18, 2016 correspondence, and Qualcomm responded over one month later with its counter-proposal. Apple refers to the April 18, 2016, July 15, 2016, and December 12, 2016 correspondence and the May 26, 2016 counter-proposal for their contents and admits the allegations in Paragraph 338 insofar as they are commensurate with that correspondence and counter-proposal. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 338.

339.    Apple refers to the April 18, 2016, July 15, 2016, and December 12, 2016 correspondence and the May 26, 2016 counter-proposal for their contents and admits the allegations in Paragraph 339 insofar as they are commensurate with that correspondence and counter-proposal. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 339.

340.   Apple refers to the April 18, 2016 and December 12, 2016 correspondence for their contents and admits the allegations in Paragraph 340 insofar as they are commensurate with that correspondence. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 340.

341.    Apple denies the allegations and characterizations in Paragraph 341.

342.    Apple states that Apple has withheld payment from its CMs and advised

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

the CMs that the withheld funds were a direct result of the dispute between Apple and Qualcomm, but did not direct the CMs to withhold any payment from Qualcomm. Apple has entered into agreements with each of the Apple CMs in which, among other things, each party agreed to indemnify the other under certain circumstances, according to the terms and conditions of those contracts. Apple denies that its agreements with the Apple CMs were entered into for the purposes suggested by Qualcomm in this Paragraph or demonstrate any intent to influence the Apple CMs' compliance with their contracts with Qualcomm. Apple refers to its April 25, 2017, correspondence for its contents and context. Apple further refers to Paragraphs 72-118 of its First Amended Complaint for their contents and admits the allegations in Paragraph 342 insofar as they are commensurate with the allegations in those paragraphs. Apple denies the remaining allegations and characterizations in Paragraph 341.

343. To the extent that the allegations in Paragraph 343 purport to state a legal conclusion, no response is required. Apple denies the allegations and characterizations in Paragraph 343.

344. Apple refers to the May 4, 2017 decision in <u>Unwired Planet International Ltd. v. Huawei Technologies Co. Ltd.</u> for its contents. To the extent that the allegations in Paragraph 344 purport to state a legal conclusion, no response is required. Apple denies the allegations and characterizations in Paragraph 344.

345. This paragraph purports to describe the relief that Qualcomm seeks and, as such, no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 345.

## COUNT V

(Breach of the Statement of Work, dated February 28, 2013)

346. Paragraphs 1–345 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–345.

347. Apple refers to the 2013 SOW for its contents. Apple otherwise states

1    that the allegations in Paragraph 347 purport to state a legal conclusion to which no

2    response is required. To the extent a response is required, Apple denies the allegations

3    and characterizations in Paragraph 347.

4        348.   Apple denies the allegations and characterizations in Paragraph 348.

5        349.   Apple refers to the parties' correspondence, including the February 10,

6    2017 correspondence, for their contents and admits the allegations in Paragraph 349

7    insofar as they are commensurate with the correspondence. Apple further refers to the

8    ASTA and 2013 SOW for their contents. Except as specifically admitted, Apple denies

9    the remaining allegations and characterizations in Paragraph 349.

10       350.   Apple refers to the 2013 SOW for its contents and admits the allegations

11   in Paragraph 350 insofar as they are commensurate with the 2013 SOW. Except as

12   specifically admitted, Apple denies the remaining allegations and characterizations in

13   Paragraph 350.

14       351.   Apple refers to the 2013 SOW for its contents. Apple denies the

15   allegations and characterizations in Paragraph 351.

16       352.   Apple refers to the 2013 SOW for its contents. Apple admits that ▮▮▮▮

17   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and further states that Apple has offered

18   to pay this amount in order to end the dispute over carrier-aggregation-related adders

19   and fees, but Qualcomm refused. Apple further states that Qualcomm has disputed

20   this figure. Except as specifically admitted, Apple denies the allegations and

21   characterizations in Paragraph 352.

22       353.   Apple denies the allegations and characterizations in Paragraph 353.

23       354.   Apple denies the allegations and characterizations in Paragraph 354,

24   except states that Qualcomm purports to describe the relief that it seeks.

25                                    **COUNT VI**

26           (Breach of the Business Cooperation and Patent Agreement)

27       355.   Paragraphs 1–354 of Apple's Answer are incorporated by reference as if

28   set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–354.

