1  Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
   echesler@cravath.com
2  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
3  New York, NY 10019
   Telephone: (212) 474-1000
4  Facsimile:  (212) 474-3700

5  David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
   davenelson@quinnemanuel.com
6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   500 West Madison St., Suite 2450
7  Chicago, Illinois 60661
   Telephone: (312) 705-7400
8  Facsimile:  (312) 705-7401

9  Karen P. Hewitt (SBN 145309)
   kphewitt@jonesday.com
10 JONES DAY
   4655 Executive Drive, Suite 1500
11 San Diego, CA 92121.3134
   Telephone: (858) 314-1200
12 Facsimile:  (844) 345-3178

13 *Attorneys for Defendant and Counterclaim-Plaintiff*
14 QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INCORPORATED,<br><br>    Defendant. | No. 17-cv-0108-GPC-MDD<br><br>**DECLARATION OF SUSAN PREVEZER IN SUPPORT OF QUALCOMM INCORPORATED'S MOTION FOR ANTI-SUIT INJUNCTION**<br><br>Date:       August 18, 2017<br>Time:       1:30 p.m.<br>Courtroom:  2D<br>Judge:      Hon. Gonzalo P. Curiel |

| | |
|---|---|
| 1 | QUALCOMM INCORPORATED, |
| 2 | Counterclaim-Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | APPLE INC., |
| 6 | Counterclaim-Defendant. |
| 7 | |

I, Susan Prevezer, declare as follows:

1. I am a practising barrister, a Queen's Counsel, and a partner at Quinn Emmanuel Urquhart & Sullivan, LLP in London, United Kingdom. I represent Qualcomm (UK) Limited (the "First Defendant"); Qualcomm Communications UK Limited (the "Second Defendant"); Qualcomm Technologies International, Ltd (the "Third Defendant") and Qualcomm Incorporated (the "Fourth Defendant") (collectively, the "Qualcomm Defendants") in the litigation initiated by Apple before the High Court of Justice of England and Wales, Chancery Division, Patents Court (the "Patents Court").[1]

2. The contents of this declaration are true and correct to the best of my knowledge, information and belief, and are based on my personal knowledge. If called upon as a witness in this action, I could and would competently testify thereto.

3. On January 23, 2017, Apple Inc. (incorporated in California); Apple Retail UK Limited (incorporated in England & Wales); Apple Distribution International (incorporated in the Republic of Ireland); Apple Operations Europe (incorporated in the Republic of Ireland); Apple GmbH (incorporated in Germany); and Apple Retail Germany B.V. & CO. KG (incorporated in Germany)

---

[1] I submit this declaration without prejudice to any defenses and/or challenges to service of process and jurisdiction that the Qualcomm entities may have in the UK action. The Qualcomm entities reserve all rights in this regard.

(collectively, the "Apple Plaintiffs") commenced proceedings in the Patents Court against the Qualcomm Defendants (the "Apple UK Action").

4. A true and correct copy of the Claim Form issued on January 23, 2017, is attached hereto as Exhibit 1.

5. A true and correct copy of the Amended Claim Form and the redacted Particulars of Claim, delivered on May 19, 2017, is attached hereto as Exhibit 2.

6. All of the claims alleged in the Amended Claim Form and the Particulars of Claim were served on the First to Third Qualcomm Defendants: Qualcomm (UK) Limited; Qualcomm Communications UK Limited; and Qualcomm Technologies International, Ltd. (the "Qualcomm UK Defendants"), which are UK companies incorporated within the jurisdiction, on May 19, 2017. Quinn Emanuel accepted service on behalf of the Qualcomm UK Defendants and reserved their rights to apply to strike out these claims in due course.

7. Apple purports to have served the Fourth Defendant, Qualcomm Incorporated (a company incorporated in Delaware) on May 19, 2017, in respect of paragraphs (4)-(7) and (10)-(11) of the Amended Claim Form. Qualcomm Incorporated disputes whether service of certain claims in the Amended Claim Form have been effective. The dispute of service is explained in Quinn Emanuel's Acknowledgement of Service, which was filed on June 2, 2017. As of the date of this declaration, Qualcomm Incorporated has not been served with the remaining claims in the Apple UK Action. The Apple Plaintiffs require permission from the Patents Court to serve out of the jurisdiction the claims against Qualcomm Incorporated at paragraphs (1)-(3) and (8)-(9) of the Amended Claim Form. Apple's deadline to serve these remaining claims on Qualcomm Incorporated is July 23, 2017.

8. As of the date of this declaration, the Qualcomm Defendants have not submitted any pleadings in the Apple UK Action to the Patents Court. The deadline for service of the Defence and any counterclaims by the UK Qualcomm

1  Defendants in respect of the claims against them has been extended to August 11,
2  2017. As regards the Fourth Defendant, Qualcomm Incorporated, the deadline for
3  service of its Defence in respect of the claims that have been served at paragraph
4  (4)-(6) of the Amended Claim Form also has been extended to August 11, 2017.
5  The Qualcomm Defendants have reserved the right to seek further extensions, if
6  necessary.

7    9.   As of the date of this declaration, the Patents Court has not ruled on
8  the merits of any of the claims at issue.

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the
2 laws of the United States of America that the foregoing is true and correct and that I
3 executed this declaration on July 11, 2017 in London, United Kingdom.

*[signature]* QC.

Susan Prevezer QC

4

## Table of Exhibits

| Exhibit No. | Page |
|---|---|
| 1 | 1-3 |
| 2 | 4-55 |