Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 619-678-5070 / Fax: 619-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　Defendant.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　Counterclaim-Plaintiff,<br>　　v.<br><br>APPLE INC.,<br><br>　　　　　Counterclaim-Defendant. | Case No. 3:17-CV-00108-GPC-MDD<br><br>**COUNTERCLAIM-DEFENDANT APPLE INC.'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:　Hon. Gonzalo P. Curiel |

Counterclaim-Defendant Apple Inc. ("Apple") reasserts its Answer and Affirmative Defenses as stated in its Answer and Affirmative Defenses filed on June 20, 2017 (ECF No. 84), as if fully set forth herein.

Dated:  August 4, 2017          Respectfully submitted,

By: *s/ Seth M. Sproul*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real San Diego, CA 92130
Phone: 619-678-5070; Fax: 619-678-5099

Ruffin B. Cordell (DC Bar No. 445801;
*pro hac vice*), cordell@fr.com
Lauren A. Degnan (DC Bar No. 452421;
*pro hac vice*), degnan@fr.com
FISH & RICHARDSON P.C.
901 15th Street, N.W., 7th Floor
Washington, DC 20005
Phone: 202-783-5070; Fax: 202-783-2331

Benjamin C. Elacqua (TX SBN 24055443;
*pro hac vice*), elacqua@fr.com
FISH & RICHARDSON P.C.
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300; Fax:  713-652-0109

Betty H. Chen (SBN 290588)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5070; Fax: 650-839-5071

William A. Isaacson (DC Bar No. 414788;
*pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520;
*pro hac vice*) kdunn@bsfllp.com

| | |
|---|---|
| 1 | Amy J. Mauser (DC Bar No. 424065; |
| 2 | *pro hac vice*) amauser@bsfllp.com |
|   | Christopher G. Renner (DC Bar No. 1025699; |
| 3 | *pro hac vice*) crenner@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 4 | 1401 New York Avenue |
| 5 | Washington, DC 20005 |
|   | Phone: 202-237-2727; Fax: 202-237-6131 |
| 6 | |
| 7 | Steven C. Holtzman (SBN 144177) |
|   | sholtzman@bsfllp.com |
| 8 | Gabriel R. Schlabach (SBN 304859) |
| 9 | gschlabach@bsfllp.com |
|   | BOIES SCHILLER FLEXNER LLP |
| 10 | 1999 Harrison Street, Suite 900 |
| 11 | Oakland, CA 94612 |
|   | Phone: 510-874-1000; Fax: 510-874-1460 |
| 12 | |
| 13 | Meredith R. Dearborn (SBN 268312) |
|   | mdearborn@bsfllp.com |
| 14 | BOIES SCHILLER FLEXNER LLP |
| 15 | 425 Tasso Street, Suite 205 |
|    | Palo Alto, CA 94307 |
| 16 | Phone: 650-445-6400; Fax: 650-329-8507 |
| 17 | |
| 18 | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 4, 2017 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

 Executed on August 4, 2017, at San Diego, California.


    /s/ *Seth M. Sproul*
     Seth M. Sproul