Juanita R. Brooks, SBN 75934
brooks@fr.com
Seth M. Sproul, SBN 217711
sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel.: 619-678-5070/Fax: 619-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *admitted PHV*
cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *admitted PHV*
degan@fr.com
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street NW, Suite 700
Washington, D.C. 20005
Tel.: 202-783-5070/Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788, *admitted PHV*
wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *admitted PHV*
kdunn@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Tel.: 202-237-2727/Tel.: 202-237-6131

Attorneys for Plaintiff Apple Inc.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| APPLE INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>Defendant. | Case No. 17-CV-0108-GPC-xMDD<br><br>**DECLARATION OF AMY J. MAUSER IN SUPPORT OF PLAINTIFF APPLE INC.'S OPPOSITION TO DEFENDANT QUALCOMM INCORPORATED'S MOTION FOR ANTI-SUIT INJUNCTION**<br><br>Judge:       Gonzalo P. Curiel<br>Trial Date:  TBD<br><br>Date:        August 18, 2017<br>Time:        1:30 p.m.<br>Courtroom:   2D |

| | |
|---|---|
| 1 | QUALCOMM INCORPORATED, |
| 2 |       Counterclaim-Plaintiff, |
| 3 |    v. |
| 4 | APPLE INC., |
| 5 |       Counterclaim-Defendant. |

1  I, AMY J. MAUSER, declare and state as follows:

2  1. I am an attorney admitted *pro hac vice* to appear in this matter and a member of the bar of the District of Columbia. I am a partner at Boies Schiller Flexner LLP, counsel for Plaintiff and Counter-Defendant Apple Inc. ("Apple"). I submit this declaration in support of Apple's Opposition to Defendant and Counterclaimant Qualcomm Incorporated's ("Qualcomm") Anti-Suit Injunction Motion. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. On July 7, 2017, Qualcomm filed a complaint before the United States International Trade Commission ("ITC"). Attached hereto as Exhibit "1" is a true and correct copy of that complaint, which is captioned *In the Matter of Certain Mobile Electronics Devices and Radio Frequency and Processing Components Thereof*.

3. On July 17, 2017, Qualcomm filed two parallel actions in the Court for Patent Matters in Mannheim, Germany asserting infringement of patent EP 2 954 737. The first action is against Apple Distribution International ("ADI") and Apple Retail Germany (docket 7 O 127/17). The second action is against Apple Inc. (docket 7 O 128/17). Attached hereto as Exhibit "2" is a true and correct copy of a translation of the complaint Qualcomm filed against ADI and Apple Retail Germany in Mannheim. Apple Inc. has not yet been served with the complaint in the second action.

4. Qualcomm has also filed two parallel actions in the Munich I District Court, Patent Litigation Chambers in Munich, Germany asserting infringement of patent EP 2 724 461. The first action is against ADI and Apple Retail Germany (docket 7 O 10495/17). The second action is against Apple Inc. (docket 7 O 10496/17). Attached hereto as Exhibit "3" is a true and correct copy of a translation

DECLARATION OF AMY. J. MAUSER     1     Case No. 17-CV-0108-GPC-MDD

of the complaint Qualcomm filed against ADI and Apple Retail Germany in Munich. Apple Inc. has not yet been served with the complaint in the second action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 8, 2017, at Washington, District of Columbia.

*/s/ Amy J. Mauser*
AMY J. MAUSER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## TABLE OF EXHIBITS

| Exhibit No. | Pages |
|---|---|
| 1 | 1-55 |
| 2 | 56-86 |
| 3 | 87-129 |

DECLARATION OF AMY. J. MAUSER     3     Case No. 17-CV-0108-GPC-MDD