UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br>  Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br>  Defendant. | Case No.: 17cv108-GPC-MDD <br><br> **CASE MANAGEMENT ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS - PATENT CLAIMS** |

In this case, Plaintiff is seeking, among other things, a declaratory judgment that eighteen (18) of Defendant's patents are invalid and that Plaintiff is not infringing those patents. Plaintiff is also seeking a determination of appropriate royalties. Defendant is not, at this time, claiming infringement. This scheduling order governs the litigation only of the patent claims in this case.

   1. On or before **August 30, 2017**, each party shall separately serve on all parties a Disclosure of Asserted Claims pursuant to Patent L.R. 3.1 and produce documents as required by Patent L.R. 3.2.

   2. On or before **October 30, 2017**, each party shall serve Invalidity Contentions pursuant to Patent L.R. 3.3 and produce documents as required

by Patent L.R. 3.4.

    3. On or before **November 13, 2017**, the parties shall exchange Preliminary Claim Constructions pursuant to Patent L.R. 4.1(a) and identify extrinsic evidence as required by Patent L.R. 4.1(b).

    4. On or before **November 27, 2017**, the parties shall exchange Responsive Claim Constructions pursuant to Patent L.R. 4.1(c) and identify extrinsic evidence as required by Patent L.R. 4.1(d).

    5. On or before **December 11, 2017**, parties shall complete and file a Joint Claim Construction Chart, Joint Claim Construction Worksheet, and Joint Hearing Statement pursuant to Patent L.R. 4.2.

    6. All discovery intended for use in the Claim Construction Hearing must be completed by **January 11, 2018**. See Patent L.R. 4.3.

    7. The deadline for filing, as of right, Amended Invalidity Contentions by the party opposing infringement is **January 11, 2018**. See Patent L.R. 3.6(b)

    8. On or before **January 25, 2018**, the parties must file simultaneously their Opening Claim Construction Briefs. See Patent L.R. 4.4(a).

    9. On or before **February 8, 2018**, the parties must file simultaneously their Responsive Claim Construction Briefs. See Patent L.R. 4.4(b).

    10. The Claim Construction and tutorial hearing will be held before the **Honorable Gonzalo P. Curiel** on **March 22, 2018**, at **1:00PM**. See Patent L.R. 4.5.

    **IT IS SO ORDERED.**

Dated:   August 18, 2017

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge