| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) |
| 2 | brooks@fr.com<br>Seth M. Sproul (SBN 217711) |
| 3 | sproul@fr.com<br>FISH & RICHARDSON P.C. |
| 4 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 5 | Telephone: (619) 678-5070 |
| 6 | Facsimile: (619) 678-5099 |
| 7 | Attorneys for Plaintiff |
| 8 | APPLE INC. |
| 9 | Karen P. Hewitt (SBN 145309)<br>kphewitt@jonesday.com |
| 10 | Randall E. Kay (SBN 149369)<br>rekay@jonesday.com |
| 11 | JONES DAY |
| 12 | 4655 Executive Drive, Suite 1500<br>San Diego, California 92121 |
| 13 | Telephone:  (858) 314-1200<br>Facsimile:  (844) 345-3178 |
| 14 | |
| 15 | Attorneys for Defendant<br>QUALCOMM INCORPORATED |
| 16 | [*Additional counsel identified on signature page*] |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>QUALCOMM INCORPORATED,<br><br>      Defendant. | CASE NO.  3:17-cv-00108-GPC-MDD<br>CASE NO.  3:17-cv-01010-GPC-MDD<br><br>**JOINT MOTION CONTINUING HEARING DATE**<br><br>Hon. Gonzalo P. Curiel |

| | |
|---|---|
| 1 | QUALCOMM INCORPORATED, |
| 2 | Counterclaim-Plaintiff, |
| 3 | v. |
| 4 | APPLE INC., |
| 5 | Counterclaim-Defendant. |
| 6 | QUALCOMM INCORPORATED, |
| 7 | Plaintiff, |
| 8 | v. |
| 9 | COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD, PEGATRON CORPORATION, and WISTRON CORPORATION, |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |
| 14 | COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION, |
| 15 | |
| 16 | |
| 17 | |
| 18 | Counterclaim-Plaintiffs, |
| 19 | v. |
| 20 | QUALCOMM INCORPORATED, |
| 21 | Counterclaim-Defendant. |
| 22 | COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, and WISTRON CORPORATION, |
| 23 | |
| 24 | |
| 25 | |
| 26 | Third-Party Plaintiffs, v. |
| 27 | APPLE INC., |
| 28 | Third-Party Defendant. |

JOINT MOTION CONTINUING HEARING DATE  
NAI-1502988617v1

-2-

CASE NO. 3:17-cv-00108-GPC-MDD  
CASE NO. 3:17-cv-01010-GPC-MDD

Qualcomm Incorporated ("Qualcomm"), Apple Inc. ("Apple"), and Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation and Wistron Corporation (collectively, "the CMs"), by and through their respective counsel, hereby jointly stipulate to continue the three pending motions currently on calendar for September 29, 2017 at 1:30 p.m. The three motions are as follows:

Docket No. 3:17-cv-00108-GPC-MDD

1. Apple's Partial Motion to Dismiss Qualcomm's First Amended Counterclaims, filed May 30, 2017 (Dkt. 74);

2. Qualcomm's Motion for Partial Dismissal of Plaintiff's First Amended Complaint, filed July 21, 2017 (Dkt. 100); and

Docket No. 3:17-cv-01010-GPC-MDD

3. Qualcomm's Motion for Partial Dismissal of Defendants' Counterclaims, filed August 8, 2017 (Dkt. 116).

It is hereby stipulated by and between the parties that these hearings be moved to October 4, 2017 at 1:30 p.m., in Courtroom 2D of the above-entitled Court.

IT IS SO STIPULATED.

Dated: August 30, 2017                    Respectfully submitted,

By: *s/ Seth M. Sproul*

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson (*Pro Hac Vice*)
(DC Bar No. 414788)
wisaacson@bsfllp.com
Karen L. Dunn (*Pro Hac Vice*)
(DC Bar No. 1002520)
kdunn@bsfllp.com
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

|   |   |
|---|---|
| 1 | FISH & RICHARDSON P.C. |
|   | Juanita R. Brooks (SBN 75934) |
| 2 | brooks@fr.com |
|   | Seth M. Sproul (SBN 217711) |
| 3 | sproul@fr.com |
|   | 12390 El Camino Real |
| 4 | San Diego, CA 92130 |
|   | Telephone: (619) 678-5070 |
| 5 | Facsimile: (619) 678-5099 |
| 6 |   |
|   | Ruffin B. Cordell (*Pro Hac Vice*) |
| 7 | (DC Bar No. 445801) |
|   | cordell@fr.com |
| 8 | Lauren A. Degnan (*Pro Hac Vice*) |
|   | (DC Bar No. 452421) |
| 9 | degnan@fr.com |
|   | 1425 K Street, N.W., 11th Floor |
| 10 | Washington, DC 20005 |
|   | Telephone: (202) 783-5070 |
| 11 | Facsimile: (202) 783-2331 |
| 12 | ***Attorneys for Plaintiff*** |
|   | **APPLE INC.** |
| 13 |   |
| 14 | By: *s/ Randall E. Kay* |
| 15 | JONES DAY |
|   | Karen P. Hewitt (SBN 145309) |
| 16 | kphewitt@jonesday.com |
|   | Randall E. Kay (SBN 149369) |
| 17 | rekay@jonesday.com |
|   | 4655 Executive Drive, Suite 1500 |
| 18 | San Diego, California 92121 |
|   | Telephone:  (858) 314-1200 |
| 19 | Facsimile:   (858) 314-1150 |
| 20 | CRAVATH, SWAINE & MOORE LLP |
|   | Evan R. Chesler (*Pro Hac Vice*) |
| 21 | (N.Y. Bar No. 1475722) |
|   | echesler@cravath.com |
| 22 | Keith R. Hummel (*Pro Hac Vice*) |
|   | (N.Y. Bar No. 2430668) |
| 23 | khummel@cravath.com |
|   | Richard J. Stark (*Pro Hac Vice*) |
| 24 | (N.Y. Bar No. 2472603) |
|   | rstark@cravath.com |
| 25 | Antony L. Ryan (*Pro Hac Vice*) |
|   | (N.Y. Bar No. 2784817) |
| 26 | aryan@cravath.com |
|   | Gary A. Bornstein (*Pro Hac Vice*) |
| 27 | (N.Y. Bar No. 2916815) |
|   | gbornstein@cravath.com |
| 28 | J. Wesley Earnhardt (*Pro Hac Vice*) |

