# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Gonzalo P. Curiel

| FROM: P. Munoz, Deputy Clerk | RECEIVED DATE: August 30, 2017 |
|---|---|
| CASE NO. 17-cv-00108-GPC-MDD | DOC FILED BY: Steve L. Re |
| CASE TITLE: Apple Inc. v. Qualcomm Incorporated | |
| DOCUMENT ENTITLED: Letter | |

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: 83.9 Ex parte communication is prohibited.

Date Forwarded:   August 30, 2017

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☐ | The document is to be filed nunc pro tunc to date received. |
|---|---|
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to
Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: August 30, 2017

Hon. Gonzalo P. Curiel
United States District Judge