Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099
Attorneys for Plaintiff Apple Inc.

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant and Counterclaim-Plaintiff, QUALCOMM INCORPORATED*

[*Additional counsel identified on signature page*]

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| IN RE: QUALCOMM LITIGATION | No. 17-cv-0108-GPC-MDD<br><br>[Consolidated with<br>Case No. 3:17-CV-01010-GPC-MDD]<br><br>**JOINT MOTION REGARDING MODIFICATION OF CASE SCHEDULE**<br><br>Honorable Mitchell D. Dembin |
|---|---|

1  Pursuant to the provisions of this Court's Chamber Rule III.D. regarding
2  requests to modify the schedule, the parties Apple Inc. ("Apple") and Compal
3  Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron
4  Corporation, and Wistron Corporation (collectively, the "CMs") on one hand and
5  Qualcomm, Inc. ("Qualcomm") on the other, submit this Joint Motion Regarding
6  Modification of Case Schedule.
7  Concurrently with this Joint Motion, Apple and the CMs on one hand and
8  Qualcomm on the other, are also filing separate memoranda of points and authorities
9  supporting the positions stated herein, and declarations supporting the same.

## A. APPLE AND THE CMs REQUEST FOR MODIFICATION OF CASE SCHEDULE

Apple and the CMs, for the reasons stated in their Memorandum of Points and Authorities, request that the Court modify the case schedule as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | May 11, 2018 | May 11, 2018 |
| Opening Expert Reports | March 12, 2018 | July 10, 2018 |
| Rebuttal Expert Reports | April 13, 2018 | August 9, 2018 |
| Close of Expert Discovery | May 11, 2018 | September 10, 2018 |
| Pretrial Motions | June 22, 2018 | October 22, 2018 |
| Pretrial Disclosures | June 22, 2018 | October 22, 2018 |
| Local Rule 16.1(f)(4) Conference | September 7, 2018 | January 8, 2019 |
| Plaintiff Counsel Serve Proposed Pretrial Order | September 14, 2018 | January 15, 2019 |
| Propose Final Pretrial Conference Order | September 21, 2018 | January 22, 2019 |
| Final Pretrial Conference | September 28, 2018 | January 29, 2019 |

## B. QUALCOMM'S REQUEST REGARDING MODIFICATION OF CASE SCHEDULE

Qualcomm, for the reasons stated in the Memorandum of Points and Authorities, and in response to the changes proposed by Apple and the CMs, proposes the Court modify the case schedule as follows. Should the Court determine that any changes to the current schedule would require postponing the date upon which this case will be trial-ready, Qualcomm requests that the Court leave the schedule unchanged.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Substantial Completion of Document Production | N/A | February 28, 2018 |
| Last for Parties to Make Available for Deposition Witnesses Requested by Another Party for Expert Discovery or Summary Judgment | N/A | May 11, 2018 |
| Close of Written Discovery | May 11, 2018 | May 11, 2018 |
| Close of All Fact Discovery | May 11, 2018 | June 18, 2018 |
| Expert Reports on Topics for Which Parties Bear Initial Burden of Proof | March 12, 2018 | May 18, 2018 |
| All Other Expert Reports | April 13, 2018 | June 18, 2018 |
| Close of Expert Discovery | May 11, 2018 | July 20, 2018 |
| Summary Judgment | June 22, 2018 | June 22, 2018 |
| *Daubert* / Motions *in Limine* | June 22, 2018 | August 8, 2018 |
| Pre-Trial Disclosures | June 22, 2018 | TBD[1] |
| Hearing on Dispositive Motions | TBD | TBD |
| Local Rule 16.1(f)(4) M&C | September 7, 2018 | September 7, 2018 |
| Pre-Trial Order Draft Served | September 14, 2018 | September 14, 2018 |
| Pre-Trial Order Due | September 21, 2018 | September 21, 2018 |
| Final Pre-Trial Conference | September 28, 2018 | September 28, 2018 |
| Trial | TBD | October 15, 2018[2] |

---

[1] The parties will meet and confer regarding the exchange of disclosures required pursuant to Rule 26(a)(3).

