# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | No. 17-CV-00108-GPC-MDD<br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING DEADLINE FOR JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE**<br>**[ECF No. 310]** |

Good cause having been shown, the motion for an extension of time for the CMs and Qualcomm to file a Joint Motion for Determination of Discovery Dispute is **GRANTED**. The parties may file any motions related to the CMs' Objections and Responses to Qualcomm's Second Set of Requests for Production or related to the CMs' First Supplemental Objections and Responses to Qualcomm's First Set of Interrogatories on or before 5:00 p.m. (Pacific) on February 9, 2018.

**IT IS SO ORDERED.**

Dated:   February 6, 2018

Hon. Mitchell D. Dembin
United States Magistrate Judge