# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | No. 17-cv-00108-GPC-MDD<br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE REGARDING RFPs 222, 223 AND 225 PROPOUNDED BY DEFENDANT TO THE "CM" ENTITIES**<br>**[ECF No. 324]** |

On February 13, 2018, this Joint Motion was filed. The dispute is over 3 Requests for Production ("RFPs") served by Qualcomm, Inc., upon the "CM" entities: Compal Electronics, Inc., Pegatron Corporation, FIH Mobile Ltd ("Foxconn"), Hon Hai Precision Industry Co., Ltd., and Wistron Corporation. Two things are apparent from the moving papers:

1. Qualcomm did not comply with this Court's Civil Chambers Rules and provide sufficient time for the CMs to contribute meaningfully to this motion. *See Declaration of Richard J. Stark,* ¶ 31 (ECF No. 324-1); *Declaration of Jason C. Lo,* ¶ 14 (ECF No. 324-2). Although it is gratifying to see opposing counsel agree on something, the agreement is that Qualcomm served its portion of this Motion on February 12, 2018, one day prior to filing. The Court's Civil

Chambers Rules requires "a minimum of seven (7) days" to that purpose.

2. The responses of the CMs to the disputed RFPs do not comply with the requirements of Rule 34, Fed. R. Civ. P.

Consequently, the Court orders as follows:

1. The CMs are **ORDERED** to provide further responses to the disputed RFPs which comply with the requirements of Rule 34. To the extent that the CMs assert privilege, the response also must comply with the requirements of Rule 26(b)(5)(A). The CMs must serve their compliant responses no later than 14 days from the date of this Order, unless otherwise agreed by the parties or otherwise ordered by the Court.

2. This Joint Motion is otherwise **DENIED** for non-compliance with this Court's Civil Chambers Rules.

3. Service of the further responses by the CM's to the disputed RFPs will restart the 30-day period contemplated by this Court's Civil Chambers Rules.

**IT IS SO ORDERED.**

Dated: February 16, 2018

_Mitchell D. Dembin_
Hon. Mitchell D. Dembin
United States Magistrate Judge