Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Aleksandr Gelberg, SBN 279989, gelberg@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C.  20005
Phone:  202-783-5070 / Fax:  202-783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | Case No. 3:17-CV-00108-GPC-MDD <br><br> [Consolidated with <br> Case No. 3:17-CV-01010-GPC-MDD] <br><br> **NOTICE OF APPEARANCE BY ALEKSANDR GELBERG** <br><br> Judge:   Hon. Gonzalo P. Curiel |
| QUALCOMM INCORPORATED., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> APPLE INC, <br><br> Counterclaim-Defendant. | |

Case No. 3:17-CV-00108-GPC-MDD

TO THE COURT AND ALL PARTIES:

This Notice of Appearance is filed on behalf of Aleksandr Gelberg, an attorney of record in the above-captioned action for Plaintiff and Counterclaim-Defendant Apple Inc., whose contact information is:

> Aleksandr Gelberg, SBN 279989
> gelberg@fr.com
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA 92130
> Phone: 858-678-5070
> Fax: 858-678-5099

Dated:  March 16, 2018          Respectfully submitted,

By:  *s/ Aleksandr Gelberg*
> Aleksandr Gelberg SBN 279989
> gelberg@fr.com
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA 92130
> Phone:  858-678-5070 / Fax: 858-678-5099

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 16, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 16, 2018, at San Diego, California.

*s/ Aleksandr Gelberg*
Aleksandr Gelberg (SBN 279989)