1   Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
    echesler@cravath.com
2   CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
3   New York, New York 10019
    Telephone:  (212) 474-1000
4   Facsimile:  (212) 474-3700

5   *Attorneys for Defendant and Counterclaim-Plaintiff*
    QUALCOMM INCORPORATED
6

7   Juanita R. Brooks, SBN 75934, brooks@fr.com
    Seth M. Sproul, SBN 217711, sproul@fr.com
8   Fish & Richardson P.C.
    12390 El Camino Real
9   San Diego, CA 92130
    Phone:  619-678-5070 / Fax: 619-678-5099
10
    *Attorneys for Plaintiff and Counterclaim-Defendant*
11  APPLE INC.

12  [Additional counsel identified on signature pages]

13

14                  **UNITED STATES DISTRICT COURT**

15                **SOUTHERN DISTRICT OF CALIFORNIA**

16
    IN RE:                          No.  3:17-cv-00108-GPC-MDD
17
    QUALCOMM LITIGATION             **JOINT MOTION FOR APPROVAL**
18                                  **OF STIPULATION REGARDING**
                                    **DEADLINE FOR JOINT MOTION**
19                                  **FOR DETERMINATION OF**
                                    **DISCOVERY DISPUTE**
20                                  **CONCERNING QUALCOMM'S**
                                    **CUSTODIANS AND TIME**
21                                  **FRAMES**

22                                  Magistrate Judge:
                                    Hon. Mitchell D. Dembin
23

24

25

26

27

28

Apple Inc. ("Apple") and Qualcomm Incorporated ("Qualcomm"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation:

## STIPULATION

WHEREAS, on February 20, 2018, Qualcomm served its responses and objections to Apple's Second Set of Documents Requests ("Second RFPs");

WHEREAS, under this Court's Civil Chambers Rules, Apple's portion of a joint motion regarding Apple's Second RFPs would be due to be served on March 13 and the joint motion would be due to be filed on March 22;

WHEREAS, the parties have conferred and proposed compromises that may resolve all disputes outstanding between the parties as to the Second RFPs and would like to continue for a reasonable amount of time in an attempt to fully resolve their disputes;

WHEREAS, the parties' discussions to date have resulted in progress sufficient to indicate that resolution of several issues is legitimately possible without the need for the Court's involvement;

WHEREAS, an extension of the deadline for the joint motion to Wednesday, April 4, 2018 will allow Apple and Qualcomm to more fully discuss, potentially further narrow, and, if needed, brief the issues;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

If the parties are unable to resolve their current disputes concerning Qualcomm's additional custodians and time frames, Apple and Qualcomm shall file a joint motion for determination of discovery dispute regarding these issues on Wednesday, April 4, 2018; and

Each side shall have no more than 10 pages to make their arguments and the parties will include, as with their recently filed joint motion, ECF No. 365, a copy of

1    Qualcomm's responses and objections to permit the Court to refer to individual

2    Request and Qualcomm's objections as needed.

3         IT IS SO STIPULATED.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: March 22, 2018

Respectfully submitted,

By: */s/ Vanessa A. Lavely*

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone:  (858) 314-1200
Facsimile:  (858) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

| 1 | Dated: March 22, 2018 | Respectfully submitted, |

Dated: March 22, 2018

Respectfully submitted,

By: /s/ Edward H. Takashima

Juanita R. Brooks (SBN 75934)
brooks@fr.com
Seth M. Sproul, (SBN 217711)
sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070
Facsimile: (619) 6785099

Ruffin B. Cordell (DC Bar No. 445801; *pro
hac vice*)
cordell@fr.com
Lauren A. Degnan (DC Car No. 452421;
*pro hac vice*)
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

William A. Isaacson (DC Bar No.
414788; *pro hac vice*)
wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520; *pro
hac vice*)
kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

Edward H. Takashima, SBN 270945
etaskashima@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Wilshire Blvd., Suite 850
Santa Monica, CA 90401
Telephone: (310) 752-2400
Fax: (310) 752-2490

Attorneys for *Plaintiff and Counterclaim-
Defendant Apple Inc.*

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

Policies and Procedures of the United States District Court of the Southern District

of California, I certify that authorization for the filing of this document has been

obtained from each of the other signatories shown above and that all signatories

have authorized placement of their electronic signature on this document.

By:  */s/ Edward H. Takashima*

Edward H. Takashima

1

## **CERTIFICATE OF SERVICE**

2      The undersigned hereby certifies that a true and correct copy of the above and

3  foregoing document has been served on March 22, 2018 to all counsel of record who

4  are deemed to have consented to electronic service via the Court's CM/ECF system

5  per Civ. L.R. 5.4(d).  Any other counsel of record will be served by electronic mail

6  and/or U.S. mail.

7

8                                      By:  */s/ Edward H. Takashima*

9                                           Edward H. Takashima

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28