UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC.,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br><br>　　　　　　　　　　Defendant. | Case No.: 17cv108-GPC-MDD<br><br>**AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS – NON-PATENT CLAIMS** |

At the Claim Construction hearing held before the Honorable Gonzalo P. Curiel on March 22, 2018, the parties raised that under the operative scheduling order, rebuttal experts are due before the deadline for dispositive motions and Daubert motions related to any dispositive motion. (See ECF No. 322 at ¶¶ 2, 4). To correct this issue, the Scheduling Order is amended as follows:

1.　All fact discovery shall be completed by all parties by **May 11, 2018**.

2.　All expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **June 1, 2018**. Any contradictory or

rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before **June 29, 2018**.  Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B).  If a written report is not required, the disclosure must provide the information required under Rule 26(a)(2)(C).

   3. All expert depositions shall be completed by all parties by **August 10, 2018**.

   4. All other partial or fully dispositive pretrial motions, including those addressing Daubert issues related to dispositive motions must be filed by **July 6, 2018**.  Pursuant to Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, all motions for summary judgment shall be accompanied by a separate statement of undisputed material facts.  Any opposition to a summary judgment motion shall include a response to the separate statement of undisputed material facts.  Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  Motion papers MUST be filed and served the same day of obtaining a motion hearing date from chambers. A briefing schedule will be issued once a motion has been filed.  The period of time between the date you request a motion date and the hearing date may vary.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

   5. A Mandatory Settlement Conference shall be conducted upon joint request of the parties.

   6. Pursuant to Honorable Gonzalo P. Curiel's Civil Pretrial & Trial Procedures, the parties are excused from the requirement of Local Rule 16.1(f)(2)(a); no Memoranda of Law or Contentions of Fact are to be filed.

   7. Counsel shall comply with the pre-trial disclosure requirements of

1  Fed. R. Civ. P. 26(a)(3) by **August 31, 2018**.  Failure to comply with these
2  disclosure requirements could result in evidence preclusion or other sanctions
3  under Fed. R. Civ. P. 37.

4        8.    Counsel shall meet and take the action required by Local Rule
5  16.1(f)(4) by **September 7, 2018**.  At this meeting, counsel shall discuss and
6  attempt to enter into stipulations and agreements resulting in simplification
7  of the triable issues. Counsel shall exchange copies and/or display all exhibits
8  other than those to be used for impeachment.  The exhibits shall be prepared
9  in accordance with Local Rule 16.1(f)(4)(c).  Counsel shall note any objections
10 they have to any other parties' Pretrial Disclosures under Fed. R. Civ. P.
11 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial
12 conference order.

13       9.    Counsel for plaintiff will be responsible for preparing the pretrial
14 order and arranging the meetings of counsel pursuant to Civil Local Rule
15 16.1(f).  By **September 14, 2018**, plaintiff's counsel must provide opposing
16 counsel with the proposed pretrial order for review and approval.  Opposing
17 counsel must communicate promptly with plaintiff's attorney concerning any
18 objections to form or content of the pretrial order, and both parties shall
19 attempt promptly to resolve their differences, if any, concerning the order.

20       10.    The Proposed Final Pretrial Conference Order, including
21 objections to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures
22 shall be prepared, served and lodged with the assigned district judge by
23 **September 21, 2018**, and shall be in the form prescribed in and comply with
24 Local Rule 16.1(f)(6).

25       11.    The final Pretrial Conference is scheduled on the calendar of the
26 **Honorable Gonzalo P. Curiel** on **September 28, 2018** at **1:30pm**.  The
27 Court will set a trial date during the pretrial conference.  The Court will also

1  schedule a motion in limine hearing date during the pretrial conference.

2      12.    The parties must review the chambers' rules for the assigned
3  district judge and magistrate judge.

4      13.    A post trial settlement conference before a magistrate judge may
5  be held within 30 days of verdict in the case.

6      14.    The dates and times set forth herein will not be modified except
7  for good cause shown.

8      15.    Briefs or memoranda in support of or in opposition to all motions
9  noticed for the same motion day shall not exceed twenty-five (25) pages in
10 length, per party, without leave of the judge who will hear the motion.  No
11 reply memorandum shall exceed ten (10) pages without leave of a district
12 court judge.  Briefs and memoranda exceeding ten (10) pages in length shall
13 have a table of contents and a table of authorities cited.

14     16.    Plaintiff's counsel shall serve a copy of this order on all parties
15 that enter this case hereafter.

16     **IT IS SO ORDERED.**

18 Dated:   March 26, 2018

                                    Hon. Mitchell D. Dembin
                                    United States Magistrate Judge