1  Evan R. Chesler (N.Y. Bar No. 1475722; pro hac vice)
   echesler@cravath.com
2  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
3  New York, NY 10019
   Telephone: (212) 474-1000
4  Facsimile: (212) 474-3700

5  David A. Nelson (Ill. Bar No. 6209623; pro hac vice)
   davenelson@quinnemanuel.com
6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   500 West Madison St., Suite 2450
7  Chicago, Illinois 60661
   Telephone: (312) 705-7400
8  Facsimile: (312) 705-7401

9  Karen P. Hewitt (SBN 145309)
   kphewitt@jonesday.com
10 Randall E. Kay (SBN 149369)
   rekay@jonesday.com
11 JONES DAY
   4655 Executive Drive, Suite 1500
12 San Diego, California 92121
   Telephone: (858) 314-1200
13 Facsimile: (844) 345-3178

14 [Additional counsel identified on signature page]

15 Attorneys for
   QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>**JOINT MOTION FOR APPROVAL OF STIPULATION REGARDING DEPOSITION OF APPLE CEO TIM COOK**<br><br>Magistrate Judge:<br>Hon. Mitchell D. Dembin |

CASE NO. 3:17-CV-00108-GPC-MDD

Qualcomm Incorporated ("Qualcomm"), Apple Inc. ("Apple") and Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation and Wistron Corporation (collectively, "the CMs"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation:

## STIPULATION

WHEREAS, Mr. Tim Cook is the Chief Executive Officer of Plaintiff Apple;

WHEREAS, Qualcomm requested the deposition of Mr. Cook in the above-captioned action (the "Action");

WHEREAS, Qualcomm and Apple attempted to schedule Mr. Cook's deposition on a date prior to May 11, 2018, the close of fact discovery in the Action;

WHEREAS, Qualcomm and Apple were unable to find a mutually convenient deposition date during that period when Mr. Cook, Apple, and Qualcomm are all available;

WHEREAS, the Parties to this Action have agreed to conduct Mr. Cook's deposition on June 27, 2018;

WHEREAS, the Parties agree that conducting Mr. Cook's deposition on June 27, 2018 will not otherwise affect any deadlines ordered by the Court in this Action.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel:

The deposition of Mr. Tim Cook shall be conducted on June 27, 2018.

| | | |
|---|---|---|
| Dated: April 4, 2018 | | Respectfully Submitted |
| | By: | */s/* Evan R. Chesler |

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

| | |
|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | David A. Nelson (*pro hac vice*) |
| 3 | (Ill. Bar No. 6209623) |
| 4 | davenelson@quinnemanuel.com |
|   | Stephen Swedlow (*pro hac vice*) |
| 5 | (Ill. Bar No. 6234550) |
| 6 | stephenswedlow@quinnemanuel.com |
|   | 500 West Madison St., Suite 2450 |
| 7 | Chicago, Illinois 60661 |
| 8 | Telephone: (312) 705-7400 |
|   | Facsimile: (312) 705-7401 |
| 9 | |
| 10 | Alexander Rudis (*pro hac vice*) |
|    | (N.Y. Bar No. 4232591) |
| 11 | alexanderrudis@quinnemanuel.com |
| 12 | 51 Madison Ave., 22nd Floor |
|    | New York, New York 10010 |
| 13 | Telephone: (212) 849-7000 |
| 14 | Facsimile: (212) 849-7100 |
| 15 | |
|    | Sean S. Pak (SBN 219032) |
| 16 | seanpak@quinnemanuel.com |
|    | 50 California St., 22nd Floor |
| 17 | San Francisco, California 94111 |
| 18 | Telephone: (415) 875-6600 |
|    | Facsimile: (415) 875-6700 |
| 19 | |
| 20 | **JONES DAY** |
|    | Karen P. Hewitt (SBN 145309) |
| 21 | kphewitt@jonesday.com |
| 22 | 4655 Executive Drive, Suite 1500 San Diego, |
|    | California 92121 |
| 23 | Telephone: (858) 314-1200 |
| 24 | Facsimile: (858) 345-3178 |
| 25 | |
|    | Attorneys for *Defendant and Counterclaim-Plaintiff* |
| 26 | *QUALCOMM INCORPORATED* |
| 27 | |
| 28 | |

