1  Juanita R. Brooks, SBN 75934, brooks@fr.com
2  Seth M. Sproul, SBN 217711, sproul@fr.com
   Fish & Richardson P.C.
3  12390 El Camino Real
4  San Diego, CA 92130
   Phone:  858-678-5070 / Fax: 858-678-5099
5

6  Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
   Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
7  Fish & Richardson P.C.
8  The McPherson Building
   901 15th Street, N.W., 7th Floor
9  Washington, D.C.  20005
10 Phone:  202-783-5070 / Fax:  202-783-2331

11 William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
12 Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
   Boies, Schiller & Flexner LLP
13 1401 New York Avenue, N.W.
14 Washington, DC 20005
   Phone: 202-237-2727 / Fax: 202-237-6131
15

16 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

17                  UNITED STATES DISTRICT COURT

18                SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  IN RE:  20  21  QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD  [Consolidated with Case No. 3:17-CV-01010-GPC-MDD]  **APPLE INC.'S STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND AMENDED COUNTERCLAIMS**  Date:         June 1, 2018 Time:        1:30 p.m. Courtroom: 2D Judge:    Hon. Gonzalo P. Curiel |

28

1    Plaintiff Apple Inc. ("Apple") hereby submits the following response to

2  Qualcomm's motion for leave to file second amended counterclaims.

3    Qualcomm's decision **not** to ask the Court to set a FRAND rate for a portfolio

4  license to Qualcomm's standards essential patents marks a substantial change from

5  Qualcomm's prior position as articulated in its counterclaims and as litigated by it in

6  the course of discovery.  Apple informed Qualcomm during the meet and confer

7  process that Apple did not believe it was appropriate for Apple to take a position on

8  the propriety of Qualcomm's asserted claims.  To the extent Qualcomm seeks only

9  to withdraw its demand for a FRAND determination, Apple does not oppose

10  Qualcomm's motion.

11    Separately, Apple strongly objects to Qualcomm's characterization in its

12  motion of Apple's position regarding this Court's inherent authority to set a FRAND

13  determination.  For instance, Qualcomm insinuates that Apple has stated that it

14  would violate a Court order regarding a FRAND determination.  (*See, e.g.*, "Apple

15  Announced It Is Unwilling To Sign a License Agreement on FRAND Terms

16  Determined by This Court." Dkt. 422-1 (*MPA in Support of Qualcomm's Motion*) at

17  1.)  Apple has never stated or argued that it would not abide by a FRAND

18  determination set by this Court.  Rather, Apple has argued that this Court (or any

19  Court) simply does not have jurisdiction to issue a world-wide FRAND

20  determination, and Apple stands by that position.  The Court need not address the

21  issue in deciding Qualcomm's instant motion.

22

23  Dated:  April 25, 2018          Respectfully submitted,

24

25                    By:  */s/ Seth M. Sproul*
                         Juanita R. Brooks, SBN 75934, brooks@fr.com
26                       Seth M. Sproul, SBN 217711, sproul@fr.com
                         Fish & Richardson P.C.
27                       12390 El Camino Real
                         San Diego, CA 92130
28                       Phone:  858-678-5070 / Fax: 858-678-5099

1

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C.  20005
Phone:  202-783-5070 / Fax:  202-783-2331

2

3

4

5

William A. Isaacson, DC Bar No. 414788,
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520,
*pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

6

7

8

9

10

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 25, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 25, 2018, at San Diego, California.


*/s/ Seth M. Sproul*
Seth M. Sproul

3          Case No. 3:17-CV-00108-GPC-MDD