Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone:  619-678-5070 / Fax: 619-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C.  20024
Phone:  202-783-5070 / Fax:  202-783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with<br>Case No. 3:17-CV-01010-GPC-MDD]<br><br>**COUNTERCLAIM-DEFENDANT APPLE INC.'S ANSWER AND AFFIRMATIVE DEFENSES**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge:   Hon. Gonzalo P. Curiel |

Having reviewed Qualcomm Incorporated's Second Amended Counterclaims filed on May 1, 2018 (ECF No. 465), and in particular paragraph 345 and ground (i) of the prayer for relief, Counterclaim-Defendant Apple Inc. reasserts its Answer and Affirmative Defenses as stated in its Answer and Affirmative Defenses filed on June 20, 2017 (ECF No. 84), as if fully set forth herein.

Dated:  May 15, 2018          Respectfully submitted,

By: *s/ Seth M. Sproul*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real San Diego, CA 92130
Phone: 619-678-5070; Fax: 619-678-5099

Ruffin B. Cordell (DC Bar No. 445801;
*pro hac vice*), cordell@fr.com
Lauren A. Degnan (DC Bar No. 452421;
*pro hac vice*), degnan@fr.com
Fish & Richardson P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, DC 20024
Phone: 202-783-5070; Fax: 202-783-2331

William A. Isaacson (DC Bar No. 414788;
*pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (DC Bar No. 1002520;
*pro hac vice*) kdunn@bsfllp.com
Boies Schiller & Flexner LLP
1401 New York Avenue
Washington, DC 20005
Phone: 202-237-2727; Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 15, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on Mary 15, 2018, at San Diego, California.


*/s/ Seth M. Sproul*
Seth M. Sproul