

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Apple Inc.<br><br>**Plaintiff,**<br>V.<br><br>Qualcomm Incorporated<br><br>**Defendant.** | **Civil No.**  17-cv-0108-GPC-MDD |

**FILED AS SEALED DOCUMENT #**   539

on   6/22/2018