# EXHIBIT A

*[Relevant Excerpts of Qualcomm Incorporated's Objections and Responses to Apple Inc.'s Fourth Set of Requests for Production of Documents]*

Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

[Additional counsel identified on signature pages]

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br> QUALCOMM LITIGATION | No. 3:17-cv-0108-GPC-MDD <br><br> **Qualcomm Incorporated's Objections And Responses to Apple's Fourth Set of Document Requests** <br><br> Judge: Hon. Gonzalo P. Curiel <br><br> Magistrate Judge: Hon. Mitchell D. Dembin |

the extent it seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 390:**

All Documents Relating to Project Phoenix, including any predecessor or successor projects and any previous or subsequent names for Project Phoenix.

**Response to Request No. 390:**

Qualcomm already has agreed to conduct a reasonable search for and produce non-privileged documents responsive to Request No. 390, including in response to Apple's RFP Nos. 9 and 106, and the CMs' RFP Nos. 9, 106 and 314. The search process—including the custodians, non-custodial searches and time periods—that Qualcomm is using to identify documents responsive to this Request is set forth in Qualcomm's RFP Correspondence. Accordingly, Qualcomm's prior and forthcoming productions in this Action satisfy this Request. Those productions will be completed on or before May 11, 2018.

For the avoidance of doubt, to the extent Apple is seeking documents beyond the scope of the reasonable search that Qualcomm already has agreed to conduct relating to this Request, then Qualcomm objects to this Request on the grounds that it is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases. Qualcomm further objects to this Request to the extent it seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 391:**

All Documents Relating to the Proposed Broadcom Acquisition of Qualcomm.

**Response to Request No. 391:**

Qualcomm already has agreed to conduct a reasonable search for non-privileged documents responsive to Request No. 391, including in response to the Federal Trade Commission's (the "FTC") Second Set of RFPs. Specifically, Qualcomm agreed to search for and produce materials received by its Board of Directors that reflect assessments of the possible financial impacts of changes to Qualcomm's business that may have resulted from Broadcom's acquisition of Qualcomm, including materials associated with statements identified by the FTC in a presentation filed with the SEC on February 9, 2018, and Qualcomm previously produced the submission Qualcomm made to the FTC pursuant to the Hart-Scott-Rodino Antitrust Improvements Act concerning Broadcom's proposed acquisition of Qualcomm. Pursuant to paragraph 4 of the Joint Stipulation and Discovery Coordination Order, ECF No. 295, Qualcomm also is producing those documents in this Action. Accordingly, Qualcomm's prior and forthcoming productions in this Action satisfy this Request. Those productions will be completed on or before May 11, 2018.

For the avoidance of doubt, to the extent Apple is seeking documents beyond the scope of the reasonable search that Qualcomm already has agreed to conduct relating to this Request, then Qualcomm objects to this Request on the grounds that it is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases. Qualcomm further objects to this Request to the extent it seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 392:**

All Documents Relating to any Hart-Scott-Rodino ("HSR") pre-merger notification filings prepared for Qualcomm or Broadcom with respect to

the Proposed Broadcom Acquisition of Qualcomm, including but not limited to all Documents identified pursuant to Items 4(c) or 4(d) of any HSR Form, and any privilege logs for documents withheld or redacted in connection with Items 4(c) or 4(d).

**Response to Request No. 392:**

Qualcomm already has agreed to conduct a reasonable search for non-privileged documents responsive to Request No. 392, including in response to the FTC's Second Set of RFPs. Specifically, Qualcomm agreed to search for and produce materials received by its Board of Directors that reflect assessments of the possible financial impacts of changes to Qualcomm's business that may have resulted from Broadcom's acquisition of Qualcomm, including materials associated with statements identified by the FTC in a presentation filed with the SEC on February 9, 2018, and Qualcomm previously produced the submission Qualcomm made to the FTC pursuant to the Hart-Scott-Rodino Antitrust Improvements Act concerning Broadcom's proposed acquisition of Qualcomm. Pursuant to paragraph 4 of the Joint Stipulation and Discovery Coordination Order, ECF No. 295, Qualcomm also is producing those documents in this Action. Accordingly, Qualcomm's prior and forthcoming productions in this Action satisfy this Request. Those productions will be completed on or before May 11, 2018.

For the avoidance of doubt, to the extent Apple is seeking documents beyond the scope of the reasonable search that Qualcomm already has agreed to conduct relating to this Request, then Qualcomm objects to this Request on the grounds that it is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases. Qualcomm further objects to this Request to the extent it seeks documents protected by the attorney-client privilege, the work

product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 393:**

All Documents Relating to any Communications between Qualcomm and Broadcom Relating to (i) Apple, (ii) the CMs, (iii) this Action or the allegations against Qualcomm in this Action, (iv) the N.D. Cal. Actions or the allegations against Qualcomm in those Actions, (v) Proposed Broadcom Acquisition of Qualcomm, (vi) Qualcomm's patent licensing practices, (vii) Qualcomm's baseband chipset sales practices, or (viii) 5G.

