Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

[Additional counsel identified on signature pages]

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IN RE:

QUALCOMM LITIGATION

No. 3:17-cv-00108-GPC-MDD

**QUALCOMM INCORPORATED'S NOTICE OF OPPOSITION TO *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME**

Judge: Hon. Gonzalo P. Curiel

Pursuant to the Court's Civil Pretrial & Trial Procedures, Qualcomm states that it intends to oppose the *Ex Parte* Application for an Order Shortening Time for Qualcomm to Respond to Apple Inc. and the Contract Manufacturers' Emergency Motion to Strike Portions of Qualcomm Incorporated's Expert Reports ("*Ex Parte* Application"). (Dkt. 552.) Qualcomm intends to file its opposition to the *Ex Parte* Application on Friday, July 13, 2018, unless the Court determines that it is necessary and appropriate to require an earlier opposition.

The *Ex Parte* Application, which Apple and the CMs filed on July 10, 2018 at 9:10 p.m. Pacific time, seeks to force Qualcomm to oppose a motion to strike numerous of Qualcomm's experts on less than two days' notice, with the Court requested to hold a hearing mere hours after that. (*Id.*) As Qualcomm's opposition to the *Ex Parte* Application will explain, no "emergency" exists to justify this extraordinary and unreasonable schedule, which would be prejudicial and unfair. Indeed, as Qualcomm's opposition to the *Ex Parte* Application will detail, the expert opinions challenged by the purported "emergency" motion were discussed in open court and disclosed to Apple and the CMs in writing months ago, with the actual reports served on June 29, 2018 in accordance with a schedule that has been in place for months. Moreover, Apple's and the CMs' challenges to those experts rely on numerous arguments that they have already raised to the Court and lost. The timing of Apple's and the CMs' false, self-created "emergency" suggests that this is simply another effort to extend the pretrial schedule, a tactic Qualcomm will vigorously oppose in the subsequent briefing on both the *Ex Parte* Application and the Motion to Strike.

Dated: July 11, 2018

Respectfully submitted,

By: *s/ Stephen Swedlow*
Stephen Swedlow

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza, 825 Eighth Avenue
New York, New York 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 11, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).

Executed on July 11, 2018, at Los Angeles, California.

*s/ Stephen Swedlow*
Stephen Swedlow
stephenswedlow@quinnemanuel.com