Evan R. Chesler (N.Y. Bar No. 1475722; *pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623; *pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

[*Additional counsel identified on signature page*]

*Attorneys for*
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | No. 17-cv-0108-GPC-MDD<br><br>**DECLARATION OF JAMES W. CARLSON IN SUPPORT OF DR. PAUL JACOBS' MOTION TO FILE UNDER SEAL (Dkt. No. 566)** |

# DECLARATION OF JAMES W. CARLSON

I, James W. Carlson, hereby declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned action. I am an associate at Cravath, Swaine & Moore LLP, counsel of record for Defendant Qualcomm Incorporated ("Qualcomm") in the above-captioned action.

2. I respectfully submit this declaration in support of Dr. Paul Jacobs' Motion for an Order to File under Seal portions of Dr. Jacobs' Memorandum Filed in Opposition to Apple's Objection to the Nondispositive Pretrial Order of the Magistrate Judge (the "Opposition") and Exhibit 4 to the Declaration of William H. Forman in Support of the Opposition (the "Forman Declaration"), filed on July 24, 2018. (Dkt. No. 566.)

3. Forman Declaration Exhibit 4 is an excerpt from the deposition transcript of Dr. Paul Jacobs, former Chairman and CEO of Qualcomm Incorporated, dated April 17 and 18, 2018 (the "Jacobs Transcript"). Qualcomm designated the Jacobs Transcript Highly Confidential.

4. On June 22, 2018, the Court granted a motion to seal the portions of Forman Declaration Exhibit 4 that were submitted as part of the Declaration of William H. Forman in Support of Dr. Jacobs' Portion of Joint Motion for Determination of Discovery Dispute. (Dkt. No. 537 (sealing the declaration at Dkt. No. 518).) Qualcomm requests that those portions remain under seal for the reasons stated in the Declaration of James W. Carlson in Support of Apple Inc.'s Motion to File Under Seal. (Dkt. No. 530.)

5. In addition to the material previously submitted, Forman Declaration Exhibit 4 includes new portions of the Jacobs Transcript, including transcript pages 22-26, 39-40, 192-195, 269-272, 296-298 and 490-492. The redacted portions of

-2-     Case No. 17-cv-0108-GPC-MDD
DECLARATION OF JAMES W. CARLSON

1 these pages also contain Qualcomm's confidential business information with
2 respect to internal evaluations of its business model and internal organization.

3     6.    Qualcomm keeps the details of its internal operations strictly
4 confidential to avoid undue prejudice to Qualcomm through the disclosure of
5 commercially sensitive information.

6     7.    The redacted portions of the Opposition summarize the redacted
7 material in Forman Declaration Exhibit 4, including material already sealed by the
8 Court's June 22, 2018 order (Dkt. No. 537).

9     8.    These requests are particularized and narrowly tailored to seal only
10 information that if disclosed would cause Qualcomm undue prejudice if publicly
11 revealed.

12     9.    I declare under penalty of perjury under the laws of the United States
13 that the foregoing is true and correct.

15     Executed on July 26, 2018, in New York, New York.

16                               /s/ *James W. Carlson*
17                               James W. Carlson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on July 26, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

>                     */s/ James W. Carlson*
>                     James W. Carlson
>                     jcarlson@cravath.com