Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*[Additional signatures listed below]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with<br>Case No. 3:17-CV-01010-GPC-MDD]<br><br>*EX PARTE* APPLICATION FOR AN ORDER TO INCREASE THE PAGE LIMITS FOR SUMMARY JUDGMENT MOTIONS AND RELATED DAUBERT MOTIONS DUE BY AUGUST 31, 2018<br><br>Judge: Hon. Gonzalo P. Curiel |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Apple Inc. and the Contract Manufacturers[1] respectfully apply *ex parte* for leave to exceed the 25 page limit set by L.R. 7.1(h) for dispositive motions and related Daubert motions due by August 31, 2018. Specifically, Apple and the CMs request that the Court set the page limit for briefs filed in support of or in opposition to dispositive motions or related Daubert motions filed by the August 31, 2018 at 95 pages, and for replies at 35 pages.

Apple notified Qualcomm that it intended to move for additional pages on Friday, August 24, 2018. Apple and the CMs notified Qualcomm of this *ex parte* application on Monday, August 27, 2018. Qualcomm opposes this motion. Although no response is necessary, if a response is allowed, Apple and the CMs ask that Qualcomm oppose this application no later than Tuesday, August 28, 2018 at 12:00 pm.

## I. THE AUGUST 31 DEADLINE FOR DISPOSITIVE MOTIONS NECESSITATES EXPEDITED CONSIDERATION OF APPLE AND THE CMS' REQUEST TO INCREASE PAGE LIMITS

Apple and the CMs respectfully request leave to exceed the 25 page limit set by L.R. 7.1(h) for dispositive motions and related Daubert motions. The Amended Scheduling Order[2] sets this Friday, August 31, 2018, as the deadline to file "partial or fully dispositive pretrial motions, including those addressing Daubert issues related to dispositive motions."

On July 10, 2018, Apple and the CMs filed a Motion to Strike[3] seeking to strike all expert reports served by Qualcomm that allege Apple and the CMs infringe a Qualcomm patent. On August 16, 2018, the parties filed a Joint Discovery

---

[1] Compal Electronics, Inc., FIH Mobile Ltd. and Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation.
[2] Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (ECF No. 508).
[3] Emergency Motion To Strike Portions Of Qualcomm Incorporated's Expert Reports That Opine On Infringement And, In The Alternative, To Hold A Case Management Conference (ECF No. 553)

1          Case No. 3:17-CV-00108-GPC-MDD

Dispute regarding the August 31 Deadline[4], in which Apple and the CMs asked the Court to vacate the August 31 deadline for filing dispositive and related Daubert motions until Apple and the CMs' Motion to Strike is resolved. As Apple and the CMs explained, it would be premature to file summary judgment motions and related Daubert motions before expert discovery was complete because expert discovery should elicit information relevant to at least some of the summary judgment motions and related Daubert motions. Both the Motion to Strike and the Motion to Vacate the August 31 deadline remain pending, and thus the August 31 deadline remains in effect.

Apple and the CMs have been working diligently on their summary judgment motions, but anticipated that the August 31, 2018 deadline for dispositive motions and related Daubert motions would be moved pending completion of expert discovery. If the August 31 deadline is not vacated, Apple and the CMs intend to file by that deadline multiple dispositive motions even though expert rebuttal reports have not been served and expert depositions have not yet been taken. Apple and the CMs anticipate that these motions will exceed the 25 page limit set by L.R. 7.1(h).[5] Specifically, Apple and the CMs request that the Court set the page limit for briefs filed in support of or in opposition to dispositive motions or related Daubert motions filed by the August 31, 2018 at 95 pages, and for replies at 35 pages.

Expedited consideration of this application is requested because there are only four days before these motions are due.

---

[4] Joint Motion For Determination Of Dispute Regarding The August 31, 2018 Deadline For Dispositive Motions And Related Daubert Motions. (ECF No. 579.)

[5] L.R. 7.1(h) limits pages based on day the motion is set for hearing (briefs "noticed for the same motion day must not exceed twenty-five (25) pages in length[.]") Even if Apple and the CMs were to file motions on different days, it is unclear whether they would receive different hearing days.

## II. ALLOWING ADDITIONAL PAGES TO FILE MULTIPLE SUMMARY JUDGMENT MOTIONS HAS THE POTENTIAL TO STREAMLINE THIS CASE

This case involves seven companies—Apple, Qualcomm, Hon Hai, FIH, Pegatron, Wistron, and Compal. Apple brought 63 claims against Qualcomm, and Qualcomm brought 11 counterclaims against Apple, in addition to the claims between the CMs and Qualcomm. The counts at issue encompass a variety of different legal theories, including antitrust, patent, contract, and California statutory claims, which draw on a broad array of facts. This case involves more counts, facts, and legal and factual issues than the average litigation. Dispositive motion practice on some of these claims will assist in streamlining the issues for the jury and the Court to decide at trial, simplifying this complex litigation.

Apple intends to move for summary judgment on at least five of Qualcomm's counterclaims, as well as on at least one of its own affirmative claims for relief, in what under ordinary circumstances could be brought as four separate motions. These motions encompass distinct bundles of facts, claims, and law. As the briefing will show there is no material dispute of fact on these claims, and Apple is entitled to judgment as a matter of law. For example, Apple and the CMs intend to move for summary judgment on the claim for declaratory judgment that Qualcomm's patents are unenforceable due to exhaustion by sales of Qualcomm's chipsets to the CMs. Apple will also seek summary judgment on Qualcomm's claim that Apple breached the BCPA, because Qualcomm's claims find no basis in the plain terms of that contract, and contract interpretation is a matter for the Court to decide.

Apple intends to be judicious and efficient with the number of pages it will use. But given the variety and number of issues to be addressed and explained, Apple and the CMs respectfully request additional pages to bring these motions, so that the Court will have a fulsome record and to simplify matters of law in advance of trial.

## III. CONCLUSION

Accordingly, Apple and the CMs request that the Court set the page limit for briefs filed in support of or in opposition to dispositive motions or related Daubert motions filed by August 31, 2018 at 95 pages, and for replies at 35 pages.

Dated: August 27, 2018

Respectfully submitted,

By: */s/ Seth M. Sproul*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788,
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520,
*pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

By: */s/ Jennifer J. Rho*

THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
jrho@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

CYNTHIA RICHMAN (DC Bar No. 492089, *Pro Hac Vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

# **FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: August 27, 2018

By: */s/ Seth M. Sproul*
Seth M. Sproul

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 27, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on August 27, 2018, at San Diego, California.

*/s/ Seth M. Sproul*
Seth M. Sproul