Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (DC Bar #445801; Admitted *Pro Hac Vice*) cordell@fr.com
Lauren A. Degnan (DC Bar #452421; Admitted *Pro Hac Vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (DC Bar #414788; Admitted *Pro Hac Vice*) wisaacson@bsfllp.com
Karen L. Dunn (DC Bar #1002520; Admitted *Pro Hac Vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPLE INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS ON COUNTERCLAIM FOR DECLARATORY JUDGMENT (COUNTERCLAIM IV)**<br><br>**Date:** November 9, 2018<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

# NOTICE OF MOTION AND MOTION

PLEASE TAKE NOTICE that on November 9, 2018, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Southern District of California, Schwartz Courthouse located at 221 West Broadway, San Diego, California, in Courtroom 2D before the Honorable Gonzalo P. Curiel, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") will, and hereby does move for partial judgment on the pleadings of Defendant and Counterclaim-Plaintiff Qualcomm Incorporated's ("Qualcomm") Counterclaim for Declaratory Judgment – Counterclaim IV.

Apple's motion is made pursuant to Fed. R. Civ. P. 12(c), and is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, as well as the argument of counsel, the files and records in this action, any matters of which this Court may take judicial notice, and such oral and documentary evidence as may be presented to the Court.

Dated: August 31, 2018            Respectfully submitted,

By:  */s/ William A. Isaacson*

Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

1
2
3
4
5
6
7
8

William A. Isaacson, DC Bar No. 414788,
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520,
*pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on August 31, 2018.

*/s/ William A. Isaacson*
William A. Isaacson