1  Juanita R. Brooks (SBN 75934) brooks@fr.com
2  Seth M. Sproul (SBN 217711) sproul@fr.com
   FISH & RICHARDSON P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone: (619) 678-5070 / Facsimile: (619) 678-5099
5
6  Ruffin B. Cordell (DC Bar #445801; Admitted *Pro Hac Vice*) cordell@fr.com
   Lauren A. Degnan (DC Bar #452421; Admitted *Pro Hac Vice*) degnan@fr.com
7  FISH & RICHARDSON P.C.
   1000 Main Avenue, S.W., Suite 1000
8  Washington, D.C. 20024
9  Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

10 William A. Isaacson (DC Bar #414788; Admitted *Pro Hac Vice*) wisaacson@bsfllp.com
11 Karen L. Dunn (DC Bar #1002520; Admitted *Pro Hac Vice*) kdunn@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
12 1401 New York Avenue, N.W.
13 Washington, DC 20005
   Telephone: (202) 237-2727 / Facsimile: (202) 237-6131
14
15 *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

16                    UNITED STATES DISTRICT COURT
17                   SOUTHERN DISTRICT OF CALIFORNIA
18

| 19 | IN RE: | Case No. 3:17-CV-00108-GPC-MDD |
| 20 | QUALCOMM LITIGATION, | [Consolidated with Case No. 3:17-CV-01010-GPC-MDD] |
| 21 | | |
| 22 | | **APPLE INC.'S APPENDIX OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON BCPA COUNTERCLAIMS (COUNTERCLAIMS VI, VII, VIII, IX)** |
| 23 | | |
| 24 | | |
| 25 | | Date: November 9, 2018 |
| 26 | | Time: 1:30 p.m. |
|    | | Courtroom: 2D |
| 27 | | **REDACTED VERSION** |
| 28 | | |

Pursuant to Local Rule 5.1(e), Plaintiff Apple Inc. ("Apple") hereby submits its Appendix of Exhibits in support of its Motion for Summary Judgment on Qualcomm Incorporated's ("Qualcomm") BCPA Counterclaims (COUNTERCLAIMS VI, VII, VIII, IX):

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Andeer | Business Cooperation and Patent Agreement between Apple and Qualcomm, January 1, 2013 [APL-QC-FTC_00000036] | 1 – 18 |
| B | Andeer | China's National Development and Reform Commission's ("NDRC") Request for Information to Apple, December 12, 2013 [APL-QC_00460883], and English translation | 19 – 24 |
| C | Andeer | Apple's submission to the NDRC, January 23, 2014, [APL-QC_00460860], and original English version [APL-QC_00460871] | 25 – 48 |
| D | Andeer | The European Commission's ("EC"), Request for Information, August 12, 2014 [APL-QC FTC_23902727] | 49 – 55 |
| E | Andeer | Email from Sean Dillon (Apple) to COMP-C3-CASES@ec.europa.eu, re: "Case COMP.AT.40220 - Sapphire - Request for information," August 15, 2014 [APL-QC_00469335] | 56 – 57 |

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| F | Andeer | Email from Alexander Ansaldo (FTC) to Brendan McNamara (Apple) and Kyle Andeer (Apple), re: "FTC," October 27, 2014 [APL-QC-FTC_25553308] | 58 – 60 |
| G | Andeer | Email and attachment from Alexander Ansaldo (FTC) to Kyle Andeer (Apple) and Brendan McNamara (Apple), re: "FTC Letter," November 6, 2014 [APL-QC-FTC_26387729-1 & APL-QC-FTC_26387730-2] | 62 – 76 |
| H | Andeer | Presentation slides, "Qualcomm, Meeting with Federal Trade Commission," November 18, 2014 [APL-QC_00458296] | 77 – 88 |
| I | Andeer | Email and attachment titled "Questionnaire_for_mobile_set_manufacturers.pdf" from Sean Dillon (Apple) to Carlin Jones (Apple), March 28, 2015 (Korea Fair Trade Commission ("KFTC") Request for Information) [APL-QC_16136696-1 & APL-QC_16136697-2] | 89 – 105 |
| J | Andeer | Apple's submission to the KFTC, May 5, 2015 [APL-QC_08339939] | 106 – 131 |
| K | Andeer | Email from Sanghoon Shin (BKL) to Sean Dillon (Apple), Minwoon Yang (BKL), cc: Kyle Andeer (Apple), Anthony Chang (BKL), Boyen Kim (BKL), project.core@bkLco.kr (BKL), July 17, 2015 [APL-QC_15563951] | 132 – 144 |

