Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
Boies, Schiller & Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with<br>Case No. 3:17-CV-01010-GPC-MDD]<br><br>APPLE INC. AND THE CONTRACT MANUFACTURERS' NOTICE OF INTENT TO OPPOSE QUALCOMM'S *EX PARTE* APPLICATION FOR AN ORDER SHORTENING TIME, ECF. No. 617. |

Case No. 3:17-CV-00108-GPC-MDD

1            On September 14, 2018, Qualcomm Incorporated filed an *Ex Parte* Application for an Order Shortening Time for Apple and the CMs to respond to Qualcomm's Motion for Partial Dismissal of Apple's First Amended Complaint and the CMs' Counterclaims ("*Ex Parte* Application"), ECF. No. 617.  Qualcomm filed its *Ex Parte* Application at 10:22 p.m. Pacific time on Friday, in which it asks this Court to order Apple and the CMs to respond to Qualcomm's Motion for Partial Dismissal on September 24, 2018, and the Court to rule on its motion in an expedited fashion.

   Apple and the CMs hereby provide notice that they intend to respond to Qualcomm's *Ex Parte* Application no later than Tuesday, September 18, 2018, and oppose at least in part Qualcomm's request for expedited treatment of its Motion for Partial Dismissal (ECF. No. 616).  In their opposition, Apple and the CMs will propose a modestly accelerated schedule that offers a compromise between Qualcomm's hyper-accelerated proposal and the schedule as set by the Local Rules that will allow the Court and the Parties due time to consider the unique and complex issues now pending before this Court.  There is no urgency in Qualcomm's underlying Motion for Partial Dismissal requiring immediate consideration of Qualcomm's *Ex Parte* Application.  Nevertheless, Apple and the CMs will file their response promptly, and no later than Tuesday, September 18, 2018.

Dated:  September 17, 2018     Respectfully submitted,

By:  */s/ Seth M. Sproul*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone:  858-678-5070 / Fax: 858-678-5099

1                                  Case No. 3:17-CV-00108-GPC-MDD

| | |
|---|---|
| 1 | Ruffin B. Cordell, DC Bar No. 445801, |
| 2 | *pro hac vice*, cordell@fr.com |
|  | Lauren A. Degnan, DC Bar No. 452421, |
| 3 | *pro hac vice*, degnan@fr.com |
| 4 | Fish & Richardson P.C. |
|  | 1000 Main Avenue, S.W., Suite 1000 |
| 5 | Washington, D.C.  20024 |
| 6 | Phone:  202-783-5070 / Fax:  202-783-2331 |
| 7 | William A. Isaacson, DC Bar No. 414788, |
|  | *pro hac vice*, wisaacson@bsfllp.com |
| 8 | Karen L. Dunn, DC Bar No. 1002520, |
| 9 | *pro hac vice*, kdunn@bsfllp.com |
|  | Boies, Schiller & Flexner LLP |
| 10 | 1401 New York Avenue, N.W. |
| 11 | Washington, DC 20005 |
|  | Phone: 202-237-2727 / Fax: 202-237-6131 |

Attorneys for *Plaintiff and Counterclaim-Defendant Apple Inc.*

By: */s/ Jennifer J. Rho*
    THEODORE J. BOUTROUS JR. (SBN 132099)
    tboutrous@gibsondunn.com
    DANIEL G. SWANSON (SBN 116556)
    dswanson@gibsondunn.com
    JASON C. LO (SBN 219030)
    jlo@gibsondunn.com
    JENNIFER J. RHO (SBN 254312)
    jrho@gibsondunn.com
    MELISSA PHAN (SBN 266880)
    mphan@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071
    Tel:  (213) 229-7000
    Fax:  (213) 229-7520

    CYNTHIA E. RICHMAN (DC Bar No. 492089;
    Pro Hac Vice) crichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP

| | |
|---|---|
| 1 | 1050 Connecticut Avenue, N.W. |
| 2 | Washington, DC 20036 |
|   | Tel: (202) 955-8500 |
| 3 | Fax: (202) 467-0539 |
| 4 | |
|   | *Attorneys for Defendants, Counterclaimants, and* |
| 5 | *Third-Party Plaintiffs Compal Electronics, Inc.,* |
|   | *FIH Mobile Ltd., Hon Hai Precision Industry Co.,* |
| 6 | *Ltd., Pegatron Corporation, and Wistron* |
| 7 | *Corporation* |
| 8 | |
|   | HUGH F. BANGASSER (Pro Hac Vice) |
| 9 | hugh.bangasser@klgates.com |
|   | CHRISTOPHER M. WYANT (Pro Hac Vice) |
| 10 | chris.wyant@klgates.com |
| 11 | J. TIMOTHY HOBBS (Pro Hac Vice) |
|   | tim.hobbs@klgates.com |
| 12 | K&L GATES LLP |
| 13 | 925 Fourth Avenue, Suite 2900 |
|   | Seattle, Washington 98104 |
| 14 | Telephone: +1 206 623 7580 |
| 15 | Facsimile: +1 206 370 6371 |
| 16 | |
|   | CAITLIN C. BLANCHE (SBN 254109) |
| 17 | caitlin.blanche@klgates.com |
|   | K&L GATES LLP |
| 18 | 1 Park Plaza Twelfth Floor |
| 19 | Irvine, CA  92614 |
|   | Telephone: +1 949 253 0900 |
| 20 | Facsimile: +1 949 253 0902 |
| 21 | |
|   | *Attorneys for Defendant, Counterclaimant, and* |
| 22 | *Third-Party Plaintiff Wistron Corporation* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative |
| 3 | Policies and Procedures of the United States District Court of the Southern District |
| 4 | of California, I certify that authorization for the filing of this document has been |
| 5 | obtained from each of the other signatories shown above and that all signatories |
| 6 | have authorized placement of their electronic signature on this document. |
| 7 | Dated:  September 17, 2018 |
| 8 | /s/ *Seth M. Sproul* <br> Seth M. Sproul |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 17, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on September 17, 2018, at San Diego, California.

*/s/ Seth M. Sproul*
Seth M. Sproul