Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell (DC Bar #445801; Admitted *Pro Hac Vice*) cordell@fr.com
Lauren A. Degnan (DC Bar #452421; Admitted *Pro Hac Vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (DC Bar #414788; Admitted *Pro Hac Vice*) wisaacson@bsfllp.com
Karen L. Dunn (DC Bar #1002520; Admitted *Pro Hac Vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION. | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPLE INC.'S NOTICE OF INTENT TO RESPOND TO QUALCOMM INC.'S *EX PARTE* APPLICATION FOR AUTHORIZATION TO FILE SUPPLEMENTAL SUBMISSION (ECF 614)**<br><br>Judge:   Hon. Mitchell D. Dembin |

1    PLEASE TAKE NOTICE THAT, pursuant to Rule V of the Court's Civil
2   Pretrial Procedures, Apple Inc. ("Apple") hereby submits its Notice of Intent to
3   Respond to Qualcomm Incorporated's ("Qualcomm") *ex parte* application for
4   authorization to file a supplemental submission. (ECF 614). This Notice is based
5   upon the accompanying Declaration of Edward H. Takashima.

6       On September 10, 2018, Qualcomm submitted an *ex parte* application to
7   provide supplemental briefing on the parties' April 27, 2018 Joint Motion for
8   Determination of Discovery Dispute (ECF 455) and June 28, 2018 Joint Motion for
9   Determination of Discovery Dispute (ECF 546) (together, the "Clawback Motions").
10  Qualcomm's *ex parte* application is improper and unwarranted. Apple offered to
11  participate in a joint submission in accordance with the Court's rules, but Qualcomm
12  insisted on proceeding unilaterally. (Takashima Decl. ¶¶ 5-12). Qualcomm has not,
13  moreover, even attempted to show that it "will be irreparably prejudiced" by the
14  standard joint submission schedule, nor established that it is "without fault in creating
15  the crisis that requires *ex parte* relief." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*,
16  883 F. Supp. 488, 492 (C.D. Cal. 1995).

17      Qualcomm contends that an *ex parte* filing was necessary because its
18  opposition to Apple's Motion for Summary Judgment on BCPA Counterclaims
19  ("BCPA Motion," ECF 602) is due September 28. (ECF 614 at 1). Setting aside
20  whether Qualcomm's supplemental submission has any bearing on the BCPA Motion
21  (which will be addressed in Apple's forthcoming response, should the Court request
22  one), Qualcomm waited seven days after Apple filed the BCPA Motion before
23  advising Apple that it intended to supplement the Clawback Motions. (Takashima
24  Decl. ¶¶ 4-5). Even then, Qualcomm could have followed the minimum schedule for
25  a joint discovery motion and filed on September 18, ten days before its opposition
26  deadline. Apple offered to participate in that process. (*Id.* ¶¶ 8, 10). Qualcomm
27  refused and insisted on filing its application *ex parte*. (*Id.* ¶¶ 9, 11). Any urgency is
28  a creation of Qualcomm's own making.

Qualcomm also failed to follow this Court's rules regarding *ex parte* applications. Qualcomm refused to "contact[] chambers and speak with a law clerk" "[t]o confirm that the motion properly may be brought *ex parte*," Chambers Rule V, on the grounds that its submission was "related to discovery disputes." (Takashima Decl. ¶¶ 6-8). The present application to file a supplemental submission is not a motion to compel, and thus the Court's rules regarding *ex parte* motions in discovery disputes does not apply. *See* Chambers Rule IV.D. Moreover, the Court's rules for *ex parte* discovery motions specify that such motions are only "appropriate when the opposing party, after being provided a reasonable opportunity to participate, refuses to participate the joint motion." *Id.* Here, Qualcomm provided its proposed supplemental submission to Apple on Friday, September 7, and demanded that Apple respond by noon on Monday, September 10. (Takashima Decl. ¶¶ 7-8). That is not a "reasonable opportunity" to participate in a joint motion. *See id.* IV.C.3.

Apple has no objection to Qualcomm's request that the Court consider the Clawback Motions. (ECF 614, Ex. 1 at 3). Those motions are fully briefed, and ready for the Court's review. Supplemental briefing, two-and-a-half months later, is unnecessary and would only serve to further delay the proceedings. For these reasons, Apple asks that the Court deny Qualcomm's *ex parte* application to file a supplemental submission regarding the Clawback Motions. If the Court is inclined to permit Qualcomm to file its supplemental submission, Apple requests until September 21 to respond to the arguments raised therein.

Dated: September 17, 2018        Respectfully submitted,

By: /s/ Edward H. Takashima

By: */s/ Edward H. Takashima*

Juanita R. Brooks block

Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real San Diego, CA 92130
Phone: 619-678-5070; Fax: 619-678-5099

APPLE INC.'S NOTICE OF INTENT TO RESPOND TO        - 2 -        CASE NO. 17-CV-00108 GPC MDD
QUALCOMM INC.'S *EX PARTE* APPLICATION

Ruffin B. Cordell (D.C. Bar No. 445801;
pro hac vice), cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
pro hac vice), degnan@fr.com
FISH & RICHARDSON P.C.
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070; Fax: 202-783-2331

Benjamin C. Elacqua (TX SBN 24055443;
pro hac vice), elacqua@fr.com
FISH & RICHARDSON P.C.
One Houston Center, 28th Floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300; Fax: 713-652-0109

William A. Isaacson (D.C. Bar No. 414788;
pro hac vice) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520;
pro hac vice) kdunn@bsfllp.com
Amy J. Mauser (D.C. Bar No. 424065;
pro hac vice) amauser@bsfllp.com
Christopher G. Renner (D.C. Bar No. 1025699;
pro hac vice) crenner@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue
Washington, D.C .20005
Phone: 202-237-2727; Fax: 202-237-6131

Steven C. Holtzman (SBN 144177)
sholtzman@bsfllp.com
Gabriel R. Schlabach (SBN 304859)
gschlabach@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Phone: 510-874-1000; Fax: 510-874-1460

Edward H. Takashima (SBN 270945)
etakashima@bsfllp.com
BOIES SCHILLER FLEXNER LLP
401 Wilshire Boulevard

Santa Monica, CA 90401
Phone: 310-752-2400; Fax: 310-752-2490

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on September 17, 2018, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on September 17, 2018, at Santa Monica, California.

/s/ *Edward H. Takashima*
Edward H. Takashima