Evan R. Chesler (N.Y. Bar No. 1475722; *pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623; *pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

*[Additional counsel identified on signature page]*

Attorneys for
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | No. 17-cv-0108-GPC-MDD<br><br>**DECLARATION OF JAMES W. CARLSON IN SUPPORT OF QUALCOMM INCORPORATED'S OPPOSITION TO APPLE INC.'S PARTIAL MOTION FOR SUMMARY JUDGMENT THAT CERTAIN PATENTS ARE UNENFORCEABLE DUE TO EXHAUSTION** |

Case No. 17-cv-0108-GPC-MDD
DECLARATION OF JAMES W. CARLSON

I, James W. Carlson, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned case. I am an associate at Cravath, Swaine & Moore LLP, attorneys for Qualcomm Incorporated ("Qualcomm").

2. I respectfully submit this declaration in support of Qualcomm's Opposition to Apple Inc. and the Contract Manufacturers' (the "CMs") Partial Motion for Summary Judgment that Certain Patents are Unenforceable Due to Exhaustion (Apple's FAC Count LIX[1] and the CMs' Countercls. Count LXVII) (the "Motion"). (ECF No. 600-01.)

3. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the document produced by Qualcomm bearing Bates number QAPPCMSD07962786, an articles of association lodged in the Singaporean Office of the Registrar of Companies, titled "Memorandum and Articles of Association of Qualcomm CDMA Technologies Asia-Pacific PTE Ltd", dated December 11, 1999.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the document produced by Qualcomm bearing Bates number QNDCAL01090082, an agreement between Qualcomm and Compal Electronics, Inc., titled "Subscriber Unit License Agreement", dated February 10, 2000, and marked as part of a set of documents at the deposition of Shawn Tien on March 15, 2018 at 8:24 as QX2151 (attached hereto as Exhibit 32).

6. Attached hereto as **Exhibit 3** is a true and correct copy of the document produced by Qualcomm bearing Bates number Q2017MDL1_02927066,

---

[1] Qualcomm confirmed with Apple that its reference to "Count LIV" was a mistake (Apple Br. at 22), and that Apple intended to move on Count LIX (seeking a declaration of unenforceability due to exhaustion).

an agreement between Qualcomm and Foxconn International Holdings Limited, titled "Subscriber Unit License Agreement", dated October 18, 2005, and marked as part of a set of documents at the deposition of Vincent Chen on March 12, 2018 at 106:11 as QX2203 (attached hereto as Exhibit 33).

7. Attached hereto as **Exhibit 4** is a true and correct copy of the document produced by Qualcomm bearing Bates number Q2017MDL1_03051474, an agreement between Qualcomm and Wistron Corporation, titled "Subscriber Unit License Agreement", dated May 23, 2007, and marked at the deposition of Brian Chong on March 12, 2018 at 184:6 as QX2053 (attached here as Exhibit 34).

8. Attached hereto as **Exhibit 5** is a true and correct copy of the document produced by Pegatron Corporation bearing Bates number Pegatron_0000000635, an agreement between Qualcomm and Pegatron Corporation, titled "Subscriber Unit License Agreement", dated April 29, 2010, and marked at the deposition of Monica Yang on March 15, 2018 at 96:12 as QX2553 (attached here as Exhibit 35).

9. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition transcript of Alex Rogers, President of Qualcomm Technology Licensing, dated February 23, 2018.

10. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of the CMs' Answer and Counterclaims, filed in the Southern District of California, Case No. 17-cv-01010-GPC-MDD, dated July 18, 2017. (No. 17-cv-01010-GPC-MDD, Dkt. No. 84.)

11. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of the document produced by Qualcomm bearing Bates number QAPPCMSD03404651, Qualcomm's Form 10-K for the fiscal year ending September 24, 2017, dated November 1, 2017.

12. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the document produced by Apple bearing Bates number APL-QC_00114482, Notice of Allowability, dated December 19, 2002.

13. Attached hereto as **Exhibit 10** is a true and correct copy of the document produced by Qualcomm bearing Bates number QNDCAL04998609, a letter from Alex Rogers to B.J. Watrous, dated January 23, 2018, and marked at the deposition of Alex Rogers as Exhibit Rogers 102 on February 23, 2018 at 488:23 (attached hereto as Exhibit 6).

14. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the deposition transcript of B.J. Watrous, Vice President and Chief Intellectual Property Counsel at Apple, dated March 7, 2018.

15. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the deposition transcript of B.J. Watrous, Vice President and Chief Intellectual Property Counsel at Apple, dated March 8, 2018.

16. Attached here to as **Exhibit 13** is a true and correct copy of excerpts from the deposition transcript of Isabel Mahe, Vice President and Managing Director of Greater China at Apple, dated March 8, 2018.

17. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from the deposition transcript of Derek Aberle, former President at Qualcomm, dated March 27, 2018.

18. Attached hereto as **Exhibit 15** is a true and correct copy of excerpts from the deposition transcript of Jonathan Weiser, Senior Vice President at Qualcomm Technologies Incorporated, dated April 11, 2018.

19. Attached hereto as **Exhibit 16** is a true and correct copy of excerpts from the deposition transcript of Rick Chang, Deputy Manager at Compal Electronics, Inc., dated April 19, 2018.

