# Exhibit 9

PTO/SB/05

12-23-02

U.S. Department of Commerce
Patent and Trademark Office
**PATENT**

## UTILITY PATENT APPLICATION TRANSMITTAL

Assistant Commissioner for Patents
Washington, D.C. 20231
**BOX PATENT APPLICATION**

Customer No.: 23696
Attorney Docket No.: 030051
Date: December 19, 2002
Express Mail Label No.: EV180331222US

Dear Sir:

Transmitted herewith for filing is the patent application of:
Inventor(s):     Christopher Lott, Jean Au
For:             An Improvement In Delay Performance Of The 1xEV-DO Reverse Link Under Bursty Or Discrete Arrival Processes.

Enclosed are:
1. ☒ Patent application (32) total pages.
2. ☒ Drawings: ☒ Formal (8) sheet(s) or ☐ Informal (   ) sheet(s).
3. ☐ Declaration/Power of Attorney:     ☐ Signed     ☐ Unsigned
4. ☐ This application claims priority from Application Serial No.        , Filed       , Status       .
5. ☐ An Assignment (   ) pages and Recordation Form Cover Sheet.
6. ☐ A Preliminary Amendment (   ) pages.
7. ☐ Information Disclosure Statement (IDS):
   a. ☐ PTO-1449
   b. ☐ Copies of IDS Citations (number of citations:      )
8. ☐ Other:

| CLAIMS: | (a) Filed | (b) Extra Claims | Large Entity Fee | Fee Paid |
|---|---|---|---|---|
| Total* | 37 - 20 | 17 | x $18 = | $306.00 |
| Independent** | 6 - 3 | 3 | x $84 = | $258.00 |
| Multiple Dependent Claim(s): ☒ No ☐ Yes | | | $280 | $0.00 |
| APPLICATION FILING FEE | | | $740 | $740.00 |
| *If the number in column a is less than 20, enter 0 in column b. **If the number in column b is less then 3, enter 0 in column b. | | | TOTAL FEE | $1302.00 |

8. ☐ A check in the amount of $_____ is enclosed to pay the filing fee.
9. ☒ Please charge Deposit Account No. 17-0026 of QUALCOMM Incorporated the amount of $1302.00. The Commissioner is hereby authorized to charge payment of any additional fees which may be required, or credit any overpayment, to said Deposit Account No. 17-0026. A duplicate of this sheet is enclosed for fee processing.
10. ☒ The Commissioner is further hereby authorized to charge to said Deposit Account No. 17-0026, pursuant to 37 CFR 1.25(b), any fee whatsoever which may become properly due or payable, as set forth in 37 CFR 1.16 to 37 CFR 1.18 inclusive, for the entire pendency of this application without specific additional authorization.

Date:     December 19, 2002            Signature:   /S. Hossain Beladi/
                                       S. Hossain Beladi, Reg. No. 42,311
                                       (858) 651-4470

QUALCOMM Incorporated
Attn: Patent Department
5775 Morehouse Drive
San Diego, California 92121-1714
Telephone:     (858) 651-1179
Facsimile:     (858) 658-2502

*23696*
23696
PATENT TRADEMARK OFFICE

(TRANSUTILAPP.VER1.6-1/17/01)

APL-QC_00114482

PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In Re Application of | ) |
| | ) For: An Improvement in Delay Performance |
| Christopher Lott et al. | )        of the IxEV-DO Reverse Link Under |
| | )        Bursty or Discrete Arrival Processes |
| Serial No.   Unknown | ) |
| | ) |
| Filed:   December 19, 2002 | )   Group Art Unit:   Unknown |

### CERTIFICATE OF MAILING UNDER 37 CFR § 1.10

Asst. Commissioner of Patents
BOX PATENT APPLICATIONS
Washington, D.C.  20231

Dear Sir:

"Express Mail" mailing label No.         EV180331222US
Date of Deposit                          December 19, 2002

I hereby certify that the following papers are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR § 1.10 on the date indicated above and is addressed to the Asst. Commissioner of Patents, Box Patent Applications, Washington, D.C.  20231:

TRANSMITTAL LETTER IN DUPLICATE; PATENT APPLICATION IN 32 PAGES; 8 SHEETS OF FORMAL DRAWINGS; AND POSTCARD

                                                                          Sheryl L. Schoen
                                                                           (Name)
                                                                           (Signature)

QUALCOMM Incorporated
5775 Morehouse Drive
San Diego, California  92121-1714
Telephone:   (858) 658-5102
Facsimile:    (858) 658-2502

APL-QC_00114483

| **Notice of Allowability** | Application No. | Applicant(s) |
|---|---|---|
| | 10/324,241 | LOTT ET AL. |
| | Examiner | Art Unit |
| | Phirin Sam | 2661 |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--*

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *03/07/2005*.

