UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | Case No.:  3:17-cv-108-GPC-MDD<br><br>**ORDER:**<br><br>**1) SETTING BRIEFING SCHEDULE FOR APPLE'S MOTION FOR SUMMARY JUDGMENT ON BCPA COUNTERCLAIMS; AND**<br><br>[ECF No. 602]<br><br>**2) RESETTING HEARING ON APPLE'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS ON COUNTERCLAIM FOR DECLARATORY JUDGMENT (COUNTERCLAIM IV)**<br><br>[ECF No. 593] |

Before the Court is Apple's Motion for Summary Judgment on BCPA Counterclaims.  ECF No. 602.  The Court will allow further briefing based upon materials that have become available as a result of the Court's Order Denying Apple's Objection to Magistrate Ruling.  Accordingly, Qualcomm is directed to file, on or before **December 28, 2018**, any supplemental briefing to its Opposition to Apple's Motion for

1

Summary Judgment on BCPA Counterclaims.  Any reply from Apple shall be filed on or before **January 7, 2019**.  The hearing on the motion is reset to **January 25, 2019, at 1:30 p.m. in Courtroom 2D**.

Furthermore, the hearing on Apple's Motion for Partial Judgment on the Pleadings on Counterclaim for Declaratory Judgment, ECF No. 593, is also reset to **January 25, 2019, at 1:30 p.m. in Courtroom 2D**.

**IT IS SO ORDERED.**

Dated:  December 17, 2018

Hon. Gonzalo P. Curiel
United States District Judge