UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | Case No.: 3:17-cv-108-GPC-MDD<br><br>**TRIAL PREPARATION AND SCHEDULING ORDER** |

A pretrial conference was held on November 30, 2018. After discussing trial related issues with counsel, the Court orders as follows:

### TRIAL DATE

The Court sets a jury trial in this matter for **April 15, 2019, at 9:00 a.m.** The trial will last fourteen days. Each side will be limited to 35 hours per side for evidence.

### PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW

The parties are directed to submit, by **February 15, 2019**, proposed findings of fact and conclusions of law for all causes of actions, claims, and defenses to be decided by the Court at trial. Findings of fact shall be set forth in simple declarative statements that are separately numbered. Conclusions of law shall be supported by citation to approipriate legal authority. The proposed findings of fact and conclusions of shall be filed using CM/ECF, and also emailed to chambers in Word format.

## MOTIONS IN LIMINE

The parties are directed to file all motions in limine by **February 15, 2019.** Any responses shall be filed by **March 1, 2019**. No replies shall be filed. The parties are limited to 15 motions in limine per side. Each motion in limine and each opposition shall be limited to 6 pages in length. The parties may request leave to file additional motions in limine for good cause shown. A hearing on the motions in limine will be held on **March 14, 2019, at 1:30 p.m.**

## JURY INSTRUCTIONS

The parties shall file joint proposed jury instructions and general and/or special verdict forms, including any objections, on or before **February 15, 2019**. The parties note in their Proposed Final Pretrial Conference Order that the Court will need to interpret disputed provisions of several contracts. Consequently, the parties must file a joint brief identifying any disputed contract provisions and identifying the parties' respective positions on the disputed provisions. A hearing to finalize the jury instructions will be held on **March 28, 2019, at 1:30 p.m.**

## DAUBERT MOTIONS

The parties are directed to file any *Daubert* motions on or before **February 14, 2019**. Any responses shall be filed by **March 1, 2019**. Replies must be filed by **March 8, 2019**. The parties are limited to 7 motions per side. Each motion and each opposition shall be limited to 10 pages in length. Any replies are limited to 5 pages each. A hearing on the *Daubert* motions is set for **March 21, 2019, at 1:30 p.m.**

## JURY QUESTIONNAIRE

The parties are directed to submit a joint proposed jury questionnaire by **March 1, 2019**.

## TRIAL NOTEBOOK

The parties are directed to submit directly to chambers, on or before **March 24, 2019**, a tabbed joint trial notebook containing a table of content and hard copies of the following documents, all of which should also be filed using CM/ECF:

1. The operating pleading complaints, cross complaints, third party complaint, and answers;
2. Separate trial briefs, not to exceed 20 pages in length;
3. If the parties wish, proposed voir dire questions to be asked by the Court;
4. A joint statement of the case in a form suitable to be read to the jury, including objections, if any;
5. Any stipulations or agreements, in a form suitable to be read to the jury;
6. A joint witness list in table format, including columns designated for the party that will be calling the witness, time estates for direct and cross-examination, and a brief description of each witness's testimony;
7. A joint list of deposition designations, if any;
8. A joint exhibit list in table format, including columns designated for exhibit numbers, a description of the exhibits, whether the admissibility of any exhibit is disputed, the date an exhibit is marked, and the date an exhibit is admitted; and
9. Joint proposed general and/or special verdict forms, including any objections.

**IT IS SO ORDERED.**

Dated:  December 19, 2018

Hon. Gonzalo P. Curiel
United States District Judge