# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION REGARDING EXTENSION OF TIME TO FILE PROPOSED JURY INSTRUCTIONS AND VERDICT FORMS, INCLUDING ANY OBJECTIONS, AND TO SET BRIEFING PAGE LIMITS**<br><br>[Dkt. No. 785] |

Before the Court is Apple Inc.'s ("Apple"); the Contract Manufacturers'[1]; and Qualcomm Incorporated's ("Qualcomm") Joint Motion regarding extension of time to file proposed jury instructions and verdict forms, including any objections, and to set briefing page limits [Dkt. No. 785].

---

[1] The Contract Manufacturers are Compal Electronics, Inc., Pegatron Corporation, FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd. (together with FIH Mobile, "Foxconn") and Wistron Corporation.

1    Having considered the parties' joint motion, the Court directs the parties to
2    comply with the following:
3    The parties shall file their proposed jury instructions, objections, and proposed
4    verdict forms on or before February 22, 2019;
5    The parties' opening briefs in support of their respective Rule 44.1 motions for
6    determination of foreign law shall be limited to 30 pages per side, with a limit of 30
7    pages per side for oppositions, and a limit of 12 pages per side for replies; and
8    The parties' respective sections of the joint brief regarding disputed contract
9    provisions shall be limited to 35 pages per side; the parties' joint introductory sections
10   of the brief shall not count against this page limit.

**IT IS SO ORDERED.**

Dated:  February 14, 2019

Hon. Gonzalo P. Curiel
United States District Judge