Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and Additional Counsel listed below Signature Line)*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPENDIX OF EXHIBITS TO APPLE INC.'S AND THE CM' *DAUBERT* MOTION TO EXCLUDE QUALCOMM EXPERT TESTIMONY THAT FAILS TO APPORTION PATENT ROYALTIES OR THAT CONTRAVENES THE ENTIRE MARKET VALUE RULE**<br><br>**Judge:** Judge Gonzalo P. Curiel<br>**Date:** March 21, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"), Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs"), hereby submit their Appendix of Exhibits to Their *Daubert* Motion To Exclude Qualcomm Expert Testimony that Fails To Apportion Patent Royalties or that Contravenes the Entire Market Value Rule:

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Mauser Declaration | Opening Expert Report of David S. Evans, June 29, 2018 | 1 – 368 |
| B | Mauser Declaration | Rebuttal Expert Report of David S. Evans, October 2, 2018 | 369 – 418 |
| C | Mauser Declaration | Deposition of David S. Evans [Excerpts], October 30, 2018 | 419 – 428 |
| D | Mauser Declaration | Opening Expert Report of Eric Stasik [Excerpts], June 29, 2018 | 429 – 466 |
| E | Mauser Declaration | Rebuttal Expert Report of Eric Stasik [Excerpts], October 2, 2018 | 467 – 474 |
| F | Mauser Declaration | Deposition of Eric Stasik [Excerpts], October 10, 2018 | 475 – 482 |
| G | Mauser Declaration | Opening Expert Report of Aviv Nevo [Excerpts], served on June 29, 2018 | 483 – 517 |
| H | Mauser Declaration | Opening Expert Report of Oliver Hart [Excerpts], June 29, 2018 | 518 – 532 |
| I | Mauser Declaration | Opening Expert Report of Christopher R. Knittel, June 29, 2018 | 533 – 689 |
| J | Mauser Declaration | Deposition of Christopher R. Knittel [Excerpts], October 16, 2018 | 690 – 701 |

| | | | |
|---|---|---|---|
| K | Mauser Declaration | Opening Expert Report of Jeffrey T. Prince, June 29, 2018 | 702 – 841 |
| L | Mauser Declaration | Deposition of Jeffrey T. Prince [Excerpts], October 19, 2018 | 842 – 848 |
| M | Mauser Declaration | Opening Expert Report of Bertram Huber [Excerpts], June 29, 2018 | 849 – 870 |
| N | Mauser Declaration | Opening Expert Report of Bénédicte Fauvarque–Cosson [Excerpts], June 29, 2018 | 871 – 883 |
| O | Mauser Declaration | Rebuttal Expert Report of Bénédicte Fauvarque–Cosson [Excerpts], September 12, 2018. | 884 – 888 |
| P | Mauser Declaration | ETSI Directives, Version 38 [Excerpts], February 8, 2018 | 889 – 894 |

Dated: February 14, 2019     Respectfully submitted,

By:  /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801; *pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421; *pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788; *pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520; *pro hac vice*) kdunn@bsfllp.com

|   |   |
|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP |
| 2 | 1401 New York Avenue, N.W. |
|   | Washington, D.C. 20005 |
| 3 | Phone: (202) 237-2727; Fax: (202) 237-6131 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By: */s/ Jason C. Lo*

Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556,
dswanson@gibsondunn.com
Michele L. Maryott, SBN 191993
mmaryott@gibsondunn.com
Jason C. Lo, SBN 219030,
jlo@gibsondunn.com
Jennifer J. Rho, SBN 254312,
jrho@gibsondunn.com
Melissa Phan, SBN 266880,
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel:  (213) 229-7000; Fax:  (213) 229-7520

Cynthia E. Richman, DC Bar No. 492089,
pro hac vice
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Hugh F. Bangasser, pro hac vice
hugh.bangasser@klgates.com
Christopher M. Wyant, pro hac vice
chris.wyant@klgates.com
J. Timothy Hobbs, pro hac vice
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
Tel: (949) 253-0900; Fax: (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | The undersigned hereby certifies that a true and correct copy of the above and |
| 3 | foregoing document has been served on February 14, 2019, to all counsel of record |
| 4 | who are deemed to have consented to electronic service via the Court's CM/ECF |
| 5 | system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic |
| 6 | mail, facsimile and/or overnight delivery. |
| 7 | Executed on February 14, 2019. |
| 8 |  |
| 9 | */s/ William A. Isaacson*<br>William A. Isaacson |