Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and Additional Counsel listed below Signature Line)*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPLE INC.'S AND THE CMS' NOTICE OF MOTION AND *DAUBERT* MOTION TO STRIKE OPINIONS OF BERTRAM HUBER, JONATHAN PUTNAM, AND ERIC STASIK REGARDING APPLE AS AN "UNWILLING LICENSEE"**<br><br>**Judge:** Judge Gonzalo P. Curiel<br>**Date:** March 14, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

# NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 21, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, in the United States District Court for the Southern District of California, located at 221 West Broadway, San Diego, California, in Courtroom 2D before the Honorable Gonzalo P. Curiel, Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"), and Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs"), will, and hereby do move to strike the opinions of Qualcomm experts Bertram Huber, Jonathan Putnam, and Eric Stasik regarding whether Apple is an "unwilling licensee," as reflected in the following excerpts of those individuals' expert reports:

- Ex. H (Huber Op. Rpt.) at 55–63 (pages 5–6, 59–64 of the report);
- Ex. I (Stasik Op. Rpt.) ¶¶ 12, 16, 111–46; and
- Ex. J (Putnam Reb. Rpt.) ¶¶ 534–43.

Apple's and the CMs' motion is made pursuant to *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 595 (1993), and Federal Rules of Evidence 401, 402, 403, and 702. It is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Meredith R. Dearborn, the Appendix of Exhibits to this motion and all exhibits contained therein, as well as the argument of counsel, the files and records in this action, any matters of which this Court may take judicial notice, and such oral and documentary evidence as may be presented to the Court.

Dated: February 14, 2019      Respectfully submitted,

By:  */s/ William A. Isaacson*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.

|   |   |
|---|---|
| 1 | 12390 El Camino Real |
| 2 | San Diego, CA 92130 |
|   | Phone: (619) 678-5070; Fax: (619) 678-5099 |
| 3 |   |
| 4 | Ruffin B. Cordell (D.C. Bar No. 445801; |
|   | *pro hac vice*) cordell@fr.com |
| 5 | Lauren A. Degnan (D.C. Bar No. 452421; |
|   | *pro hac vice*) degnan@fr.com |
| 6 | FISH & RICHARDSON P.C. |
| 7 | 1000 Maine Avenue, S.W., Suite 1000 |
|   | Washington, D.C. 20024 |
| 8 | Phone: (202) 783-5070; Fax: (202)783-2331 |
| 9 |   |
| 10 | William A. Isaacson (D.C. Bar No. 414788; |
|   | *pro hac vice*) wisaacson@bsfllp.com |
| 11 | Karen L. Dunn (D.C. Bar No. 1002520; |
|   | *pro hac vice*) kdunn@bsfllp.com |
| 12 | BOIES SCHILLER FLEXNER LLP |
| 13 | 1401 New York Avenue, N.W. |
|   | Washington, D.C. 20005 |
| 14 | Phone: (202) 237-2727; Fax: (202) 237-6131 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By:    */s/ Jason C. Lo*
        Theodore R. Boutrous, Jr., SBN 132099,
        tboutrous@gibsondunn.com
        Richard J. Doren, SBN 124666
        rdoren@gibsondunn.com
        Daniel G. Swanson, SBN 116556,
        dswanson@gibsondunn.com
        Michele L. Maryott, SBN 191993
        mmaryott@gibsondunn.com
        Jason C. Lo, SBN 219030,
        jlo@gibsondunn.com
        Jennifer J. Rho, SBN 254312,
        jrho@gibsondunn.com
        Melissa Phan, SBN 266880,
        mphan@gibsondunn.com
        GIBSON, DUNN & CRUTCHER LLP

333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

Cynthia E. Richman, DC Bar No. 492089,
pro hac vice
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Hugh F. Bangasser, pro hac vice
hugh.bangasser@klgates.com
Christopher M. Wyant, pro hac vice
chris.wyant@klgates.com
J. Timothy Hobbs, pro hac vice
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900; Fax: (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 14, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on February 14, 2019.

*/s/ William A. Isaacson*
William A. Isaacson