| | |
|---|---|
| 1 | Juanita R. Brooks (SBN 75934) brooks@fr.com |
| 2 | Seth M. Sproul (SBN 217711) sproul@fr.com |
|   | FISH & RICHARDSON P.C. |
| 3 | 12390 El Camino Real |
| 4 | San Diego, CA 92130 |
|   | Telephone: (619) 678-5070 / Facsimile: (619) 678-5099 |
| 5 | |
| 6 | Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com |
|   | Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com |
| 7 | FISH & RICHARDSON P.C. |
| 8 | 1000 Maine Avenue, S.W., Suite 1000 |
|   | Washington, D.C. 20024 |
| 9 | Telephone: (202) 783-5070 / Facsimile: (202) 783-2331 |
| 10 | William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com |
| 11 | Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com |
|    | BOIES SCHILLER FLEXNER LLP |
| 12 | 1401 New York Avenue, N.W. |
| 13 | Washington, D.C. 20005 |
|    | Telephone: (202) 237-2727 / Facsimile: (202) 237-6131 |
| 14 | |
| 15 | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |
| 16 | (Counsel for the CMs and Additional Counsel listed below Signature Line) |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPENDIX OF EXHIBITS TO APPLE INC.'S AND THE CMS' *DAUBERT* MOTION TO STRIKE OPINIONS OF BERTRAM HUBER, JONATHAN PUTNAM, AND ERIC STASIK REGARDING APPLE AS AN "UNWILLING LICENSEE"**<br><br>**Judge:** Judge Gonzalo P. Curiel<br>**Date:** March 21, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

CASE NO. 17-CV-00108-GPC-MDD

Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple") and Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs") hereby submit the Appendix of Exhibits to Its *Daubert* Motion to Strike Opinions of Bertram Huber, Jonathan Putnam, and Eric Stasik Regarding Apple as an "Unwilling Licensee":

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Dearborn Declaration | Letter from Jayna Whitt to Fabian Gonell, November 21, 2016 [QNDCAL04074945] [PTX003119] | 1–5 |
| B | Dearborn Declaration | Letter from Jayna Whitt to Fabian Gonell, December 13, 2016 [QNDCAL04998584] [PTX003153] | 6–8 |
| C | Dearborn Declaration | Letter from B.J. Watrous to Alexander H. Rogers, April 7, 2017 [APL-QC-FTC_00000772] [PTX003297] | 9–13 |
| D | Dearborn Declaration | Apple Inc.'s First Supplemental Responses to Qualcomm Incorporated's First Set of Interrogatories (No. 15), December 14, 2017 | 14–29 |
| E | Dearborn Declaration | Deposition of BJ Watrous [Excerpts], March 7, 2018 | 30–35 |
| F | Dearborn Declaration | Deposition of BJ Watrous [Excerpts], March 8, 2018 | 36–41 |
| G | Dearborn Declaration | Email and attached letter from Bruce Sewell to Donald Rosenberg, April 26, 2017 [PTX003309] [APL-QC-FTC_16199937] | 42–45 |
| H | Dearborn Declaration | Opening Expert Report of Dr. Bertram Huber [Excerpts], June 29, 2018 | 46–63 |
| I | Dearborn Declaration | Opening Expert Report of Eric Stasik [Excerpts], June 29, 2018 | 64–87 |

| | | | |
|---|---|---|---|
| J | Dearborn Declaration | Rebuttal Expert Report of Jonathan D. Putnam [Excerpts], October 2, 2018 | 88–124 |
| K | Dearborn Declaration | Deposition of Bertram Huber [Excerpts], October 31, 2018 | 125–138 |
| L | Dearborn Declaration | ETSI Intellectual Property Rights Policy [PTX004662] | 139–148 |
| M | Dearborn Declaration | Deposition of Eric Stasik [Excerpts], October 10, 2018 | 149–166 |

Dated: February 14, 2019           Respectfully submitted,

By:    /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801;
pro hac vice) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
pro hac vice) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788;
pro hac vice) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520;
pro hac vice) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By: /s/ Jason C. Lo
Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556,
dswanson@gibsondunn.com
Michele L. Maryott, SBN 191993
mmaryott@gibsondunn.com
Jason C. Lo, SBN 219030,
jlo@gibsondunn.com
Jennifer J. Rho, SBN 254312,
jrho@gibsondunn.com
Melissa Phan, SBN 266880,
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

Cynthia E. Richman, DC Bar No. 492089,
pro hac vice
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Hugh F. Bangasser, pro hac vice
hugh.bangasser@klgates.com
Christopher M. Wyant, pro hac vice
chris.wyant@klgates.com

J. Timothy Hobbs, pro hac vice
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
Tel: (949) 253-0900; Fax: (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 14, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on February 14, 2019.

/s/ William A. Isaacson
William A. Isaacson