Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with 3:17-CV-01010-GPC-MDD]<br><br>PLAINTIFF APPLE INC. AND THE CONTRACT MANUFACTURERS' NOTICE OF MOTION AND MOTION FOR DETERMINATION UNDER RULE 44.1<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Date:   March 28, 2019<br>Time:   1:30 p.m.<br>Dept:   2D |

1    PLEASE TAKE NOTICE that on March 28, 2019, at 1:30 p.m., or as soon
2 thereafter as the matter can be heard, in the courtroom of the Honorable Gonzalo P.
3 Curiel, located at 221 West Broadway, San Diego, California, Plaintiff Apple Inc.
4 will, and hereby does, move for an Order pursuant to this Court's Local Rules
5 granting Apple Inc. and the Contract Manufacturers' Motion for Determination
6 under Rule 44.1, on the grounds that French contract law may be interpreted to (1)
7 apply a good faith obligation to the ETSI IPR Policy; (2) consider the circumstances
8 of an IPR licensing disclosure to determine whether an IPR owner complies with
9 Clause 4.1 of the ETSI IPR Policy; (3) apply a specific, heightened good faith
10 requirement under Clause 4.1 of the ETSI IPR Policy for IPR owners participating
11 in a standard; and (4) find the definition of "essential" is clear and unambiguous.

12    This motion is based on this Notice of Motion and Motion, the Memorandum
13 of Points and Authorities filed concurrently herewith, the Declaration of Benjamin
14 C. Elacqua and Exhibits thereto, and any and all other materials the Court deems
15 proper.

17 Dated: February 15, 2019        Respectfully submitted,

18                                 By: */s/ Benjamin C. Elacqua*
19                                 Juanita R. Brooks, SBN 75934, brooks@fr.com
                                   Seth M. Sproul, SBN 217711, sproul@fr.com
20                                 Fish & Richardson P.C.
                                   12390 El Camino Real
21                                 San Diego, CA 92130
                                   Phone: 619-678-5070 / Fax: 619-678-5099

22                                 Ruffin B. Cordell, DC Bar No. 445801
23                                 *pro hac vice*, cordell@fr.com
                                   Lauren A. Degnan, DC Bar No. 452421
24                                 *pro hac vice*, degnan@fr.com
                                   Fish & Richardson P.C.
25                                 The McPherson Building
                                   901 15th Street, N.W., 7th Floor
26                                 Washington, D.C. 20005
                                   Phone: 202-783-5070 / Fax: 202-783-2331

27                                 Benjamin C. Elacqua, TX Bar No. 24055443
28                                 *pro hac vice*, elacqua@fr.com

|   |   |
|---|---|
| 1 | Fish & Richardson P.C. |
| 2 | One Houston Center, 28th floor |
|   | 1221 McKinney |
| 3 | Houston, TX 77010 |
|   | Phone:  713-654-5300 / Fax:  713-652-0109 |

William A. Isaacson, DC Bar No. 414788
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520
*pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-237-2727
Facsimile:  202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*


By:   */s/ Jennifer J. Rho*
　　　GIBSON DUNN & CRUTCHER, LLP
　　　Theodore J. Boutrous, Jr. (SBN 132099)
　　　tboutrous@gibsondunn.com
　　　Daniel G. Swanson (SBN 116556)
　　　dswanson@gibsondunn.com
　　　Jason C. Lo (SBN 219030)
　　　jlo@gibsondunn.com
　　　Jennifer J. Rho (SBN 254312)
　　　jrho@gibsondunn.com
　　　Melissa Phan (SBN 266880)
　　　mphan@gibsondunn.com
　　　333 South Grand Avenue
　　　Los Angeles, CA 90071
　　　Telephone: (213) 229-7000
　　　Facsimile: (213) 229-7520

　　　Cynthia E. Richman (Pro Hac Vice)
　　　(DC Bar No. 492089)
　　　crichman@gibsondunn.com
　　　1010 Connecticut Avenue, N.W.
　　　Washington, DC 20036
　　　Telephone: (202) 955-8500
　　　Facsimile:  (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs, COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, WISTRON CORPORATION*

| | |
|---|---|
| 1 | HUGH F. BANGASSER (Pro Hac Vice) |
| | hugh.bangasser@klgates.com |
| 2 | CHRISTOPHER M. WYANT (Pro Hac Vice) |
| | chris.wyant@klgates.com |
| 3 | J. TIMOTHY HOBBS (Pro Hac Vice) |
| | tim.hobbs@klgates.com |
| 4 | K&L GATES LLP |
| | 925 Fourth Avenue, Suite 2900 |
| 5 | Seattle, Washington 98104 |
| | Telephone: +1 206 623 7580 |
| 6 | Facsimile: +1 206 370 6371 |

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: February 15, 2019        *Benjamin C. Elacqua*
                                Benjamin C. Elacqua

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 15, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on February 15, 2019, at Houston, Texas.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua