Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and Additional Counsel listed below Signature Line)*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPENDIX OF EXHIBITS TO APPLE INC. AND THE CONTRACT MANUFACTURERS' MOTION *IN LIMINE* NO. 7 TO EXCLUDE EVIDENCE CONCERNING UNRELATED APPLE AGREEMENTS**<br><br>**Judge:** Judge Gonzalo P. Curiel<br>**Date:** March 14, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"), Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs"), hereby submit this Appendix of Exhibits to Their Motion *in Limine* No. 7 to Exclude Evidence Concerning Unrelated Apple Agreements:

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Liu Declaration | DTX01419B (APL-QC-FTC_32617239), August 10, 2006 | 1 – 129 |
| B | Liu Declaration | DTX00463 (APL-QC-FTC_37257300), June 8, 2008 | 130 – 140 |
| C | Liu Declaration | Qualcomm Incorporated's deposition designations for select witnesses, November 2, 2018 | 141 – 153 |
| D | Liu Declaration | Deposition of Eddy Cue [Excerpts], June 12, 2018 | 154 – 175 |
| E | Liu Declaration | DTX01389A (APL-QC_09580858), October 9, 2007 | 176 – 177 |
| F | Liu Declaration | DTX01737 (APL-QC_14930830), May 16, 2006 | 178 – 206 |
| G | Liu Declaration | DTX00342 (APL-QC-FTC_25681106), November 28, 2007 | 207 – 222 |
| H | Liu Declaration | Opening Expert Report of Tasneem Chipty [Excerpts], served on June 29, 2018 | 223 – 232 |
| I | Liu Declaration | Opening Expert Report of Douglas Bernheim [Excerpts], served on June 29, 2018 | 233 – 243 |
| J | Liu Declaration | Deposition of Jayna Whitt [Excerpts], May 3, 2018 | 244 – 250 |
| K | Liu Declaration | Deposition of Richard Lutton [Excerpts], May 11, 2018 | 251 – 255 |

| | | | |
|---|---|---|---|
| L | Liu Declaration | Deposition of Tim Cook [Excerpts], June 27, 2018 | 256 – 264 |
| M | Liu Declaration | Deposition of Paul Jacobs [Excerpts], April 18, 2018 | 265 – 269 |

Dated: February 15, 2019                    Respectfully submitted,

By:   /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801;
*pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
*pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788;
*pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520;
*pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By:   /s/ Jason C. Lo
Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com

| | |
|---|---|
| 1 | Richard J. Doren, SBN 124666 |
| | rdoren@gibsondunn.com |
| 2 | Daniel G. Swanson, SBN 116556, |
| 3 | dswanson@gibsondunn.com |
| | Michele L. Maryott, SBN 191993 |
| 4 | mmaryott@gibsondunn.com |
| 5 | Jason C. Lo, SBN 219030, |
| | jlo@gibsondunn.com |
| 6 | Jennifer J. Rho, SBN 254312, |
| 7 | jrho@gibsondunn.com |
| | Melissa Phan, SBN 266880, |
| 8 | mphan@gibsondunn.com |
| 9 | GIBSON, DUNN & CRUTCHER LLP |
| | 333 South Grand Avenue |
| 10 | Los Angeles, CA 90071 |
| 11 | Tel: (213) 229-7000; Fax: (213) 229-7520 |
| 12 | Cynthia E. Richman, DC Bar No. 492089, |
| 13 | *pro hac vice* |
| | crichman@gibsondunn.com |
| 14 | GIBSON, DUNN & CRUTCHER LLP |
| 15 | 1050 Connecticut Avenue, N.W. |
| | Washington, DC 20036 |
| 16 | Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 17 | |
| 18 | *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation* |
| 19 | |
| 20 | |
| 21 | |
| 22 | Hugh F. Bangasser, *pro hac vice* |
| | hugh.bangasser@klgates.com |
| 23 | Christopher M. Wyant, *pro hac vice* |
| | chris.wyant@klgates.com |
| 24 | J. Timothy Hobbs, *pro hac vice* |
| 25 | tim.hobbs@klgates.com |
| | K&L GATES LLP |
| 26 | 925 Fourth Avenue, Suite 2900 |
| 27 | Seattle, Washington 98104 |
| | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 28 | |

| | |
|---|---|
| 1 | Caitlin C. Blanche, SBN 254109, |
| 2 | caitlin.blanche@klgates.com |
| | K&L GATES LLP |
| 3 | 1 Park Plaza Twelfth Floor |
| 4 | Irvine, CA  92614 |
| | Tel: (949) 253-0900; Fax: (949) 253-0902 |

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

|     |     |
| --- | --- |
| 1   | **CERTIFICATE OF SERVICE** |
| 2   | The undersigned hereby certifies that a true and correct copy of the above and |
| 3   | foregoing document has been served on February 15, 2019, to all counsel of record |
| 4   | who are deemed to have consented to electronic service via the Court's CM/ECF |
| 5   | system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic |
| 6   | mail, facsimile and/or overnight delivery. |
| 7   | Executed on February 15, 2019. |

                                                       */s/ William A. Isaacson*
                                                       William A. Isaacson