# EXHIBIT D

# Placeholder – Entire Document Sought to be Sealed