Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD <br> [Consolidated with Case No. 3:17-CV-01010-GPC-MDD] <br><br> **APPENDIX OF EXHIBITS TO APPLE INC.'S MOTION *IN LIMINE* NO. 8 TO EXCLUDE EVIDENCE OF 2015 MEETING** <br><br> **Judge:** Judge Gonzalo P. Curiel <br> **Date:** March 14, 2019 <br> **Time:** 1:30 p.m. <br> **Courtroom:** 2D |

Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"), hereby submits their Appendix of Exhibits to Its Motion *in Limine* No. 8 to Exclude Evidence of 2015 Meeting:

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Mauser Declaration | Deposition of Bruce Sewell [Excerpts], April 4, 2018 | 1 – 7 |
| B | Mauser Declaration | Apple Inc.'s Responses and Objections to Qualcomm Incorporated's First Set of Interrogatories, October 17, 2017 | 8 – 71 |
| C | Mauser Declaration | Deposition of Seung Ho Ahn [Excerpts], March 29, 2018 | 72 – 77 |

Dated: February 15, 2019   Respectfully submitted,

By:   /s/ *William A. Isaacson*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801;
*pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
*pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788;
*pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

|   |   |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  The undersigned hereby certifies that a true and correct copy of the above and
3  foregoing document has been served on February 15, 2019, to all counsel of record
4  who are deemed to have consented to electronic service via the Court's CM/ECF
5  system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic
6  mail, facsimile and/or overnight delivery.

7  Executed on February 15, 2019.

8
9                                     */s/ William A. Isaacson*
                                    William A. Isaacson

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28