1  Juanita R. Brooks (SBN 75934) brooks@fr.com
2  Seth M. Sproul (SBN 217711) sproul@fr.com
   FISH & RICHARDSON P.C.
3  12390 El Camino Real
   San Diego, CA 92130
4  Telephone: (619) 678-5070 / Facsimile: (619) 678-5099
5
   Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
6  Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
7  FISH & RICHARDSON P.C.
   1000 Maine Avenue, S.W., Suite 1000
8  Washington, D.C. 20024
9  Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

10 William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
11 Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
   BOIES SCHILLER FLEXNER LLP
12 1401 New York Avenue, N.W.
   Washington, D.C. 20005
13 Telephone: (202) 237-2727 / Facsimile: (202) 237-6131
14
   *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*
15
   *(Counsel for the CMs and Additional Counsel listed below Signature Line)*
16
17                    **UNITED STATES DISTRICT COURT**
18                   **SOUTHERN DISTRICT OF CALIFORNIA**

19 | IN RE:                    | Case No. 3:17-CV-00108-GPC-MDD
20 | QUALCOMM LITIGATION,      | [Consolidated with Case No. 3:17-CV-01010-GPC-MDD]
21 |                           |
22 |                           | **APPENDIX OF EXHIBITS TO APPLE INC. AND THE CMS' MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OR ARGUMENT THAT COMPETITORS WHO WILL BENEFIT FROM REMEDY ARE IN ASIA OR THAT QUALCOMM IS AN ASSET TO NATIONAL SECURITY**
23
24
25
26 |                           | **Judge:**     Judge Gonzalo P. Curiel
   |                           | **Date:**      March 14, 2019
27 |                           | **Time:**      1:30 p.m.
   |                           | **Courtroom:** 2D
28

Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"), Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "CMs"), hereby submit their Appendix of Exhibits to Their Motion *in Limine* No. 9 to Exclude Evidence or Argument that Competitors Who Will Benefit from Remedy are in Asia or that Qualcomm is an Asset to National Security:

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Takashima Declaration | Opening Expert Report of Fiona Scott-Morton [Excerpts], June 29, 2018 | 1 – 43 |
| B | Takashima Declaration | Deposition of Fiona Scott-Morton [Excerpts], October 26, 2018 | 44 – 48 |
| C | Takashima Declaration | Deposition of Cristiano Amon [Excerpts], March 13, 2018 | 49 – 54 |
| D | Takashima Declaration | Deposition of Nathan Tibbits [Excerpts], April 11, 2018 | 55 – 59 |
| E | Takashima Declaration | Letter from the Committee on Foreign Investment in the United States ("CFIUS") regarding the proposed Broadcom acquisition of Qualcomm, March 5, 2018 | 60 – 64 |
| F | Takashima Declaration | President Trump's March 12, 2018 Presidential Order Regarding the Proposed Takeover of Qualcomm Incorporated by Broadcom Limited | 65 – 69 |
| G | Takashima Declaration | PTX003244 (QNDCAL03119002), February 14, 2017 | 70 – 77 |
| H | Takashima Declaration | PTX003241 (QNDCAL03119027), February 13, 2017 | 78 – 129 |

| | | | |
|---|---|---|---|
| I | Takashima Declaration | Opening Expert Report of Aviv Nevo [Excerpts], June 29, 2018 | 130 – 138 |
| J | Takashima Declaration | Opening Expert Report of Eric Stasik [Excerpts], June 29, 2018 | 139 – 151 |
| K | Takashima Declaration | Deposition of Steve Mollenkopf [Excerpts], March 22, 2018 | 152 – 156 |

Dated: February 15, 2019         Respectfully submitted,

By:   /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801; *pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421; *pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788; *pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520; *pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 237-2727; Fax: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

|   |   |   |
|---|---|---|
| 1 | By: | */s/ Jason C. Lo* |
| 2 | | Theodore R. Boutrous, Jr., SBN 132099, |
| | | tboutrous@gibsondunn.com |
| 3 | | Richard J. Doren, SBN 124666 |
| | | rdoren@gibsondunn.com |
| 4 | | Daniel G. Swanson, SBN 116556, |
| 5 | | dswanson@gibsondunn.com |
| | | Michele L. Maryott, SBN 191993 |
| 6 | | mmaryott@gibsondunn.com |
| 7 | | Jason C. Lo, SBN 219030, |
| | | jlo@gibsondunn.com |
| 8 | | Jennifer J. Rho, SBN 254312, |
| 9 | | jrho@gibsondunn.com |
| | | Melissa Phan, SBN 266880, |
| 10 | | mphan@gibsondunn.com |
| 11 | | GIBSON, DUNN & CRUTCHER LLP |
| | | 333 South Grand Avenue |
| 12 | | Los Angeles, CA 90071 |
| 13 | | Tel: (213) 229-7000; Fax: (213) 229-7520 |

Cynthia E. Richman, DC Bar No. 492089,
*pro hac vice*
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Hugh F. Bangasser, *pro hac vice*
hugh.bangasser@klgates.com
Christopher M. Wyant, *pro hac vice*
chris.wyant@klgates.com
J. Timothy Hobbs, *pro hac vice*
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900

| | |
|---|---|
| 1 | Seattle, Washington 98104 |
| 2 | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 3 | Caitlin C. Blanche, SBN 254109, |
| 4 | caitlin.blanche@klgates.com |
| | K&L GATES LLP |
| 5 | 1 Park Plaza Twelfth Floor |
| | Irvine, CA  92614 |
| 6 | Tel: (949) 253-0900; Fax: (949) 253-0902 |

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on February 15, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on February 15, 2019.

/s/ *William A. Isaacson*
William A. Isaacson