1 | Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
2 | CRAVATH, SWAINE & MOORE LLP
3 | 825 Eighth Avenue
New York, NY 10019
4 | Telephone: (212) 474-1000
Facsimile: (212) 474-3700
5 |
6 | David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
7 | QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
8 | Chicago, Illinois 60661
Telephone: (312) 705-7400
9 | Facsimile: (312) 705-7401
10 |
Karen P. Hewitt (SBN 145309)
11 | kphewitt@jonesday.com
JONES DAY
12 | 4655 Executive Drive, Suite 1500
San Diego, California 92121
13 | Telephone: (858) 314-1200
Facsimile: (858) 345-3178
14 |
[*Additional counsel identified on signature page*]
15 |
*Attorneys for Defendant and Counterclaim-Plaintiff*
16 | QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD |
|---|---|
| | **JOINT SUBMISSION REGARDING JURY INSTRUCTIONS AND VERDICT FORMS** |
| | Judge: Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br>Date: March 28, 2019<br>Time: 1:30 p.m. |

Apple Inc. ("Apple"), the Contract Manufacturers (the "CMs") and Qualcomm Incorporated ("Qualcomm") respectfully submit this Joint Submission Regarding Jury Instructions and Verdict Forms in response to the Court's December 19, 2018 and February 14, 2019 Orders. (ECF Nos. 749, 786.) The contents of this filing are as follows:

- <u>Exhibit A</u>:  Apple's and the CMs' position statement;
- <u>Exhibit B</u>:  Qualcomm's position statement;
- <u>Exhibit C</u>:  Joint proposed jury instructions;
- <u>Exhibit D</u>:  Redline of Apple's and the CMs' proposed jury instructions against the model instructions, where applicable, including Qualcomm's objections;
- <u>Exhibit E</u>:  Redline of Qualcomm's proposed jury instructions against the model instructions, where applicable, including Apple's and the CMs' objections;
- <u>Exhibit F</u>:  Clean copy of Apple's and the CMs' proposed jury instructions, including Qualcomm's objections;
- <u>Exhibit G</u>:  Clean copy of Qualcomm's proposed jury instructions, including Apple's and the CMs' objections;
- <u>Exhibit H</u>:  Apple's and the CMs' proposed verdict form, including Qualcomm's objections; and
- <u>Exhibit I</u>:  Qualcomm's proposed verdict form, including Apple's and the CMs' objections.

The parties have been meeting and conferring over the past several weeks in an effort to narrow the disputed issues. Although the parties have made significant progress in narrowing their disputes, the parties believe that additional efforts to meet and confer can further narrow the issues that will need to be resolved by the Court. Accordingly, although the parties make these submissions now in accordance with the Court's Orders, the parties intend to

| | |
|---|---|
| 1 | continue to meet and confer over the next few weeks and respectfully propose |
| 2 | to submit an update to the Court on March 14, 2019, identifying any additional |
| 3 | jury instructions and aspects of the verdict form on which the parties have |
| 4 | reached agreement. |

| | | |
|---|---|---|
| 1 | Dated:  February 23, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | By   */s/ Evan R. Chesler* |
| 4 | | Evan R. Chesler |
| 5 | | **CRAVATH, SWAINE & MOORE LLP** |
| 6 | | Evan R. Chesler (*pro hac vice*) |
| | | (N.Y. Bar No. 1475722) |
| 7 | | echesler@cravath.com |
| | | Keith R. Hummel (*pro hac vice*) |
| 8 | | (N.Y. Bar No. 2430668) |
| | | khummel@cravath.com |
| 9 | | Richard J. Stark (*pro hac vice*) |
| | | (N.Y. Bar No. 2472603) |
| 10 | | rstark@cravath.com |
| | | Antony L. Ryan (*pro hac vice*) |
| 11 | | (N.Y. Bar No. 2784817) |
| | | aryan@cravath.com |
| 12 | | Gary A. Bornstein (*pro hac vice*) |
| | | (N.Y. Bar No. 2916815) |
| 13 | | gbornstein@cravath.com |
| | | J. Wesley Earnhardt (*pro hac vice*) |
| 14 | | (N.Y. Bar No. 4331609) |
| | | wearnhardt@cravath.com |
| 15 | | Yonatan Even (*pro hac vice*) |
| | | (N.Y. Bar No. 4339651) |
| 16 | | yeven@cravath.com |
| | | Vanessa A. Lavely (*pro hac vice*) |
| 17 | | (N.Y. Bar No. 4867412) |
| | | vlavely@cravath.com |
| 18 | | Worldwide Plaza |
| | | 825 Eighth Avenue |
| 19 | | New York, NY 10019 |
| | | Telephone:  (212) 474-1000 |
| 20 | | Facsimile:  (212) 474-3700 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

JOINT SUBMISSION RE: JURY
INSTRUCTIONS AND VERDICT FORMS          -3-          CASE NO. 3:17-CV-0108-GPC-MDD

|||
|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | David A. Nelson (*pro hac vice*) (Ill. Bar No. 6209623) |
| 3 | davenelson@quinnemanuel.com Stephen Swedlow (*pro hac vice*) |
| 4 | (Ill. Bar No. 6234550) stephenswedlow@quinnemanuel.com |
| 5 | 500 West Madison St., Suite 2450 Chicago, Illinois 60661 |
| 6 | Telephone: (312) 705-7400 Facsimile: (312) 705-7401 |

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
**QUALCOMM INCORPORATED**

---

**JOINT SUBMISSION RE: JURY INSTRUCTIONS AND VERDICT FORMS**　　-4-　　CASE No. 3:17-CV-0108-GPC-MDD

| | |
|---|---|
| 1 | By: *William A. Isaacson* |
| 2 | Juanita R. Brooks, SBN 75934, |
| | brooks@fr.com |
| 3 | Seth M. Sproul, SBN 217711, |
| | sproul@fr.com |
| 4 | **FISH & RICHARDSON P.C.** |
| | 12390 El Camino Real |
| 5 | San Diego, CA 92130 |
| | Phone: 858-678-5070 / Fax: 858-678-5099 |
| 6 | |
| 7 | Ruffin B. Cordell, DC Bar No. 445801, |
| | *pro hac vice*, cordell@fr.com |
| | Lauren A. Degnan, DC Bar No. 45421, |
| 8 | *pro hac vice*, degnan@fr.com |
| 9 | **FISH & RICHARDSON P.C.** |
| | 1000 Maine Avenue, S.W., Suite 1000 |
| | Washington, DC 20024 |
| 10 | Phone: 202-783-5070 / Fax: 202-783-2331 |
| 11 | William A. Isaacson, DC Bar No. 414788, |
| | *pro hac vice*, wisaacson@bsfllp.com |
| 12 | Karen L. Dunn, DC Bar No. 1002520, |
| | *pro hac vice*, kdunn@bsfllp.com |
| 13 | **BOIES SCHILLER FLEXNER LLP** |
| | 1401 New York Avenue, N.W. |
| 14 | Washington, DC 20005 |
| | Phone: 202-237-2727 / Fax: 202-237-6131 |
| 15 | |
| 16 | ***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*** |
| 17 | By:  *Jason C. Lo* |
| 18 | Theodore R. Boutrous, Jr., SBN 132099, |
| | tboutrous@gibsondunn.com |
| 19 | Richard J. Doren, SBN 124666 |
| | rdoren@gibsondunn.com |
| 20 | Daniel G. Swanson, SBN 116556, |
| | dswanson@gibsondunn.com |
| 21 | Michele L. Maryott, SBN 191993 |
| | mmaryott@gibsondunn.com |
| 22 | Jason C. Lo, SBN 219030, |
| | jlo@gibsondunn.com |
| 23 | Jennifer J. Rho, SBN 254312, |
| | jrho@gibsondunn.com |
| 24 | Melissa Phan, SBN 266880, |
| | mphan@gibsondunn.com |
| 25 | **GIBSON, DUNN & CRUTCHER LLP** |
| | 333 South Grand Avenue |
| 26 | Los Angeles, CA 90071 |
| | Tel: (213) 229-7000; Fax: (213) 229-7520 |
| 27 | |
| 28 | Cynthia Richman, DC Bar No. 492089, |

| | | |
|---|---|---|
| **JOINT SUBMISSION RE: JURY INSTRUCTIONS AND VERDICT FORMS** | -5- | **CASE NO. 3:17-CV-0108-GPC-MDD** |

| | |
|---|---|
| 1 | *pro hac vice*<br>crichman@gibsondunn.com |
| 2 | **GIBSON, DUNN & CRUTCHER LLP**<br>1050 Connecticut Avenue, N.W. |
| 3 | Washington, DC 20036<br>Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 4 | ***Attorneys for Defendants,*** |
| 5 | ***Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH*** |
| 6 | ***Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and*** |
| 7 | ***Wistron Corporation*** |
| 8 | Hugh F. Bassanger, *pro hac vice*<br>hugh.bangasser@klgates.com |
| 9 | Christopher M. Wyant, *pro hac vice*<br>chris.wyant@klgates.com |
| 10 | J. Timothy Hobbs, *pro hac vice*<br>tim.hobbs@klgates.com |
| 11 | **K&L GATES LLP**<br>925 Fourth Avenue, Suite 2900 |
| 12 | Seattle, Washington 98104<br>Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 13 | Caitlin C. Blanche, SBN 254109, |
| 14 | caitlin.blanche@klgates.com<br>**K&L GATES LLP** |
| 15 | 1 Park Plaza Twelfth Floor<br>Irvine, CA 92614 |
| 16 | Tel: (949) 253-0900; Fax (949) 253-0902 |
| 17 | ***Attorneys for Defendant,*** |
| 18 | ***Counterclaimant, and Third-Party Plaintiff Wistron Corporation*** |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**JOINT SUBMISSION RE: JURY INSTRUCTIONS AND VERDICT FORMS**     -6-     **CASE NO. 3:17-CV-0108-GPC-MDD**