| | |
|---|---|
| 1 | Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*) |
| 2 | echesler@cravath.com<br>CRAVATH, SWAINE & MOORE LLP |
| 3 | 825 Eighth Avenue<br>New York, NY 10019 |
| 4 | Telephone: (212) 474-1000<br>Facsimile: (212) 474-3700 |
| 5 | David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*) |
| 6 | davenelson@quinnemanuel.com<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 7 | 500 West Madison St., Suite 2450<br>Chicago, Illinois 60661 |
| 8 | Telephone: (312) 705-7400<br>Facsimile: (312) 705-7401 |
| 9 | Karen P. Hewitt (SBN 145309) |
| 10 | kphewitt@jonesday.com<br>JONES DAY |
| 11 | 4655 Executive Drive, Suite 1500<br>San Diego, California 92121 |
| 12 | Telephone: (858) 314-1200<br>Facsimile: (858) 345-3178 |
| 13 | [*Additional counsel identified on signature page*] |
| 14 | *Attorneys for Defendant and Counterclaim-Plaintiff*<br>QUALCOMM INCORPORATED |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | No. 3:17-cv-0108-GPC-MDD<br><br>**DECLARATION OF JAMES W. CARLSON IN SUPPORT OF QUALCOMM INCORPORATED'S OPPOSITION TO APPLE INC.'S MOTION *IN LIMINE* NO. 4**<br><br>Judge:   Hon. Gonzalo P. Curiel |

I, James W. Carlson, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned case. I am an associate at Jones Day, attorneys for Qualcomm Incorporated ("Qualcomm").

2. I respectfully submit this declaration in support of Qualcomm's Opposition to Apple Inc.'s Motion *in Limine* No. 4.

3. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

4. Attached here as **Exhibit 1** is a true and correct copy of an excerpt of Apple Inc.'s Supplemental Responses and Objections to Qualcomm Incorporated's Second Set Of Interrogatories (Nos. 26-53).

5. Attached here as **Exhibit 2** is a true and correct copy of an excerpt of the trial transcript for the testimony of Tony Blevins on January 11, 2019, in *Federal Trade Commission v. Qualcomm*, Case No. 5:17-CV-00220 (N.D. Cal.).

6. Attached here as **Exhibit 3** is a true and correct copy of an excerpt of the trial transcript for the testimony of Jeff Williams on January 14, 2019, in *Federal Trade Commission v. Qualcomm*, Case No. 5:17-CV-00220 (N.D. Cal.).

7. Attached here as **Exhibit 4** is a true and correct copy of an excerpt of the April 11, 2018 Deposition of Jonathan Weiser.

8. Attached here as **Exhibit 5** is a true and correct copy of an excerpt of the document produced by Qualcomm bearing Bates number QAPPCMSD09283067, an email chain from Fall 2017.

9. Attached here as **Exhibit 6** is a true and correct copy of an excerpt of Judge Sabraw's Order Granting in Part and Denying in Part Apple's Daubert Motion to Exclude Testimony of Drs. Prince, Kennedy, Brogioli, and Kelley (ECF No. 538) in *Qualcomm Incorporated v. Apple Inc.*, Case No. 3:17-CV-1375 (S.D. Cal.).

10. Attached here as **Exhibit 7** is a true and correct copy of an excerpt of Judge Dembin's Order on Qualcomm and Apple Inc's Joint Motion for Determination of

Discovery Dispute Regarding Apple's Responses to Qualcomm's Sixth Set of Requests for Production (ECF No. 319) in *Qualcomm Incorporated v. Apple Inc.*, Case No. 3:17-CV-1375 (S.D. Cal.).

11. Attached here as **Exhibit 8** is a true and correct copy of an excerpt of Qualcomm and Apple Inc.'s Joint Motion for Determination of Discovery Dispute Regarding Apple's Responses and Objections to Qualcomm's Sixth Set of Requests for Production (ECF 266) in *Qualcomm Incorporated v. Apple Inc.*, Case No. 3:17-CV-1375 (S.D. Cal.).

12. Attached here as **Exhibit 9** is a true and correct copy of job listings posted on Apple's website, dated November 8, 2018, through December 6, 2018.

13. Attached here as **Exhibit 10** is a true and correct copy of a news article published by Bloomberg, dated November 15, 2018, titled "Apple Recruiting Chip Engineers to Work in Qualcomm's Backyard."

14. Attached here as **Exhibit 11** is a true and correct copy of an excerpt of the Expert Report of Dr. Fiona Scott-Morton, dated June 29, 2018.

15. Attached here as **Exhibit 12** is a true and correct copy of a document produced by Apple bearing Bates number APL-QC-FTC_32639060.

16. Attached here as **Exhibit 13** is a true and correct copy of a document produced by Apple bearing Bates number APL-QC-FTC_24211764.

17. Attached here as **Exhibit 14** is a true and correct copy of an excerpt of the Expert Report of Dr. B. Douglas Bernheim, dated June 29, 2018.

18. Attached here as **Exhibit 15** is a true and correct copy of an excerpt of the Expert Report of Dr. Aviv Nevo, dated June 29, 2018.

19. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 1, 2019, at Pittsburgh, Pennsylvania.

*/s/ James W. Carlson*
James W. Carlson

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## Table of Documents

| Exhibit | Pages |
|---------|-------|
| 1 | 1-10 |
| 2 | 11-13 |
| 3 | 14-16 |
| 4 | 17-19 |
| 5 | 20-22 |
| 6 | 23-26 |
| 7 | 27-30 |
| 8 | 31-39 |
| 9 | 40-51 |
| 10 | 52-54 |
| 11 | 55-75 |
| 12 | 76-101 |
| 13 | 102-120 |
| 14 | 121-128 |
| 15 | 129-149 |