# EXHIBIT 2

```
                                                         637
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   FEDERAL TRADE COMMISSION,   ) C-17-00220 LHK
                                 )
 6            PLAINTIFF,         ) SAN JOSE, CALIFORNIA
                                 )
 7       VS.                     ) JANUARY 11, 2019
                                 )
 8   QUALCOMM INCORPORATED, A    ) VOLUME 4
     DELAWARE CORPORATION,       )
 9                               ) PAGES 637-857
                                 )
10            DEFENDANT.         )
                                 ) SEALED PAGES 739 - 740
11   _____  )

12              TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE LUCY H. KOH
13              UNITED STATES DISTRICT JUDGE

14   A P P E A R A N C E S:

15   FOR THE PLAINTIFF:    FEDERAL TRADE COMMISSION
                      BY: JENNIFER MILICI
16                         DANIEL J. MATHESON
                           WESLEY G. CARSON
17                         KENT COX
                           NATHANIEL M. HOPKIN
18                         PHILIP J. KEHL
                           MIKA IKEDA
19                         JOSEPH BAKER
                           600 PENNSYLVANIA AVENUE, NW
20                         WASHINGTON, D.C.  20580

21        APPEARANCES CONTINUED ON NEXT PAGE

22   OFFICIAL COURT REPORTERS: LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595
23                             IRENE RODRIGUEZ, CSR, CRR, RMR
                               CERTIFICATE NUMBER 8074
24
          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25              TRANSCRIPT PRODUCED WITH COMPUTER



                 UNITED STATES COURT REPORTERS
```

```
                                                         639
 1                 INDEX OF WITNESSES

 2   PLAINTIFF'S

 3   AICHATOU (AICHA) EVANS
         CROSS-EXAM BY MR. RYAN (RES.)        P. 654
 4       REDIRECT EXAM BY MR. CARSON          P. 662
         RECROSS-EXAM BY MR. RYAN             P. 664
 5       FURTHER REDIRECT BY MR. CARSON       P. 665

 6   MARK DAVIS
         VIDEOTAPED DEPOSITION                P. 667
 7
     TONY BLEVINS
 8       DIRECT EXAM BY MR. BAKER             P. 669
         CROSS-EXAM BY MS. SESSIONS           P. 715
 9       REDIRECT EXAM BY MR. BAKER           P. 733

10   INJUNG LEE
         VIDEOTAPED DEPOSITION                P. 737
11
     TODD MADDEROM
12       VIDEOTAPED DEPOSITION                P. 746

13   STEVE MOLLENKOPF
         DIRECT EXAM BY MS. MILICI            P. 755
14       CROSS-EXAM BY MR. VAN NEST           P. 802
         REDIRECT EXAM BY MS. MILICI          P. 842
15       RECROSS-EXAM BY MR. VAN NEST         P. 845



                 UNITED STATES COURT REPORTERS
```

```
                                                         638
 1   APPEARANCES (CONTINUED)

 2   FOR THE DEFENDANT:    KEKER, VAN NEST & PETERS
                      BY: ROBERT A. VAN NEST
 3                         JUSTINA K. SESSIONS
                           EUGENE M. PAIGE
 4                         CHRISTINA BLAIS
                           MATAN SHACHAM
 5                         CODY HARRIS
                           KRISTIN HUCEK
 6                         633 BATTERY STREET
                           SAN FRANCISCO, CALIFORNIA  94111
 7

 8                         CRAVATH, SWAINE & MOORE
                      BY:  GARY A. BORNSTEIN
 9                         MICHAEL BRENT BYARS
                           YONATAN EVEN
10                         JORDAN D. PETERSON
                           MING-TOY TAYLOR
11                         DEREK SUTTON
                           ANDREW HUYNH
12                         ANTONY RYAN
                           825 EIGHTH AVENUE
13                         NEW YORK, NEW YORK  10019

14   ALSO PRESENT:    MARK SNYDER
                      JEFF DAHM
15                    KEN KOTARSKI



                 UNITED STATES COURT REPORTERS
```

```
                                                         640
                     INDEX OF EXHIBITS

                                    MARKED     ADMITTED

     PLAINTIFF'S

     8295, 1770, 1771, 6552                  677
     1774 & 1785
     0507                             679
     8261                             686
     0531                             694
     0853                             699
     0578                             701
     0856                             702
     0597                             706
     0534                             710
11:43:29  2564A, 2568A, 2639A, 2641A,         737
11:43:39  2642A & 2643A
01:27:56  2018, 2060, 2065, 2123,             746
01:28:04  2124, 2125 & 2168
     8287                             756
     5376                             757
     8190                             758
     8191                             762
     8198                             765
     8197                             766
     5913                             767
     6439                             768
     7559                             770
     6381                             773
     5348                             774
     5357                             776
     5360                             777
     5425                             784
     7668                             785
     7592                             786
     5378                             787
     5381                             789
     5739                             791
     7910                             792
     5389                             795
     5391                             796
     5527                             799
     7257                             800
     7824                             811



                 UNITED STATES COURT REPORTERS
```

### Page 709

| Time | # | Text |
|---|---|---|
| 11:07:12 | 1 | Q. SO WHAT DID APPLE DO NEXT? |
| 11:07:14 | 2 | A. WE KICKED OFF A PROJECT WHERE WE WANTED TO FIND AN |
| 11:07:17 | 3 | ADDITIONAL SOURCE FOR MODEMS SO THAT WE COULD ADD SOME |
| 11:07:20 | 4 | COMPETITION TO THE MIX, THAT CRISTIANO HAD ALL BUT TOLD ME HE |
| 11:07:24 | 5 | KNEW I DIDN'T HAVE AN ALTERNATIVE, THEREFORE, COMPETITIVE |
| 11:07:27 | 6 | CIRCUMSTANCES DOESN'T EXIST, HE WOULD CHARGE ME EVERYTHING THAT |
| 11:07:31 | 7 | HE POSSIBLY COULD. |
| 11:07:33 | 8 | SO I REACTED BY SAYING I MUST HAVE A COMPETITIVE |
| 11:07:37 | 9 | ALTERNATIVE. IT'S QUITE OBVIOUS. |
| 11:07:40 | 10 | Q. TURN TO TAB 16 IN YOUR BINDER, PLEASE, IT'S EXHIBIT |
| 11:07:44 | 11 | CX 0534. |
| 11:07:46 | 12 | PORTIONS OF THIS DOCUMENT HAVE ALSO BEEN SEALED, YOUR |
| 11:07:48 | 13 | HONOR, AND WE'RE GOING TO STAY ON THE FIRST THREE PAGES, WHICH |
| 11:07:51 | 14 | HAVE NOT. |
| 11:07:52 | 15 | THIS IS A PRESENTATION DATED APRIL 24TH, 2014. |
| 11:07:56 | 16 | DO YOU RECOGNIZE THIS PRESENTATION, MR. BLEVINS. |
| 11:07:58 | 17 | A. YES, I RECALL IT. |
| 11:07:59 | 18 | Q. THE TITLE IS PROJECT ANTIQUE; IS THAT RIGHT? |
| 11:08:03 | 19 | A. THAT'S CORRECT. |
| 11:08:04 | 20 | MR. BAKER: YOUR HONOR, I MOVE THE ADMISSION OF |
| 11:08:08 | 21 | CX 0534. |
| 11:08:09 | 22 | MS. SESSIONS: ARE YOU -- COUNSEL, ARE YOU SEEKING TO |
| 11:08:11 | 23 | ADMIT THIS DOCUMENT FOR THE TRUTH OF THE MATTER? IF SO, I |
| 11:08:14 | 24 | WOULD ASK THAT YOU LAY A FOUNDATION. |
| 11:08:16 | 25 | THE COURT: I'M SORRY. CAN YOU REPEAT THAT? I |

UNITED STATES COURT REPORTERS

### Page 710

| Time | # | Text |
|---|---|---|
| 11:08:18 | 1 | COULDN'T HEAR YOU. |
| 11:08:18 | 2 | MS. SESSIONS: SORRY, YOUR HONOR. FOR WHAT PURPOSE |
| 11:08:22 | 3 | ARE YOU SEEKING TO ADMIT THIS DOCUMENT? |
| 11:08:24 | 4 | MR. BAKER: I'LL LAY A BUSINESS RECORD FOUNDATION. |
| 11:08:33 | 5 | Q. MR. BLEVINS, DOES APPLE ORDINARILY MAINTAIN SLIDE DECKS |
| 11:08:40 | 6 | REFLECTING ITS BUSINESS PLANNING ACTIVITY? |
| 11:08:44 | 7 | A. YES. |
| 11:08:44 | 8 | Q. WAS THIS SLIDE DECK CREATED IN THE COURSE OF APPLE'S |
| 11:08:47 | 9 | BUSINESS PLANNING ACTIVITIES? |
| 11:08:49 | 10 | A. YES, IT WAS. |
| 11:08:51 | 11 | Q. IT WAS CREATED AT THE TIME OF APPLE'S BUSINESS PLANNING |
| 11:08:55 | 12 | ACTIVITIES? |
| 11:08:55 | 13 | A. YES. |
| 11:08:57 | 14 | Q. WAS IT STORED AND KEPT BY APPLE IN ITS RECORDS? |
| 11:09:00 | 15 | A. I WOULD ASSUME SO, YES. |
| 11:09:03 | 16 | MR. BAKER: YOUR HONOR, I MOVE THE ADMISSION OF |
| 11:09:07 | 17 | CX 0534. |
| 11:09:08 | 18 | MS. SESSIONS: NO OBJECTION, YOUR HONOR. |
| 11:09:08 | 19 | THE COURT: IT'S ADMITTED. |
| 11:09:11 | 20 | (PLAINTIFF'S EXHIBIT CX 0534 WAS ADMITTED IN EVIDENCE.) |
| 11:09:11 | 21 | THE COURT: GO AHEAD, PLEASE. |
| 11:09:12 | 22 | BY MR. BAKER: |
| 11:09:13 | 23 | Q. WHAT WAS PROJECT ANTIQUE? |
| 11:09:14 | 24 | A. AS I MENTIONED, WE IMMEDIATELY KICKED OFF A PROJECT TO |
| 11:09:17 | 25 | FIND A SUPPLEMENTAL SOURCE TO QUALCOMM FOR MODEMS, AND WE GAVE |

UNITED STATES COURT REPORTERS

### Page 711

| Time | # | Text |
|---|---|---|
| 11:09:21 | 1 | THAT PROJECT AN INTERNAL CODE NAME TO PROTECT CONFIDENTIALITY |
| 11:09:25 | 2 | AND CALLED IT ANTIQUE. |
| 11:09:26 | 3 | Q. TURN TO THE SECOND PAGE OF THE EXHIBIT, PLEASE. I'LL ASK |
| 11:09:29 | 4 | YOU ABOUT THE BOTTOM BULLET POINT. |
| 11:09:32 | 5 | IT READS, "IMPROVE OUR ROYALTY LEVERAGE." |
| 11:09:36 | 6 | CAN YOU EXPLAIN WHAT THAT MEAN ITSELF. |
| 11:09:38 | 7 | A. YES. AS I TALKED ABOUT EARLIER, BY THIS POINT IN TIME IT |
| 11:09:41 | 8 | HAD BECOME OBVIOUS TO US THAT THE LICENSE ISSUES AND THE CHIP |
| 11:09:45 | 9 | ISSUES WERE HOPELESSLY ENTANGLED. SO OUR VIEW WAS THAT IF WE |
| 11:09:51 | 10 | COULD ESTABLISH A SUPPLEMENTAL CHIP SOURCE, WE WOULD NOT ONLY |
| 11:09:54 | 11 | GIVE SOME LEVERAGE ON CHIPSET PRICING, BUT WE WOULD REDUCE THE |
| 11:09:58 | 12 | STRANGLEHOLD THAT QUALCOMM HAS ON US RELATIVE TO ROYALTY |
| 11:10:01 | 13 | LEVERAGE, THAT THE POINT IN TIME THEY KNEW WE HAD TO BUY THEIR |
| 11:10:05 | 14 | CHIP, WE FELT IT PUT US IN A VERY UNFAVORABLE POSITION ON |
| 11:10:09 | 15 | LICENSING. |
| 11:10:09 | 16 | SO WE THOUGHT THIS PROJECT HAD POTENTIALLY BROAD BENEFITS |
| 11:10:13 | 17 | TO APPLE. |
| 11:10:14 | 18 | Q. I'D LIKE TO END WITH A FEW QUESTIONS ABOUT THE MORE RECENT |
| 11:10:21 | 19 | TIME PERIOD, MR. BLEVINS. |
| 11:10:23 | 20 | I'D LIKE TO CAUTION YOU, IF YOU WOULD, TO LIMIT YOUR |
| 11:10:26 | 21 | STATEMENTS TO KNOWLEDGE THAT YOU HELD AT OR BEFORE MARCH 30TH |
| 11:10:32 | 22 | OF 2018. |
| 11:10:33 | 23 | HAS APPLE BEEN ABLE TO CHALLENGE QUALCOMM'S ROYALTIES |
| 11:10:36 | 24 | SINCE INTRODUCING INTEL MODEM CHIPS INTO ITS IPHONES? |
| 11:10:39 | 25 | A. YES, WE HAVE RECENTLY CHALLENGED THEM. |

UNITED STATES COURT REPORTERS

### Page 712

| Time | # | Text |
|---|---|---|
| 11:10:42 | 1 | Q. HOW DID APPLE DO THAT? |
| 11:10:45 | 2 | A. THERE ARE COURT PROCEEDINGS WHERE WE'RE TRYING TO |
| 11:10:51 | 3 | ESTABLISH WHAT IS A FRAND RATE FOR ROYALTY. |
| 11:10:53 | 4 | Q. FROM YOUR PERSPECTIVE AS VICE PRESIDENT OF PROCUREMENT FOR |
| 11:10:56 | 5 | APPLE, HAD THE BUSINESS RELATIONSHIP BETWEEN APPLE AND QUALCOMM |
| 11:11:01 | 6 | CHANGED AT ALL AS A RESULT OF THE ONGOING LITIGATION BETWEEN |
| 11:11:05 | 7 | THE COMPANIES? |
| 11:11:05 | 8 | A. OH, YES, IT'S CHANGED IN A VERY PROFOUND AND NEGATIVE |
| 11:11:09 | 9 | MANNER, UNFORTUNATELY. |
| 11:11:10 | 10 | Q. HOW SO? |
| 11:11:11 | 11 | A. THERE ARE MANY, MANY REASONS. THE TWO THAT I WOULD CITE, |
| 11:11:14 | 12 | IN THE INTERESTS OF BREVITY, AT THE TIME WE MADE THOSE |
| 11:11:18 | 13 | CHALLENGES, QUALCOMM WAS NO LONGER WILLING TO SELL US CHIPS. |
| 11:11:23 | 14 | THAT WAS VERY OBVIOUS, VERY APPARENT TO US. AND SO WE WENT |
| 11:11:27 | 15 | RIGHT BACK TO THE NO LICENSE, NO CHIPS, THAT WE WERE FACING |
| 11:11:32 | 16 | BACK IN 2005. |
| 11:11:34 | 17 | AND THEN IN ADDITION TO THAT, I THINK THEY WERE TRYING TO |
| 11:11:37 | 18 | ESTABLISH ADDITIONAL LEVERAGE BECAUSE THEY HAD FILED |
| 11:11:41 | 19 | INJUNCTIONS AGAINST APPLE AND LAWSUITS ON NON SEP'S, AGAIN, TO |
| 11:11:45 | 20 | IMPROVE THEIR POSITION, IN MY POSITION, ON THE SEP'S. |
| 11:11:49 | 21 | AND SO IT'S LED TO VERY NEGATIVE CIRCUMSTANCES, AND WE |
| 11:11:53 | 22 | HAVE FACED REPERCUSSIONS FROM CHALLENGING THEIR LICENSING |
| 11:11:56 | 23 | MODEL. BUT, AGAIN, IT FEELS LIKE WE'VE CIRCLED ALL THE WAY |
| 11:12:00 | 24 | BACK TO 2005. |
| 11:12:01 | 25 | Q. SO FROM YOUR PERSPECTIVE, HAS QUALCOMM BEEN UNWILLING TO |

UNITED STATES COURT REPORTERS

713

```
11:12:05  1   PARTICIPATE IN SUPPLYING MODEM CHIPS TO APPLE?
11:12:07  2   A.   YES, ABSOLUTELY.
11:12:09  3   Q.   AS OF MARCH 2018, WAS APPLE SATISFIED WITH THE STATE OF
11:12:13  4   COMPETITION IN THE MODEM CHIP MARKET?
11:12:16  5   A.   NO, NOT AT ALL.  WE HAVEN'T IMPROVED OUR POSITION AT ALL.
11:12:19  6   THE ENTIRE CONCEPT OF PROJECT ANTIQUE WAS TO ADD A SECOND
11:12:22  7   SUPPLIER.  WE WANTED SOME COMPETITIVE LEVERAGE, AND WE WORKED
11:12:26  8   VERY HARD TO ADD A SECOND SUPPLIER, AND WE IMPLEMENTED THAT IN
11:12:29  9   2016, AND WE ENJOYED THE BENEFITS OF THAT COMPETITION.
11:12:32 10       HOWEVER, ONCE QUALCOMM ELECTED TO NOT PARTICIPATE ANY
11:12:36 11   FURTHER, WE WERE DOWN TO ONE SUPPLIER, WHICH IS IMC, AND NO
11:12:40 12   OFFENSE TO IMC, BUT WE DON'T WANT TO BE SO DEPENDENT ON THEM.
11:12:45 13   WE WANT MARKET COMPETITION.  WE WANT MULTIPLE SOURCES SO THAT
11:12:48 14   WE CAN GET BEST OVERALL VALUE.
11:12:50 15       SO WE VERY MUCH WANTED BOTH QUALCOMM AND IMC IN THE MIX.
11:12:56 16   COMPETITION LEADS TO VERY, VERY GOOD BEHAVIOR FROM OUR
11:13:00 17   STANDPOINT.  IT'S NOT JUST PRICING, WHICH IS SIGNIFICANT, BUT
11:13:03 18   PEOPLE PRODUCE BETTER QUALITY PRODUCT, THEY'RE MORE DILIGENT
11:13:06 19   ABOUT HITTING TECHNICAL SCHEDULES, THEY INNOVATE.  THE IDEA OF
11:13:10 20   COMPETITION IS JUST INVALUABLE TO US AS WE WORK THROUGH OUR
11:13:13 21   BUSINESS PLANS.  AND WITHOUT COMPETITION, WE JUST CAN'T BE
11:13:16 22   SUCCESSFUL ON A COMPONENT BASIS.
11:13:19 23   Q.   THANK YOU, MR. BLEVINS.  I JUST HAVE TWO QUICK
11:13:21 24   HOUSEKEEPING QUESTIONS AND THEN I THINK WE'RE DONE.
11:13:24 25       JUST TO MAKE -- THERE MAY BE SOME CONFUSION IN THE
```

714

```
11:13:28  1   TRANSCRIPT, AND I JUST WANT TO REPEAT A QUESTION I ASKED
11:13:30  2   EARLIER.
11:13:31  3       HAS APPLE EVER ENTERED INTO A DIRECT LICENSE WITH
11:13:34  4   QUALCOMM?
11:13:35  5   A.   NO.
11:13:39  6       THE COURT:  WHAT DOES THAT MEAN?  BECAUSE MY NOTES
11:13:43  7   ARE ALSO A LITTLE UNCLEAR ON THIS, THAT THERE WAS NO LICENSE IN
11:13:46  8   2005, BUT THEN THERE WAS A LICENSE IN 2007.  WHAT'S -- I DON'T
11:13:50  9   UNDERSTAND THE RELEVANCE OF THIS.
11:13:51 10   BY MR. BAKER:
11:13:55 11   Q.   MR. BLEVINS, CAN YOU DESCRIBE FOR THE COURT THE NATURE OF
11:13:58 12   THE AGREEMENT, THE MARKETING INCENTIVE AGREEMENT THAT WAS
11:14:02 13   ENTERED INTO IN 2007?
11:14:03 14   A.   YES, I CAN.  SO QUALCOMM PROPOSED A LICENSE AGREEMENT TO
11:14:06 15   APPLE BACK IN 2005.  WE HAVE YET TO EVER ENTER INTO A DIRECT
11:14:11 16   LICENSING AGREEMENT.
11:14:12 17       HOWEVER, WHAT HAS BEEN A SUBSTITUTE FOR THAT IS QUALCOMM
11:14:16 18   HAS TOLD US THEY HAVE DIRECT LICENSING AGREEMENTS WITH OUR
11:14:19 19   CONTRACT MANUFACTURERS.  AND SO THOSE CONTRACT MANUFACTURERS
11:14:23 20   WERE USING THE QUALCOMM LICENSE TO SHIP APPLE PRODUCTS.
11:14:28 21       THE SERIES OF AGREEMENTS I MENTIONED WOULD REBATE SOME OF
11:14:32 22   THOSE ROYALTIES BACK TO APPLE SO THAT THE NET ROYALTIES WE PAID
11:14:36 23   WERE STILL EXORBITANT, BUT THEY WEREN'T AS HIGH AS THEY WOULD
11:14:40 24   HAVE OTHERWISE BEEN.  SO WE DID GET SOME RELIEF, STILL LANDING
11:14:44 25   IN AN EXORBITANT PLACE, BUT THOSE AGREEMENTS WERE DESIGNED TO
```

715

```
11:14:48  1   GIVE US SOME RELIEF RELATIVE TO THE NOMINAL ROYALTIES OUR CM'S
11:14:53  2   WOULD OTHERWISE PAY.
11:14:55  3   Q.   AND THAT MARKETS INCENTIVE AGREEMENT, THAT EXPIRED AT THE
11:14:58  4   END OF 2012; IS THAT RIGHT?
11:15:00  5   A.   YES, THAT IS CORRECT.
11:15:01  6   Q.   AND THE TRANSITION AGREEMENTS, HAVE THEY EXPIRED?
11:15:04  7   A.   THEY EXPIRED AT THE END OF 2016.
11:15:06  8       MR. BAKER:  NO FURTHER QUESTIONS.  THANK YOU.
11:15:08  9       THE COURT:  OKAY.  TIME IS 11:15.
11:15:10 10       THE WITNESS:  THANK YOU, SIR.
11:15:21 11       (PAUSE IN PROCEEDINGS.)
11:15:39 12       THE COURT:  ARE YOU READY?
11:15:41 13       MS. SESSIONS:  I AM, YOUR HONOR.
11:15:42 14       THE COURT:  OKAY.  GO AHEAD, PLEASE.  GO AHEAD,
11:15:44 15   PLEASE.
11:15:44 16                     CROSS-EXAMINATION
11:15:44 17   BY MS. SESSIONS:
11:15:45 18   Q.   GOOD MORNING, MR. BLEVINS.  MY NAME IS JUSTINA SESSIONS,
11:15:49 19   AND I REPRESENT QUALCOMM.
11:15:50 20   A.   GOOD MORNING, MA'AM.
11:15:51 21   Q.   APPLE DESIGNED THE ORIGINAL IPHONE TO BE COMPATIBLE IN THE
11:15:54 22   UNITED STATES WITH AT&T'S NETWORK; CORRECT?
11:15:56 23   A.   YES, THAT IS MY RECOLLECTION.
11:15:58 24   Q.   AND AT&T'S NETWORK AT THE TIME USED THE UMTS AIR
11:16:02 25   INTERFACE?
```

716

```
11:16:02  1   A.   YES, THAT'S CORRECT.
11:16:03  2   Q.   THE FIRST DISCUSSIONS THAT YOU HAD WITH POTENTIAL BASEBAND
11:16:08  3   PROCESSOR SUPPLIERS WERE THE FIRST IPHONE WERE IN 2005?
11:16:13  4   A.   YES, THAT IS ALSO CORRECT.
11:16:14  5   Q.   AND IN 2005, YOU SPOKE TO AT LEAST QUALCOMM, SONY
11:16:20  6   ERICSSON, TEXAS INSTRUMENTS, AND INFINEON ABOUT SUPPLYING
11:16:24  7   BASEBAND PROCESSORS FOR THE FIRST IPHONE?
11:16:27  8   A.   YES, THAT IS CORRECT.
11:16:28  9   Q.   AND IN 2005, APPLE LEARNED THAT QUALCOMM HAD A POLICY OF
11:16:33 10   REQUIRING A LICENSE OR A LICENSE CONTRACT MANUFACTURER BEFORE
11:16:40 11   IT WOULD SELL MODEM CHIPS; CORRECT?
11:16:42 12   A.   YES, THAT IS ALSO CORRECT.
11:16:44 13   Q.   APPLE CHOSE INFINEON AS THE BASEBAND SUPPLIER FOR THE
11:16:46 14   FIRST IPHONE; CORRECT?
11:16:48 15   A.   YES.
11:16:48 16   Q.   AND APPLE CHOSE INFINEON EVEN THOUGH INFINEON DID NOT HAVE
11:16:52 17   THE LOWEST PRICED OFFERING?
11:16:55 18   A.   YES.  MY RECOLLECTION WAS WE THOUGHT INFINEON OFFERED US
11:16:59 19   OVERALL BEST VALUE, BUT NOT NECESSARILY ABSOLUTE LOWEST PRICE.
11:17:03 20   Q.   INFINEON WAS DECLARED TO BE THE BEST TECHNICAL ALTERNATIVE
11:17:06 21   AND IT HAD A COMPETITIVE PRICE?
11:17:09 22   A.   I THINK THAT'S A FAIR SUMMARY, YES.
11:17:10 23   Q.   APPLE DID NOT CONSIDER BUYING BASEBAND PROCESSORS FOR THE
11:17:15 24   FIRST IPHONE FROM MORE THAN ONE SUPPLIER; CORRECT?
11:17:19 25   A.   THAT IS ALSO CORRECT.
```