Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with 3:17-CV-01010-GPC-MDD]<br><br>DECLARATION OF BENJAMIN C. ELACQUA IN SUPPORT OF APPLE INC. AND THE CONTRACT MANUFACTURERS' OPPOSITION TO QUALCOMM'S *DAUBERT* MOTION NO. 2 TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF PAUL K. MEYER AND TO FORBID IMPROPER EXTRAPOLATION OF DR. VALENTI'S OPINIONS<br><br>Judge: Hon. Gonzalo P. Curiel<br>Date: March 21, 2019<br>Time: 1:30 PM<br>Courtroom: 2D |

I, Benjamin C. Elacqua, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Plaintiff and Counterclaim-Defendant Apple Inc. ("Apple"). This Court has admitted me to appear *pro hac vice* in this case, and I am a member of the Bar of the State of Texas. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Paul K. Meyer, dated November 9, 2018.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from a Qualcomm Inc. "Tax Department Memo," dated June 15, 2005, filed under seal.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the rebuttal expert report of Paul K. Meyer, dated October 2, 2018, filed under seal.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of a letter from Fabian Gonell of Qualcomm to B.J. Watrous of Apple, dated March 18, 2016, filed under seal.

6. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the deposition of Fabian Gonell, dated April 20, 2018, filed under seal.

7. Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Steven Altman, dated March 15, 2018, filed under seal.

8. Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from a transcript of trial proceedings in *Fed. Trade Comm'n v. Qualcomm Inc.*, No. C-17-00220 LHK (N.D. Cal.), dated January 18, 2019.

9. Attached hereto as **Exhibit 8** is a true and correct copy of excerpts of a letter from Fabian Gonell of Qualcomm to Jayna Whitt of Apple, dated June 15, 2016, filed under seal.

10. Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of a letter from Fabian Gonell of Qualcomm to B.J. Watrous of Apple, dated July 15, 2016, filed under seal.

11. Attached hereto as **Exhibit 10** is a true and correct copy of excerpts from the expert report of Dr. Nikil Jayant, dated June 29, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of excerpts from the expert report of Dr. Richard D. Gitlin, dated June 29, 2018.

13. Attached hereto as **Exhibit 12** is a true and correct copy of excerpts from the expert report of Dr. Jeffrey Andrews, dated June 29, 2018.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts from the deposition of Dr. Jeffrey Andrews, dated October 26, 2018.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts from a transcript of a motion hearing from *Apple Inc. v. Qualcomm Inc.*, No. 17cv0108-GPC-MDD (S.D. Cal.), dated October 26, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Houston, Texas, this 1st day of March, 2019.

*s/ Benjamin C. Elacqua*

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice,* elacqua@fr.com
FISH & RICHARDSON P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Telephone: 713-654-5300
Facsimile: 713-652-0109

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 1, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 1, 2019, at Houston, Texas

*s/ Benjamin C. Elacqua*

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice*, elacqua@fr.com
Fish & Richardson P.C.
One Houston Center, 28th floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

| TABLE OF EXHIBITS | |
|---|---|
| **Exhibit No.** | **Page Nos.** |
| Exhibit 1 | 1−2 |
| Exhibit 2 (Filed Under Seal) | 3−5 |
| Exhibit 3 (Filed Under Seal) | 6−7 |
| Exhibit 4 (Filed Under Seal) | 8−12 |
| Exhibit 5 (Filed Under Seal) | 13−16 |
| Exhibit 6 (Filed Under Seal) | 17−18 |
| Exhibit 7 | 19−22 |
| Exhibit 8 (Filed Under Seal) | 23−26 |
| Exhibit 9 (Filed Under Seal) | 27−30 |
| Exhibit 10 | 31−35 |
| Exhibit 11 | 36−39 |
| Exhibit 12 | 40−45 |
| Exhibit 13 | 46−49 |
| Exhibit 14 | 50−51 |