Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and Additional Counsel listed below Signature Line)*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPENDIX OF EXHIBITS TO APPLE INC. AND THE CONTRACT MANUFACTURERS' OPPOSITION TO QUALCOMM'S *DAUBERT* MOTION NO. 1 TO EXCLUDE INADMISSIBLE COMPARABLE LICENSE ANALYSIS**<br><br>**Judge:** Judge Gonzalo P. Curiel<br>**Date:** March 21, 2019<br>**Time:** 1:30 p.m.<br>**Courtroom:** 2D |

1   Pursuant to Local Rule 5.1(e), Plaintiff and Counterclaim-Defendant Apple
2   Inc. ("Apple"), Defendants, Counterclaimants, and Third-Party Plaintiffs Compal
3   Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron
4   Corporation, and Wistron Corporation (collectively, the "CMs"), hereby submit the
5   Appendix of Exhibits to their Opposition to Qualcomm Incorporated's
6   ("Qualcomm") *Daubert* Motion No. 1 to Exclude Inadmissible Comparable License
7   Analysis:

| EX. | DECL. | DESCRIPTION | PAGE NOS. |
|---|---|---|---|
| A | Liu Decl. ¶ 3 | Rebuttal Report of Timothy S. Simcoe, October 2, 2018 | 1 – 146 |
| B | Liu Decl. ¶ 4 | Rebuttal Report of Paul K. Meyer, October 2, 2018, and Errata, November 7, 2018 | 147 – 273 |
| C | Liu Decl. ¶ 5 | Deposition Transcript of Paul K. Meyer [Excerpts], November 9, 2018 | 274 – 283 |
| D | Liu Decl. ¶ 6 | Expert Report of Fiona Scott Morton, Ph.D., June 29, 2018 | 284 – 572 |
| E | Liu Decl. ¶ 7 | Rebuttal Report of Aviv Nevo, Ph.D., October 2, 2018 | 573 – 780 |
| F | Liu Decl. ¶ 8 | Expert Report of B. Douglas Bernheim, Ph.D., June 29, 2018 | 781 – 1060 |
| G | Liu Decl. ¶ 9 | Rebuttal Report of B. Douglas Bernheim, Ph.D., October 2, 2018 | 1061 – 1244 |
| H | Liu Decl. ¶ 10 | E-mail dated October 2, 2002 [Q2014FTC03368142] | 1245 – 1248 |
| I | Liu Decl. ¶ 11 | E-mail dated October 3, 2009, with attachments [QAPPCMSD09918896] | 1249 – 1304 |
| J | Liu Decl. ¶ 12 | Agreement dated June 29, 1990 and July 3, 1990 [Q2017MDL5_04724160] [JX0001]: | 1305 – 1336 |

| | | | |
|---|---|---|---|
| K | Liu Decl. ¶ 13 | Agreement dated September 26, 1990 [Q2017MDL1_02928410] | 1337 – 1374 |
| L | Liu Decl. ¶ 14 | Deposition Transcript of Steven Russell Altman [Excerpts], March 14, 2018 | 1375 – 1379 |
| M | Liu Decl. ¶ 15 | Deposition of Alex Rogers [Excerpts], February 23, 2018 | 1380 – 1384 |
| N | Liu Decl. ¶ 16 | Deposition Transcript of Jeffrey Leitzinger [Excerpts], October 30, 2018 | 1385 – 1391 |
| O | Liu Decl. ¶ 17 | E-mail dated December 5, 2011 [Q2017MDL1_01160254]: | 1392 – 1395 |
| P | Liu Decl. ¶ 18 | E-mail dated February 6, 2012 [Q2017MDL1_01153292] | 1396 – 1400 |
| Q | Liu Decl. ¶ 19 | Chart of references to Simcoe, Leitzinger, and Meyer expert reports | 1401 – 1402 |
| R | Liu Decl. ¶ 20 | Deposition Transcript of Jonathan Putnam [Excerpts], November 12, 2018 | 1403 – 1409 |

Dated: March 1, 2019               Respectfully submitted,

By:   /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801; *pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421; *pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

|   |   |
|---|---|
| 1 | William A. Isaacson (D.C. Bar No. 414788; |
| 2 | *pro hac vice*) wisaacson@bsfllp.com |
|   | Karen L. Dunn (D.C. Bar No. 1002520; |
| 3 | *pro hac vice*) kdunn@bsfllp.com |
| 4 | BOIES SCHILLER FLEXNER LLP |
|   | 1401 New York Avenue, N.W. |
| 5 | Washington, D.C. 20005 |
| 6 | Phone: (202) 237-2727; Fax: (202) 237-6131 |

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By: /s/ Jennifer J. Rho
Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556,
dswanson@gibsondunn.com
Michele L. Maryott, SBN 191993
mmaryott@gibsondunn.com
Jason C. Lo, SBN 219030,
jlo@gibsondunn.com
Jennifer J. Rho, SBN 254312,
jrho@gibsondunn.com
Melissa Phan, SBN 266880,
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

Cynthia E. Richman, DC Bar No. 492089,
*pro hac vice*
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

-3-   CASE NO. 17-cv-00108-GPC-MDD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

Hugh F. Bangasser, *pro hac vice*
hugh.bangasser@klgates.com
Christopher M. Wyant, *pro hac vice*
chris.wyant@klgates.com
J. Timothy Hobbs, *pro hac vice*
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
Tel: (949) 253-0900; Fax: (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 1, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 1, 2019.

*/s/ William A. Isaacson*
William A. Isaacson