# EXHIBIT B

# Placeholder – Entire Document Sought to be Sealed