1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | No. 17-cv-0108-GPC-MDD<br><br>**JOINT MOTION REGARDING THE CONTRACT MANUFACTURERS' MOTION *IN LIMINE* NO. 14 (ECF 848)**<br><br>Judge:      Hon. Gonzalo P. Curiel |

Qualcomm Incorporated ("Qualcomm") and Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation and Wistron Corporation (collectively, "the CMs"), by and through their respective counsel, hereby jointly move for an order approving the following stipulation and denying the CMs' Motion *in Limine* No. 14 (ECF 848) as moot:

## STIPULATION

WHEREAS, the deadline to file motions *in limine* was February 15, 2019. (ECF 749.)

WHEREAS, on February 15, 2019, the CMs filed Motion *in Limine* No. 14 to Exclude References to, and Evidence of the Ability of the CMs to Seek Treble Damages, Attorneys' Fees and Costs. (ECF 848.)

WHEREAS, responses to motions *in limine* are due March 1, 2019. (ECF 749.)

WHEREAS, the parties conferred about the CMs' Motion *in Limine* No. 14, and agreed to stipulate that no party will present evidence or argument regarding the CMs' potential right to recover treble damages, attorneys' fees, or costs from Qualcomm.

WHEREAS, Qualcomm and the CMs agreed that this stipulation moots the CMs' Motion *in Limine* No. 14.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

1. No party will present evidence or argument regarding the CMs' potential right to recover treble damages, attorneys' fees, or costs from Qualcomm in connection with the CMs' antitrust claims against Qualcomm.

2. This stipulation moots the CMs' Motion *in Limine* No. 14 and the parties respectfully request the Court deny that Motion as moot.

1

Dated:  March 1, 2019

Respectfully submitted,

2

By:  */s/ Evan R. Chesler*

3

Evan R. Chesler (*pro hac vice*)

4

(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)

5

(N.Y. Bar No. 2430668)
khummel@cravath.com

6

Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)

7

rstark@cravath.com
Antony L. Ryan (*pro hac vice*)

8

(N.Y. Bar No. 2784817)
aryan@cravath.com

9

Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)

10

gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)

11

(N.Y. Bar No. 4331609)
wearnhardt@cravath.com

12

Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)

13

yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)

14

(N.Y. Bar No. 4867412)
vlavely@cravath.com

15

CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza

16

825 Eighth Avenue
New York, New York 10019

17

Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

18

19

20

21

22

23

24

25

26

27

28

By:  */s/ Jennifer Rho*

Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556,
dswanson@gibsondunn.com
Michele L. Maryott, SBN 191993
mmaryott@gibsondunn.com
Jason C. Lo, SBN 219030,
jlo@gibsondunn.com
Jennifer J. Rho, SBN 254312,
jrho@gibsondunn.com
Melissa Phan, SBN 266880,
mphan@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

Cynthia Richman, DC Bar No. 492089,
*pro hac vice*
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants,
Counterclaimants, and Third-Party
Plaintiffs Compal Electronics, Inc., FIH
Mobile Ltd., Hon Hai Precision Industry
Co., Ltd., Pegatron Corporation, and
Wistron Corporation*

Hugh F. Bassanger, *pro hac vice*
hugh.bangasser@klgates.com
Christopher M. Wyant, *pro hac vice*
chris.wyant@klgates.com
J. Timothy Hobbs, *pro hac vice*
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA 92614
Tel: (949) 253-0900; Fax (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

1

## **FILER'S ATTESTATION**

2        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies

3  and Procedures of the United States District Court of the Southern District of California, I

4  certify that authorization for the filing of this document has been obtained from each of

5  the other signatories shown above and that all signatories have authorized placement of

6  their electronic signature on this document.

7

8                                        By: */s/ Evan R. Chesler*

9                                             Evan R. Chesler
                                             echesler@cravath.com
10                                            *Attorneys for Defendant and*
                                             *Counterclaim-Plaintiff*
11                                           QUALCOMM
                                             INCORPORATED
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 1, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 1, 2019, at New York, New York.


By: */s/ Evan R. Chesler*

Evan R. Chesler
echesler@cravath.com
*Attorneys for Defendant and
Counterclaim-Plaintiff*
QUALCOMM
INCORPORATED