# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>**ORDER GRANTING JOINT MOTION REGARDING THE CONTRACT MANUFACTURERS' MOTION *IN LIMINE* NO. 14 AND DENYING AS MOOT THE CONTRACT MANUFACTURERS' MOTION *IN LIMINE* NO. 14**<br><br>**[ECF Nos. 848, 980]**<br><br>Judge:    Hon. Gonzalo P. Curiel |

UPON THE JOINT MOTION of Qualcomm Incorporated ("Qualcomm") and Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation and Wistron Corporation (collectively, "the CMs") (ECF 980), pursuant to Civil Local Rules 7.1, 7.2;

THE COURT HEREBY:

1. ORDERS that: No party will present evidence or argument regarding the CMs' potential right to recover treble damages, attorneys' fees, or costs from Qualcomm in connection with the CMs' antitrust claims against Qualcomm; AND

2. DENIES the CMs' Motion *in Limine* No. 14 (ECF 848) as moot.

**IT IS SO ORDERED.**

Dated:  March 4, 2019

Hon. Gonzalo P. Curiel
United States District Judge

Case No. 3:17-CV-00108-GPC-MDD