# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD <br><br> **ORDER REQUIRING RESPONSE TO QUALCOMM'S *EX PARTE* APPLICATION** |

On March 6, Qualcomm filed an *Ex Parte* Application for an Order Requiring Apple and the Contract Manufacturers to Comply with Pretrial Agreements. [ECF No. 982.] Upon review, the Court hereby orders Apple to file a response to this motion by Thursday, March 7, 2019 at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: March 6, 2019

Hon. Gonzalo P. Curiel
United States District Judge