Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

[*Additional counsel identified on signature page*]

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD<br><br>**QUALCOMM INCORPORATED'S OBJECTION TO APPLE AND THE CMS' SUMMARY AND CROSS-REFERENCE TABLE OF AGREED-UPON AND DISPUTED JURY INSTRUCTIONS**<br><br>Judge:     Hon. Gonzalo P. Curiel |

Qualcomm objects to Apple's[1] unilateral submission of a "Summary and Cross-Reference Table of Agreed-Upon and Disputed Jury Instructions" (ECF No. 886), which is premature and misrepresents the facts.

On February 23, 2019, the parties filed a Joint Submission Regarding Jury Instructions and Verdict Forms (the "February 23 Submission"). (ECF No. 884.) At that time, the parties notified the Court that they "believe that additional efforts to meet and confer can further narrow the issues" and agreed "to submit an update to the Court on March 14, 2019, identifying any additional jury instructions and aspects of the verdict form on which the parties have reached agreement". (*Id.* at 1-2.) Apple and Qualcomm further agreed to "work together" to submit—as part of the March 14 update—a chart, jointly or separately, that cross-references the parties' jury instructions, to aid the Court's review of the parties' positions. (Denning Decl. Ex. 1, at 3-4.)

On March 1, however, Apple prematurely submitted its own "summary" regarding jury instructions. (ECF No. 886.) Although Qualcomm is reluctant to burden the Court with another filing, we would be remiss not to correct Apple's misrepresentations. Apple states that "Qualcomm refused" to submit a joint summary. (*Id*. at 1.) That is not true. On February 25, only two days after the February 23 Submission, Apple changed its position and informed Qualcomm that it intended to submit its own chart to the Court. (Denning Decl. Ex. 1, at 2.) On February 26, Qualcomm reminded Apple of the parties' agreement to make a joint submission on March 14. (Denning Decl. Ex. 1, at 2.) Apple did not respond until Friday, March 1 at 12:29 p.m. PT, when it stated that it was "planning to submit [the] chart today". (Denning Decl. Ex. 1, at 1.) Approximately an hour later—and without waiting for a response from Qualcomm—Apple filed its "Summary and Cross-Reference Table". (ECF No. 886.)

Pursuant to the parties' agreement, Qualcomm still intends to continue the meet-and-confer process and to submit a joint update to the Court on March 14, 2019, on jury

---

[1] For convenience, "Apple" refers to both Apple Inc. and the Contract Manufacturers.

QUALCOMM'S OBJECTION TO APPLE AND THE CMS' CROSS-REFERENCE TABLE             -1-             CASE NO. 3:17-CV-0108-GPC-MDD

1  instructions and the verdict form, including (i) any additional agreed jury instructions and
2  aspects of the verdict form; (ii) joint or separate charts reflecting the parties' current
3  positions on proposed jury instructions; and (iii) revised proposed jury instructions and a
4  revised proposed verdict form, as necessary.

Dated:  March 7, 2019          Respectfully submitted,

By   */s/ Evan R. Chesler*
     Evan R. Chesler

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

1
2     **QUINN EMANUEL URQUHART & SULLIVAN, LLP**
3     David A. Nelson (*pro hac vice*)
      (Ill. Bar No. 6209623)
4     davenelson@quinnemanuel.com
      Stephen Swedlow (*pro hac vice*)
5     (Ill. Bar No. 6234550)
      stephenswedlow@quinnemanuel.com
6     500 West Madison St., Suite 2450
      Chicago, Illinois 60661
7     Telephone: (312) 705-7400
      Facsimile: (312) 705-7401
8
      Alexander Rudis (*pro hac vice*)
9     (N.Y. Bar No. 4232591)
      alexanderrudis@quinnemanuel.com
10    51 Madison Ave., 22nd Floor
      New York, New York 10010
11    Telephone: (212) 849-7000
      Facsimile: (212) 849-7100
12
      Sean S. Pak (SBN 219032)
13    seanpak@quinnemanuel.com
      50 California St., 22nd Floor
14    San Francisco, California 94111
      Telephone: (415) 875-6600
15    Facsimile: (415) 875-6700

16    **JONES DAY**
      Karen P. Hewitt (SBN 145309)
17    kphewitt@jonesday.com
      Randall E. Kay (SBN 149369)
18    rekay@jonesday.com
      4655 Executive Drive, Suite 1500
19    San Diego, California 92121
      Telephone: (858) 314-1200
20    Facsimile: (858) 345-3178

21    *Attorneys for Defendant and Counterclaim-Plaintiff*
22    **QUALCOMM INCORPORATED**
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 7, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2019, at New York, New York.

By: */s/ Evan R. Chesler*

Evan R. Chesler
echesler@cravath.com
*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED