Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone:  (858) 314-1200
Facsimile:  (858) 345-3178

[*Additional counsel identified on signature page*]

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:  QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD<br><br>**DECLARATION OF NATHAN E. DENNING IN SUPPORT OF QUALCOMM INCORPORATED'S OBJECTION TO APPLE AND THE CMS' SUMMARY AND CROSS-REFERENCE TABLE OF AGREED-UPON AND DISPUTED JURY INSTRUCTIONS** |

I, Nathan E. Denning, declare as follows:

1. I am a member of the bar of the State of New York and am admitted to appear *pro hac vice* before this Court in the above-captioned case. I am an associate at Cravath, Swaine & Moore LLP, attorneys for Qualcomm Incorporated ("Qualcomm").

2. I respectfully submit this declaration in support of Qualcomm's Objection to Apple's and the CMs' Summary and Cross-Reference Table of Agreed-Upon and Disputed Jury Instructions.

3. I have personal knowledge of the facts set forth herein, and if called upon to do so, I could and would testify competently thereto.

4. On February 23, 2019, Counsel for Apple and Counsel for Qualcomm agreed to "work together to submit [a chart] for [the parties'] March 14 update". (Denning Decl. Ex. 1, at 3-4.)

5. On February 25, 2019, Counsel for Apple wrote to Counsel for Qualcomm, "[W]e believe the Court will find the jury instructions chart that Apple and the CMs proposed helpful, and we would like to submit this chart prior to March 14." (Denning Decl. Ex. 1, at 2.)

6. On February 26, 2019, Counsel for Qualcomm replied to Counsel for Apple, reminding Counsel for Apple of the parties' agreement and explaining that Qualcomm's "hope was that continued negotiations would lead to further agreement among the parties, which would render any chart filed this week obsolete" and that "we do not believe it makes sense to resolve the chart at this time, though we are happy to continue discussing a chart (or charts) to be filed on March 14". (Denning Decl. Ex. 1, at 2.)

7. On March 1, 2019, Counsel for Apple informed Counsel for Qualcomm that it intended to submit its chart the same day. (Denning Decl. Ex. 1, at 1.)

8. Attached here as **Exhibit 1** is a true and correct copy of an excerpted email exchange between Counsel for Apple and Counsel for Qualcomm regarding jury instructions and the verdict form, with the most recent email in the chain dated March 1, 2019.

9. I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on March 7, 2019, in New York, New York.

*/s/ Nathan E. Denning*
Nathan E. Denning

**Table of Documents**

| Exhibit | Pages |
|---------|-------|
| 1 | 1-6 |