# Exhibit 1



**RE: In re Qualcomm Litigation , No. 17-cv-108-GPC-MDD (S.D. Cal.):
Proposed Jury Instructions and Verdict Form**

Melissa Felder Zappala    to: Jackie Carleton                      03/01/2019 03:29 PM

Cc:  "Michael A. Amon", "Apple/QualcommFRService@fr.com"   ,
"Apple_Qualcomm_Service"      , "caitlin.blanche@klgates.com"
, "CHPW-1010@gibsondunn.com"          ,
"chris.wyant@klgates.com"       , "Edward Takashima",
"howard.chen@klgates.com", "hugh.bangasser@klgates.com",
"Nathan Denning"       , "NRF_Qualcomm@nortonrosefulbright.com"
     , "qequalcommapple@quinnemanuel.com"    ,
"Service-CSM-QC-Apple-CM@cravath.com"       ,
"Service-JonesDay-QC-Apple@jonesday.com"      ,
"tim.Hobbs@klgates.com"       , "William Weaver"

**This is an external message from** `bsfllp.com`

History:                 This message has been forwarded.

Jackie,

Thanks for your email.  We do believe the Court will find the chart useful, and to that end, we are planning to submit our chart today. As we will note in that filing, we have no objection to Qualcomm filing a similar chart, or to the parties working together to file revised/competing charts on March 14. We do, however, feel strongly that the chart will be of use to the Court in reviewing the parties' competing instructions, and wish to provide this tool.

Thanks.

**Melissa Felder Zappala**
Partner

## BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 895 5247
(t) +1 202 274 1158 (voicemail)
(t) +1 202 237 2727 (main number)
mzappala@bsfllp.com
www.bsfllp.com

**From:** Jackie Carleton [mailto:jcarleton@cravath.com]
**Sent:** Tuesday, February 26, 2019 10:56 AM
**To:** Melissa Felder Zappala <mzappala@bsfllp.com>
**Cc:** Michael A. Amon <Amon@fr.com>; Apple/QualcommFRService@fr.com; Apple_Qualcomm_Service <apple_qualcomm_service@bsfllp.com>; caitlin.blanche@klgates.com; CHPW-1010@gibsondunn.com; chris.wyant@klgates.com; Edward Takashima <etakashima@bsfllp.com>; howard.chen@klgates.com; hugh.bangasser@klgates.com; Nathan Denning <ndenning@cravath.com>; NRF_Qualcomm@nortonrosefulbright.com; qequalcommapple@quinnemanuel.com; Service-CSM-QC-Apple-CM@cravath.com; Service-JonesDay-QC-Apple@jonesday.com; tim.Hobbs@klgates.com; William Weaver <wweaver@bsfllp.com>
**Subject:** RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form

**EXHIBIT 1
PAGE 1**

Melissa,

As you know, the parties' joint submission on jury instructions and the verdict form stated that "the parties intend to continue to meet and confer over the next few weeks" and that the parties would "submit an update to the Court on March 14, 2019". Your email Saturday afternoon also proposed that the parties "work together to submit [a chart] for our March 14 update ". Our hope was that continued negotiations would lead to further agreement among the parties, which would render any chart filed this week obsolete. Given the many documents being filed with the Court this week already, we do not believe it makes sense to resolve the chart at this time, though are we are happy to continue discussing a chart (or charts) to be filed on March 14.

Best,
Jackie

Jackie Carleton
Cravath, Swaine & Moore LLP
825 Eighth Avenue | New York, NY 10019
(212) 474-1148
jcarleton@cravath.com

| | |
|---|---|
| From: | "Melissa Felder Zappala" <mzappala@bsfllp.com> |
| To: | "Nathan Denning" <ndenning@cravath.com> |
| Cc: | "Michael A. Amon" <Amon@fr.com>, "Apple/QualcommFRService@fr.com" <Apple/QualcommFRService@fr.com>, "Apple_Qualcomm_Service" <apple_qualcomm_service@bsfllp.com>, "caitlin.blanche@klgates.com" <caitlin.blanche@klgates.com>, "CHPW-1010@gibsondunn.com" <CHPW-1010@gibsondunn.com>, "chris.wyant@klgates.com" <chris.wyant@klgates.com>, "Edward Takashima" <etakashima@bsfllp.com>, "howard.chen@klgates.com" <howard.chen@klgates.com>, "hugh.bangasser@klgates.com" <hugh.bangasser@klgates.com>, "Jackie Carleton" <jcarleton@cravath.com>, "NRF_Qualcomm@nortonrosefulbright.com" <NRF_Qualcomm@nortonrosefulbright.com>, "gequalcommapple@quinnemanuel.com" <gequalcommapple@quinnemanuel.com>, "Service-CSM-QC-Apple-CM@cravath.com" <Service-CSM-QC-Apple-CM@cravath.com>, "Service-JonesDay-QC-Apple@jonesday.com" <Service-JonesDay-QC-Apple@jonesday.com>, "tim.Hobbs@klgates.com" <tim.Hobbs@klgates.com>, "William Weaver" <wweaver@bsfllp.com> |
| Date: | 02/25/2019 04:14 PM |
| Subject: | RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form |

Nathan,

Following up on the below exchange, we believe the Court will find the jury instructions chart that Apple and the CMs proposed helpful, and we would like to submit this chart prior to March 14. We understand that Qualcomm would like to either propose edits to our chart, or provide a competing version. To that end, please provide any edits, or competing version, by COB Wednesday, so that we can provide the Court with a joint submission on Thursday or Friday. If Qualcomm does not agree to a joint submission by the end of the week, Apple and the CMs will file their chart in the next few days.

Thanks,

**EXHIBIT 1**
**PAGE 2**

Melissa

**Melissa Felder Zappala**

Partner

_____

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005

(t) +1 202 895 5247

(t) +1 202 274 1158 (voicemail)

(t) +1 202 237 2727 (main number)

mzappala@bsfllp.com

www.bsfllp.com

**From:** Nathan Denning [mailto:ndenning@cravath.com]
**Sent:** Saturday, February 23, 2019 12:16 PM
**To:** Melissa Felder Zappala <mzappala@bsfllp.com>
**Cc:** Michael A. Amon <Amon@fr.com>; Apple/QualcommFRService@fr.com; Apple_Qualcomm_Service < apple_qualcomm_service@bsfllp.com>; caitlin.blanche@klgates.com; CHPW-1010@gibsondunn.com; chris.wyant@klgates.com; Edward Takashima <etakashima@bsfllp.com>; howard.chen@klgates.com; hugh.bangasser@klgates.com; Jackie Carleton <jcarleton@cravath.com>; NRF_Qualcomm@nortonrosefulbright.com; qequalcommapple@quinnemanuel.com; Service-CSM-QC-Apple-CM@cravath.com; Service-JonesDay-QC-Apple@jonesday.com; tim.Hobbs@klgates.com; William Weaver <wweaver@bsfllp.com>
**Subject:** RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form

That's fine.

| | |
|---|---|
| From: | "Melissa Felder Zappala" <mzappala@bsfllp.com> |
| To: | "Nathan Denning" <ndenning@cravath.com> |
| Cc: | "Michael A. Amon" <Amon@fr.com>, "Apple/QualcommFRService@fr.com" <Apple/QualcommFRService@fr.com>, "Apple_Qualcomm_Service" <apple_qualcomm_service@bsfllp.com>, "caitlin.blanche@klgates.com" <caitlin.blanche@klgates.com>, "CHPW-1010@gibsondunn.com" <CHPW-1010@gibsondunn.com>, "chris.wyant@klgates.com" <chris.wyant@klgates.com>, "Edward Takashima" <etakashima@bsfllp.com>, "howard.chen@klgates.com" <howard.chen@klgates.com>, "hugh.bangasser@klgates.com" <hugh.bangasser@klgates.com>, "Jackie Carleton" <jcarleton@cravath.com>, "NRF_Qualcomm@nortonrosefulbright.com" <NRF_Qualcomm@nortonrosefulbright.com>, "qequalcommapple@quinnemanuel.com" <qequalcommapple@quinnemanuel.com>, "Service-CSM-QC-Apple-CM@cravath.com" <Service-CSM-QC-Apple-CM@cravath.com>, "Service-JonesDay-QC-Apple@jonesday.com" <Service-JonesDay-QC-Apple@jonesday.com>, "tim.Hobbs@klgates.com" <tim.Hobbs@klgates.com>, "William Weaver" <wweaver@bsfllp.com> |
| Date: | 02/23/2019 12:13 PM |
| Subject: | RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form |

**EXHIBIT 1**
**PAGE 3**

Nathan-

So long as we have agreement that we can work together to submit something along these lines for our March 14 update (and if we are not able to reach consensus, that we can both still submit something along these lines individually) that is fine with us. If you agree, we will send an updated version of the brief ASAP.


Sent by Boxer

On February 23, 2019 at 11:49:59 AM EST, Nathan Denning <ndenning@cravath.com> wrote:
Thanks, Melissa.  Received.

I think we have a problem, though.  Apple's Exhibit A is 36 pages, including a 21-page chart that lists Apple's instructions, in Apple's preferred order, with a purported cross-reference to Qualcomm's "corresponding" instruction.  This is, of course, inconsistent with the parties' agreement to limit their separate submissions to 12 pages per side.

As you know, the parties discussed preparing and submitting a joint "cross-reference" chart on one of our meet and confers.  No proposal was ever circulated, and this chart, which includes cross-references in only one direction, is not that joint submission.  We are open to discussing a different format that is agreeable to both sides, but we cannot do that today.  In the interest of getting this filed, we suggest that Apple cut this chart for the time being.  We can revisit next week and come up with a solution that works for everyone for our 3/14 update submission.

Please let me know promptly what you want to do.  We are not prepared to file this as is.

Thanks,
Nathan

Nathan E. Denning
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Direct:  (212) 474-1240
ndenning@cravath.com


From:      "Melissa Felder Zappala" <mzappala@bsfllp.com>

To:        "Nathan Denning" <ndenning@cravath.com>
Cc:        "Michael A. Amon" <Amon@fr.com>, "Apple/QualcommFRService@fr.com" <Apple/QualcommFRService@fr.com>, "Apple_Qualcomm_Service" <apple_qualcomm_service@bsfllp.com>, "caitlin.blanche@klgates.com" <caitlin.blanche@klgates.com>, "CHPW-1010@gibsondunn.com" <CHPW-1010@gibsondunn.com>, "chris.wyant@klgates.com" <chris.wyant@klgates.com>, "Edward Takashima" <etakashima@bsfllp.com>, "howard.chen@klgates.com" <howard.chen@klgates.com>, "hugh.bangasser@klgates.com" <hugh.bangasser@klgates.com>, "Jackie Carleton" <jcarleton@cravath.com>, "NRF_Qualcomm@nortonrosefulbright.com" <NRF_Qualcomm@nortonrosefulbright.com>, "qequalcommapple@quinnemanuel.com" <qequalcommapple@quinnemanuel.com>, "Service-CSM-QC-Apple-CM@cravath.com" <Service-CSM-QC-Apple-CM@cravath.com>, "Service-JonesDay-QC-Apple@jonesday.com" <Service-JonesDay-QC-Apple@jonesday.com>, "tim.Hobbs@klgates.com" <tim.Hobbs@klgates.com>, "William Weaver" <

**EXHIBIT 1**
**PAGE 4**

wweaver@bsfllp.com>

Date:      02/23/2019 11:26 AM

Subject:   RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form

Nathan,

With many thanks for your patience, attached is a Zip File that contains a PDF of Exhibit A, and PDF and Word Versions of Exhibits D, F, and H.
Please let us know if there's anything else we should provide.  And as for the cover submission, the signatory should be William Isaacson.

Thank you again,
Melissa

**Melissa Felder Zappala**

Partner

# BOIES SCHILLER FLEXNER LLP

1401 New York Avenue, N.W.
Washington, DC 20005

(t) +1 202 895 5247

(t) +1 202 274 1158 (voicemail)

(t) +1 202 237 2727 (main number)

mzappala@bsfllp.com

www.bsfllp.com

**From:** Nathan Denning [mailto:ndenning@cravath.com]
**Sent:** Saturday, February 23, 2019 10:47 AM
**To:** Melissa Felder Zappala <mzappala@bsfllp.com>
**Cc:** Michael A. Amon <Amon@fr.com>; Apple/QualcommFRService@fr.com; Apple_Qualcomm_Service < apple_qualcomm_service@bsfllp.com>; caitlin.blanche@klgates.com; CHPW-1010@gibsondunn.com; chris.wyant@klgates.com; Edward Takashima <etakashima@bsfllp.com>; howard.chen@klgates.com; hugh.bangasser@klgates.com; Jackie Carleton <jcarleton@cravath.com>; NRF_Qualcomm@nortonrosefulbright.com; qequalcommapple@quinnemanuel.com; Service-CSM-QC-Apple-CM@cravath.com; Service-JonesDay-QC-Apple@jonesday.com; tim.Hobbs@klgates.com; William Weaver <wweaver@bsfllp.com>
**Subject:** RE: In re Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.): Proposed Jury Instructions and Verdict Form

Melissa, do you have an ETC that you can provide?  Thanks.

**EXHIBIT 1**
**PAGE 5**

Remaining portions of email thread omitted due to length.

**EXHIBIT 1**
**PAGE 6**