1  Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
   echesler@cravath.com
2  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
3  New York, NY 10019
   Telephone:  (212) 474-1000
4  Facsimile:  (212) 474-3700

5  David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
   davenelson@quinnemanuel.com
6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   500 West Madison St., Suite 2450
7  Chicago, Illinois 60661
   Telephone:  (312) 705-7400
8  Facsimile:  (312) 705-7401

9  Karen P. Hewitt (SBN 145309)
   kphewitt@jonesday.com
10 JONES DAY
   4655 Executive Drive, Suite 1500
11 San Diego, California 92121
   Telephone:  (858) 314-1200
12 Facsimile:  (858) 345-3178

13 [*Additional counsel identified on signature page*]

14 *Attorneys for Defendant and Counterclaim-Plaintiff*
   QUALCOMM INCORPORATED

15

16            **UNITED STATES DISTRICT COURT**

17         **SOUTHERN DISTRICT OF CALIFORNIA**

18

19 | IN RE:  QUALCOMM LITIGATION | No. 3:17-cv-0108-GPC-MDD |

20 | | **DECLARATION OF ANDERS LINDEROT IN SUPPORT OF QUALCOMM INCORPORATED'S REPLY IN FURTHER SUPPORT OF ITS *DAUBERT* MOTION NO. 2 TO EXCLUDE PORTIONS OF THE EXPERT REPORT OF PAUL K. MEYER AND TO FORBID IMPROPER EXTRAPOLATION OF DR. VALENTI'S OPINIONS** |

27 Judge:       Hon. Gonzalo P. Curiel

28

**DECLARATION OF ANDERS LINDEROT**                    **CASE NO. 3:17-cv-0108-GPC-MDD**

1    I, Anders Linderot, declare as follows:

2    1.    I am a member of the bar of the State of New York and am admitted to

3    appear *pro hac vice* before this Court in the above-captioned case.  I am an associate at

4    Cravath, Swaine & Moore LLP, attorneys for Qualcomm Incorporated ("Qualcomm").

5    2.    I respectfully submit this declaration in support of Qualcomm's Reply in

6    Further Support of its *Daubert* Motion No. 2 to Exclude Portions of the Expert Report of

7    Paul K. Meyer and to Forbid Improper Extrapolation of Dr. Valenti's Opinions

8    3.    I have personal knowledge of the facts set forth herein, except as to any facts

9    stated on information and belief.  If called upon to do so, I could and would testify

10   competently thereto.

11   4.    In this litigation, Qualcomm has produced almost 4,600,000 documents,

12   made almost 80 of its current and former employees available for depositions, and

13   provided over 1,000 of pages of expert reports regarding its portfolio.

14   5.    Based on information provided to me by Qualcomm Technology Licensing

15   (QTL), Qualcomm has entered into about 200 license agreements pursuant to a

16   Rectification Plan approved by China's National Development and Reform Commission.

17   6.    Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the

18   Expert Report of Dr. Vijay Madisetti Regarding Qualcomm's Patent Portfolio, dated June

19   29, 2018.

20   7.    Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the

21   Expert Report of Dr. William Michalson Regarding Qualcomm's Patent Portfolio, dated

22   June 29, 2018.

23   8.    Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the

24   Expert Report of Kenneth Parulski Regarding Qualcomm's Patent Portfolio, dated June

25   29, 2018.

26   9.    Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the

27   Expert Report of Dr. Massoud Pedram Regarding Qualcomm's Patent Portfolio, dated

28   June 29, 2018.

---

**DECLARATION OF ANDERS LINDEROT**          -1-          **CASE NO. 3:17-cv-0108-GPC-MDD**

1         10.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the

2   Expert Report of Daniel Wigdor, Ph.D. Regarding Qualcomm's Patent Portfolio, dated

3   June 29, 2018.

4         11.     Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of a

5   rough version of the Transcript of Proceedings in *FTC v. Qualcomm Inc.*, No. 5:17-cv-

6   00220-LHK (N.D. Cal.), dated January 18, 2019.

7         12.     Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the

8   deposition transcript of Mark Wadrzyk, dated May 31, 2018.

9         13.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the

10  deposition transcript of Daniel Wigdor, Ph.D., dated October 25, 2018.

11        14.     Attached hereto as **Exhibit 26** is a true and correct copy of the document

12  produced by Apple, "Qualcomm-Apple Licensing Analysis:  Situation Update", bearing

13  the bates number APL-QC-FTC_36339883, dated June 30, 2017.

14        15.     Attached hereto as **Exhibit 27** is a true and correct copy of a certified

15  translation of Apple Inc.'s Application for Reconsideration in *Qualcomm Inc. v. Apple*

16  *Comput. Trading (Shanghai) Co.*, Case no.: (2017) Min-01-Min-Chu No. 1208, dated

17  December 10, 2018.

18        16.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the

19  Transcript of Proceedings in *GPNE Corp. v. Apple, Inc.*, No. 12-CV-02885 (N.D. Cal.),

20  dated October 20, 2014.

21        17.     Attached hereto as **Exhibit 29** is a true and correct copy of the document

22  produced by Qualcomm, "Tax Department Memo", bearing the bates number

23  QNDCAL01591412, dated June 15, 2005.

24        Executed on March 8, 2019, at New York, New York.

25

26                                */s/ Anders Linderot*

27                                Anders Linderot

28

1

## Table of Documents

| Exhibit | Pages |
|---------|-------|
| 18 | 1-8 |
| 19 | 9-17 |
| 20 | 18-29 |
| 21 | 30-47 |
| 22 | 48-54 |
| 23 | 55-61 |
| 24 | 62-65 |
| 25 | 66-72 |
| 26 | 73-81 |
| 27 | 82-100 |
| 28 | 101-105 |
| 29 | 106-117 |

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF ANDERS LINDEROT**      -3-      **CASE No. 3:17-CV-0108-GPC-MDD**