# EXHIBIT B

1  For Will Call Exhibits:

| Exhibit | Information Sought to Be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PX1234 | 056 to 057 in full | Source code | Jones Decl. ¶ 21 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Will Call Designations:

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Type of Information | Explanation |
|---|---|---|---|---|
| Smith, Bob | 3/25/2018 | 10:5-11:1 | Source code | Jones Decl. ¶ 22 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |