UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE:<br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>**JOINT MOTION REGARDING APPLE INC. AND THE CONTRACT MANUFACTURERS' MOTION *IN LIMINE* NO. 11 (ECF 879)**<br><br>Judge:     Hon. Gonzalo P. Curiel |
|---|---|

1  Qualcomm Incorporated ("Qualcomm"), Apple Inc. ("Apple") and Compal
2  Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron
3  Corporation and Wistron Corporation (collectively, "the CMs"), by and through their
4  respective counsel, hereby jointly move for an order approving the following stipulation
5  and denying Apple and the CMs' Motion *in Limine* No. 11 (ECF 879) as moot:

## STIPULATION

WHEREAS, the deadline to file motions *in limine* was February 15, 2019. (ECF 749.)

WHEREAS, on February 15, 2019, Apple and the CMs filed Motion *in Limine* No. 11 to Exclude Evidence of Qualcomm's Corporate Character. (ECF 879.)

WHEREAS, responses to motions *in limine* were due March 1, 2019. (ECF 749.)

WHEREAS, on March 1, 2019, Qualcomm filed its opposition to Apple and the CMs' Motion *in Limine* No. 11. (ECF 893.)

WHEREAS, the parties conferred about Apple and the CMs' Motion *in Limine* No. 11 and Qualcomm's opposition and agreed to a stipulation regarding the presentation of certain evidence.

WHEREAS, Qualcomm, Apple and the CMs agreed that this stipulation moots Apple and the CMs' Motion *in Limine* No. 11.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel that:

1. No party will present evidence or arguments regarding: (1) its local reputation or community engagements, or charitable engagements, including but not limited to in San Diego, other communities in California, or California at large; (2) the local reputation, community engagements, or charitable engagements of its founders, executives, and former executives, including but not limited to in San Diego, other communities in California, or California at large; or (3) the potential impact of an adverse ruling on San

|   |   |
|---|---|
| 1 | Diego, or other communities in California, or California at large.  For the |
| 2 | avoidance of doubt, and subject to any other orders of this Court, this |
| 3 | stipulation does not impact each party's ability to offer evidence or |
| 4 | arguments regarding:  (1) its corporate background, including its founding |
| 5 | and development; (2) the nature, quality and usefulness of its products or |
| 6 | technology; and (3) its efforts to develop its products or technology. |

2. This stipulation moots Apple and the CMs' Motion *in Limine* No. 11 and the parties respectfully request the Court deny that Motion as moot.

| | | |
|---|---|---|
| 1 | Dated: March 14, 2019 | Respectfully submitted, |
| 2 | | By   */s/ Evan R. Chesler* |
| 3 | | Evan R. Chesler |
| 4 | | **CRAVATH, SWAINE & MOORE LLP** |
| | | Evan R. Chesler (*pro hac vice*) |
| 5 | | (N.Y. Bar No. 1475722) |
| | | echesler@cravath.com |
| 6 | | Keith R. Hummel (*pro hac vice*) |
| | | (N.Y. Bar No. 2430668) |
| 7 | | khummel@cravath.com |
| | | Richard J. Stark (*pro hac vice*) |
| 8 | | (N.Y. Bar No. 2472603) |
| | | rstark@cravath.com |
| 9 | | Antony L. Ryan (*pro hac vice*) |
| | | (N.Y. Bar No. 2784817) |
| 10 | | aryan@cravath.com |
| | | Gary A. Bornstein (*pro hac vice*) |
| 11 | | (N.Y. Bar No. 2916815) |
| | | gbornstein@cravath.com |
| 12 | | J. Wesley Earnhardt (*pro hac vice*) |
| | | (N.Y. Bar No. 4331609) |
| 13 | | wearnhardt@cravath.com |
| | | Yonatan Even (*pro hac vice*) |
| 14 | | (N.Y. Bar No. 4339651) |
| | | yeven@cravath.com |
| 15 | | Vanessa A. Lavely (*pro hac vice*) |
| | | (N.Y. Bar No. 4867412) |
| 16 | | vlavely@cravath.com |
| | | Worldwide Plaza |
| 17 | | 825 Eighth Avenue |
| | | New York, New York 10019 |
| 18 | | Telephone: (212) 474-1000 |
| | | Facsimile: (212) 474-3700 |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
**QUALCOMM INCORPORATED**

| | |
|---|---|
| 1 | By: /s/ William A. Isaacson |
| 2 | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| 3 | Seth M. Sproul, SBN 217711, sproul@fr.com |
| 4 | FISH & RICHARDSON P.C. 12390 El Camino Real |
| 5 | San Diego, CA 92130 Phone: 858-678-5070 / Fax: 858-678-5099 |
| 6 | |
| 7 | Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com |
| 8 | Lauren A. Degnan, DC Bar No. 45421, *pro hac vice*, degnan@fr.com |
| 9 | FISH & RICHARDSON P.C. 1000 Maine Avenue, S.W., Suite 1000 |
| 10 | Washington, DC 20024 Phone: 202-783-5070 / Fax: 202-783-2331 |
| 11 | William A. Isaacson, DC Bar No. 414788, |
| 12 | *pro hac vice*, wisaacson@bsfllp.com Karen L. Dunn, DC Bar No. 1002520, |
| 13 | *pro hac vice*, kdunn@bsfllp.com BOIES SCHILLER FLEXNER LLP |
| 14 | 1401 New York Avenue, N.W. Washington, DC 20005 |
| 15 | Phone: 202-237-2727 / Fax: 202-237-6131 |
| 16 | *Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.* |
| 17 | By:  /s/ Jason C. Lo |
| 18 | Theodore R. Boutrous, Jr., SBN 132099, tboutrous@gibsondunn.com |
| 19 | Richard J. Doren, SBN 124666 rdoren@gibsondunn.com |
| 20 | Daniel G. Swanson, SBN 116556, dswanson@gibsondunn.com |
| 21 | Michele L. Maryott, SBN 191993 mmaryott@gibsondunn.com |
| 22 | Jason C. Lo, SBN 219030, jlo@gibsondunn.com |
| 23 | Jennifer J. Rho, SBN 254312, jrho@gibsondunn.com |
| 24 | Melissa Phan, SBN 266880, mphan@gibsondunn.com |
| 25 | GIBSON, DUNN & CRUTCHER LLP 333 South Grand Avenue |
| 26 | Los Angeles, CA 90071 Tel: (213) 229-7000; Fax: (213) 229-7520 |
| 27 | |
| 28 | |

Case No. 17-cv-0108-GPC-MDD
JOINT MOTION REGARDING APPLE INC. AND THE CMS' MOTION *IN LIMINE* NO. 11
- 5 -

|     |     |
| --- | --- |
| 1   | Cynthia Richman, DC Bar No. 492089, *pro hac vice* |
| 2   | crichman@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP |
| 3   | 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 |
| 4   | Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 5   | *Attorneys for Defendants, Counterclaimants, and Third-Party* |
| 6   | *Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry* |
| 7   | *Co., Ltd., Pegatron Corporation, and Wistron Corporation* |
| 8   | Hugh F. Bassanger, *pro hac vice* |
| 9   | hugh.bangasser@klgates.com<br>Christopher M. Wyant, *pro hac vice* |
| 10  | chris.wyant@klgates.com<br>J. Timothy Hobbs, *pro hac vice* |
| 11  | tim.hobbs@klgates.com<br>K&L GATES LLP |
| 12  | 925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104 |
| 13  | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 14  | Caitlin C. Blanche, SBN 254109,<br>caitlin.blanche@klgates.com |
| 15  | K&L GATES LLP<br>1 Park Plaza Twelfth Floor |
| 16  | Irvine, CA 92614<br>Tel: (949) 253-0900; Fax (949) 253-0902 |
| 17  | *Attorneys for Defendant, Counterclaimant,* |
| 18  | *and Third-Party Plaintiff Wistron Corporation* |
| 19  |     |
| 20  |     |
| 21  |     |
| 22  |     |
| 23  |     |
| 24  |     |
| 25  |     |
| 26  |     |
| 27  |     |
| 28  |     |

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Evan R. Chesler*

Evan R. Chesler
echesler@cravath.com
*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 14, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on March 14, 2019, at New York, New York.

By: */s/ Evan R. Chesler*

Evan R. Chesler
echesler@cravath.com
*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED