1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD |
|---|---|
| | **ORDER SETTING SCHEDULE AND PROCEDURE FOR MOTIONS TO SEAL TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS** |
| | **[ECF NO. 1024]** |

The Court, having considered the Joint Motion for Determination of Dispute Regarding Qualcomm's Request for an Order Setting a Schedule and Procedure for Sealing Issues, hereby orders as follows:

On or before **March 18, 2019**, each side shall provide notice to non-parties of (i) all exhibits on either Exhibit List[1] that it reasonably believes may contain each non-party's confidential information, (ii) which of those exhibits are Will Call Exhibits,[2] and (iii) the schedule for filing motions to seal.

On or before **March 25, 2019**, each side shall disclose to the other side the Will Call Exhibits and Will Call Designations that it is seeking to seal.

On or before **March 25, 2019**, each side shall provide notice to non-parties of (i) all Will Call Designations[3] that it reasonably believes may contain each non-party's confidential information, and (ii) the schedule for filing motions to seal.

On or before **April 1, 2019**, each side shall file a single, consolidated motion to seal (*i.e.*, one motion per side) of no more than 10 pages, addressing any Will Call Exhibits and Will Call Designations that it wishes to seal, which shall include (i) a chart in the form shown in Appendix A that addresses each Will Call Exhibit and Will Call Designation sought to be sealed; and (ii) any supporting declarations.

On or before **April 1, 2019**, any non-party that wishes to seal any Will Call Exhibit or Will Call Designation shall file a single, consolidated motion to seal of no more than 5 pages, which shall include (i) a chart in the form shown

---

[1] "Exhibit List" means either side's March 4, 2019 exhibit list.

[2] "Will Call Exhibits" means the documents on either side's Exhibit List that were marked at the deposition in this case of a witness on any party's March 11, 2019 "will call" witness list.

[3] "Will Call Designations" means the deposition designations that a side actually intends and expects to offer at trial, as disclosed by Qualcomm on February 25, 2019 and disclosed by the other parties on March 8, 2019.

in Appendix A that addresses each Will Call Exhibit and Will Call Designation sought to be sealed; and (ii) any supporting declarations.

On or before **April 8, 2019**, each side shall file a response to the other side's sealing motion of no more than 10 pages, which shall include the responding side's position on each Will Call Exhibit and Will Call Designation within the Appendix A chart, stating whether the responding side objects, and if so, a brief statement of the grounds for objecting.

On or before **April 8, 2019**, each side shall file a single, consolidated response to all non-party sealing motions of no more than 10 pages, which shall include the responding side's position for each Will Call Exhibit and Will Call Designation on each non-party's Appendix A chart, stating whether the responding side objects, and if so, a brief statement of the grounds for objecting.

**IT IS SO ORDERED.**

Dated: March 14, 2019

Hon. Gonzalo P. Curiel
United States District Judge

# **Appendix A**

For Will Call Exhibits:

| Exhibit | Information Sought to Be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PX1234 | 056 to 057 in full | Source code | Jones Decl. ¶ 21 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For Will Call Designations:

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Type of Information | Explanation |
|---|---|---|---|---|
| Smith, Bob | 3/25/2018 | 10:5-11:1 | Source code | Jones Decl. ¶ 22 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |