Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (D.C. Bar #445801; Admitted *Pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar #452421; Admitted *Pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (D.C. Bar #414788; Admitted *Pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar #1002520; Admitted *Pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION. | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**APPLE INC. AND THE CMS' NOTICE OF INTENT TO OPPOSE QUALCOMM INC.'S *EX PARTE* APPLICATION REGARDING AUTHENTICITY AND FOUNDATION OBJECTIONS AT TRIAL (ECF 1043)**<br><br>Judge:   Hon. Gonzalo P. Curiel |

| | |
|---|---|
| 1 | PLEASE TAKE NOTICE THAT, pursuant to the Court's Civil Pretrial & Trial Procedures, Apple Inc. ("Apple"), FIH Mobile Ltd. and Hon Hai Precision Industry Co., Ltd. (together, "Foxconn"), Pegatron Corporation, Wistron Corporation, and Compal Electronics, Inc. (collectively, "the CMs") hereby submit their Notice of Intent to Oppose Qualcomm Incorporated's ("Qualcomm") *ex parte* application regarding authenticity and foundation objections at trial. (ECF 1043). |

Qualcomm filed its *ex parte* application at approximately 9:00 a.m. this morning, and has indicated to Apple and the CMs that it intends to raise the issues therein at the parties' scheduled 1:30 p.m. hearing concerning *Daubert* motions. Apple and the CMs are prepared to address their opposition to Qualcomm's application at that hearing, as well as Apple and the CMs' counter-proposal, which Qualcomm has rejected. To the extent further briefing after the hearing would be helpful to the Court, Apple and the CMs request leave to respond on Monday, March 25, 2019.

Dated: March 21, 2019               Respectfully submitted,

By:  /s/ William A. Isaacson
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801;
*pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
*pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202) 783-2331

William A. Isaacson (D.C. Bar No. 414788;

|    |    |
|----|----|
| 1  | *pro hac vice*) wisaacson@bsfllp.com |
| 2  | Karen L. Dunn (D.C. Bar No. 1002520; *pro hac vice*) kdunn@bsfllp.com |
| 3  | BOIES SCHILLER FLEXNER LLP |
|    | 1401 New York Avenue, N.W. |
| 4  | Washington, D.C. 20005 |
| 5  | Phone: (202) 237-2727; Fax: (202) 237-6131 |
| 6  | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |
| 7  | |
| 8  | |
| 9  | By:   /s/ Jason C. Lo |
|    |       Theodore R. Boutrous, Jr., SBN 132099, |
| 10 |       tboutrous@gibsondunn.com |
| 11 |       Richard J. Doren, SBN 124666 |
|    |       rdoren@gibsondunn.com |
| 12 |       Daniel G. Swanson, SBN 116556, |
| 13 |       dswanson@gibsondunn.com |
|    |       Michele L. Maryott, SBN 191993 |
| 14 |       mmaryott@gibsondunn.com |
| 15 |       Jason C. Lo, SBN 219030, |
|    |       jlo@gibsondunn.com |
| 16 |       Jennifer J. Rho, SBN 254312, |
| 17 |       jrho@gibsondunn.com |
|    |       Melissa Phan, SBN 266880, |
| 18 |       mphan@gibsondunn.com |
| 19 |       GIBSON, DUNN & CRUTCHER LLP |
|    |       333 South Grand Avenue |
| 20 |       Los Angeles, CA 90071 |
| 21 |       Tel:  (213) 229-7000; Fax:  (213) 229-7520 |
| 22 |       Cynthia E. Richman, DC Bar No. 492089, |
|    |       *pro hac vice* |
| 23 |       crichman@gibsondunn.com |
| 24 |       GIBSON, DUNN & CRUTCHER LLP |
|    |       1050 Connecticut Avenue, N.W. |
| 25 |       Washington, DC 20036 |
| 26 |       Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 27 | |
| 28 | |

|    |    |
|----|----|
| 1  | *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation* |
| 2  |    |
| 3  |    |
| 4  | Hugh F. Bangasser, *pro hac vice* |
| 5  | hugh.bangasser@klgates.com |
| 6  | Christopher M. Wyant, *pro hac vice* <br> chris.wyant@klgates.com |
| 7  | J. Timothy Hobbs, *pro hac vice* <br> tim.hobbs@klgates.com |
| 8  | K&L GATES LLP |
| 9  | 925 Fourth Avenue, Suite 2900 <br> Seattle, Washington 98104 |
| 10 | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 11 |    |
| 12 | Caitlin C. Blanche, SBN 254109, <br> caitlin.blanche@klgates.com |
| 13 | K&L GATES LLP |
| 14 | 1 Park Plaza Twelfth Floor <br> Irvine, CA  92614 |
| 15 | Tel: (949) 253-0900; Fax: (949) 253-0902 |
| 16 | *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation* |
| 17 |    |

**CERTIFICATE OF SERVICE**

1
2   The undersigned hereby certifies that a true and correct copy of the above and
3   foregoing document has been served on March 21. 2019, to all counsel of record
4   who are deemed to have consented to electronic service via the Court's CM/ECF
5   system per Civ. L.R. 5.4(d). Any other counsel of record will be served by
6   electronic mail, facsimile and/or overnight delivery.
7   Executed on March 21, 2019, at Santa Monica, California.

                            */s/ Edward H. Takashima*
                            Edward H. Takashima