1   Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
    echesler@cravath.com
2   CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
3   New York, NY 10019
    Telephone:  (212) 474-1000
4   Facsimile:  (212) 474-3700s
5
    David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
6   davenelson@quinnemanuel.com
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
7   500 West Madison St., Suite 2450
    Chicago, Illinois 60661
8   Telephone:  (312) 705-7400
    Facsimile:  (312) 705-7401
9
10  Karen P. Hewitt (SBN 145309)
    kphewitt@jonesday.com
11  JONES DAY
    4655 Executive Drive, Suite 1500
12  San Diego, California 92121
    Telephone:  (858) 314-1200
13  Facsimile:  (858) 345-3178
14
    [*Additional counsel identified on signature page*]
15
    *Attorneys for Defendant and Counterclaim-Plaintiff*
16  QUALCOMM INCORPORATED
17
18              **UNITED STATES DISTRICT COURT**
19            **SOUTHERN DISTRICT OF CALIFORNIA**
20

| | |
|---|---|
| 21   IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD |
| 22 | **UPDATED JOINT SUBMISSION REGARDING JURY INSTRUCTIONS AND VERDICT FORMS** |
| 23 | |
| 24 | Judge:      Hon. Gonzalo P. Curiel |
| 25 | Courtroom:  2D |
| 26 | Date:       March 28, 2019 |
| 27 | Time:       1:30 p.m. |

28

Apple Inc. ("Apple"), the Contract Manufacturers (the "CMs") and Qualcomm Incorporated ("Qualcomm") respectfully submit this Updated Joint Submission Regarding Jury Instructions and Verdict Forms in response to the Court's December 19, 2018 and February 14, 2019 Orders (ECF Nos. 749, 786) and as proposed by the parties' February 23, 2019 Joint Submission Regarding Jury Instructions and Verdict Forms (ECF No. 884). The contents of this filing are as follows:

- <u>Exhibit A</u>: Apple and the CMs' statement on revisions;
- <u>Exhibit B</u>: Qualcomm's statement on revisions;
- <u>Exhibit C</u>: Revised joint proposed jury instructions;
- <u>Exhibit D</u>: Redline of Apple and the CMs' revised proposed jury instructions against the model instructions, where applicable, including Qualcomm's objections;
- <u>Exhibit E</u>: Redline of Qualcomm's revised proposed jury instructions against the model instructions, where applicable, including Apple and the CMs' objections;
- <u>Exhibit F</u>: Clean copy of Apple and the CMs' revised proposed jury instructions, including Qualcomm's objections;
- <u>Exhibit G</u>: Clean copy of Qualcomm's revised proposed jury instructions, including Apple and the CMs' objections;
- <u>Exhibit H</u>: Apple and the CMs' revised proposed verdict form, including Qualcomm's objections;
- <u>Exhibit I</u>: Qualcomm's proposed revised verdict form, including Apple and the CMs' objections;
- <u>Exhibit J</u>: Apple and the CMs' cross-reference table of disputed and agreed-upon jury instructions; and
- <u>Exhibit K</u>: Qualcomm's cross-reference table of disputed and agreed-

1     upon jury instructions.

2          The parties have agreed not to update their prior objections as filed on

3     February 23, 2019 (ECF No. 884), except to remove objections where the

4     parties have reached agreement on joint instructions or where a party has

5     withdrawn an instruction or deleted a question from the verdict form.  The

6     parties have further agreed that all parties may address high-level objections in

7     their respective cover submissions (Exhibits A and B), though no party is

8     required to include objections in their cover submissions.  Every party reserves

9     its rights with regard to objections and does not waive any objection to

10    revisions made by any other party to their instructions or verdict form after the

11    February 23, 2019 filing.

1
2

Dated:  March 22, 2019

3

Respectfully submitted,

4

By   */s/ Evan R. Chesler*
        Evan R. Chesler

5

6

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, CA 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone:  (858) 314-1200
Facsimile:  (858) 345-3178

***Attorneys for Defendant and Counterclaim-Plaintiff***
**QUALCOMM INCORPORATED**

By: <u>*William A. Isaacson*</u>

Juanita R. Brooks, SBN 75934,
brooks@fr.com
Seth M. Sproul, SBN 217711,
sproul@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 45421,
*pro hac vice*, degnan@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Avenue, S.W., Suite 1000
Washington, DC 20024
Phone: 202-783-5070 / Fax: 202-783-2331

William A. Isaacson, DC Bar No. 414788,
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520,
*pro hac vice*, kdunn@bsfllp.com
**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-237-2727 / Fax: 202-237-6131

***Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.***

By: <u>*Jason C. Lo*</u>

Theodore R. Boutrous, Jr., SBN 132099,
tboutrous@gibsondunn.com
Richard J. Doren, SBN 124666
rdoren@gibsondunn.com
Daniel G. Swanson, SBN 116556,
dswanson@gibsondunn.com
Michele L. Maryott, SBN 191993
mmaryott@gibsondunn.com
Jason C. Lo, SBN 219030,
jlo@gibsondunn.com
Jennifer J. Rho, SBN 254312,
jrho@gibsondunn.com
Melissa Phan, SBN 266880,
mphan@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000; Fax: (213) 229-7520

UPDATED JOINT SUBMISSION RE:
JURY INSTRUCTIONS AND VERDICT
FORMS

-5-

CASE No. 3:17-CV-0108-GPC-MDD

1

Cynthia Richman, DC Bar No. 492089,
*pro hac vice*
crichman@gibsondunn.com

2

**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, N.W.

3

Washington, DC 20036
Tel: (202) 955-8500; Fax: (202) 467-0539

4

5

*Attorneys for Defendants,*
*Counterclaimants, and Third-Party*
*Plaintiffs Compal Electronics, Inc., FIH*

6

*Mobile Ltd., Hon Hai Precision Industry*
*Co., Ltd., Pegatron Corporation, and*

7

*Wistron Corporation*

8

Hugh F. Bassanger, *pro hac vice*
hugh.bangasser@klgates.com

9

Christopher M. Wyant, *pro hac vice*
chris.wyant@klgates.com

10

J. Timothy Hobbs, *pro hac vice*
tim.hobbs@klgates.com

11

**K&L GATES LLP**
925 Fourth Avenue, Suite 2900

12

Seattle, Washington 98104
Tel: (206) 623-7580; Fax: (206) 370-6371

13

14

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com

15

**K&L GATES LLP**
1 Park Plaza Twelfth Floor

16

Irvine, CA 92614
Tel: (949) 253-0900; Fax (949) 253-0902

17

*Attorneys for Defendant,*
*Counterclaimant, and Third-Party*

18

*Plaintiff Wistron Corporation*

19

20

21

22

23

24

25

26

27

28