1   Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
    echesler@cravath.com
2   CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
3   New York, NY 10019
    Telephone:  (212) 474-1000
4   Facsimile:  (212) 474-3700

5   David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
    davenelson@quinnemanuel.com
6   QUINN EMANUEL URQUHART & SULLIVAN, LLP
    500 West Madison St., Suite 2450
7   Chicago, Illinois 60661
    Telephone:  (312) 705-7400
8   Facsimile:  (312) 705-7401

9   Karen P. Hewitt (SBN 145309)
    kphewitt@jonesday.com
10  JONES DAY
    4655 Executive Drive, Suite 1500
11  San Diego, California 92121
    Telephone:  (858) 314-1200
12  Facsimile:  (858) 345-3178

13  [*Additional counsel identified on signature page*]

14  *Attorneys for Defendant and Counterclaim-Plaintiff*
    QUALCOMM INCORPORATED
15

16              UNITED STATES DISTRICT COURT

17            SOUTHERN DISTRICT OF CALIFORNIA

18

19  IN RE:  QUALCOMM              No. 3:17-CV-0108-GPC-MDD
    LITIGATION
20                               **QUALCOMM INCORPORATED'S
                                 NOTICE OF MOTION REGARDING
21                               BCPA EVIDENCE**

22                               Judge:      Hon. Gonzalo P. Curiel
                                 Courtroom:  2D
23

24

25

26

27

28

---

**QC'S MOTION RE: BCPA EVIDENCE**                    **CASE NO. 3:17-CV-0108-GPC-MDD**

1   PLEASE TAKE NOTICE THAT on March 28, 2019 at 1:30 p.m. or as soon

2   thereafter as the matter may be heard, before the Honorable Gonzalo P. Curiel,

3   Courtroom 2D (2nd Floor – Schwartz) of the above-titled Court, located at 221 W.

4   Broadway, in San Diego, CA 92101, Qualcomm Incorporated ("Qualcomm") will and

5   hereby does move this Court for an Order consistent with Qualcomm's Motion Regarding

6   BCPA Evidence.

7   This Motion is based on this Notice of Motion, the accompanying Motion, the

8   Declaration of Nathan E. Denning in Support of the Motion and the exhibit attached

9   thereto, all of which are filed concurrently herewith, and any and all other materials the

10   Court deems proper.

11

12   Dated:  March 22, 2019                Respectfully submitted,

13

14                                             By   /s/ *Evan R. Chesler*

15                                                  Evan R. Chesler

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
(N.Y. Bar No. 2472603)
rstark@cravath.com
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

1

2

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

3

4

5

6

7

8

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

9

10

11

12

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

13

14

15

16

**JONES DAY**
Karen P. Hewitt (SBN 145309)
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

17

18

19

20

*Attorneys for Defendant and Counterclaim-Plaintiff*
**QUALCOMM INCORPORATED**

21

22

23

24

25

26

27

28