UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**FINAL JOINT TRIAL NOTEBOOK**<br><br>Judge:   Gonzalo P. Curiel |

Pursuant to the Court's December 19, 2018 Trial Preparation and Scheduling Order (Dkt. 749), Apple Inc. ("Apple"), Compal Electronics, Inc. ("Compal"); FIH Mobile LTD. ("Foxconn"); Hon Hai Precision Industry Co., LTD. ("Foxconn"); Pegatron Corporation ("Pegatron"); and Wistron Corporation ("Wistron") (together, the "Contract Manufacturers" or the "CMs"), and Qualcomm Incorporated ("Qualcomm") submit the following Final Joint Trial Notebook.

**Table of Contents**

Operative Pleadings..................................................................................Attachment 1

Trial Briefs..............................................................................................Attachment 2

Proposed Voir Dire Questions................................................................Attachment 3

Joint Statement of the Case....................................................................Attachment 4

Stipulations or Agreements....................................................................Attachment 5

Joint Witness List...................................................................................Attachment 6

Joint List of Deposition Designations....................................................Attachment 7

Joint Exhibit List....................................................................................Attachment 8

Proposed Verdict Forms........................................................................Attachment 9

## I. OPERATIVE PLEADINGS

Attachment 1A is Apple's First Amended Complaint against Qualcomm, filed on June 20, 2017. (No. 3:17-cv-0108-GPC-MDD, ECF No. 83.)

Attachment 1B is Apple's Answer and Affirmative Defenses to Qualcomm's Counterclaims, filed on June 20, 2017. (No. 3:17-cv-0108-GPC-MDD, ECF No. 84.)

Attachment 1C is Apple's Answer to Compal's Third-Party Complaint for Contractual Indemnity, filed on July 18, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 74.)

Attachment 1D is Apple's Answer to Foxconn's Third-Party Complaint for Contractual Indemnity, filed on July 18, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 75.)

Attachment 1E is Apple's Answer to Pegatron's Third-Party Complaint for Contractual Indemnity, filed on July 18, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 76.)

Attachment 1F is Apple's Answer to Wistron's Third-Party Complaint for Contractual Indemnity, filed on July 18, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 77.)

Attachment 1G is Qualcomm's Answer to Apple's First Amended Complaint and Qualcomm's Second Amended Counterclaims, filed on May 2, 2018. (No. 3:17-cv-00108-GPC-MDD, ECF No. 469.)

Attachment 1H is Qualcomm's Complaint against the CMs, filed on May 17, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 1.)

Attachment 1I is Qualcomm's Answer and Defenses to the CMs' Counterclaims and Defenses, filed on August 8, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 117.)

Attachment 1J is the CMs' Answer, Defenses and Counterclaims to Qualcomm's Complaint, filed on July 18, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 84.)

Attachment 1K is Foxconn's Third-Party Complaint against Apple for Contractual Indemnity, filed on July 17, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 66.)

Attachment 1L is Pegatron's Third-Party Complaint against Apple for Contractual Indemnity, filed on July 17, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 67.)

Attachment 1M is Compal's Third-Party Complaint against Apple for Contractual Indemnity, filed on July 17, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 68.)

Attachment 1N is Wistron's Third-Party Complaint against Apple for Contractual Indemnity, filed on July 17, 2017. (No. 3:17-cv-01010-GPC-MDD, ECF No. 69.)

## II. TRIAL BRIEFS

Attachment 2A is Apple and the CMs' trial brief.

Attachment 2B is Qualcomm's trial brief.

## III. PROPOSED VOIR DIRE QUESTIONS

Attachment 3A is a list of Apple and the CMs' proposed voir dire questions to be asked by the Court.

Attachment 3B is a list of Qualcomm's proposed voir dire questions to be asked by the Court.

## IV. JOINT STATEMENT OF THE CASE

Attachment 4 is the parties' joint statement of the case.

## V. STIPULATIONS OR AGREEMENTS

Attachment 5 is the parties' joint proposed stipulation of facts.

## VI. JOINT WITNESS LIST

Attachment 6 contains a joint witness list in table format, including columns designated for the party that will be calling the witness, time estimates for direct and cross-examination, and a brief description of each witness's testimony.

All parties reserve their rights to call any witness included on another party's list of witnesses expected to be called at trial exchanged on March 11, 2019. The parties also reserve their rights to adjust their witness lists and deposition designations in response to any changes in another party's list of witnesses they expect to call at trial. All parties further reserve their rights to call any witness another party expects to call at trial, and/or to cross examine another party's witnesses on subjects beyond the scope of direct examination.

Qualcomm reserves the right to adjust its estimated cross-examination times and to add additional witnesses to the list of witnesses it expects to call at trial in response to witnesses Apple and the CMs disclosed as witnesses they expect to call at trial on March 24, 2019. These witnesses include Baaziz Achour, Cristiano Amon, Marvin Blecker, Ryan Pilgram, Gerald Skiver, Richard Blaylock, Arthur Hill, Eushuk Hong, Asha Keddy, and Yooseok Kim.

## VII. JOINT LIST OF DEPOSITION DESIGNATIONS

Attachment 7 contains a joint list of deposition designations and objections for the witnesses listed as witnesses the parties expected to call by designation in their March 11, 2019 witness list disclosures, organized by witness and transcript.

The parties agree not to submit and instead to reserve their rights with respect to deposition designations for witnesses the parties did not list as witnesses the parties intended to call by designation at trial in their March 11, 2019 witness lists. The parties agree to meet and confer regarding the timing of service of counter-designations and objections for any such witnesses. These witnesses include: (1) Chris Johnson, Thomas Lindner, and Eddy Cue, for whom Qualcomm served designations on February 25, 2019; (2) Seungho Ahn, Alex Hojin Kang,

Xuxin Cheng, Jianxin (Jason) Ding, Richard Wang, Hermann Eul, Asha Keddy, Stefan Wolff, and Martin Zander, for whom Qualcomm served designations on March 22, 2019; (3) Baaziz Achour, Marvin Blecker, Gerald Skiver, Richard Blaylock, Arthur Hill, Eushuk Hong, Asha Keddy, and Yooseok Kim, for whom Apple and the CMs served designations on March 8, 2019; and (4) any other witnesses for whom the parties previously served designations but who were not included as witnesses the parties intended to call by designation at trial in their March 11, 2019 witness lists. The parties have not waived their rights to call the witnesses described above by not including those witnesses on the joint witness list, and reserve their rights to identify counter-designations and objections in response. Further, Apple and the CMs acknowledge that Qualcomm reserves its right to identify additional witnesses and designations in response to Apple and the CMs' March 24 disclosure of additional witnesses they intend to call at trial.

The parties reserve their rights, subject to the Federal Rules of Procedure and Evidence, to serve and play designations for any witness who is disclosed for live testimony but does not testify live. Further, the parties agree that, in the event there is a discrepancy between the designations or objections served by the parties and this joint list of designations and objections, the as-served files containing the parties' designations and objections shall be controlling. No party waives any designations or objections based on their omission from the designations or objections in this joint list.

**VIII. JOINT EXHIBIT LIST**

Attachment 8 is a joint exhibit list in table format, including columns designated for exhibit numbers, a description of each exhibit, whether the admissibility of any exhibit is disputed, the date an exhibit is marked, and the date an exhibit is admitted.

## IX. THE PARTIES' PROPOSED VERDICT FORMS

Attachment 9A contains Apple and the CMs' proposed verdict form, along with Qualcomm's objections to Apple and the CMs' proposed verdict form. (ECF No. 1047.)

Attachment 9B contains Qualcomm's proposed verdict forms, along with Apple and the CMs' objections to Qualcomm's proposed verdict form. (ECF No. 1047.)

| | | |
|---|---|---|
| Dated: March 24, 2019 | | Respectfully submitted, |
| | By: | /s/ *Evan R. Chesler* |

Evan R. Chesler, N.Y. Bar No. 1475722,
*pro hac vice*, echesler@cravath.com
Keith R. Hummel, N.Y. Bar No. 2430668,
*pro hac vice*, khummel@cravath.com
Richard J. Stark, N.Y. Bar No. 2472603,
*pro hac vice*, rstark@cravath.com
Antony L. Ryan, N.Y. Bar No. 2784817,
*pro hac vice*, aryan@cravath.com
Gary A. Bornstein, N.Y. Bar No. 2916815,
*pro hac vice*, gbornstein@cravath.com
J. Wesley Earnhardt, N.Y. Bar No. 4331609,
*pro hac vice*, wearnhardt@cravath.com
Yonatan Even, N.Y. Bar No. 4339651,
*pro hac vice*, yeven@cravath.com
Vanessa A. Lavely, N.Y. Bar No. 4867412,
*pro hac vice*, vlavely@cravath.com
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza, 825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson, Ill. Bar No. 6209623,
*pro hac vice*, davenelson@quinnemanuel.com
Stephen Swedlow, Ill. Bar No. 6234550,
*pro hac vice*,
stephenswedlow@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis, N.Y. Bar No. 4232591,
*pro hac vice*,
alexanderrudis@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak, SBN 219032,

| | |
|---|---|
| 1 | seanpak@quinnemanuel.com |
| 2 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 3 | 50 California St., 22nd Floor |
| | San Francisco, CA 94111 |
| 4 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 5 | |
| 6 | Karen P. Hewitt, SBN 145309), |
| | kphewitt@jonesday.com |
| 7 | 4655 Executive Drive, Suite 1500 |
| | JONES DAY |
| 8 | San Diego, California 92121 |
| | Telephone: (858) 314-1200 |
| 9 | Facsimile: (858) 345-3178 |
| 10 | *Attorneys for Defendant and Counterclaim-Plaintiff Qualcomm Incorporated* |
| 11 | |
| 12 | By: */s/ William A. Isaacson* |
| | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| 13 | Seth M. Sproul, SBN 217711, sproul@fr.com |
| 14 | FISH & RICHARDSON P.C. |
| | 12390 El Camino Real |
| 15 | San Diego, CA 92130 |
| 16 | Phone: 858-678-5070 / Fax: 858-678-5099 |
| 17 | Ruffin B. Cordell, DC Bar No. 445801, |
| 18 | *pro hac vice*, cordell@fr.com |
| | Lauren A. Degnan, DC Bar No. 45421, |
| 19 | *pro hac vice*, degnan@fr.com |
| 20 | FISH & RICHARDSON P.C. |
| | 1000 Maine Avenue, S.W., Suite 1000 |
| 21 | Washington, DC 20024 |
| 22 | Phone: 202-783-5070 / Fax: 202-783-2331 |
| 23 | William A. Isaacson, DC Bar No. 414788, |
| 24 | *pro hac vice*, wisaacson@bsfllp.com |
| | Karen L. Dunn, DC Bar No. 1002520, |
| 25 | *pro hac vice*, kdunn@bsfllp.com |
| 26 | BOIES SCHILLER FLEXNER LLP |
| | 1401 New York Avenue, N.W. |
| 27 | Washington, DC 20005 |
| 28 | Phone: 202-237-2727 / Fax: 202-237-6131 |

*Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.*

By: /s/ Jason C. Lo

    Theodore R. Boutrous, Jr., SBN 132099,
    tboutrous@gibsondunn.com
    Richard J. Doren, SBN 124666
    rdoren@gibsondunn.com
    Daniel G. Swanson, SBN 116556,
    dswanson@gibsondunn.com
    Michele L. Maryott, SBN 191993
    mmaryott@gibsondunn.com
    Jason C. Lo, SBN 219030,
    jlo@gibsondunn.com
    Jennifer J. Rho, SBN 254312,
    jrho@gibsondunn.com
    Melissa Phan, SBN 266880,
    mphan@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    333 South Grand Avenue
    Los Angeles, CA 90071
    Tel: (213) 229-7000; Fax: (213) 229-7520

    Cynthia Richman, DC Bar No. 492089, *pro hac vice*
    crichman@gibsondunn.com
    GIBSON, DUNN & CRUTCHER LLP
    1050 Connecticut Avenue, N.W.
    Washington, DC 20036
    Tel: (202) 955-8500; Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation*

    Hugh F. Bassanger, *pro hac vice*
    hugh.bangasser@klgates.com
    Christopher M. Wyant, *pro hac vice*
    chris.wyant@klgates.com
    J. Timothy Hobbs, *pro hac vice*
    tim.hobbs@klgates.com
    K&L GATES LLP
    925 Fourth Avenue, Suite 2900
    Seattle, Washington 98104
    Tel: (206) 623-7580; Fax: (206) 370-6371

Caitlin C. Blanche, SBN 254109,
caitlin.blanche@klgates.com
K&L GATES LLP
1 Park Plaza Twelfth Floor
Irvine, CA  92614
Tel: (949) 253-0900; Fax: (949) 253-0902

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

# ATTESTATION OF SIGNATURES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: March 24, 2019

/s/ *Nathan E. Denning*
Nathan E. Denning
ndenning@cravath.com
*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 24, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2019.

>             /s/ Nathan E. Denning
> Nathan E. Denning
> ndenning@cravath.com
> *Attorneys for Defendant and Counterclaim-Plaintiff*
> QUALCOMM INCORPORATED