# Exhibit 1



**To:**
**Cc:**
**Bcc:**
**Subject:** Fw: In re: Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.) -- Joint Trial Notebook

| | |
|---|---|
| From: | "Edward Takashima" <etakashima@bsfllp.com> |
| To: | "Madalyn Vaughn" <mvaughn@cravath.com> |
| Cc: | "Apple" <Apple/QualcommFRService@fr.com>, "Apple_Qualcomm_Service" <apple_qualcomm_service@bsfllp.com>, "caitlin.blanche@klgates.com" <caitlin.blanche@klgates.com>, "CHPW-1010@gibsondunn.com" <CHPW-1010@gibsondunn.com>, "chris.wyant@klgates.com" <chris.wyant@klgates.com>, "Howard.Chen@klgates.com" <Howard.Chen@klgates.com>, "hugh.bangasser@klgates.com" <hugh.bangasser@klgates.com>, "Joseph Alm" <jalm@bsfllp.com>, "NRF_Qualcomm@nortonrosefulbright.com" <NRF_Qualcomm@nortonrosefulbright.com>, "qequalcommapple@quinnemanuel.com" <qequalcommapple@quinnemanuel.com>, "Service-CSM-QC-Apple-CM" <Service-CSM-QC-Apple-CM@cravath.com>, "Service-JonesDay-QC-Apple@jonesday.com" <Service-JonesDay-QC-Apple@jonesday.com>, "tim.hobbs@klgates.com" <tim.hobbs@klgates.com> |
| Date: | 03/24/2019 09:23 PM |
| Subject: | Re: In re: Qualcomm Litigation, No. 17-cv-108-GPC-MDD (S.D. Cal.) -- Joint Trial Notebook |

Thanks, Madalyn.

We do not agree to Qualcomm's revisions to the statement of the case. As Qualcomm knows, it is Apple's position that Apple's antitrust claims will be heard by the jury.  It is inappropriate and prejudicial for Qualcomm to delete these references from the agreed-upon statement of the case the night before it is due to be filed.  The parties spent significant time working together to draft the statement of the case as included in the JPTO, and that is the version that should be filed with the Court. Please confirm that Qualcomm will file the previously agreed upon version of the JPTO.

Our revisions to the joint witness list are attached.  I've revised the footnote so that the reservations are mutual.  We've removed Kyle Andeer from our list and moved a few witnesses from our prior "may call" list to the "will call" list.  We've also added Harry Bims, who I believe was inadvertently omitted from the joint list.

**Edward H. Takashima**
Partner

**BOIES SCHILLER FLEXNER LLP**
401 Wilshire Blvd, Suite 850
Santa Monica, CA 90401
(t) +1 310 752 2408
(m) +1 213 399 4154
etakashima@bsfllp.com
www.bsfllp.com

 

AVQ 108 - Proposed Voir Dire Questions.docx    2019.03.23 Draft Joint Witness List (revised draft).docx

**EXHIBIT 1**
**PAGE 1**