Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

QUALCOMM LITIGATION,

Case No. 3:17-CV-00108-GPC-MDD

[Consolidated with 3:17-CV-01010-GPC-MDD]

APPLE INC. AND THE CONTRACT MANUFACTURERS' NOTICE OF WITHDRAWAL OF MOTION FOR DETERMINATION UNDER RULE 44.1

Judge: Hon. Gonzalo P. Curiel
Dept: 2D

PLEASE TAKE NOTICE that Apple Inc. and the Contract Manufacturers ("CMs") request leave to withdraw their Motion for Determination under Rule 44.1. Apple and the CMs requested that the Court make five determinations under French contract law, all relying on the plain language of ETSI. Dkt. 850. Two of the five are agreed: (1) agreements must be performed in good faith and (2) a good faith obligation applies to the ETSI IPR Policy. Dkt. 850-1 at 10; Dkt. 1023 at 9. In the interest of streamlining the issues for the Court, Apple and the CMs no longer seek a ruling on the remaining disputed proposed determinations. Apple and the CMs further submit that withdrawal of these issues will not impact the presentation of evidence or the issues the Court or jury need to decide, and further, withdrawal will moot counter-determinations 1-5 requested by Qualcomm. *See* Dkt. 1023.

Dated: March 29, 2019

Respectfully submitted,

By: */s/ Benjamin C. Elacqua*

Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 619-678-5070 / Fax: 619-678-5099

Ruffin B. Cordell, DC Bar No. 445801
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice*, elacqua@fr.com
Fish & Richardson P.C.
One Houston Center, 28th floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

William A. Isaacson, DC Bar No. 414788
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520
*pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-237-2727
Facsimile: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By: */s/ Jennifer J. Rho*

GIBSON DUNN & CRUTCHER, LLP
Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (SBN 116556)
dswanson@gibsondunn.com
Jason C. Lo (SBN 219030)
jlo@gibsondunn.com
Jennifer J. Rho (SBN 254312)
jrho@gibsondunn.com
Melissa Phan (SBN 266880)
mphan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Cynthia E. Richman (Pro Hac Vice)
(DC Bar No. 492089)
crichman@gibsondunn.com
1010 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs, COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, WISTRON CORPORATION*

HUGH F. BANGASSER (Pro Hac Vice)
hugh.bangasser@klgates.com
CHRISTOPHER M. WYANT (Pro Hac Vice)
chris.wyant@klgates.com
J. TIMOTHY HOBBS (Pro Hac Vice)
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: +1 206 623 7580
Facsimile: +1 206 370 6371

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

**FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: March 29, 2019

/s/*Benjamin C. Elacqua*
Benjamin C. Elacqua

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 29, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on March 29, 2019, at Houston, Texas.

*/s/ Benjamin C. Elacqua*
Benjamin C. Elacqua