Juanita R. Brooks (SBN 75934) brooks@fr.com
Seth M. Sproul (SBN 217711) sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Facsimile: (619) 678-5099

Ruffin B. Cordell (DC Bar #445801; Admitted *Pro Hac Vice*) cordell@fr.com
Lauren A. Degnan (DC Bar #452421; Admitted *Pro Hac Vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson (DC Bar #414788; Admitted *Pro Hac Vice*) wisaacson@bsfllp.com
Karen L. Dunn (DC Bar #1002520; Admitted *Pro Hac Vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and Additional Counsel listed below Signature Line)*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with 3:17-CV-01010-GPC-MDD]<br><br>**APPLE INC. AND THE CONTRACT MANUFACTURERS' NOTICE OF AND REQUEST FOR WITHDRAWAL OF AFFIRMATIVE DEFENSES AND THE CONTRACT MANUFACTURERS' COUNTERCLAIM COUNT IX**<br><br>Judge:  Hon. Gonzalo P. Curiel<br>Dept:   2D |

PLEASE TAKE NOTICE that Apple Inc. ("Apple") and Compal Electronics, Inc., Hon Hai Precision Industry Co., Ltd., FIH Mobile Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "Contract Manufacturers" or "CMs") request leave to withdraw several affirmative defenses and one counterclaim identified in the November 27, 2018 proposed Final Pretrial Conference Order, and in their proposed jury instructions submitted on February 23, 2019 and March 22, 2019. Dkt. Nos. 884-6, 1047-6.

The November 27, 2018 proposed Final Pretrial Conference Order identified defenses and affirmative defenses that Apple and the CMs intend to raise to each of Qualcomm's causes of action. On February 23, 2019, Apple and the CMs submitted proposed jury instructions that included both equitable and legal affirmative defenses. Dkt. No. 884-6. Apple and the CMs had requested an advisory jury on the equitable affirmative defenses. Dkt. No. 1026.

On March 22, 2019, Apple and the CMs submitted revised proposed jury instructions that did not include instructions on certain equitable affirmative defenses included in the February submission because Apple and the CMs withdrew their request for an advisory jury on those equitable defenses. Dkt. Nos. 1047-1, 1047-6. The March 22 instructions did include instructions on waiver, as the parties dispute whether this affirmative defense is for determination by a judge or jury triable as of right.

Apple and the CMs now hereby seek permission to withdraw several affirmative defenses raised in these prior filings, as set forth in the table below. In addition, the CMs intend to withdraw their counterclaim of waiver (Count IX). In the interest of streamlining the trial proceedings, Apple and the CMs do not intend to submit these affirmative defenses or the counterclaim of waiver to the fact-finder (whether judge or jury).

///

///

| QUALCOMM CAUSE OF ACTION | WITHDRAWN AFFIRMATIVE DEFENSES |
|---|---|
| **CAUSES OF ACTION AGAINST APPLE** | |
| Count I: Tortious Interference | Unconscionability |
| | Ratification |
| | Acquiescence |
| | Consent |
| | Laches |
| | Failure to Mitigate |
| Count II: Declaratory Judgment that SULAs Do Not Violate FRAND | Unconscionability |
| Count V: Breach of Contract Claim regarding Statement of Work | Ratification[1] |
| | Waiver |
| | Unclean Hands |
| **CAUSES OF ACTION AGAINST THE CMS** | |
| Counts I, III, V, VII: Breach of Contract Claim regarding SULAs | Unconscionability |
| | Ratification |
| | Acquiescence |
| | Consent |
| | Laches |
| | Failure to Mitigate |
| Counts II, IV, VI, VIII: Breach of Contract Claims regarding Master Software Agreements | Unconscionability |
| | Ratification |
| | Acquiescence |
| | Consent |

---

[1] Apple maintains the defenses of acquiescence and consent. Contrary to what Qualcomm has asserted during meet and confers, neither acquiescence nor consent is the same defense as ratification.

| | |
|---|---|
| | Laches |
| | Failure to Mitigate |
| Count IX: Declaratory Judgment that the CMs Have Breached the MSAs and SULAs, and that Qualcomm Has Not Breached the MSAs and SULAs | Unconscionability |
| | Ratification |
| | Acquiescence |
| | Consent |
| | Laches |
| | Failure to Mitigate |

Dated: April 2, 2019            Respectfully submitted,

By:   /s/ *William A. Isaacson*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: (619) 678-5070; Fax: (619) 678-5099

Ruffin B. Cordell (D.C. Bar No. 445801;
*pro hac vice*) cordell@fr.com
Lauren A. Degnan (D.C. Bar No. 452421;
*pro hac vice*) degnan@fr.com
FISH & RICHARDSON P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: (202) 783-5070; Fax: (202)783-2331

William A. Isaacson (D.C. Bar No. 414788;
*pro hac vice*) wisaacson@bsfllp.com
Karen L. Dunn (D.C. Bar No. 1002520;
*pro hac vice*) kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Phone: (202) 237-2727; Fax: (202) 237-6131

|   |   |   |
|---|---|---|
| 1 | | *Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.* |
| 2 | | |
| 3 | By: | /s/ *Jason C. Lo* |
| 4 | | Theodore R. Boutrous, Jr., SBN 132099, tboutrous@gibsondunn.com |
| 5 | | Richard J. Doren, SBN 124666 rdoren@gibsondunn.com |
| 6 | | Daniel G. Swanson, SBN 116556, dswanson@gibsondunn.com |
| 7 | | Michele L. Maryott, SBN 191993 mmaryott@gibsondunn.com |
| 8 | | Jason C. Lo, SBN 219030, jlo@gibsondunn.com |
| 9 | | Jennifer J. Rho, SBN 254312, jrho@gibsondunn.com |
| 10 | | Melissa Phan, SBN 266880, mphan@gibsondunn.com |
| 11 | | GIBSON, DUNN & CRUTCHER LLP 333 South Grand Avenue |
| 12 | | Los Angeles, CA 90071 Tel: (213) 229-7000; Fax: (213) 229-7520 |
| 13 | | |
| 14 | | Cynthia E. Richman, D.C. Bar No. 492089, *pro hac vice* |
| 15 | | crichman@gibsondunn.com GIBSON, DUNN & CRUTCHER LLP |
| 16 | | 1050 Connecticut Avenue, N.W. Washington, D.C. 20036 |
| 17 | | Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 18 | | *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron Corporation, and Wistron Corporation* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | Hugh F. Bangasser, *pro hac vice* hugh.bangasser@klgates.com |
| 25 | | Christopher M. Wyant, *pro hac vice* chris.wyant@klgates.com |
| 26 | | J. Timothy Hobbs, *pro hac vice* tim.hobbs@klgates.com |
| 27 | | K&L GATES LLP |
| 28 | | |

| | |
|---|---|
| 1 | 925 Fourth Avenue, Suite 2900 |
| 2 | Seattle, Washington 98104 |
|   | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 3 | |
| 4 | Caitlin C. Blanche, SBN 254109, |
|   | caitlin.blanche@klgates.com |
| 5 | K&L GATES LLP |
| 6 | 1 Park Plaza Twelfth Floor |
|   | Irvine, CA 92614 |
| 7 | Tel: (949) 253-0900; Fax: (949) 253-0902 |
| 8 | *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

APPLE AND THE CMS' NOTICE OF AND REQUEST   -5-   CASE NO. 17-cv-00108-GPC-MDD
FOR WITHDRAWAL OF AFFIRMATIVE DEFENSES

# FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: April 2, 2019                          */s/ William A. Isaacson*
                                                              William A. Isaacson

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 2, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 2, 2019.

*/s/ William A. Isaacson*
William A. Isaacson