UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**ORDER GRANTING JOINT MOTION FOR APPROVAL OF STIPULATION FOR STAY OF THIRD PARTY CLAIMS** |

The Court, having considered the Joint Motion of Compal Electronics, Inc. ("Compal"), Pegatron Corporation ("Pegatron"), FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., (together with FIH Mobile, "Foxconn"), and Wistron Corporation ("Wistron") (collectively, the "CMs"); and Apple Inc. ("Apple") for Approval of Stipulation for Stay of Third Party Claims, filed on January 22, 2019, and having determined the proposed bifurcation and stay would increase convenience and judicial economy, reduce the risk of jury confusion, and avoid prejudice to the parties, hereby GRANTS the CMs' and Apple's Joint Motion and APPROVES the Proposed Stipulation therein.

It is hereby ORDERED that:

1. The CMs' third party claims against Apple in Case No. 3:17-CV-01010-GPC-MDD (the "1010 Case") seeking indemnity ("CMs' Indemnity Claims") shall be stayed pending resolution of the claims raised in Qualcomm's complaint against each of the CMs and the defenses and claims raised in the CMs' counterclaims against Qualcomm in the 1010 Case (the "Qualcomm Issues") and until further notice; and

2. All dates and deadlines as to the Qualcomm Issues shall remain in effect and not be modified by this stipulation, but those dates and deadlines shall not apply to the CMs' Indemnity Claims; and

3. After the trial of the Qualcomm Issues occurs, or after other resolution of the Qualcomm Issues, the court shall set a status conference to assess whether to continue the stay of the CMs' Indemnity Claims.

**IT IS SO ORDERED.**

Dated:  April 9, 2019

Hon. Gonzalo P. Curiel
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28