# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD <br><br> **ORDER GRANTING IN PART AND DENYING IN PART QUALCOMM INCORPORATED'S *EX PARTE* APPLICATION FOR ADDITIONAL TRIAL TIME** <br><br> **[ECF NO. 778]** <br><br> Judge: Hon. Gonzalo P. Curiel |

Before the Court is Qualcomm Incorporated's ("Qualcomm") *Ex Parte* Application for Additional Trial Time. (ECF No. 778.) Having considered Qualcomm's *Ex Parte* Application for Additional Trial Time, the Court finds does not find good cause to modify its December 19, 2018 Order (ECF No. 749) to permit Qualcomm 40 hours for evidence, excluding opening statements and closing arguments. However, the Court will modify its December 19, 2018 Order (ECF No. 749) to permit 36 hours of evidence for each side.

**IT IS SO ORDERED.**
Dated: April 9, 2019

Hon. Gonzalo P. Curiel
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28