1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

# SOUTHERN DISTRICT OF CALIFORNIA

9
10
11

| IN RE: QUALCOMM LITIGATION | No. 3:17-CV-0108-GPC-MDD |
|---|---|

**ORDER ON JOINT MOTION
REGARDING TRIAL
PREPARATION AND
SCHEDULING ORDER AND
RELATED ISSUES**

Judge:  Hon. Gonzalo P. Curiel

19          Before the Court is Qualcomm Incorporated's ("Qualcomm"), Apple Inc.'s

20  ("Apple") and the Contract Manufacturers'[1] Joint Motion regarding this Court's

21  Trial Preparation and Scheduling Order ("Scheduling Order") (ECF No. 749).

22          Having considered the parties' joint motion, the Court directs the parties to

23  submit Proposed Findings of Fact and Conclusions of Law after the jury has

24  rendered a verdict, rather than by February 15, 2019 as directed by the Scheduling

25  Order.

26          [1] The Contract Manufacturers are Compal Electronics, Inc., Pegatron
    Corporation, FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd. (together with
27  FIH Mobile, "Foxconn") and Wistron Corporation.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Court DENIES the parties' remaining requests with respect to briefs pursuant to Fed. R. Civ. P. 44.1 and exchange of witness lists on the grounds that they are now MOOT at this time.

**IT IS SO ORDERED.**

Dated:  April 9, 2019

Hon. Gonzalo P. Curiel
United States District Judge