1  Evan R. Chesler (N.Y. Bar No. 1475722; *pro hac vice*)
   echesler@cravath.com
2  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
3  New York, NY 10019
   Telephone: (212) 474-1000
4  Facsimile: (212) 474-3700

5  David A. Nelson (Ill. Bar No. 6209623; *pro hac vice*)
   davenelson@quinnemanuel.com
6  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   500 West Madison St., Suite 2450
7  Chicago, Illinois 60661
   Telephone: (312) 705-7400
8  Facsimile: (312) 705-7401

9  Karen P. Hewitt (SBN 145309)
   kphewitt@jonesday.com
10 JONES DAY
   4655 Executive Drive, Suite 1500
11 San Diego, California 92121
   Telephone: (858) 314-1200
12 Facsimile: (844) 345-3178

13
   *Attorneys for*
14 QUALCOMM INCORPORATED

15
                **UNITED STATES DISTRICT COURT**
16
                **SOUTHERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| IN RE: | No. 17-cv-0108-GPC-MDD |
| QUALCOMM LITIGATION | **NOTICE OF APPEARANCE OF NICHOLAS A. HODGES** |
| | Judge: Hon. Gonzalo P. Curiel |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that Nicholas A. Hodges of Jones Day hereby
4  enters his appearance on behalf of Qualcomm Incorporated. Mr. Hodges respectfully
5  requests that all pleadings, orders, motions, notices and other papers in connection
6  with this action henceforth be served on him.

8  DATED: April 10, 2019        Respectfully submitted,

11                  By  *s/ Nicholas A. Hodges*
12                       Nicholas A. Hodges
13                  **JONES DAY**
                    Nicholas A. Hodges (SBN 307573)
14                  nhodges@jonesday.com
                    4655 Executive Drive, Suite 1500
15                  San Diego, California 92121
                    Telephone:  (858) 314-1200
16                  Facsimile:   (844) 345-3178

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   I hereby certify that a true and correct copy of the above and foregoing
3 document has been served on April 10, 2019 to all counsel of record who are
4 deemed to have consented to electronic service via the Court's CM/ECF system.
5   Executed on April 10, 2019, at San Diego, California.

   *s/ Nicholas A. Hodges*
   Nicholas A. Hodges
   nhodges@jonesday.com