Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

[*Additional counsel identified on signature page*]

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | No. 3:17-CV-0108-GPC-MDD |
|---|---|
| QUALCOMM LITIGATION | **QUALCOMM INCORPORATED'S NOTICE OF PARTIAL WITHDRAWAL OF MOTION FOR ORDER TO SEAL TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS** |
| | Judge: Hon. Gonzalo P. Curiel |

1  On April 1, 2019, Qualcomm Incorporated ("Qualcomm"), through its undersigned
2  counsel, filed a Motion for Order to Seal Trial Exhibits and Deposition Designations to
3  the extent such materials are in fact received into evidence at trial.  ("Qualcomm's
4  Motion to Seal," ECF 1120.)  Apple Inc. ("Apple") and the Contract Manufacturers
5  ("CMs") have filed a response to Qualcomm's Motion to Seal.  (ECF 1136.)  Upon
6  further review of certain exhibits covered by Qualcomm's Motion to Seal, and to narrow
7  the materials requested to be sealed, Qualcomm hereby withdraws its request to seal the
8  following three exhibits: (1) DTX00042; (2) DTX00043; and (3) PTX000930.
9  Additionally, Qualcomm hereby narrows its requested redactions with respect to
10 DTX00261.  Attached hereto is an amended version of the Appendix A that was
11 originally attached to Qualcomm's Motion to Seal, reflecting the removal of exhibits
12 DTX00042, DTX00043, and PTX000930.[1]  Qualcomm will lodge narrower proposed
13 redactions to DTX000261.

---

[1] Despite Apple's opposition to Qualcomm's requested redactions in DTX00042, DTX00043, and DTX00261, Apple moved to seal the same content, and additional content, in those same exhibits.  *See* ECF No. 1121 at 19–20.  Qualcomm maintains its objections to Apple's proposed redactions.

| | | |
|---|---|---|
| 1 | Dated: April 10, 2019 | Respectfully submitted, |
| 2 | | By: */s/ Kelly V. O'Donnell* |
| 3 | | **CRAVATH, SWAINE & MOORE LLP** |
| | | Evan R. Chesler (*pro hac vice*) |
| 4 | | (N.Y. Bar No. 1475722) |
| | | echesler@cravath.com |
| 5 | | Keith R. Hummel (*pro hac vice*) |
| | | (N.Y. Bar No. 2430668) |
| 6 | | khummel@cravath.com |
| | | Richard J. Stark (*pro hac vice*) |
| 7 | | rstark@cravath.com |
| | | (N.Y. Bar No. 2472603) |
| 8 | | Antony L. Ryan (*pro hac vice*) |
| | | (N.Y. Bar No. 2784817) |
| 9 | | aryan@cravath.com |
| | | Gary A. Bornstein (*pro hac vice*) |
| 10 | | (N.Y. Bar No. 2916815) |
| | | gbornstein@cravath.com |
| 11 | | J. Wesley Earnhardt (*pro hac vice*) |
| | | (N.Y. Bar No. 4331609) |
| 12 | | wearnhardt@cravath.com |
| | | Yonatan Even (*pro hac vice*) |
| 13 | | (N.Y. Bar No. 4339651) |
| | | yeven@cravath.com |
| 14 | | Vanessa A. Lavely (*pro hac vice*) |
| | | (N.Y. Bar No. 4867412) |
| 15 | | vlavely@cravath.com |
| | | Worldwide Plaza |
| 16 | | 825 Eighth Avenue |
| | | New York, NY 10019 |
| 17 | | Telephone: (212) 474-1000 |
| | | Facsimile: (212) 474-3700 |

|   |   |
|---|---|
| 1 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| 2 | David A. Nelson (*pro hac vice*) |
| 3 | (Ill. Bar No. 6209623) davenelson@quinnemanuel.com |
| 4 | Stephen Swedlow (*pro hac vice*) (Ill. Bar No. 6234550) |
| 5 | stephenswedlow@quinnemanuel.com 500 West Madison St., Suite 2450 |
| 6 | Chicago, Illinois 60661 Telephone: (312) 705-7400 |
| 7 | Facsimile: (312) 705-7401 |
| 8 | Alexander Rudis (*pro hac vice*) (N.Y. Bar No. 4232591) |
| 9 | alexanderrudis@quinnemanuel.com 51 Madison Ave., 22nd Floor |
| 10 | New York, New York 10010 Telephone: (212) 849-7000 |
| 11 | Facsimile: (212) 849-7100 |
| 12 | Sean S. Pak (SBN 219032) seanpak@quinnemanuel.com |
| 13 | 50 California St., 22nd Floor San Francisco, CA 94111 |
| 14 | Telephone: (415) 875-6600 Facsimile: (415) 875-6700 |
| 15 |  |
| 16 | **JONES DAY** Karen P. Hewitt (SBN 145309) |
| 17 | kphewitt@jonesday.com Randall E. Kay (SBN 149369) |
| 18 | rekay@jonesday.com 4655 Executive Drive, Suite 1500 |
| 19 | San Diego, California 92121 Telephone: (858) 314-1200 |
| 20 | Facsimile: (858) 345-3178 |
| 21 | *Attorneys for Defendant* **QUALCOMM INCORPORATED** |
| 22 |  |
| 23 |  |
| 24 |  |
| 25 |  |
| 26 |  |
| 27 |  |
| 28 |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 10, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on April 10, 2019, at San Diego, California.

s/ <i>Kelly V. O'Donnell</i><br>
Kelly V. O'Donnell<br>
kodonnell@jonesday.com