## Appendix A

| Deponent Name | Deposition Date | Location of Information Sought to Be Sealed | Explanation |
|---|---|---|---|
| Chen, Vincent | 3/12/2018 | 124:17-17 | O'Donnell Declaration ¶ 10 |
| Ding, Jianxin | 3/12/2018 | 122:12-20 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 41:6-6 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 42:12-25 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 43:3-3 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 46:17-17 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 236:1-7 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 257:25-258-6 | O'Donnell Declaration ¶ 10 |
| Grubbs, John | 3/1/2018 | 259:1-10 | O'Donnell Declaration ¶ 10 |
| Madderom, Todd | 3/16/2018 | 156:17-17 | O'Donnell Declaration ¶ 10 |
| Madderom, Todd | 3/16/2018 | 158:13-15 | O'Donnell Declaration ¶ 10 |
| Madderom, Todd | 3/16/2018 | 182:10-10 | O'Donnell Declaration ¶ 10 |
| Wang, Renee | 5/25/2018 | 93:4-4 | O'Donnell Declaration ¶ 10 |
| Lee, Injung | 3/14/2018 | 58:22-22 | O'Donnell Declaration ¶ 10 |
| Lee, Injung | 3/14/2018 | 58:25-25 | O'Donnell Declaration ¶ 10 |
| Lee, Injung | 3/14/2018 | 59:1-1 | O'Donnell Declaration ¶ 10 |
| Cheng, Xuxin | 3/28/2018 | 122:15-16 | O'Donnell Declaration ¶ 10 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| DTX00021 | 1-2 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00042 | 2-3 | Pricing | O'Donnell Decl. ¶¶ 10 |
|  |  |  |  |
|  |  |  |  |
| DTX00064 | 3, 5 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00065 | 5, 11 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00066 | 7-9, 13-14, 17, 19, 20 | Negotiations, Pricing, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| DTX00068 | 9-10 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00082 | 3, 4 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00085 | 1-2 | Negotiations, Pricing, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| DTX00090 | 5, 7 | Corporate Financial Information, Pricing | O'Donnell Decl. ¶¶ 10, 13 |
| DTX00097 | 1, 4, 5 | Royalties | O'Donnell Decl. ¶¶ 10 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| DTX00104 | 5-6, 8, 10, 12 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00254 | 4, 10 | Pricing, Strategic Considerations | O'Donnell Decl. ¶¶ 10, 12 |
| DTX00256 | 11 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00261 | 4-5, 7-9, 13-14 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00262 | 3, 11, 12, 25, 27, 35, 37-38, 44 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00274 | 1 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00309 | 1-6 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00370 | 13-15, 19 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00373 | 2-5 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00382 | 4, 5, 7-11 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00397 | 3 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00497 | 7, 10-20, 23, 24, 27-38, 40, 46, 49-59, 62-63, 66-77, 79-81 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00504 | 7, 9, 10, 14, 19, 20, 22, 23, 27, 28, 42, 58, 59 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00548 | 3, 5-6 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00713 | 7 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00736 | 2-4 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00737 | 3 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX00842 | 5 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX00862 | 3 | Pricing, Royalties | St. George Decl. ¶¶ 15 |
| DTX00869 | 1, 7-9 | Pricing, Corporate Financial Information | Arner Decl. ¶¶ 14, 17 |
| DTX00882 | 2 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| DTX00890 | 4-6, 10-11, 39 | Royalties | St. George Decl. ¶¶ 15 |
| DTX00907 | 3 | Royalties, Pricing | St. George Decl. ¶¶ 15 |
| DTX00910 | 3 | Royalties | St. George Decl. ¶¶ 15 |
| DTX00932 | 7, 10, 12, 15, 21-22, 25, 26, 29-31, 35, 37, 38, 40, 42 | Royalties | St. George Decl. ¶¶ 15 |
| DTX00998 | 3 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01000 | 20-35 | Royalties | St. George Decl. ¶¶ 15 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| DTX01002 | 10-11, 15-17 | Royalties | Arner Decl. ¶¶ 14 |
| DTX01003 | 10, 15 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01008 | 35 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01019 | 3, 4 | Negotiations, Royalties | St. George Decl. ¶¶ 15, 16 |
| DTX01038 | 2-10, 15 | Royalties, Corporate Financial Information | St. George Decl. ¶¶ 15, 18 |
| DTX01039 | 2-3, 6-7, 16, 18-20 | Royalties, Technological Information | St. George Decl. ¶¶ 15 |
| DTX01045 | 1 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01065 | 1 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01105 | 5, 6, 8-11, 15, 17-18, 21-22, 29, 31, 37, 41-43, 47-50 | Royalties, Pricing, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| DTX01173 | 3-4 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX01189 | 3-10 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX01368 | 2, 5, 9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX01375 | 5-6, 9-11 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX01381 | 3 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX01402 | 2 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX01403 | 4 | Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX01407 | 9-13 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| DTX01437 | 3, 10-11 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX01440 | 1-3, 5 | Negotiation, Pricing, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| DTX01447 | 9-13 | Royalties | O'Donnell Decl. ¶¶ 10 |
| DTX01454 | 1-2 | Negotiation, Royalties | St. George Decl. ¶¶ 15, 16 |
| DTX01456 | 5, 6 | Royalties | St. George Decl. ¶¶ 15 |
| DTX01462 | 4, 6-8, 10-14, 19-21, 24, 25, 27-29, 31-33, 36-39, 50-58, 63, 64, 65, 68, 69, 81, 82, 85, 86, 95-99 | Royalties, Pricing, Negotiations | St. George Decl. ¶¶ 15, 16 |
| DTX01463 | 2, 4-6, 8-12, 17-19, 22-23, 25-27, 29-31 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| DTX01464 | 1, 2, 5, 6 | Negotiations, Royalties | Arner Decl. ¶¶ 14, 15 |
| DTX01475 | 2, 5, 9, 12 | Royalties | O'Donnell Decl. ¶¶ 10 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| DTX15700 | 8, 10, 14-16, 19-25, 27-38, 49-58 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| DTX19462 | 7, 11, 13 | Royalties | O'Donnell Decl. ¶¶ 10 |
| JTX002 | 1-11, 13-14 | Pricing | Arner Decl. ¶¶ 14 |
| JTX003 | 1-6 | Pricing | Arner Decl. ¶¶ 14 |
| JTX004 | 1-2, 5-7 | Royalties | O'Donnell Decl. ¶¶ 10 |
| JTX005 | 1-4 | Pricing | Arner Decl. ¶¶ 14 |
| JTX006 | 3, 4 | Pricing | Arner Decl. ¶¶ 14 |
| JTX009 | 13-15 | Pricing | Arner Decl. ¶¶ 14 |
| JTX010 | 2-6 | Strategic Considerations, Pricing | Arner Decl. ¶¶ 14, 16 |
| JTX026 | 3 | Royalties | Arner Decl. ¶¶ 14 |
| JTX108 | 7 | Royalties, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| JTX114 | 2-3 | Royalties, Pricing | Arner Decl. ¶¶ 14 |
| JTX116 | 3, 7, 10-12, 16, 24, 57, 59 | Royalties | St. George Decl. ¶¶ 15 |
| JTX117 | 2-3, 5 | Royalties | St. George Decl. ¶¶ 15 |
| JTX119 | 2,3, 5-11, 13-16, 19-36, 38, 39, 41, 48, 49, 52-54, 56-57, 61-65, 67, 68, 71-85 | Royalties | O'Donnell Decl. ¶¶ 10 |
| JTX120 | 2, 3 | Pricing | O'Donnell Decl. ¶¶ 10 |
| JTX126 | 10-16, 19-22, 31-32, 40, 46, 54-56, 71-78 | Royalties | O'Donnell Decl. ¶¶ 10 |
| JTX127 | 8 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| JTX132 | 5, 13, 21-24 | Pricing, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| JTX136 | 3, 12, 19-22, 41, 43, | Pricing, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| JTX143 | 4, 8, 11, 13, 15-20 | Pricing, Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 14, 16 |
| PTX000086 | 1 | Royalties | St. George Decl. ¶¶ 15 |
| PTX000154 | 1-2, 4-5 | Royalties | St. George Decl. ¶¶ 15 |
| PTX000389 | 1, 7-10 | Corporate Financial Information, Royalties | Zuckerman Decl. ¶¶ 10, 11 |
| PTX000406 | 1-2 | Royalties, Negotiations | Arner Decl. ¶¶ 14, 15 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX000453 | 3 | Negotiations, Royalties | St. George Decl. ¶¶ 15, 16 |
| PTX000485 | 8, 15-16, 24, 48-50, 54, 57, 63, 68, 70, 71, 73-74, 78-79, 81, 89-90, 95, 96, 103-115, 122, 128-131, 144-145, 147, 152, 157-158, 160-162, 164-168 | Strategic Considerations, Corporate Financial Information, Royalties, Pricing, Negotiations | St. George Decl. ¶¶ 15-18 |
| PTX000579 | 1-2 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX000594 | 1-2, 4-5, 7-8 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX000597 | 3-4, 6-7 | Royalties | St. George Decl. ¶¶ 15 |
| PTX000598 | 2 | Royalties | St. George Decl. ¶¶ 15 |
| PTX000610 | 1-2 | Royalties | St. George Decl. ¶¶ 15 |
| PTX000612 | 5, 10-11 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX000636 | 2-3 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX000642 | 1 | Royalties, Corporate Financial Information, Pricing | St. George Decl. ¶¶ 15, 18 |
| PTX000648 | 1-2, 4-5, 7-8 | Royalties, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000662 | 1-2, 4-7 | Royalties, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000685 | 7 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX000686 | 1-2 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX000716 | 1, 3 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX000727 | 1 | Negotiations, Pricing | St. George Decl. ¶¶ 15, 16 |
| PTX000830 | 2 | Royalties, Negotiations, Pricing | Arner Decl. ¶¶ 14, 15 |
| PTX000852 | 1-2 | Royalties, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX000891 | 1, 4-5 | Royalties, Negotiations, Pricing | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000891.001 | 1, 4-5 | Royalties, Negotiations, Pricing | O'Donnell Decl. ¶¶ 10, 11 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX000893 | 4-6, 8, 17, 20 | Corporate Financial Information, Strategic Considerations | Arner Decl. ¶¶ 16, 17 |
| PTX000901 | 1, 4, 6-7 | Pricing, Corporate Financial Information | Arner Decl. ¶¶ 14, 17 |
| PTX000904 | 1-2, 4-5 | Royalties, Negotiations, Pricing | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000904.001 | 1-2, 4-5 | Royalties, Negotiations, Pricing | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000910 | 2 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX000926 | 2 | Royalties, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| PTX000941 | 2, 5 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX000949 | 6, 7 | Corporate Financial Information, Strategic Considerations | St. George Decl. ¶¶ 17, 18 |
| PTX000949.001 | 6, 7 | Corporate Financial Information, Strategic Considerations | St. George Decl. ¶¶ 17, 18 |
| PTX001006 | 2, 4, 5 | Pricing, Negotiations | St. George Decl. ¶¶ 15, 16 |
| PTX001007 | 1, 2 | Pricing, Negotiations, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| PTX001008 | 1-4 | Pricing, Negotiations, Royalties | St. George Decl. ¶¶ 15, 16 |
| PTX001010 | 1-2 | Pricing, Negotiations, Royalties | Arner Decl. ¶¶ 14, 15 |
| PTX001011 | 2, 4 | Royalties, Pricing | St. George Decl. ¶¶ 15 |
| PTX001023 | 1-4 | Pricing, Negotiations, Royalties | St. George Decl. ¶¶ 15 |
| PTX001029 | 1-2 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001049 | 1, 5 | Corporate Financial Information, Pricing | Arner Decl. ¶¶ 14, 17 |
| PTX001049.001 | 1, 5 | Corporate Financial Information, Pricing | Arner Decl. ¶¶ 14, 17 |
| PTX001117 | 2 | Royalties, Negotiations, Pricing | Zuckerman Decl. ¶¶ 11, 12 |
| PTX001137 | 1, 2 | Royalties, Negotiations, Pricing | Arner Decl. ¶¶ 14, 15 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX001154 | 2 | Negotiations, Royalties | St. George Decl. ¶¶ 15, 16 |
| PTX001215 | 6, 9-13, 15-16, 19, 21, 24-28 | Royalties | St. George Decl. ¶¶ 15 |
| PTX001238 | 2-24, 27-38, 40-63, 66-77, 79 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX001303 | 3 | Royalties | St. George Decl. ¶¶ 15 |
| PTX001312 | 2-3 | Negotiations, Pricing | Arner Decl. ¶¶ 14, 15 |
| PTX001357 | 2-5, 8-9, 12-14, 16, 18 | Royalties, Strategic Considerations | St. George Decl. ¶¶ 15, 17 |
| PTX001378 | 4-103 | Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 16, 17 |
| PTX001378.001 | 4-103 | Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 16, 17 |
| PTX001388 | 2, 4 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001434 | 45-46, 48-49, 51-52 | Royalties, Corporate Financial Information | St. George Decl. ¶¶ 15, 18 |
| PTX001474 | 2, 4 | Royalties | St. George Decl. ¶¶ 15 |
| PTX001477 | 5, 6 | Royalties | St. George Decl. ¶¶ 15 |
| PTX001558 | 1-4 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001567 | 4-8 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001573 | 7,8,10-14 | Negotiations | St. George Decl. ¶¶ 16 |
| PTX001621 | 1-2 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX001643 | 1, 3 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001647 | 1, 4 | Strategic Considerations, Pricing | Arner Decl. ¶¶ 14, 16 |
| PTX001653 | 1 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001657 | 1 | Royalties, Pricing | Arner Decl. ¶¶ 14 |
| PTX001673 | 1-3 | Royalties, Pricing | Arner Decl. ¶¶ 14 |
| PTX001674 | 1 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001675 | 2-4, 8-10 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX001684 | 1-7 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001684.001 | 1-7 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001686 | 1-2, 4-5, 7-13 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001686.001 | 1-2, 4-5, 7-13 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX001690 | 1-2 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX001749 | 4, 8, 13, 15-20 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| PTX001749.001 | 4, 8, 13, 15-20 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| PTX001785 | 1, 8-9, 11-12 | Pricing | Arner Decl. ¶¶ 14 |
| PTX001785.001 | 1, 8-9, 11-12 | Pricing | Arner Decl. ¶¶ 14 |
| PTX001832 | 4, 6-10 | Pricing, Negotiations | Zuckerman Decl. ¶¶ 11, 12 |
| PTX001888 | 1-2, 4-5, 8 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| PTX001888.001 | 1-2, 4-5, 8 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| PTX001941 | 2-4 | Strategic Considerations, Royalties | St. George Decl. ¶¶ 15, 17 |
| PTX001943 | 2, 5 | Strategic Considerations, Negotiations | O'Donnell Decl. ¶¶ 11, 12 |
| PTX001963 | 3, 7-11 | Royalties, Pricing, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| PTX001984 | 1-5, 7 | Strategic Considerations | Arner Decl. ¶¶ 16 |
| PTX001992 | 6, 8, 10, 13-17, 19, 21, 23, 25-29, 31-33, 37-39, 43-48, 52-54, 56-59 | Pricing | Arner Decl. ¶¶ 14 |
| PTX001992.001 | 6, 8, 10, 13-17, 19, 21, 23, 25-29, 31-33, 37-39, 43-48, 52-54, 56-59 | Pricing | Arner Decl. ¶¶ 14 |
| PTX002027 | 1-3 | Negotiations | O'Donnell Decl. ¶¶ 11 |
| PTX002043 | 2-5, 7-8 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002049 | 4, 9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002064 | 1-7 | Negotiations | O'Donnell Decl. ¶¶ 11 |
| PTX002068 | 5 | Negotiations | St. George Decl. ¶¶ 16 |
| PTX002104 | 6, 7, 9, 12, 13, 15 | Negotiations | O'Donnell Decl. ¶¶ 11 |
| PTX002135 | 7-9, 13-14, 17, 19-21, 23-26, 30, 39, 42 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002144 | 2-68, 70-81 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX002155 | 10, 14-16, 19-25, 27-38, 49-63, 65 | Strategic Considerations | Arner Decl. ¶¶ 16 |
| PTX002155.001 | 10, 14-16, 19-25, 27-38, 49-63, 65 | Strategic Considerations | Arner Decl. ¶¶ 16 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX002167 | 1-19 | Strategic Considerations | Arner Decl. ¶¶ 16 |
| PTX002169 | 3 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002189 | 4, 5 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002240 | 1, 2 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002248 | 3-5, 7-11 | Pricing | Arner Decl. ¶¶ 14 |
| PTX002261 | 3-5 | Corporate Financial Information | St. George Decl. ¶¶ 18 |
| PTX002266 | 13, 14, 25-27 | Strategic Considerations | St. George Decl. ¶¶ 17 |
| PTX002320 | 20-35 | Corporate Financial Information | St. George Decl. ¶¶ 18 |
| PTX002334 | 1 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002385 | 27-29 | Strategic Considerations | Arner Decl. ¶ 16; Zuckerman Decl. ¶ 10 |
| PTX002412 | 3-4, 7-9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002412.001 | 3-4, 7-9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002492 | 1 | Strategic Considerations | Arner Decl. ¶ 16; Zuckerman Decl. ¶ 10 |
| PTX002501 | 1-3 | Strategic Considerations | O'Donnell Decl. ¶¶ 12 |
| PTX002504 | 1-2 | Strategic Considerations | Arner Decl. ¶¶ 16 |
| PTX002505 | 1-2 | Strategic Considerations | Arner Decl. ¶¶ 16 |
| PTX002510 | 1-2 | Strategic Considerations | Arner Decl. ¶ 16; Zuckerman Decl. ¶ 10 |
| PTX002520 | 4-6 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX002520.001 | 4-6 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX002540 | 7-9, 14 | Corporate Financial Information | O'Donnell Decl. ¶¶ 13 |
| PTX002540.001 | 7-9, 14 | Corporate Financial Information | O'Donnell Decl. ¶¶ 13 |
| PTX002557 | 3 | Corporate Financial Information | St. George Decl. ¶¶ 18 |
| PTX002567 | 1 | Pricing | Arner Decl. ¶¶ 14 |
| PTX002597 | 19, 34, 36, 41, 43, 45 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002597.001 | 19, 34, 36, 41, 43, 45 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002598 | 3-5, 8, 10, 11 | Technological Information | O'Donnell Decl. ¶¶ 14 |
| PTX002598.001 | 3-5, 8, 10, 11 | Technological Information | O'Donnell Decl. ¶¶ 14 |
| PTX002640 | 1-4 | Pricing | Arner Decl. ¶¶ 14 |
| PTX002642 | 1 | Strategic Considerations | Arner Decl. ¶ 16; Zuckerman Decl. ¶ 10 |
| PTX002645 | 1-2 | Negotiations | O'Donnell Decl. ¶¶ 11 |
| PTX002684 | 1, 4 | Royalties, Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| PTX002709 | 1-2, 6-9, 16-21 | Royalties, Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 14, 16, 17; Zuckerman ¶¶ 10, 11 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX002730 | 8, 12-13, 18-20, 26-31 | Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 14, 16, 17; Zuckerman ¶¶ 10, 11 |
| PTX002738 | 4, 7, 8, 12, 19-22, 28-33 | Strategic Considerations, Corporate Financial Information | Arner Decl. ¶¶ 14, 16, 17; Zuckerman ¶¶ 10, 11 |
| PTX002762 | 1-3 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002776 | 2, 4-5 | Strategic Considerations, Negotiations | O'Donnell Decl. ¶¶ 11, 12 |
| PTX002776.001 | 2, 4-5 | Strategic Considerations, Negotiations | O'Donnell Decl. ¶¶ 11, 12 |
| PTX002814 | 1, 3 | Royalties, Strategic Considerations | Arner Decl. ¶¶ 14, 16; Zuckerman ¶¶ 10, 11 |
| PTX002814.001 | 1, 3 | Royalties, Strategic Considerations | Arner Decl. ¶¶ 14, 16; Zuckerman ¶¶ 10, 11 |
| PTX002835 | 2, 5, 6-23, 25-27, 32-36, 41-56, 71, 73-75, 79-84 | Royalties, Pricing | St. George Decl. ¶¶ 15 |
| PTX002861 | 1 | Negotiations | Arner Decl. ¶¶ 15 |
| PTX002875 | 4-7 | Negotiations, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| PTX002875.001 | 4-7 | Negotiations, Royalties | O'Donnell Decl. ¶¶ 10, 11 |
| PTX002895 | 1 | Strategic Considerations | O'Donnell Decl. ¶¶ 12 |
| PTX002898 | 1 | Negotiations | Arner Decl. ¶¶ 15 |
| PTX002904 | 1-2 | Strategic Considerations, Negotiations | O'Donnell Decl. ¶¶ 11, 12 |
| PTX002914 | 15-16, 21, 26 | Royalties, Strategic Considerations | St. George Decl. ¶¶ 15, 17 |
| PTX002922 | 3, 12, 16-20, 22-33, 35-42, 44 46, 49, 54-57, 60, 64, 66, 80, 83, 84, 86-88, 90, 94, 101-102, 106, 107, 110-111, 114, 116, 118-120, 125, 130-131, 139-143, 144, 150, 155-158, 164, 167, 169 | Strategic Considerations, Royalties, Negotiations | St. George Decl. ¶¶ 15-17 |
| PTX002925 | 1-5 | Strategic Considerations | Zuckerman Decl. ¶¶ 10 |
| PTX002933 | 2-3 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX002944 | 1 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX002946 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | Strategic Considerations, Corporate Financial Information | St. George Decl. ¶¶ 17, 18 |
| PTX002946.001 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | Strategic Considerations, Corporate Financial Information | St. George Decl. ¶¶ 17, 18 |
| PTX002946.002 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | Strategic Considerations, Corporate Financial Information | St. George Decl. ¶¶ 17, 18 |
| PTX002972 | 2, 5, 8, 10-12, 14, 17, 34-35, 37, 46, 48, 49, 57, 59, 60, 62, 71, 73, 81-82, 84, 95, 97, 98, 105-106, 108, 120-121, 126, 133-136, 138 | Royalties, Pricing | St. George Decl. ¶¶ 15 |
| PTX003026 | 1, 4, 5 | Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX003083 | 8-11, 14-16, 19-23 | Strategic Considerations, Corporate Financial Information | O'Donnell Decl. ¶¶ 12, 13 |
| PTX003083.001 | 8-11, 14-16, 19-23 | Strategic Considerations, Corporate Financial Information | O'Donnell Decl. ¶¶ 12, 13 |
| PTX003110 | 1 | Royalties, Pricing, Negotiations | O'Donnell Decl. ¶¶ 10, 11 |
| PTX003137 | 35, 37, 39-43, 48-49, 74-76, 79 | Negotiations | St. George Decl. ¶¶ 16 |
| PTX003268 | 2, 3, 5-7 | Negotiations | St. George Decl. ¶¶ 16 |
| PTX003296 | 8, 11 | Royalties, Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003369 | 7, 9, 17, 19, 21, 23, 31, 35, 39, 41, 51, 59, 61, 72, 80, 82, 86, 88, 90, 100, 102, 104, 108, 114, 116, 128, 130, 132, 134, 136, 138, 140, 142, 144, 146, 148 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 172-175 | Strategic Considerations, Corporate Financial Information | St. George Decl. ¶¶ 17, 18 |
| PTX003386 | 1-2 | Negotiations | Arner Decl. ¶¶ 15 |
| PTX003393 | 3-9 | Strategic Considerations | O'Donnell Decl. ¶¶ 12 |
| PTX003393.001 | 3-9 | Strategic Considerations | O'Donnell Decl. ¶¶ 12 |
| PTX003403 | 1 | Royalties | St. George Decl. ¶¶ 15 |
| PTX003410 | 1 | Royalties | St. George Decl. ¶¶ 15 |
| PTX003429 | 5, 13 | Pricing | O'Donnell Decl. ¶¶ 10 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX003447 | 3-16, 18 | Strategic Considerations, Corporate Financial Information | O'Donnell Decl. ¶¶ 12, 13 |
| PTX003447.001 | 3-16, 18 | Strategic Considerations, Corporate Financial Information | O'Donnell Decl. ¶¶ 12, 13 |
| PTX003471 | 4, 6-8, 10-14, 19-21, 24-25, 27-33, 35-41, 50-58, 63-65, 68-69, 81-82, 85-86, 95-99 | Pricing | Arner Decl. ¶¶ 14 |
| PTX003548 | 9, 12-14, 22, 23, 26, 45 | Royalties | St. George Decl. ¶¶ 15 |
| PTX003569 | 3, 6 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003571 | 2-4 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003585 | 3-4 | Pricing | St. George Decl. ¶¶ 15 |
| PTX003587 | 2, 5, 9-20, 22-25 | Royalties | St. George Decl. ¶¶ 15 |
| PTX003588 | 4-5, 10-14, 19-23 | Pricing | St. George Decl. ¶¶ 15 |
| PTX003657 | 4-6, 15-18 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003665 | 6, 9, 14, 21, 24 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003691 | 2, 5, 9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX003759 | 3-5, 9, 10, 12 | Pricing | Arner Decl. ¶¶ 14 |
| PTX003795 | 2, 4-6, 8-12, 17-19, 22-23, 25-27, 29-31 | Pricing | St. George Decl. ¶¶ 15 |
| PTX003796 | 1-7 | Pricing | Arner Decl. ¶¶ 14 |
| PTX003798 | 2-10, 15 | Pricing | St. George Decl. ¶¶ 15 |
| PTX003799 | 1-6, 9 | Royalties | St. George Decl. ¶¶ 15 |
| PTX011034 | 1, 2, 4 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX011036 | 1, 2 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX011078 | 1 | Pricing, Royalties | O'Donnell Decl. ¶¶ 10 |
| PTX011080 | 1-4, 8-9 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX011127 | 2,3, 5-7, 9-12, 15-19, 21-24, 26, 28-31, 33, 35-38, 42-45, 47-50, 52-59, 63-64 | Pricing | O'Donnell Decl. ¶¶ 10 |
| PTX011255 | 9, 12, 13-17, 29 | Royalties | St. George Decl. ¶¶ 15 |
| PTX011256 | 7, 10, 12, 15, 21-22, 25-26, 29-31, 35, 37-38, 40, 42 | Royalties, Pricing | Arner Decl. ¶¶ 14 |
| PTX011259 | 1, 2 | Pricing | Arner Decl. ¶¶ 14 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX011263 | 10, 11, 16-18, 25-29 | Corporate Financial Information, Strategic Considerations | St. George Decl. ¶¶ 17, 18; Zuckerman Decl. ¶ 10 |
| PTX011264 | 1, 3-6 | Royalties | St. George Decl. ¶¶ 15 |
| PTX011269 | 3-4, 7-9, 11, 14-16, 19, 29, 63, 67, 70, 77, 79, 81-88, 90-104 | Strategic Considerations | St. George Decl. ¶¶ 17 |