# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br>[Consolidated with Case No. 3:17-CV-01010-GPC-MDD]<br><br>**ORDER GRANTING JOINT REQUEST REGARDING COURTROOM EQUIPMENT**<br><br>**[ECF No. 1145.]** |

The Court, having considered Apple Inc. ("Apple"); Compal Electronics, Inc., Hon Hai Precision Industry Co., Ltd., FIH Mobile Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "Contract Manufacturers" or "CMs"); and Qualcomm Incorporated's ("Qualcomm") request, hereby grants permission to bring the following equipment into Courtroom 2D beginning on Thursday, April 11 at 9:00 a.m., as previously arranged with the Courtroom Deputy, and to use the equipment for the duration of the trial beginning on April 15, 2019:

1. One 72" x 18" table
    a. One table for Apple and the CMs to be placed in front of the seats immediately before the bar
2. One 2' x 5' table
    a. One table for Qualcomm to be placed to the right of the defense table
3. Two A/V stands
4. Two video switches
5. Two video splitters
6. Seven 24" LCD monitors
    a. Two monitors at Apple's and the CMs' table identified in item 1
    b. Three monitors for counsel tables
    c. One monitor for the Courtroom Deputy
    d. One monitor for the Law Clerk
7. Two 42" LCD monitors
    a. One 42" monitor to be placed on the floor in front of the jury box for opening statements and closing arguments *only*
    b. One mobile 42" monitor to be placed in the well for opening statements and closing arguments *only*

8. Two monitor stands for 42" monitors used in openings and closings (*see* items 7(a) and 7(b), *above*)
9. Five tablets for realtime feed
10. Rolling carts
11. Library carts
12. Two small printer/scanners
13. One speaker system
14. Laptops, tablets, and computer peripherals, including mifi hotspots, cables, cords, power strips, hard drives
15. Laser pointers
16. Physical equipment and evidence, including iPhones and related components
17. Boxes of documents to lodge with the Court, as well as boxes of documents for each party to use during trial
18. Two easels

**SO ORDERED.**

Dated: April 14, 2019

Hon. Gonzalo P. Curiel
United States District Judge