Christopher T. Casamassima (SB# 211280)
Christopher.casamassima@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
50 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-6300

Joseph J. Mueller (*pro hac vice*)
Timothy Syrett (*pro hac vice*)
Joseph.Mueller@wilmerhale.com
Timothy.Syrett@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

*Attorneys for Non-Party Intel Corporation*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APPLE INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, <br><br> Defendant. | Case No. 3:17-CV-0108-GPC-MDD <br><br> **DECLARATION OF TIMOTHY SYRETT IN SUPPORT OF NON-PARTY INTEL CORPORATION'S ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION PURSUANT TO L.R. 79.2** <br><br> Judge: Hon. Gonzalo P. Curiel |

Case No. 3:17-CV-0108-GPC-MDD       Syrett Declaration ISO Intel's Administrative Motion to Seal

ActiveUS 172455522v.3

I, Timothy Syrett, declare as follows:

1. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for non-party Intel Corporation ("Intel") in the above-captioned litigation. I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted to practice *pro hac vice* before the U.S. District Court for the Southern District of California. I am familiar with the facts set forth herein and, if called as a witness, I could and would testify competently to those facts under oath.

2. I respectfully submit this declaration in support of Non-Party Intel's Administrative Motion to File Under Seal, filed concurrently herewith.

3. On April 14, 2019, pursuant to the Court's April 12, 2019 Order (ECF No. 1149), counsel for Qualcomm Incorporated ("Qualcomm") provided notice that Qualcomm expects to present at trial a number of exhibits containing information that Intel previously designated highly confidential pursuant to the Protective Order or exhibits that were produced by Apple that may contain confidential Intel information. Specifically, counsel for Qualcomm identified four such exhibits. Of these, three were produced by Apple and may contain Qualcomm and Apple confidential information in addition to Intel confidential information.

4. Attached hereto with proposed redactions as **Exhibit 1** is a true and correct copy of DTX00054, a 2012 Apple email and attachment regarding Apple's Chipset Vendor Discussion.

5. Attached hereto with proposed redactions as **Exhibit 2** is a true and correct copy of DTX01128, a 2017 presentation regarding IMC pricing analysis.

6. Attached hereto with proposed redactions as **Exhibit 3** is a true and correct copy of DTX02165, a 2014 Apple email and attachment regarding Project Antique.

7. The accompanying declaration of Mark Friedman of Intel provides an explanation

of the confidential information that Intel seeks to seal in the document that was produced by Intel (DTX01128). DTX00054 and DTX02165 (Exhibit Nos. 1 and 3 to this Declaration, respectively) were produced by Apple on an outside attorneys' eyes' only basis and thus Mr. Friedman cannot review them. Based on the explanation in Mr. Friedman's declaration of the types of information that Intel seeks to seal in DTX01128 and my understanding of Intel's business, I have determined that DTX00054 and DTX02165 contain Intel confidential information about product pricing, as indicated in the table below, the disclosure of which would cause competitive harm to Intel:

| Exhibit | Exhibits Bates Range(s) Provided by the Parties | Information Sought to be Sealed | Type of Information |
| --- | --- | --- | --- |
| DTX00054 | AAPL-FTC-00087975 995 | PDF Pages 1 (AAPL-FTC-00087975), 2 (-976), 8 (-982), and 11 (-985) | Product pricing |
| DTX02165 | APL-QC-FTC_29302685-710 | PDF page 12 (APL-QC-FTC_29302696) | Product pricing |

8. To the best of my knowledge, the information that is marked for redaction has never been publicly disclosed by Intel.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: April 15, 2019

By: _____
Timothy Syrett

Case No. 3:17-CV-0108-GPC-MDD          Syrett Declaration ISO Intel's Administrative Motion to Seal