1  Christina N. Goodrich (SBN 261722)
   christina.goodrich@klgates.com
2  K&L GATES LLP
   10100 Santa Monica Boulevard
3  Eighth Floor
   Los Angeles, CA 90067
4  Telephone:    (310) 552 5000
   Facsimile:     (310) 552 5001
5  Email: christina.goodrich@klgates.com

6  *Attorney for Lenovo (United States), Inc. and Motorola Mobility LLC*

7

8

9

10                    UNITED STATES DISTRICT COURT

11                   SOUTHERN DISTRICT OF CALIFORNIA

12

13
   | IN RE: QUALCOMM ANTITRUST LITIGATION | Case No. 3:17-cv-0108-GPC-MDD |
14 |---|---|
   | | **NOTICE REGARDING MOTION TO SEAL EXHIBITS CONTAINING CONFIDENTIAL INFORMATION OF NON-PARTIES LENOVO (UNITED STATES), INC. AND MOTOROLA MOBILITY LLC FOR USE AT TRIAL** |

18

19

20

21

22

23

24

25

26

27

28

On April 14, 2019, counsel for Plaintiff Apple, Inc. ("Apple") and Compal Electronics, Hon Hai or FIH, Pegatron, and Wistron (the "Contract Manufacturers") notified undersigned counsel for non-parties Lenovo (United States), Inc. ("Lenovo") and Motorola Mobility LLC ("Motorola") of (1) two exhibits that Apple and/or the Contract Manufacturers will reference in their opening statements; and (2) deposition designations and certain exhibits that Apple and/or the Contract Manufacturers intend to introduce at trial on April 16, 2019 or thereafter.

Specifically, Apple and the Contract Manufacturers informed Lenovo and Motorola that they will reference Trial Exhibits PTX2064 and PTX2776 in their opening statements. Apple and the Contract Manufacturers also informed Lenovo and Motorola that they will introduce the following exhibits at trial on April 16, 2019 or thereafter: PTX002064, PTX002412, PTX002520, PTX002540, PTX002645, PTX002776, PTX002895, PTX003083, PTX003110, and PTX003393. Apple and the Contract Manufacturers also notified Lenovo and Motorola of certain designations from the depositions of Ira Blumberg and Todd Madderom that they intend to play at trial on April 16, 2019. Finally, at 9:27 p.m. on April 14, 2019, Apple notified Lenovo and Motorola of additional "counter-designations" from the depositions of Ira Blumberg and Todd Madderom—after the deadline to do so pursuant to the Court's Stipulated Trial Management Agreements. See Dkt. No. 1149.[1]

Pursuant to the Court's Order (Dkt. No. 1030), Lenovo and Motorola filed a Motion for Order to File Under Seal and supporting documents on April 1, 2019, Dkt. Nos. 1095 and 1096 ("Motion"), which moved to seal limited portions of certain trial exhibits and also provided support therefore. None of the parties opposed or objected to the portions Lenovo and Motorola sought to seal in these exhibits before the deadline on April 8, 2019 to do so. See Dkt. No. 1030.

Given that Lenovo's and Motorola's Motion seeks to seal the exhibits disclosed to them on April 14, 2019 and that Motion is still pending, they respectfully request that the Court refer to that Motion, Dkt. Nos. 1095 and 1096, and order that the exhibits at issue be sealed. Lenovo and

---

[1] The deadline for non-parties, including Lenovo and Motorola, to review and seek to seal their confidential information pursuant to the Court's Stipulated Trial Management Agreements is already very short (approx. 24 hours) and imposes a burden on entities that are not parties to this litigation or trial. See Dkt. No. 1149. At the very least, the parties must abide by their agreed-to deadlines under that order to avoid imposing an even more onerous burden on non-parties Lenovo and Motorola.

**LENOVO & MOTOROLA'S NOTICE REGARDING SEALING, No. 3:17-cv-00108-GPC-MDD**
- 1 -

Motorola do not seek to seal any of the deposition designations disclosed by Apple and the Contract Manufacturers to be played on April 16, 2019.

Specifically, Lenovo's and Motorola's Motion seeks to seal the following exhibits that Apple disclosed to be referenced in their opening statements and/or to be introduced at trial on April 16th or thereafter, incorporating the bases and support contained in their prior Motion and supporting documents, Dkt. Nos. 1095 and 1096:

| Exhibit | Info. Sought to be Sealed | Type of Info. | Explanation/Support |
|---|---|---|---|
| DTX00713 / PTX002064 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit A, Dkt. No. 1096. | Specific pricing/royalty rates; Business strategy | Dkt. No. 1095-1 ("Madderom Decl.") ¶¶ 3-4; Dkt. No. 1095 |
| PTX002412 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit H, Dkt. No. 1096. | Business strategy; Specific pricing/royalty rates | Madderom Decl. ¶ 13; Dkt. No. 1095 |
| PTX002520 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit I, Dkt. No. 1096. | Specific pricing/royalty rates; Business strategy | Madderom Decl. ¶ 14; Dkt. No. 1095 |
| PTX002540 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit J, Dkt. No. 1096. | Specific pricing/royalty rates; Business strategy | Madderom Decl. ¶ 15; Dkt. No. 1095 |
| PTX002645 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit P, Dkt. No. 1096. | Business strategy; Specific pricing/royalty rates | Madderom Decl. ¶ 21; Dkt. No. 1095 |
| PTX002775 / PTX002776 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit Q, Dkt. No. 1096. | Business strategy; Specific pricing/royalty rates | Madderom Decl. ¶¶ 22-23; Dkt. No. 1095 |
| PTX002895 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit U, Dkt. No. 1096. | Business strategy; Specific pricing/royalty rates | Madderom Decl. ¶ 27; Dkt. No. 1095 |
| PTX003083 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit W, Dkt. No. 1096. | Business strategy; Specific pricing/royalty rates; Financial info. | Madderom Decl. ¶ 29; Dkt. No. 1095 |
| PTX003110 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit X, Dkt. No. 1096. | Specific pricing/royalty rates | Madderom Decl. ¶ 30; Dkt. No. 1095 |
| PTX003393 | Portions highlighted in pink in the unredacted version filed under seal as Exhibit Y, Dkt. No. 1096. | Business strategy; Financial information | Madderom Decl. ¶ 31; Dkt. No. 1095 |

1
2
3
4
5
6 Dated:  April 15, 2019

*/s/ Christina N. Goodrich*
Christina N. Goodrich (SBN 261722)
K&L GATES LLP
10100 Santa Monica Boulevard, Eighth Floor
Los Angeles, CA 90067
Telephone:     (310) 552 5000
Facsimile:      (310) 552 5001
Email:  christina.goodrich@klgates.com
*Attorneys for Lenovo (United States), Inc. and Motorola Mobility LLC*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LENOVO & MOTOROLA'S NOTICE REGARDING SEALING, No. 3:17-cv-00108-GPC-MDD**