356.   Apple refers to the BCPA and Paragraphs 234-280 of its First Amended Complaint and admits the allegations in Paragraph 356 insofar as they are commensurate with that Agreement and those paragraphs. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 356.

357.   Apple denies the allegations and characterizations in Paragraph 357.

358.   Apple refers to the parties' correspondence for its contents. Apple admits that, on October 9, 2016, Qualcomm (among other things) notified Apple that it was invoking the BCPA's dispute resolution procedures, and that it would not make any further BCP Payments to Apple. Apple further admits that the parties engaged in discussions pursuant to the terms of the BCPA. Apple refers to the BCPA for its contents. Except as specifically admitted, Apple denies the remaining allegations and characterizations in Paragraph 358.

359.   Apple refers to the BCPA, Apple's statements to the KFTC, and other KFTC materials for their contents. To the extent that this paragraph implicates legal conclusions, no response is required. Apple denies the remaining allegations and characterizations in Paragraph 359.

360.   Apple refers to the BCPA for its contents. To the extent that this paragraph implicates legal conclusions, no response is required. Apple denies the remaining allegations and characterizations in Paragraph 360

361.   Apple denies the allegations and characterizations in Paragraph 361, except states that Qualcomm purports to describe the relief that it seeks.

## COUNT VII

(Breach of Implied Covenant of Good Faith and Fair Dealing)

362.   Paragraphs 1–361 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–361.

363.   Apple refers to the BCPA and Paragraphs 234-80 of its First Amended Complaint and admits the allegations in Paragraph 363 insofar as they are commensurate with that Agreement and those paragraphs. Except as specifically

admitted, Apple denies the remaining allegations and characterizations in Paragraph 363.

364. Apple denies the allegations and characterizations in Paragraph 364.

365. Apple denies the allegations and characterizations in Paragraph 365.

366. Apple denies the allegations and characterizations in Paragraph 366.

367. Apple denies the allegations and characterizations in Paragraph 367.

368. Apple denies the allegations and characterizations in Paragraph 368.

369. Apple denies the allegations and characterizations in Paragraph 369.

370. The allegations in Paragraph 370 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 370.

371.  Apple denies the allegations and characterizations in Paragraph 371, except states that Qualcomm purports to describe the relief that it seeks.

## COUNT VIII

### (Unjust Enrichment)

372. Paragraphs 1–371 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–371.

373. The allegations in Paragraph 373 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 373.

374. Apple denies the allegations and characterizations in Paragraph 374, except states that Qualcomm purports to describe the relief that it seeks.

## COUNT IX

### (Declaration That Qualcomm Is Released from Any Obligation to Make Further Payments Under the Cooperation Agreement)

375. Paragraphs 1–374 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–374.

376. The allegations in Paragraph 376 purport to state a legal conclusion to

which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 376.

377.   The allegations in Paragraph 377 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 377.

378.   Apple refers to the BCPA for its contents. The allegations in Paragraph 378 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the remaining allegations and characterizations in Paragraph 378.

379.   Apple refers to the BCPA for its contents. The allegations in Paragraph 379 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the remaining allegations and characterizations in Paragraph 379.

380.   Apple denies the allegations and characterizations in Paragraph 380, except states that Qualcomm purports to describe the relief that it seeks.

## <u>COUNT X</u>

(Violations of California Unfair Competition Law)

381.   Paragraphs 1–380 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–380.

382.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

383.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

384.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

385.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

386.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

387.   Apple is moving, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss Count X; accordingly, no further response to this paragraph is required.

## COUNT XI

(Breach of the Master Software Agreement)

388.   Paragraphs 1–387 of Apple's Answer are incorporated by reference as if set forth in herein; Apple repeats and incorporates its Answer to Paragraphs 1–387.

389.   The allegations in Paragraph 389 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 389.

390.   Apple denies the allegations and characterizations in Paragraph 390.

391.   Apple refers to the MSA for its contents. Apple refers to Paragraphs 333–42 of the Complaint for their contents and admits the allegations in Paragraph 391 insofar as they are commensurate with the allegations in those paragraphs. Apple refers to the proceedings in the United Kingdom, China, and Japan for their contents and admits the allegations in Paragraph 391 insofar as they are commensurate with those proceedings. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 391.

392.   Apple refers to the MSA for its contents and admits the allegations in Paragraph 392 insofar as they are commensurate with the MSA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 392.

393.   Apple refers to the United Kingdom proceeding between Apple and

79

Qualcomm, including the Claim Form issued on January 23, 2017 and amended on May 19, 2017 and the Particulars of Claims issued on May 19, 2017 in the High Court of Justice, Chancery Division, Patents Court, for its contents and admits the allegations in Paragraph 393 insofar as they are commensurate with that proceeding. Apple further refers to the proceedings in China, and Japan for their contents and admits the allegations in Paragraph 393 insofar as they are commensurate with those proceedings. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 393.

394. This paragraph purports to describe matters within Qualcomm's knowledge and control, such as ███████████████. As a result, Apple is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 394, and therefore denies them. Apple admits that Qualcomm provides Apple with certain software. Apple further admits that ████ ██████████████████████. Apple refers to the MSA for its contents and admits the allegations in Paragraph 394 insofar as they are commensurate with the MSA. Except as specifically admitted, Apple denies the allegations and characterizations in Paragraph 394.

395. The allegations in Paragraph 395 purport to state a legal conclusion to which no response is required. To the extent a response is required, Apple denies the allegations in Paragraph 395.

396. This paragraph purports to describe the relief that Qualcomm seeks and, as such, no response is required. To the extent a response is required, Apple denies the allegations and characterizations in Paragraph 396.

## ANSWER TO PRAYER FOR RELIEF

Apple denies that Qualcomm is entitled to any relief whatsoever, whether as sought in the Prayer for Relief of its Counterclaims or otherwise, in connection with this civil action.

1

## AFFIRMATIVE DEFENSES

2

 Pursuant to Federal Rule of Civil Procedure 8(c), Apple, without waiver,

3

limitation, or prejudice, hereby asserts the following affirmative defenses:

4

5

### FIRST DEFENSE

6

Qualcomm's Counterclaims, and each and every claim stated therein, fails to

7

state a claim on which relief can be granted.

8

### SECOND DEFENSE

9

Qualcomm's Counterclaims fail because Apple did not do or is not responsible

10

for the acts complained of.

11

### THIRD DEFENSE

12

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of

13

laches.

14

### FOURTH DEFENSE

15

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of

16

estoppel.

17

### FIFTH DEFENSE

18

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of

19

waiver.

20

### SIXTH DEFENSE

21

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of

22

unclean hands.

23

### SEVENTH DEFENSE

24

Qualcomm's Counterclaims are barred in whole or in part because they are non-

25

justiciable.

26

### EIGHTH DEFENSE

27

Qualcomm's Counterclaims for declaratory relief are barred in whole or in part

28

because there is no active case or controversy under the Declaratory Judgment Act,

28 U.S.C. §§ 2201-2202, and Qualcomm is seeking an advisory opinion.

### NINTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because the Court lacks subject-matter jurisdiction.

### TENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because it lacks standing.

### ELEVENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by the statute of limitations.

### TWELFTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by express license, consent, and/or implied license.

### THIRTEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because of ratification, agreement, acquiescence or consent to Apple's alleged conduct.

### FOURTEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of unjust enrichment.

### FIFTEENTH DEFENSE

Apple satisfied its obligations, both contractual and otherwise, in all material respects.

### SIXTEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by the doctrines of res judicata and collateral estoppel.

### SEVENTEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part as a result of patent exhaustion.

## EIGHTEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because it has not suffered actual, cognizable injury; has suffered no damages; and/or the alleged injury is too speculative and uncertain, and it is impossible to ascertain and allocate such alleged damages with reasonable certainty.

## NINETEENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because of a lack of causation, including without limitation because any injuries or damages that may have been suffered were caused solely or proximately by the intervening and superseding acts and omissions of others over whom Apple had no power, authority, or control,, and Qualcomm's injury or damages were not proximately caused by any act or omission of Apple.

## TWENTIETH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because the contracts alleged to have been interfered with were not actually breached or disrupted.

## TWENTY-FIRST DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by a failure to mitigate.

## TWENTY-SECOND DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because Apple did not breach the contracts at issue, and/or any breach was not material.

## TWENTY-THIRD DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by the doctrine of unenforceability and/or illegality, including without limitation unenforceability as against public policy.

## TWENTY-FOURTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by Cal. Civil Code §

47.

### TWENTY-FIFTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because if Qualcomm's claims and interpretations are credited, the contracts at issue would be unenforceable liquidated damages provisions under California Civil Code § 1671.

### TWENTY-SIXTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because Qualcomm has breached its obligations under the relevant contracts, excusing Apple from its own performance.

### TWENTY-SEVENTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because Qualcomm has breached the implied covenant of good faith and fair dealing, excusing Apple from its own performance.

### TWENTY-EIGHTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because the contracts at issue have expired.

### TWENTY-NINTH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part because the contracts do not impose the obligations on Apple that Qualcomm claims was breached.

### THIRTIETH DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by economic loss doctrine.

### THIRTY-FIRST DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by lack of intent or scienter.

### THIRTY-SECOND DEFENSE

Qualcomm's Counterclaims are barred in whole or in part by equitable and/or statutory set-off or offset.

**THIRTY-THIRD DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because the alleged business practices are not unlawful, unfair, or fraudulent, within the meaning of California Business & Professions Code § 17200 or otherwise.

**THIRTY-FOURTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because the alleged business practices fall within the "safe harbor" doctrine of California Business & Professions Code § 17200, *et seq.*

**THIRTY-FIFTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because any monetary damages under California Business and Professions Code §17200, *et seq.*, are barred in their entirety by those statutes and other applicable legal authority.

**THIRTY-SIXTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because Apple's actions were justified or privileged.

**THIRTY-SEVENTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because Qualcomm is not entitled to injunctive relief because any alleged injury to Qualcomm is not immediate or irreparable and Qualcomm has an adequate remedy at law.

**THIRTY-EIGHTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because it is not entitled to restitution or disgorgement of profits.

**THIRTY-NINTH DEFENSE**

Qualcomm's Counterclaims are barred in whole or in part because Qualcomm is not entitled to interest, attorneys' fees, or costs in connection with this action.

Apple hereby gives notice that it intends to rely upon any other matter constituting an avoidance or affirmative defense as set forth in Rule 8(c) of the Federal Rules of Civil Procedure, and that it reserves the right to seek leave to amend this

1   Answer to add to, amend, withdraw, or modify these defenses as its investigation

2   continues and as discovery may require.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# JURY DEMAND

Apple demands a trial by jury on all issues so triable.

# PRAYER FOR RELIEF

WHEREFORE, Apple prays for relief, as follows:

A.     Adjudge and decree that Qualcomm is liable for breach of contract;

B.     Adjudge and decree that Qualcomm breached the implied covenant of good faith and fair dealing;

C.     Adjudge and decree that Qualcomm must pay the remaining BCP Payments, or damages in the amount of the accrued but unpaid payments, plus interest;

D.     Adjudge and decree that Apple did not breach its obligations under the BCPA;

E.     Adjudge and decree that each of the Patents-in-Suit is not essential to any Apple-practiced 3G/UMTS and/or 4G/LTE standard and is not infringed by Apple, or the purchasers of Apple's products, through the making, using, offering to sell, sale, or import of Apple's products that support 3G/UMTS and 4G/LTE;

F.     Adjudge and decree that one or more claims of each of the Patents-in-Suit are invalid;

G.     As an alternative, if any of the Patents-in-Suit found to be not invalid, actually essential to any Apple-practiced 3G/UMTS and/or 4G/LTE standard and infringed by Apple, declare that the Patents-in-Suit are unenforceable as against Apple for patent exhaustion, where those patents are embodied in Qualcomm baseband processor chipsets used in Apple products;

H.     As an alternative, for any of the Patents-in-Suit found to be not invalid, actually essential to any Apple-practiced 3G/UMTS and/or 4G/LTE standard, infringed by Apple, and not exhausted, adjudge and decree

87

that Qualcomm has not offered Apple a non-discriminatory license, with reasonable rates and with reasonable terms and conditions;

I.   As an alternative, for any of the Patents-in-Suit found to be not invalid, actually essential to any Apple-practiced 3G/UMTS and/or 4G/LTE standard, infringed by Apple, and not exhausted, adjudge, set, and decree a FRAND royalty that (a) uses a royalty base of (at most) the smallest salable unit substantially embodying the claimed invention and (b) sets a reasonable rate applied to that royalty base that reflects the actual technical contribution to the standard that is attributable to the patent;

J.   Enjoin Qualcomm from further demanding excessive royalties from Apple that are not consistent with Qualcomm's obligations;

K.   Adjudge and decree that the STA Assignment Agreement, § 4.4, is unenforceable as against public policy;

L.   Adjudge and decree that the royalty provisions in the licenses between Qualcomm and Apple CMs Foxconn, Pegatron, Wistron, and Compal are unenforceable as against public policy;

M.   Order Qualcomm to disgorge non-FRAND royalties and royalties for exhausted patents that Qualcomm previously extracted from Apple, including royalties paid through Apple CMs, and pay such unjust gain to Apple;

N.   Adjudge and decree that Qualcomm cannot seek injunctive relief or exclusion orders against Apple based on the Patents-in-Suit, but rather is limited to (at most) FRAND royalties as described above;

O.   Adjudge and decree that Qualcomm has violated Section 2 of the Sherman Act and enjoin Qualcomm from further violations of that statute;

P.   Adjudge and decree that Qualcomm violated the California Unfair

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

1    Competition Law and enjoin Qualcomm from further violations of that

2    Law;

3    Q.    Adjudge and decree that Qualcomm may not interrupt baseband

4          processor chipset supplies relating to Apple's iPhones and iPads;

5    R.    Enjoin Qualcomm from taking any adverse or legal action against

6          Apple CMs related to the allegations in the Amended Complaint;

7    S.    Enjoin Qualcomm from imposing or enforcing any unlawful and/or

8          non-FRAND terms and conditions relating to Apple's iPhones and

9          iPads;

10   T.    Award restitution of all excessive license fees that Apple paid;

11   U.    Enjoin Qualcomm from further unlawful actions;

12   V.    Enter judgment awarding Apple its expenses, costs, and attorneys' fees

13         in accordance with Rule 54(d) of the Federal Rules of Civil Procedure;

14   W.    Award reasonable attorneys' fees;

15   X.    Award costs of suit; and

16   Y.    Award such other and further relief as the Court deems just and proper.

17   Dated: June 20, 2017                    Respectfully submitted,

18

19                                  By: */s/ Juanita R. Brooks*
                                        Juanita R. Brooks (SBN 75934)
20                                      brooks@fr.com
                                        Seth M. Sproul (SBN 217711)
21                                      sproul@fr.com
                                        FISH & RICHARDSON P.C.
22                                      12390 El Camino Real
                                        San Diego, CA 92130
23                                      Telephone: (619) 678-5070
                                        Facsimile: (619) 678-5099
24

25                                      Ruffin B. Cordell (DC Bar No. 445801;
                                        admitted pro hac vice)
26                                      cordell@fr.com
                                        Lauren A. Degnan (DC Bar No. 452421;
27                                      admitted pro hac vice)
                                        degnan@fr.com
28

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

Leah A. Edelman (DC Bar No. 1026830;
admitted <u>pro hac vice</u>)
edelman@fr.com
FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Telephone:   (202) 783-5070
Facsimile:    (202) 783-2331

Benjamin C. Elacqua (TX SBN 24055443;
admitted <u>pro hac vice</u>)
elacqua@fr.com
FISH & RICHARDSON P.C.
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Telephone:  (713) 654-5300
Facsimile:    (713) 652-0109

Betty H. Chen (SBN 290588)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone:  (650) 839-5070
Facsimile:    (650) 839-5071

Aamir Kazi (GA SBN 104235; admitted
<u>pro hac vice</u>)
kazi@fr.com
1180 Peachtree St. NE, 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

William A. Isaacson (DC Bar No. 414788;
admitted <u>pro hac vice</u>)
wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520;
admitted <u>pro hac vice</u>)
kdunn@bsfllp.com
Amy J. Mauser (DC Bar No. 424065;
admitted <u>pro hac vice</u>)
amauser@bsfllp.com
Christopher G. Renner (DC Bar No.
1025699; admitted <u>pro hac vice</u>)
crenner@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005

90

Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131

Steven C. Holtzman (SBN 144177)
sholtzman@bsfllp.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:   (510) 874-1000
Facsimile:    (510) 874-1460

Meredith R. Dearborn (SBN 268312)
mdearborn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
425 Tasso Street, Suite 205
Palo Alto, CA 94307
Telephone:   (650) 445-6400
Facsimile:    (650) 329-8507

Attorneys for Plaintiff Apple Inc.

**APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES**   CASE NO. 17-cv-0108-GPC-MDD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 20, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Dated:          June 20, 2017

*/s/ Juanita R. Brooks*
Juanita R. Brooks

APPLE INC.'S ANSWER & AFFIRMATIVE DEFENSES   CASE NO. 17-cv-0108-GPC-MDD