| | |
|---|---|
| 1 | (N.Y. Bar No. 4331609) |
| | wearnhardt@cravath.com |
| 2 | Yonatan Even (*Pro Hac Vice*) |
| | (N.Y. Bar No. 4339651) |
| 3 | yeven@cravath.com |
| | Vanessa A. Lavely (*Pro Hac Vice*) |
| 4 | (N.Y. Bar No. 4867412) |
| | vlavely@cravath.com |
| 5 | Worldwide Plaza, 825 Eighth Avenue |
| | New York, NY 10019 |
| 6 | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| 7 | |
| 8 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 9 | David A. Nelson (*Pro Hac Vice*) |
| | (Ill. Bar No. 6209623) |
| 10 | davenelson@quinnemanuel.com |
| | Stephen Swedlow (*Pro Hac Vice*) |
| 11 | (Ill. Bar No. 6234550) |
| | stephenswedlow@quinnemanuel.com |
| 12 | 500 West Madison St., Suite 2450 |
| | Chicago, Illinois 60661 |
| 13 | Telephone: (312) 705-7400 |
| | Facsimile: (312) 705-7401 |
| 14 | |
| 15 | Alexander Rudis (*Pro Hac Vice*) |
| | (N.Y. Bar No. 4232591) |
| 16 | alexanderrudis@quinnemanuel.com |
| | 51 Madison Ave., 22nd Floor |
| 17 | New York, New York 10010 |
| | Telephone: (212) 849-7000 |
| 18 | Facsimile: (212) 849-7100 |
| 19 | Sean S. Pak (SBN 219032) |
| | seanpak@quinnemanuel.com |
| 20 | 50 California Street, 22nd Floor |
| | San Francisco, CA 94111 |
| 21 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 22 | |
| 23 | ***Attorneys for Defendant*** **QUALCOMM INCORPORATED** |
| 24 | |
| 25 | By: *s/ Jennifer J. Rho* |
| 26 | GIBSON DUNN & CRUTCHER, LLP |
| | Theodore J. Boutrous, Jr. (SBN 132099) |
| 27 | tboutrous@gibsondunn.com |
| | Daniel G. Swanson (SBN 116556) |
| 28 | dswanson@gibsondunn.com |

| | |
|---|---|
| 1 | Nicola T. Hanna (SBN 130694) |
| 2 | nhanna@gibsondunn.com<br>Jason C. Lo (SBN 219030) |
| 3 | jlo@gibsondunn.com<br>Jennifer J. Rho (SBN 254312) |
| 4 | jrho@gibsondunn.com<br>Melissa Phan (SBN 266880) |
| 5 | mphan@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071 |
| 6 | Telephone: (213) 229-7000<br>Facsimile:  (213) 229-7520 |
| 7 | |
| 8 | Cynthia E. Richman (*Pro Hac Vice*)<br>(DC Bar No. 492089) |
| 9 | crichman@gibsondunn.com<br>1010 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| 10 | Telephone:  (202) 955-8500<br>Facsimile:  (202) 467-0539 |
| 11 | |
| 12 | ***Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs,* COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, WISTRON CORPORATION** |
| 13 | |
| 14 | |
| 15 | |
| 16 | K&L Gates LLP<br>Hugh F. Bangasser (*Pro Hac Vice*) |
| 17 | (Wash.  Bar No. 3055)<br>hugh.bangasser@klgates.com |
| 18 | Christopher Wyant (*Pro Hac Vice*)<br>(Wash. Bar No. 35561)<br>chris.wyant@klgates.com |
| 19 | J. Timothy Hobbs (*Pro Hac Vice*)<br>(Wash. Bar No. 42665) |
| 20 | tim.hobbs@klgates.com<br>925 Fourth Avenue, Suite 2900 |
| 21 | Seattle, WA 98104<br>Telephone:  (206) 623-7580 |
| 22 | Facsimile:   (206) 370-6371 |
| 23 | Caitlin L. Blanche (SBN 254109) |
| 24 | caitlin.blanche@klgates.com<br>1 Park Plaza, 12th Floor<br>Irvine, CA 92614 |
| 25 | Telephone:  (949) 253-0900<br>Facsimile:  (949)253-0902 |
| 26 | |
| 27 | ***Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff,* WISTRON CORPORATION** |
| 28 | |

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |

2  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
3  Policies and Procedures of the United States District Court of the Southern District
4  of California, I certify that authorization for the filing of this document has been
5  obtained from each of the other signatories shown above and that all signatories
6  have authorized placement of their electronic signature on this document.
7  Dated: August 30, 2017

By:  *s/ Randall E. Kay*
     RANDALL E. KAY
     rekay@jonesday.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 30, 2017, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail and/or U.S. mail.

By: *s/ Randall E. Kay*
RANDALL E. KAY