[2] Or first date the Court is available thereafter.

| | | |
|---|---|---|
| 1 | DATED: January 19, 2018 | Respectfully submitted, |

By: */s/ Seth M. Sproul*
_____

Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788,
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520,
*pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

| | |
|---|---|
| 1  DATED: January 19, 2018 | Respectfully submitted, |
| 2 | |
| 3 | By: */s/ Jason C. Lo* |
| 4 | THEODORE J. BOUTROUS, JR. (SBN 132099) |
|   | tboutrous@gibsondunn.com |
| 5 | DANIEL G. SWANSON (SBN 116556) |
|   | dswanson@gibsondunn.com |
| 6 | JASON C. LO (SBN 219030) |
|   | jlo@gibsondunn.com |
| 7 | JENNIFER J. RHO (SBN 254312) |
|   | jrho@gibsondunn.com |
| 8 | MELISSA PHAN (SBN 266880) |
|   | mphan@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| 10 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071 |
| 11 | Tel:  (213) 229-7000 |
|   | Fax:  (213) 229-7520 |
| 12 | |
| 13 | CYNTHIA E. RICHMAN (DC Bar No. 492089; *Pro Hac Vice*) |
| 14 | crichman@gibsondunn.com |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 15 | 1050 Connecticut Avenue, N.W. |
|   | Washington, DC 20036 |
| 16 | Tel: (202) 955-8500 |
| 17 | Fax: (202) 467-0539 |
| 18 | *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation* |
| 19 | |
| 20 | |
| 21 | HUGH F. BANGASSER (Pro Hac Vice) |
|   | hugh.bangasser@klgates.com |
| 22 | CHRISTOPHER M. WYANT (Pro Hac Vice) |
|   | chris.wyant@klgates.com |
| 23 | J. TIMOTHY HOBBS (Pro Hac Vice) |
|   | tim.hobbs@klgates.com |
| 24 | K&L GATES LLP |
|   | 925 Fourth Avenue, Suite 2900 |
| 25 | Seattle, Washington 98104 |
|   | Telephone: +1 206 623 7580 |
| 26 | Facsimile: +1 206 370 6371 |
| 27 | CAITLIN C. BLANCHE (SBN 254109) |
|   | caitlin.blanche@klgates.com |
| 28 | K&L GATES LLP |
|   | 1 Park Plaza Twelfth Floor |

|     |                              |                                                                 |
| --- | ---------------------------- | --------------------------------------------------------------- |
| 1   |                              | Irvine, CA 92614<br>Telephone: +1 949 253 0900<br>Facsimile: +1 949 253 0902 |
| 2   |                              |                                                                 |
| 3   |                              | *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation* |
| 4   |                              |                                                                 |
| 5   | DATED: January 19, 2018      | Respectfully submitted,                                         |
| 6   |                              |                                                                 |
| 7   |                              | By */s/ J. Wesley Earnhardt*                                    |
| 8   |                              | **CRAVATH, SWAINE & MOORE LLP**<br>Evan R. Chesler (*pro hac vice*) |
| 9   |                              | (N.Y. Bar No. 1475722)<br>echesler@cravath.com                  |
| 10  |                              | Keith R. Hummel (*pro hac vice*)<br>(N.Y. Bar No. 2430668)<br>khummel@cravath.com |
| 11  |                              | Richard J. Stark (*pro hac vice*)<br>(N.Y. Bar No. 2472603)     |
| 12  |                              | rstark@cravath.com<br>Antony L. Ryan (*pro hac vice*)           |
| 13  |                              | (N.Y. Bar No. 2784817)<br>aryan@cravath.com                     |
| 14  |                              | Gary A. Bornstein (*pro hac vice*)<br>(N.Y. Bar No. 2916815)    |
| 15  |                              | gbornstein@cravath.com<br>J. Wesley Earnhardt (*pro hac vice*)  |
| 16  |                              | (N.Y. Bar No. 4331609)<br>wearnhardt@cravath.com                |
| 17  |                              | Yonatan Even (*pro hac vice*)<br>(N.Y. Bar No. 4339651)         |
| 18  |                              | yeven@cravath.com<br>Vanessa A. Lavely (*pro hac vice*)         |
| 19  |                              | (N.Y. Bar No. 4867412)<br>vlavely@cravath.com                   |
| 20  |                              | Worldwide Plaza, 825 Eighth Avenue<br>New York, New York 10019  |
| 21  |                              | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700          |
| 22  |                              |                                                                 |
| 23  |                              |                                                                 |
| 24  |                              |                                                                 |
| 25  |                              |                                                                 |
| 26  |                              |                                                                 |
| 27  |                              |                                                                 |
| 28  |                              |                                                                 |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178
*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from the other signatory shown above and that said signatory has authorized placement of his electronic signature on this document.

Dated:  January 19, 2018

<u>*s/ Seth M. Sproul*</u><br>
Seth M. Sproul

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on January 19, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on January 19, 2018, at San Diego, California.

*/s/ Seth M. Sproul*
Seth M. Sproul