3

CASE NO. 3:17-CV-00108-GPC-MDD

| | |
|---|---|
| 1 | By:   */s/* Edward H. Takashima |
| 2 | |
| | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| 3 | Seth M. Sproul, SBN 217711, sproul@fr.com |
| | Fish & Richardson P.C. |
| 4 | 12390 El Camino Real |
| 5 | San Diego, CA 92130 |
| | Phone: 858-678-5070 / Fax: 858-678-5099 |
| 6 | |
| 7 | Ruffin B. Cordell, DC Bar No. 445801, |
| | *pro hac vice*, cordell@fr.com |
| 8 | Lauren A. Degnan, DC Bar No. 452421, |
| 9 | *pro hac vice*, degnan@fr.com & Richardson P.C. |
| | The McPherson Building |
| 10 | 901 15th Street, N.W., 7th Floor |
| 11 | Washington, D.C. 20005 |
| | Phone: 202-783-5070 / Fax: 202-783-2331 |
| 12 | |
| 13 | Aamir Kazi, GA Bar No. 104235 |
| 14 | *pro hac vice*, kazi@fr.com |
| | Fish & Richardson P.C. |
| 15 | 1180 Peachtree St. NE, 21st floor |
| 16 | Atlanta, GA 30309 |
| | Phone: 404-892-5005 / Fax: 404-892-5002 |
| 17 | |
| 18 | William A. Isaacson, DC Bar No. 414788, |
| | *pro hac vice*, wisaacson@bsfllp.com |
| 19 | Karen L. Dunn, DC Bar No. 1002520, |
| 20 | *pro hac vice*, kdunn@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 21 | 1401 New York Avenue, N.W. |
| 22 | Washington, DC 20005 |
| | Phone: 202-237-2727 / Fax: 202-237-6131 |
| 23 | |
| 24 | Steven C. Holtzman, SBN 144177, |
| | sholtzman@bsfllp.com |
| 25 | Gabriel R. Schlabach, SBN 304859, |
| 26 | gschlabach@bsfllp.com |
| | BOIES SCHILLER FLEXNER LLP |
| 27 | 1999 Harrison Street, Suite 900 |
| 28 | Oakland, CA 94612 |

4

CASE NO. 3:17-CV-00108-GPC-MDD

```
                    Phone: 510-874-1000 / Fax: 510-874-1460

                    Edward H. Takashima, SBN 270945 ,
                    etakashima@bsfllp.com
                    BOIES SCHILLER FLEXNER LLP
                    401 Wilshire Boulevard, Suite 850
                    Santa Monica, California 90401
                    Phone: 310-752-2408 / Fax: 310-752-2490
```

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

By:  */s/* Jennifer J. Rho

    THEODORE J. BOUTROUS JR. (SBN 132099)
    tboutrous@gibsondunn.com
    DANIEL G. SWANSON (SBN 116556)
    dswanson@gibsondunn.com
    JASON C. LO (SBN 219030)
    jlo@gibsondunn.com
    JENNIFER J. RHO (SBN 254312)
    jrho@gibsondunn.com
    MELISSA PHAN (SBN 266880)
    mphan@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071
    Tel: (213) 229-7000 / Fax: (213) 229-7520

    CYNTHIA E. RICHMAN (DC Bar No. 492089; Pro Hac Vice)
    crichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036
    Tel: (202) 955-8500 / Fax: (202) 467-0539

    HUGH F. BANGASSER (*pro hac vice*)
    hugh.bangasser@klgates.com

5
CASE NO. 3:17-CV-00108-GPC-MDD

| | |
|---|---|
| 1 | |
| 2 | CHRISTOPHER M. WYANT (*pro hac vice*) |
|   | chris.wyant@klgates.com |
| 3 | J. TIMOTHY HOBBS (*pro hac vice*) |
|   | tim.hobbs@klgates.com |
| 4 | K&L GATES LLP |
|   | 925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, Washington 98104 |
| 6 | Tel: 206-623-7580 / Fax: 206-370-6371 |
| 7 | |
|   | Attorneys for *Defendants, Counterclaimants,* |
| 8 | *and Third-Party Plaintiffs Compal Electronics,* |
|   | *Inc., FIH Mobile Ltd., Hon Hai Precision* |
| 9 | *Industry Co., Ltd., Pegatron Corporation, and* |
| 10 | *Wistron Corporation* |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/* Evan R. Chesler
      Evan R. Chesler

7
CASE NO. 3:17-CV-00108-GPC-MDD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 4, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 4, 2018 at San Diego, California.

By:  */s/* Evan R. Chesler
　　　　Evan R. Chesler

CASE NO. 3:17-CV-00108-GPC-MDD