**Response to Request No. 393:**

Qualcomm objects to Request No. 393 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 394:**

All Documents Relating to any Communications, from November 8, 2016 through January 20, 2017, between Qualcomm (either directly, or indirectly through any of its agents or consultants) and the Donald J. Trump transition team.

**Response to Request No. 394:**

Qualcomm objects to Request No. 394 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 395:**

All Documents Relating to any Communications, from January 20, 2017 through the present, between Qualcomm (either directly, or indirectly through any of its agents or consultants) and the Donald J. Trump administration.

**Response to Request No. 395:**

Qualcomm objects to Request No. 395 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 396:**

All Documents Relating to the review or investigation by the Committee on Foreign Investment in the United States ("CFIUS"), or by any government agency or office with a membership or observation role in CFIUS (including the Director of National Intelligence and Secretary of Labor), of Proposed Broadcom Acquisition of Qualcomm.

**Response to Request No. 396:**

Qualcomm objects to Request No. 396 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 397:**

All Documents Relating to the "Presidential Order Regarding the Proposed Takeover of Qualcomm Incorporated by Broadcom Limited" issued by President Donald J. Trump on March 12, 2018.

**Response to Request No. 397:**

Qualcomm objects to Request No. 397 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 398:**

All Documents Relating to the statement in the aforementioned Presidential Order that "there is credible evidence" that Broadcom "through

exercising control of" Qualcomm "might take action that threatens to impair the national security of the United States."

**Response to Request No. 398:**

Qualcomm objects to Request No. 398 on the grounds that the Request seeks documents that are neither relevant to the claims or defenses of the parties nor proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.

**REQUEST NO. 399:**

All Documents Relating to any Communications between Qualcomm (either directly, or indirectly through any of its agents or consultants) and (i) CFIUS, (ii) the Department of the Treasury, (iii) the Department of Justice, (iv) the Department of Homeland Security, (v) the Department of Commerce, (vi) the Department of Defense, (vii) the Department of State, (viii) the Department of Energy, (ix) the Office of the U.S. Trade Representative, (x) the Office of Science and Technology Policy, (xi) the Office of Management and Budget, (xii) the Council of Economic Advisors, (xiii) the National Security Council, (xiv) the National Economic Council, (xv) the Homeland Security Council, (xvi) the Director of National Intelligence, (xvii) the Department of Labor, (xviii) the President of the United States, (xix) the Executive Office of the President, or (xx) the United States Congress, any of its committees, or any of its members Regarding (a) Proposed Broadcom Acquisition of Qualcomm; (b) 5G; (c) Qualcomm's leadership in technology and standard setting; (d) Qualcomm's research and development efforts related to 5G; (e) Qualcomm's business model; (f) Qualcomm's patent licensing practices; (g) Qualcomm's baseband chipset sales practices; (h) this Action or the allegations against Qualcomm in this Action; (i) the N.D. Cal. Actions or the allegations against Qualcomm in those Actions.

**Response to Request No. 399:**

Qualcomm already has agreed to conduct a reasonable search for and produce non-privileged documents responsive to Request No. 399, including in response to Apple's RFP Nos. 5, 9, 72, 92, 93, 115, 164 and 232, and the CMs' RFP Nos. 5, 9, 72, 92, 93, 115, 164, 224, 310, 312, 313, 314 and 327.  The search process—including the custodians, non-custodial searches and time periods—that Qualcomm is using to identify documents responsive to this Request is set forth in Qualcomm's RFP Correspondence.  Accordingly, Qualcomm's prior and forthcoming productions in this Action satisfy this Request.  Those productions will be completed on or before May 11, 2018.

For the avoidance of doubt, to the extent Apple is seeking documents beyond the scope of the reasonable search that Qualcomm already has agreed to conduct relating to this Request, then Qualcomm objects to this Request on the grounds that it is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases.  Qualcomm further objects to this Request to the extent it seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 400:**

All Documents Relating to any Communications between Qualcomm (either directly, or indirectly through any of its agents or consultants) and the Federal Communications Commission Regarding (a) Proposed Broadcom Acquisition of Qualcomm; (b) 5G; (c) Qualcomm's leadership in technology and standard setting; (d) Qualcomm's research and development efforts related to 5G; (e) Qualcomm's business model; (f) Qualcomm's patent licensing practices; (g) Qualcomm's baseband chipset sales practices; (h) this Action or the allegations

against Qualcomm in this Action; (i) the N.D. Cal. Actions or the allegations against Qualcomm in those Actions.

**Response to Request No. 400:**

Qualcomm already has agreed to conduct a reasonable search for and produce non-privileged documents responsive to Request No. 400, including in response to Apple's RFP Nos. 5, 9, 72, 92, 93, 115, 164 and 232, and the CMs' RFP Nos. 5, 9, 72, 92, 93, 115, 164, 224, 310, 312, 313, 314 and 327. The search process—including the custodians, non-custodial searches and time periods—that Qualcomm is using to identify documents responsive to this Request is set forth in Qualcomm's RFP Correspondence. Accordingly, Qualcomm's prior and forthcoming productions in this Action satisfy this Request. Those productions will be completed on or before May 11, 2018.

For the avoidance of doubt, to the extent Apple is seeking documents beyond the scope of the reasonable search that Qualcomm already has agreed to conduct relating to this Request, then Qualcomm objects to this Request on the grounds that it is overly broad and unduly burdensome and seeks documents that are not proportional to the needs of the case; Qualcomm will withhold responsive documents, if any, on these bases. Qualcomm further objects to this Request to the extent it seeks documents protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege or protection; Qualcomm will withhold privileged information and provide a privilege log.

**REQUEST NO. 401:**

All Documents Relating to the Proposed Jacobs Bid for Qualcomm, including all Documents Relating to the decision by Qualcomm's Board of Directors not to renominate Paul Jacobs to the Board of Directors, as described in Qualcomm's press release dated March 16, 2018, available at https://www.qualcomm.com/news/releases/2018/ 03/16/qualcomm-director-paul-jacobswill-not-be-re-nominated-qualcomm-board.

1 **Response to Request No. 401:**

2   Qualcomm objects to Request No. 401 on the grounds that the
3 Request seeks documents that are neither relevant to the claims or defenses of the
4 parties nor proportional to the needs of the case; Qualcomm will withhold
5 responsive documents, if any, on these bases.

6 **REQUEST NO. 402:**

7   All Documents Relating to Paul Jacobs' departure from Qualcomm.

8 **Response to Request No. 402:**

9   Qualcomm objects to Request No. 402 on the grounds that the
10 Request seeks documents that are neither relevant to the claims or defenses of the
11 parties nor proportional to the needs of the case; Qualcomm will withhold
12 responsive documents, if any, on these bases.

13 **REQUEST NO. 403:**

14   All Documents Relating to Derek Aberle's departure from
15 Qualcomm.

16 **Response to Request No. 403:**

17   Qualcomm already has agreed to conduct a reasonable search for and
18 produce non-privileged documents responsive to Request No. 403 in response to
19 the CMs' RFP No. 311.  The search process—including the custodians and time
20 periods—that Qualcomm is using to identify documents responsive to this Request
21 is set forth in Qualcomm's January 5, 2018 letter.  Specifically, Qualcomm agreed
22 to run the following search terms across the files of all "Business" custodians from
23 January 1, 2017 to the present:  (derek OR aberle OR president) W/10 (depart*
24 OR resign* OR leav* OR remov* OR fire* OR firing OR "step down" OR
25 terminat* OR perform* OR duty OR duties OR responsibilit*).  Accordingly,
26 Qualcomm's prior and forthcoming productions in this Action satisfy this
27 Request.  Those productions will be completed on or before May 11, 2018.

28

| | |
|---|---|
| Dated:  April 30, 2018 | Respectfully submitted, |
| | By:  /s/ Vanessa A. Lavely |
| | Vanessa A. Lavely |
| | |
| | **CRAVATH, SWAINE & MOORE LLP** |
| | Evan R. Chesler (*pro hac vice*) |
| | (N.Y. Bar No. 1475722) |
| | echesler@cravath.com |
| | Keith R. Hummel (*pro hac vice*) |
| | (N.Y. Bar No. 2430668) |
| | khummel@cravath.com |
| | Richard J. Stark (*pro hac vice*) |
| | (N.Y. Bar No. 2472603) |
| | rstark@cravath.com |
| | Antony L. Ryan (*pro hac vice*) |
| | (N.Y. Bar No. 2784817) |
| | aryan@cravath.com |
| | Gary A. Bornstein (*pro hac vice*) |
| | (N.Y. Bar No. 2916815) |
| | gbornstein@cravath.com |
| | J. Wesley Earnhardt (*pro hac vice*) |
| | (N.Y. Bar No. 4331609) |
| | wearnhardt@cravath.com |
| | Yonatan Even (*pro hac vice*) |
| | (N.Y. Bar No. 4339651) |
| | yeven@cravath.com |
| | Vanessa A. Lavely (*pro hac vice*) |
| | (N.Y. Bar No. 4867412) |
| | vlavely@cravath.com |
| | Worldwide Plaza, 825 Eighth Avenue |
| | New York, New York 10019 |
| | Telephone:  (212) 474-1000 |
| | Facsimile:  (212) 474-3700 |