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| L | Andeer | Apple's submission to the KFTC, August 12, 2015 [APL-QC_00452300], and original English version [APL-QC_00452280] | 155 – 388 |
| M | Andeer | Request for Participation from the KFTC, August 12, 2016 [APL-QC_00454583], and English translation [APL-QC_00088236] | 389 – 392 |
| N | Andeer | Presentation slides, Apple's Response to KFTC Request, August 17, 2016 [APL-QC_00452754], and original English version [APL-QC_00452699] | 393 – 503 |
| O | Andeer | Taiwan Fair Trade Commission's ("TFTC") Request for Information, January 27, 2016, and English translation [APL-QC_00471697] | 504 – 510 |
| P | Andeer | Apple's submission to the TFTC, February 26, 2016, and original English version [APL-QC_00472129] | 511 – 581 |
| Q | Andeer | Apple's Responses and Objections to Qualcomm's Fourth Set of Interrogatories, Interrogatory No. 59, April 26, 2018 | 582 – 605 |
| R | Holtzman | Email from Bruce Sewell (Apple) to Derek Aberle (Qualcomm) re "Redlined Agreements," January 9, 2013 [APL-QC-FTC_14513289] | 606 – 649 |

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| S | Holtzman | Email from Marv Blecker (Qualcomm) to Eric Reifschneider (Qualcomm), Derek Aberle (Qualcomm), Fabian Gonell (Qualcomm) cc Samimi Abbaseh (Qualcomm) re "revised draft of BCPA and insert for TA – privileged," January 23, 2013 [QNDCAL02240629] | 650 – 655 |
| T | Holtzman | Amendment and Suspension Agreement between MediaTek, Inc. and Qualcomm, July 1, 2013 [Q2017MDL1_01195856] | 656 - 679 |
| U | Holtzman | Qualcomm's Objections and Supplemental Response to Apple's Special Interrogatory No. 10, May 14, 2018 | 680 – 690 |
| V | Holtzman | Apple 's Second Supplemental Response to Interrogatory No. 13 of Qualcomm's First Set of Interrogatories, May 7, 2018 | 691 – 704 |
| W | Holtzman | Apple's Revised Responses to Interrogatory No. 14 of Qualcomm's First Set of Interrogatories, August 20, 2018 | 705 – 716 |
| X | Holtzman | Qualcomm's Second Amended Initial Disclosures, July 30, 2018 | 717 - 744 |
| Y | Holtzman | Qualcomm's Form 10-K, Annual Report for 2014 | 745 – 850 |
| Z | Holtzman | Qualcomm's Form 10-K, Annual Report for 2016 | 851 – 951 |
| AA | Holtzman | Derek Aberle (Qualcomm) deposition transcript excerpt, March 28, 2018 | 952 – 956 |

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| BB | Holtzman | Timothy Cook (Apple) deposition transcript excerpt, June 27, 2018 | 957 – 960 |
| CC | Holtzman | Donald Rosenberg (Qualcomm) deposition transcript, June 15, 2018 | 961 – 968 |
| DD | Holtzman | Exhibit A to Apple's Mediation Statement, January 18, 2017 | 969 – 975 |
| EE | Holtzman | Rule 26 Expert Report of Ambreen Salters on Behalf of Qualcomm, June 29, 2018 | 976 – 1107 |
| FF | Holtzman | Korea Fair Trade Commission's Decision No. 2017-025 re the Alleged Abuse of Market Dominance of Qualcomm, January 20, 2017, and translation | 1108 – 1455 |

| | | |
|---|---|---|
| 1 | Dated: August 31, 2018 | Respectfully submitted, |
| 2 | | By: */s/ William A. Isaacson* |
| | | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| | | Seth M. Sproul, SBN 217711, sproul@fr.com |
| | | Fish & Richardson P.C. |
| | | 12390 El Camino Real |
| | | San Diego, CA 92130 |
| | | Phone: 858-678-5070 / Fax: 858-678-5099 |
| | | |
| | | Ruffin B. Cordell, DC Bar No. 445801, |
| | | *pro hac vice*, cordell@fr.com |
| | | Lauren A. Degnan, DC Bar No. 452421, |
| | | *pro hac vice*, degnan@fr.com |
| | | Fish & Richardson P.C. |
| | | 1000 Main Avenue, S.W., Suite 1000 |
| | | Washington, D.C. 20024 |
| | | Phone: 202-783-5070 / Fax: 202-783-2331 |
| | | |
| | | William A. Isaacson, DC Bar No. 414788, |
| | | *pro hac vice*, wisaacson@bsfllp.com |
| | | Karen L. Dunn, DC Bar No. 1002520, |
| | | *pro hac vice*, kdunn@bsfllp.com |
| | | Boies, Schiller & Flexner LLP |
| | | 1401 New York Avenue, N.W. |
| | | Washington, DC 20005 |
| | | Phone: 202-237-2727 / Fax: 202-237-6131 |
| | | |
| | | Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 31, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on August 31, 2018.

*/s/ William A. Isaacson*
William A. Isaacson