1    20.   Attached hereto as **Exhibit 17** is a true and correct copy of excerpts
2  from the deposition transcript of Lily Chao, General Counsel at Pegatron
3  Corporation, dated April 26, 2018.

4    21.   Attached hereto as **Exhibit 18** is a true and correct copy of excerpts
5  from the deposition transcript of Ashley Wu, Specialist at Compal Electronics,
6  Inc., dated April 30, 2018.

7    22.   Attached hereto as **Exhibit 19** is a true and correct copy of excerpts
8  from the deposition transcript of Johnson Sebeni, Manager of Modem Engineers at
9  Apple, dated May 10, 2018.

10   23.   Attached hereto as **Exhibit 20** is a true and correct copy of excerpts
11  from the deposition transcript of Calvin Chih, Chief Executive Officer at Foxconn
12  International Holdings Mobile Limited, dated June 15, 2018.

13   24.   Attached hereto as **Exhibit 21** is a true and correct copy of excerpts
14  from the Opening Expert Report of Dr. Harry V. Bims, dated June 29, 2018.

15   25.   Attached hereto as **Exhibit 22** is a true and correct copy of excerpts
16  from the Opening Expert Report of Jonathan Wells, Ph.D., M.B.A., dated June 29,
17  2018.

18   26.   Attached hereto as **Exhibit 23** is a true and correct copy of excerpts
19  from the Opening Expert Report of Nigel Jones, dated June 29, 2018.

20   27.   Attached hereto as **Exhibit 24** is a true and correct copy of excerpts
21  from the deposition transcript of David Shen, Corporate Vice President at Wistron
22  Corporation, dated June 29, 2018.

23   28.   Attached hereto as **Exhibit 25** is a true and correct copy of excerpts
24  from the Opening Expert Report of Dr. Wayne Stark, dated June 29, 2018.

25   29.   Attached hereto as **Exhibit 26** is a true and correct copy of excerpts
26  from the Opening Expert Report of Dr. Stephen Wicker, dated June 29, 2018.

27
28

30. Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of Apple and the CMs' Memorandum of Points and Authorities in Support of Their Emergency Motion to Strike Portions of Qualcomm Incorporated's Expert Reports That Opine on Infringement and, in the Alternative, to Hold a Case Management Conference, dated July 10, 2018. (Dkt. No. 553-01).

31. Attached hereto as **Exhibit 28** is a true and correct copy of excerpts from the deposition transcript of Vicky Chen, Senior Vice President, Legal Counsel at Qualcomm Technologies Incorporated, dated July 24, 2018.

32. Attached hereto as **Exhibit 29** is a true and correct copy of excerpts from the deposition transcript of Ryan Pilgram, Senior Director of Intellectual Property Licensing at Qualcomm Technology Licensing, dated August 9, 2018.

33. Attached hereto as **Exhibit 30** is a true and correct copy of the Declaration of Dr. Tim A. Williams, Ph.D., dated September 28, 2018.

34. Attached hereto as **Exhibit 31** is a true and correct copy of excerpts from Apple's Second Supplemental Responses and Objections to Interrogatory No. 1 of Qualcomm's First Set of Interrogatories, dated January 31, 2018.

35. Attached hereto as **Exhibit 32** is a true and correct copy of excerpts from the deposition transcript of Shawn Tien, Senior Director of Product Innovation at Compal Electronics, Inc., dated March 15, 2018.

36. Attached hereto as **Exhibit 33** is a true and correct copy of excerpts from the deposition transcript of Vincent Chen, former Senior Associate Vice President at Hon Hai Precision Industry Co., Ltd., dated March 12, 2018.

37. Attached hereto as **Exhibit 34** is a true and correct copy of excerpts from the deposition transcript of Brian Chong, Chief of Medical Business Development Center and Chief of New Technology Development at Wistron Corporation, dated March 12, 2018.

1  38. Attached hereto as **Exhibit 35** is a true and correct copy of excerpts
2 from the deposition transcript of Monica Yang, Deputy Director of the Corporate
3 Legal Department at Pegatron Corporation, dated March 15, 2018.
4  39. I declare under penalty of perjury under the laws of United States that
5 the foregoing is true and correct.

Executed on September 28, 2018, in New York, New York.

*/s/ James W. Carlson*
James W. Carlson

## Table of Documents

| Exhibit | Pages |
|---|---|
| 1 | 1-39 |
| 2 | 40-79 |
| 3 | 83-112 |
| 4 | 113-148 |
| 5 | 149-201 |
| 6 | 202-207 |
| 7 | 208-227 |
| 8 | 228-237 |
| 9 | 238-249 |
| 10 | 250-251 |
| 11 | 252-265 |
| 12 | 266-275 |
| 13 | 276-282 |
| 14 | 283-292 |
| 15 | 293-301 |
| 16 | 302-311 |
| 17 | 312-320 |
| 18 | 321-329 |
| 19 | 330-354 |
| 20 | 355-363 |
| 21 | 364-373 |
| 22 | 374-378 |
| 23 | 379-391 |
| 24 | 392-397 |
| 25 | 398-406 |
| 26 | 407-422 |
| 27 | 423-435 |
| 28 | 436-446 |
| 29 | 447-457 |
| 30 | 458-510 |
| 31 | 511-540 |
| 32 | 541-544 |
| 33 | 545-548 |
| 34 | 549-552 |
| 35 | 553-556 |