2. ☒ The allowed claim(s) is/are *4-11 and 14-37*.

3. ☒ The drawings filed on *12/19/2002* are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
       1. ☐ Certified copies of the priority documents have been received.
       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .
       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
    * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .
    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____ .
    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☐ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date _____
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____ .
7. ☐ Examiner's Amendment/Comment
8. ☐ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____ .

**PHIRIN SAM**
**PRIMARY EXAMINER**

U.S. Patent and Trademark Office
PTOL-37 (Rev. 1-04)                          Notice of Allowability                    Part of Paper No./Mail Date 03070

EXHIBIT 9
PAGE 240

APL-QC_00114640

## PENDING CLAIMS AS AMENDED

Please amend the claims as follows:

1-~~3~~. 1. (canceled)

~~4~~. 1. (Currently amended) ~~The method of claim 3,~~ A method for transmitting data on a reverse link from an access terminal to an access network, the method comprising:

determining a first data transmission rate;

transmitting data on the reverse link at the first data transmission rate;

determining a second data transmission rate which is constrained to decrease by a limited amount from the first data transmission rate; and

transmitting data on the reverse link at the second data transmission rate;

wherein determining the second data transmission rate comprises determining a plurality of limiting rates and selecting a minimum of the limiting rates as the second data transmission rate;

wherein the limiting rates comprise at least a data-justified rate corresponding to an amount of data in a transmit queue;

wherein the data-justified rate is constrained to be no ~~more than a predetermined amount~~ less than a dummy rate.

~~5~~. 2. (Currently amended) The method of claim ~~5~~ 1, wherein the ~~predetermined amount is a predetermined fraction of the~~ dummy rate decreases by a fraction per one or more transmission ~~frame~~ frames.

~~6~~. 3. (Currently amended) The method of claim ~~6~~ 1, wherein the ~~predetermined amount is~~ dummy rate decreases by a predetermined number of rate index levels per one or more transmission ~~frame~~ frames.

4. ~~7.~~ (Currently amended) The method of claim [[2]] 4, wherein the limiting rates comprise at least a closed-loop resource allocation rate.

5. ~~8.~~ (Currently amended) The method of claim [[2]] 4, wherein the limiting rates comprise at least a power-limited rate.

6. ~~9.~~ (Currently amended) ~~The method of claim 1,~~ A method for transmitting data on a reverse link from an access terminal to an access network, the method comprising:
   determining a first data transmission rate;
   transmitting data on the reverse link at the first data transmission rate;
   determining a second data transmission rate which is constrained to decrease by a limited amount from the first data transmission rate; and
   transmitting data on the reverse link at the second data transmission rate;
   wherein determining the second data transmission rate comprises determining a plurality of limiting rates and selecting a minimum of the limiting rates as the second data transmission rate;
   wherein the limiting rates comprise at least a data-justified rate corresponding to an amount of data in a transmit queue;
   wherein the second data transmission rate is constrained to be no ~~more~~ less than a predetermined amount less than the ~~first data transmission~~ data-justified rate for the previous frame.

7. ~~10.~~ (Currently amended) The method of claim 6, ~~9,~~ wherein the predetermined amount is a predetermined fraction of the ~~first data transmission~~ data-justified rate per one or more transmission ~~frame~~ frames.

8. ~~11.~~ (Currently amended) The method of claim 6, ~~9,~~ wherein the predetermined amount is a predetermined number of rate index levels per one or more transmission ~~frame~~ frames.

~~12.~~ (canceled)

13. (canceled)

14. [9] (Currently amended) ~~The system of claim 13,~~ An apparatus comprising:

   a transmit subsystem;

   a processor coupled to the transmit subsystem and configured to control a data transmission rate of the transmit subsystem;

   wherein the processor is configured to determine a new data transmission rate which is constrained to decrease by a limited amount from a current data transmission rate.

   wherein the processor is configured to determine the new data transmission rate by determining a plurality of limiting rates and selecting a minimum of the limiting rates as the new data transmission rate; and

   ~~further comprising~~ a transmit queue, wherein the limiting rates comprise at least a data-justified rate corresponding to an amount of data in the transmit queue.

15. [10] (Currently amended) The ~~system~~ apparatus of claim 14 [9], wherein the processor is configured to ~~compute a value for the new data transmission rate which is constrained~~ constrain the data-justified rate to be no ~~more than a predetermined amount~~ less than a ~~value of the current data transmission rate~~ dummy rate.

16. [11] (Currently amended) The ~~system~~ apparatus of claim 15 [10], wherein the ~~predetermined amount is a predetermined~~ dummy rate decreases by a fraction ~~of the current data transmission rate~~ per one or more transmission ~~frame~~ frames.

17. [12] (Currently amended) The ~~system~~ apparatus of claim 15 [10], wherein the ~~predetermined amount is~~ dummy rate decreases by a predetermined number of rate index levels per one or more transmission ~~frame~~ frames.

18. [13] (Currently amended) The ~~system~~ apparatus of claim [[13]] 14 [9], wherein the limiting rates comprise at least a closed-loop resource allocation rate.

Attorney Docket No.: 030051
Customer No.: 23696

7

EXHIBIT 9
PAGE 243

APL-QC_00114643

~~19~~ 14. (Currently amended) The ~~system~~ apparatus of claim [[13]] ~~14~~ 9, wherein the limiting rates comprise at least a power-limited rate.

~~20~~ 15. (Currently amended) The ~~system~~ apparatus of claim [[12]] ~~14~~ 9, wherein the processor is configured to ~~compute~~ constrain ~~a value for~~ the new data transmission rate ~~which is constrained~~ to be no ~~more~~ less than a predetermined amount less than ~~a value of~~ the current data transmission rate.

~~21~~ 16. (Currently amended) The ~~system~~ apparatus of claim ~~20~~ 15, wherein the predetermined amount is a predetermined fraction of the current data transmission rate per one or more transmission ~~frame~~ frames.

~~22~~ 17. (Currently amended) The ~~system~~ apparatus of claim ~~20~~ 15, wherein the predetermined amount is a predetermined number of rate index levels per one or more transmission ~~frame~~ frames.

~~23~~ 18. (Currently amended) A software product comprising a plurality of instructions embodied in a medium readable by a data processor, wherein the instructions are configured to cause the data processor to ~~perform the method comprising~~:

~~computing~~ determine a first data transmission rate;

~~transmitting~~ transmit data on [[the]] a reverse link at the first data transmission rate;

~~computing~~ determine a second data transmission rate which is constrained to decrease by a limited amount from the first data transmission rate; and

~~transmitting~~ transmit data on the reverse link at the ~~first~~ second data transmission rate;

wherein determining the second data transmission rate comprises determining a plurality of limiting rates and selecting a minimum of the limiting rates as the second data transmission rate;

wherein the limiting rates comprise at least a data-justified rate corresponding to an amount of data in a transmit queue;

Attorney Docket No.: 030051
Customer No.: 23696

8

EXHIBIT 9
PAGE 244

APL-QC_00114644

wherein the second data transmission rate is constrained to be no ~~more~~ less than a predetermined amount less than the data-justified rate for the previous frame.

19
~~24.~~ (Currently amended) A method for ~~improving performance in~~ transmitting data ~~transmissions~~ on a reverse link from an access terminal to an access network in a wireless communication system, the method comprising:

~~computing~~ determining a first data transmission rate;

transmitting data on the reverse link at the first data transmission rate;

~~computing~~ determining a second data transmission rate; and

transmitting data on the reverse link at the second data transmission rate;

wherein when the wireless communication system is in a not-busy state, ~~computing~~ determining the second data transmission rate comprises selecting ~~a second rate~~ a rate from ~~of~~ a plurality of limiting rates, including a ramp-up-limited rate, wherein the ramp-up-limited rate is set equal to the greater of ~~a ramp-up-limited~~ the first data transmission rate and a sticky rate.

20
~~25.~~ (Currently amended) The method of claim ~~24~~ 19, further comprising determining ~~wherein~~ the sticky rate ~~comprises a rate computed~~ based on ~~the basis of~~ previously transmitted data.

21
~~26.~~ (Currently amended) The method of claim ~~25~~ 20, wherein the sticky rate comprises a maximum rate at which ~~the access terminal has transmitted data since~~ the access terminal last transmitted data during a busy state of the communication system.

22
~~27.~~ (Currently amended) The method of claim ~~24~~ 19, wherein when the wireless communication system is in a busy state, ~~computing~~ determining the second data transmission rate comprises selecting a minimum rate of a plurality of limiting rates, including the ramp-up-limited rate.

23
~~28.~~ (Currently amended) The method of claim ~~27~~ 22, wherein the ramp-up-limited rate is ~~computed~~ determined based upon a defined set of probabilities that the ramp-up-limited rate will increase or decrease.

Attorney Docket No.: 030051
Customer No.: 23696

9

EXHIBIT 9
PAGE 245

APL-QC_00114645

~~29.~~ 24 (Currently amended) The method of claim ~~24~~ 19, further comprising resetting the sticky rate when the access terminal transmits data during a busy state of the wireless communication system.

~~30.~~ 25 (Currently amended) The method of claim ~~24~~ 19, further comprising increasing the sticky rate when the access terminal transmits data in a not-busy state at a rate greater than the sticky rate.

~~31.~~ 26 (Currently amended) ~~A system~~ An apparatus comprising:

a transmit subsystem; and

a processor coupled to the transmit subsystem and configured to ~~control~~ determine a new data transmission rate of the transmit subsystem~~;~~

~~wherein the processor is configured to compute a new data transmission rate~~ by selecting the new rate from a plurality of limiting rates when the wireless communication system is in a not-busy state, wherein the limiting rates include a ramp-up-limited rate which is set equal to the greater of a ~~conventionally computed ramp-up-limited~~ a current data transmission rate and a sticky rate.

~~32.~~ 27 (Currently amended) The ~~system~~ apparatus of claim ~~31~~ 26, wherein the sticky rate comprises a rate ~~computed~~ determined ~~on the basis of~~ from previously transmitted data.

~~33.~~ 28 (Currently amended) The ~~system~~ apparatus of claim ~~32~~ 27, wherein the sticky rate comprises a maximum rate at which ~~the access terminal has transmitted data since~~ the access terminal last transmitted data during a busy state of the communication system.

~~34.~~ 29 (Currently amended) The ~~system~~ apparatus of claim ~~31~~ 26, wherein the processor is further ~~comprising resetting~~ configured to reset the sticky rate when the access terminal transmits data during a busy state of the wireless communication system.

30 [35.] (Currently amended) The ~~system~~ apparatus of claim 26 [31], wherein the processor is further ~~comprising increasing~~ configured to increase the sticky rate when the access terminal transmits data in a not-busy state at a rate greater than the sticky rate.

31 [36.] (Currently amended) The ~~system~~ apparatus of claim 26 [31], wherein the processor is configured to ~~by selecting~~ select the new rate as a minimum of [[a]] the plurality of limiting rates when the wireless communication system is in a busy state, wherein the limiting rates include a ramp-up-limited rate which is ~~conventionally computed~~ equal to a rate less than the current data transmission rate.

32 [37.] (Currently amended) A software product comprising a plurality of instructions embodied in a medium readable by a data processor, wherein the instructions are configured to cause the data processor to ~~perform the method comprising~~:

~~computing~~ determine a first data transmission rate;

~~transmitting~~ transmit data on [[the]] a reverse link at the first data transmission rate;

~~computing~~ determine a second data transmission rate; and

~~transmitting~~ transmit data on the reverse link at the second data transmission rate;

wherein when the wireless communication system is in a not-busy state, ~~computing~~ determining the second data transmission rate comprises selecting a ~~second~~ rate [[of]] from a plurality of limiting rates, including a ramp-up-limited rate, wherein the ramp-up-limited rate is set equal to the greater of ~~a ramp-up-limited~~ the first data transmission rate and a sticky rate, the sticky rate comprises a maximum rate at which the access terminal transmitted data since the access terminal last transmitted data during a busy state of the communication system.

| Issue Classification | Application No. 10/324,241 | Applicant(s) LOTT ET AL. | |
|---|---|---|---|
| | Examiner Phirin Sam | Art Unit 2661 | |

## ISSUE CLASSIFICATION

| ORIGINAL | | CROSS REFERENCE(S) | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | SUBCLASS | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
| 370 | 332 | 370 | 333 | | | | | | |

| INTERNATIONAL CLASSIFICATION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| H | 0 | 4 | Q | 7/00 | | | | | | | |
| | | | | / | | | | | | | |
| | | | | / | | | | | | | |
| | | | | / | | | | | | | |
| | | | | / | | | | | | | |

(Assistant Examiner)  (Date)
(Legal Instruments Examiner) (Date)

Phirin Sam  04/21/2005
(Primary Examiner)  (Date)

**Total Claims Allowed: 32**

| O.G. Print Claim(s) | O.G. Print Fig. |
|---|---|
| 1 | 6 |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 26 | 31 | | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | 27 | 32 | | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | 28 | 33 | | 63 | | 93 | | 123 | | 153 | | 183 |
| 1 | 4 | 29 | 34 | | 64 | | 94 | | 124 | | 154 | | 184 |
| 2 | 5 | 30 | 35 | | 65 | | 95 | | 125 | | 155 | | 185 |
| 3 | 6 | 31 | 36 | | 66 | | 96 | | 126 | | 156 | | 186 |
| 4 | 7 | 32 | 37 | | 67 | | 97 | | 127 | | 157 | | 187 |
| 5 | 8 | | 38 | | 68 | | 98 | | 128 | | 158 | | 188 |
| 6 | 9 | | 39 | | 69 | | 99 | | 129 | | 159 | | 189 |
| 7 | 10 | | 40 | | 70 | | 100 | | 130 | | 160 | | 190 |
| 8 | 11 | | 41 | | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | | 42 | | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | | 43 | | 73 | | 103 | | 133 | | 163 | | 193 |
| 9 | 14 | | 44 | | 74 | | 104 | | 134 | | 164 | | 194 |
| 10 | 15 | | 45 | | 75 | | 105 | | 135 | | 165 | | 195 |
| 11 | 16 | | 46 | | 76 | | 106 | | 136 | | 166 | | 196 |
| 12 | 17 | | 47 | | 77 | | 107 | | 137 | | 167 | | 197 |
| 13 | 18 | | 48 | | 78 | | 108 | | 138 | | 168 | | 198 |
| 14 | 19 | | 49 | | 79 | | 109 | | 139 | | 169 | | 199 |
| 15 | 20 | | 50 | | 80 | | 110 | | 140 | | 170 | | 200 |
| 16 | 21 | | 51 | | 81 | | 111 | | 141 | | 171 | | 201 |
| 17 | 22 | | 52 | | 82 | | 112 | | 142 | | 172 | | 202 |
| 18 | 23 | | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 19 | 24 | | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 20 | 25 | | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 21 | 26 | | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 22 | 27 | | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| 23 | 28 | | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 24 | 29 | | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| 25 | 30 | | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office

Part of Paper No. 030705

EXHIBIT 9
PAGE 248

APL-QC_00114648

# Index of Claims

| Application No. | Applicant(s) |
|---|---|
| 10/324,241 | LOTT ET AL. |
| Examiner | Art Unit |
| Phirin Sam | 2661 |

| | | | | | | |
|---|---|---|---|---|---|---|
| √ | Rejected | — | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Claim | | Date | Claim | | Date | Claim | | Date |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 4/21/05 | Final | Original | | Final | Original | |
| | 1 | | | 51 | | | 101 | |
| | 2 | | | 52 | | | 102 | |
| | 3 | | | 53 | | | 103 | |
| 1 | 4 | = | | 54 | | | 104 | |
| 2 | 5 | = | | 55 | | | 105 | |
| 3 | 6 | = | | 56 | | | 106 | |
| 4 | 7 | = | | 57 | | | 107 | |
| 5 | 8 | = | | 58 | | | 108 | |
| 6 | 9 | = | | 59 | | | 109 | |
| 7 | 10 | = | | 60 | | | 110 | |
| 8 | 11 | = | | 61 | | | 111 | |
| | 12 | | | 62 | | | 112 | |
| | 13 | | | 63 | | | 113 | |
| 9 | 14 | = | | 64 | | | 114 | |
| 10 | 15 | = | | 65 | | | 115 | |
| 11 | 16 | = | | 66 | | | 116 | |
| 12 | 17 | = | | 67 | | | 117 | |
| 13 | 18 | = | | 68 | | | 118 | |
| 14 | 19 | = | | 69 | | | 119 | |
| 15 | 20 | = | | 70 | | | 120 | |
| 16 | 21 | = | | 71 | | | 121 | |
| 17 | 22 | = | | 72 | | | 122 | |
| 18 | 23 | = | | 73 | | | 123 | |
| 19 | 24 | = | | 74 | | | 124 | |
| 20 | 25 | = | | 75 | | | 125 | |
| 21 | 26 | = | | 76 | | | 126 | |
| 22 | 27 | = | | 77 | | | 127 | |
| 23 | 28 | = | | 78 | | | 128 | |
| 24 | 29 | = | | 79 | | | 129 | |
| 25 | 30 | = | | 80 | | | 130 | |
| 26 | 31 | = | | 81 | | | 131 | |
| 27 | 32 | = | | 82 | | | 132 | |
| 28 | 33 | = | | 83 | | | 133 | |
| 29 | 34 | = | | 84 | | | 134 | |
| 30 | 35 | = | | 85 | | | 135 | |
| 31 | 36 | = | | 86 | | | 136 | |
| 32 | 37 | = | | 87 | | | 137 | |
| | 38 | | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| | 42 | | | 92 | | | 142 | |
| | 43 | | | 93 | | | 143 | |
| | 44 | | | 94 | | | 144 | |
| | 45 | | | 95 | | | 145 | |
| | 46 | | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| | 48 | | | 98 | | | 148 | |
| | 49 | | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |