UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

QUALCOMM LITIGATION,

Case No. 3:17-CV-00108-GPC-MDD

[Consolidated with 3:17-CV-01010-GPC-MDD]

**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**

**[ECF Nos. 1120 and 1121.]**

1

Before the Court are the parties' requests to seal certain exhibits and deposition designations to be sealed to the extent such materials are received into evidence at trial in Case No. 3:17-cv-00108-GPC-MDD.  ECF Nos. 1120 and 1121.  Both parties have filed oppositions to each other's respective motions.  ECF Nos. 1136 and 1137  Upon review of the moving papers, the Court **GRANTS in part and DENIES in part** the motions.

## LEGAL STANDARD

There is a presumptive right of public access to court records based upon the common law and the first amendment.  *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212-13 (9th Cir. 2002).  Nonetheless, access may be denied to protect sensitive confidential information.  Courts are more likely to protect information covered by Rule 26(c) of the Federal Rules of Civil Procedure, but are not limited by items listed in protective orders.  *See KL Group v. Case, Kay, & Lynch*, 829 F.2d 909, 917-19 (9th Cir. 1987) (letter to client from attorney); *Kalinauskas v. Wong*, 151 F.R.D. 363, 365-67 (D. Nev. 1993) (confidential settlement agreement).

"Unless a particular court record is one traditionally kept secret, a strong presumption in favor of access is the starting point."  *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).  "In order to overcome this strong presumption, a party seeking to seal a judicial record must articulate justifications for sealing that outweigh the historical right of access and the public policies favoring disclosure."  *Id.* at 1178-79.

The presumption of access is "based on the need for federal courts, although independent—indeed, particularly because they are independent—to have a measure of accountability and for the public to have confidence in the administration of justice."

*United States v. Amodeo* (Amodeo II ), 71 F.3d 1044, 1048 (2d Cir.1995); *see also Valley Broad. Co. v. U.S. Dist. Court—D. Nev.*, 798 F.2d 1289, 1294 (9th Cir.1986) (explaining that the presumption of public access "promot[es] the public's understanding of the judicial process and of significant public events").

Accordingly, "[a] party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana*, 447 F.3d at 1178. Under this stringent standard, a court may seal records only when it finds "a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* at 1179.  The court must then "conscientiously balance[ ] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* (*quoting Foltz*, 331 F.3d at 1135) (alteration in original) (internal quotation marks omitted).  What constitutes a "compelling reason" is "best left to the sound discretion of the trial court." Nixon, 435 U.S. at 599.

Previously, some courts applied a "compelling reason" or "good cause" standard for sealing depending on whether the pending motion was dispositive or non-dispositive. *E.g.*, *Kamakana*, 447 F.3d at 1180 (9th Cir. 2006) (parties seeking to seal documents in a dispositive motion must provide  "compelling reasons" to support a sealing whereas for non-dispositive motions the parties must show a lesser "particularized showing" under the "good cause" standard pursuant to Federal Rule of Civil Procedure 26(c)); *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1213 (9th Cir. 2002) (when a party attaches a sealed discovery document to a nondispositive motion, the usual presumption of the public's right of access is rebutted).

Other courts rejected this binary approach.  *In re Midland National Life Insurance Company Annuity Sales Practices Litigation*, 686 F.3d 1115 (9th Cir.2012), is one such case that rejected the literal dispositive/nondispositive label.  In that case, an intervenor moved to unseal documents attached to a *Daubert* motion. *Id.* at 1118. The district court,

like the district court here, concluded that the documents should remain under seal because "the *Daubert* motion was non-dispositive," as it "would not have been a determination on the merits of any claim or defense." *Id*. at 1119.  The Ninth Circuit rejected the district court's focus on whether the motion was literally "dispositive": "That the records are connected to a *Daubert* motion does not, on its own, conclusively resolve the issue." *Id*.  As the motion, in effect, "pertain[ed] to central issues bearing on defendant's summary judgment motion," we treated that motion as dispositive. *Id*. Similarly, the court in *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1100 (9th Cir. 2016) observed that it would not allow the technically nondispositive nature of a *Dauber*t motion to cloud the reality that it was able to significantly affect the disposition of the issues in the case.

Here, the motions to seal relate to numerous potential trial exhibits and deposition designations that the parties may intend to call into evidence at trial.  This Court will apply the "compelling reasons" standard to these motions and related briefing as those submissions pertain to central issues at trial and are "more than tangentially related to the underlying cause of action."  *Ctrs. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).

Compelling reasons for sealing information exist "when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets."  *Kamakana*, 447 F.3d at 1179 (quoting *Nixon*, 435 U.S. at 598).  Trade secrets "may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain advantage over competitions who do not know or use it."  Restatement (First) of Torts § 757 cmt. b. Because trade secrets concern proprietary and sensitive business information not

4

available to the public, sealing may be warranted where disclosure would harm a litigant's competitive standing.  *Nixon*, 425 U.S. at 598.

The Ninth Circuit has explicitly recognized that compelling reasons exist for the sealing of "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements.  *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008).  Courts in this circuit have also recognized that information subject to confidentiality agreements may also meet the "compelling reasons" standard when accompanied by a particularized factual showing.  *See Foltz*, 331 F.3d at 1137-38.

## DISCUSSION

The Court now turns to the substance of the instant sealing motions.  The majority of information that the parties seek to seal constitutes confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as "Highly Confidential."  To the extent that the proposed redactions are narrowly tailored and relate to the rationale above, the Court agrees that the parties have demonstrated that compelling reasons exist for sealing the information subsumed by these categories.  Analysis from this Court's prior orders granting the parties' motions to seal is applicable here.  *See* ECF No. 1143.

However, the Court also finds that a substantial portion of the information that the parties seek to seal has already been publicly disclosed elsewhere – such as in the *FTC v. Qualcomm* case – or does not constitute confidential or sealable information – as is the case with Apple's indemnification agreements with the CMs.  Even where the parties seek to cover information that may properly be sealed, they should seek to seal only the narrowly sealable information and not whole paragraphs, documents, sections, or presentations that do not justify extensive redaction.  In some documents, the information at issue is too general to warrant sealing.  A number of proposed sealings are markedly overbroad.  Other suggested redactions would inappropriately shield stale information

that is too old to be presently confidential.  And yet other redacted exhibits and depositions in their current states would close from the public exhibits that lie at the very heart of this case, including proposed redactions to the SULAs and royalty rates and payments.  In light of the public's right to access, this Court finds no colorable justification to seal those exhibits that would be highly relevant to the adjudication of the claims at issue in the trial.  Repeated requests to close and clear the courtroom would be unduly cumbersome to the Court's interest in managing the trial.  Sealing such information would hamstring the parties and stymie them from litigating key issues effectively and efficiently.  Furthermore, over-sealing crucial exhibits would impede the jury and the public's ability to understand the nature of the proceedings and the factual basis for the parties' claims.

Accordingly, the Court finds that the parties have not articulated "compelling reasons" to keep all the requested information from the public.  As such, the Court **GRANTS in part and DENIES in part** each of the motions to seal and instructs the parties to introduce – if called at trial – redacted versions of their documents consistent with the **<u>following tables</u>**:

**IT IS SO ORDERED.**

Dated:  April 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge

6

## Qualcomm's Requested Exhibits to Seal

| Exhibit | Page/Line | Ruling |
|---|---|---|
| DTX00021 | 1-2 | GRANTED. |
| DTX00044 | 3 | GRANTED. |
| DTX00064 | 3, 5 | GRANTED. |
| DTX00065 | 5, 11 | GRANTED. |
| DTX00066 | 7-9, 13-14, 17, 19, 20 | GRANTED. |
| DTX00068 | 9-10 | GRANTED. |
| DTX00082 | 3, 4 | GRANTED. |
| DTX00085 | 1-2 | GRANTED. |
| DTX00090 | 5, 7 | GRANTED. |
| DTX00097 | 1, 4, 5 | GRANTED. |
| DTX00104 | 5-6, 8, 10, 12 | GRANTED. |
| DTX00254 | 4, 10 | GRANTED. |
| DTX00256 | 11 | GRANTED. |
| DTX00261 | 4-5, 7-9, 13-14 | GRANTED. |
| DTX00262 | 3, 11, 12, 25, 27, 35, 37-38, 44 | GRANTED. |
| DTX00274 | 1 | GRANTED. |
| DTX00309 | 1-6 | GRANTED. |
| DTX00370 | 13-15, 19 | GRANTED. |
| DTX00373 | 2-5 | GRANTED. |
| DTX00382 | 4, 5, 7-11 | GRANTED. |
| DTX00397 | 3 | GRANTED. |
| DTX00497 | 7, 10-20, 23, 24, 27-38, 40, 46, 49-59, 62-63, 66-77, 79-81 | DENIED with respect to portions of pages 10-20, 23-24, 29, 31, 37-38, 40, 49-56, 58-59, 62-63, 68, 70-73, 76-77, 79-80 that contain contract provisions that are not financial in nature or CBI and stale.  GRANTED with respect to other requests to seal financial and indemnity terms. |
| DTX00504 | 7, 9, 10, 14, 19, 20, 22, 23, 27, 28, 42, 58, 59 | DENIED with respect to portions of pages 7, 9-10, 14, 42, 58-59 that contain contract provisions that are not financial in nature or CBI and stale.  GRANTED with respect to other requests to seal financial and indemnity tterms. |
| DTX00548 | 3, 5-6 | GRANTED. |
| DTX00713 | 7 | GRANTED. |
| DTX00736 | 2-4 | GRANTED. |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| DTX00737 | 3 | GRANTED. |
| DTX00842 | 5 | GRANTED. |
| DTX00862 | 3 | GRANTED. |
| DTX00869 | 1, 7-9 | GRANTED. |
| DTX00882 | 2 | GRANTED. |
| DTX00890 | 4-6, 10-11, 39 | GRANTED. |
| DTX00907 | 3 | GRANTED. |
| DTX00910 | 3 | GRANTED. |
| DTX00932 | 7, 10, 12, 15, 21-22, 25, 26, 29-31, 35, 37, 38, 40, 42 | GRANTED. |
| DTX00998 | 3 | GRANTED. |
| DTX01000 | 20-35 | GRANTED. |
| DTX01002 | 10-11, 15-17 | GRANTED. |
| DTX01003 | 10, 15 | GRANTED. |
| DTX01008 | 35 | GRANTED. |
| DTX01019 | 3, 4 | DENIED. |
| DTX01038 | 2-10, 15 | DENIED with respect to pages 2-4, 7-10 with respect to Samsung gag requirements.  GRANTED in part with respect to other requests. |
| DTX01039 | 2-3, 6-7, 16, 18-20 | GRANTED. |
| DTX01045 | 1 | GRANTED. |
| DTX01065 | 1 | GRANTED. |
| DTX01105 | 5, 6, 8-11, 15, 17-18, 21-22, 29, 31, 37, 41-43, 47-50 | GRANTED. |
| DTX01173 | 3-4 | GRANTED. |
| DTX01189 | 3-10 | GRANTED. |
| DTX01368 | 2, 5, 9 | GRANTED. |
| DTX01375 | 5-6, 9-11 | GRANTED. |
| DTX01381 | 3 | GRANTED. |
| DTX01402 | 2 | GRANTED. |
| DTX01403 | 4 | GRANTED. |
| DTX01407 | 9-13 | GRANTED. |
| DTX01437 | 3, 10-11 | GRANTED. |
| DTX01440 | 1-3, 5 | GRANTED. |
| DTX01447 | 9-13 | GRANTED. |

| Exhibit | Page/Line | Ruling |
|---------|-----------|--------|
| DTX01454 | 1-2 | GRANTED. |
| DTX01456 | 5, 6 | GRANTED. |
| DTX01462 | 4, 6-8, 10-14, 19-21, 24, 25, 27-29, 31-33, 36-39, 50-58, 63, 64, 65, 68, 69, 81, 82, 85, 86, 95-99 | DENIED with respect to definitions that are not financial or CBI in nature on 4, 20, 55-58.  GRANTED with respect to the remainder of the request. |
| DTX01463 | 2, 4-6, 8-12, 17-19, 22-23, 25-27, 29-31 | DENIED with respect to definitions that are not financial or CBI in nature on 2 and 18.  GRANTED with respect to the remainder of the request. |
| DTX01464 | 1, 2, 5, 6 | GRANTED |
| DTX01475 | 2, 5, 9, 12 | GRANTED |
| DTX15700 | 8, 10, 14-16, 19-25, 27-38, 49-58 | GRANTED |
| DTX19462 | 7, 11, 13 | GRANTED |
| JTX002 | 1-11, 13-14 | GRANTED |
| JTX003 | 1-6 | GRANTED |
| JTX004 | 1-2, 5-7 | DENIED with respect to non-financial or CBI provisions on 1, 2, 5-7.  GRANTED with respect to other requests. |
| JTX005 | 1-4 | GRANTED |
| JTX006 | 3, 4 | GRANTED |
| JTX009 | 13-15 | GRANTED |
| JTX010 | 2-6 | GRANTED |
| JTX026 | 3 | GRANTED |
| JTX108 | 7 | GRANTED |
| JTX114 | 2-3 | GRANTED |
| JTX116 | 3, 7, 10-12, 16, 24, 57, 59 | GRANTED |
| JTX117 | 2-3, 5 | GRANTED |
| JTX119 | 2,3, 5-11, 13-16, 19-36, 38, 39, 41, 48, 49, 52-54, 56-57, 61-65, 67, 68, 71-85 | GRANTED |
| JTX120 | 2, 3 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---------|-----------|--------|
| JTX126 | 10-16, 19-22, 31-32, 40, 46, 54-56, 71-78 | DENIED with respect to non-financial or CBI provisions on 19-22, 46, 71-78.  GRANTED with respect to other requests. |
| JTX127 | 8 | GRANTED |
| JTX132 | 5, 13, 21-24 | GRANTED |
| JTX136 | 3, 12, 19-22, 41, 43, | GRANTED |
| JTX143 | 4, 8, 11, 13, 15-20 | GRANTED |
| PTX000086 | 1 | GRANTED |
| PTX000154 | 1-2, 4-5 | GRANTED |
| PTX000389 | 1, 7-10 | GRANTED |
| PTX000406 | 1-2 | GRANTED |
| PTX000453 | 3 | GRANTED |
| PTX000485 | 8, 15-16, 24, 48-50, 54, 57, 63, 68, 70, 71, 73-74, 78-79, 81, 89-90, 95, 96, 103-115, 122, 128-131, 144-145, 147, 152, 157-158, 160-162, 164-168 | GRANTED |
| PTX000579 | 1-2 | GRANTED |
| PTX000594 | 1-2, 4-5, 7-8 | GRANTED |
| PTX000597 | 3-4, 6-7 | GRANTED |
| PTX000598 | 2 | GRANTED |
| PTX000610 | 1-2 | GRANTED |
| PTX000612 | 5, 10-11 | GRANTED |
| PTX000636 | 2-3 | GRANTED |
| PTX000642 | 1 | GRANTED |
| PTX000648 | 1-2, 4-5, 7-8 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX000662 | 1-2, 4-7 | GRANTED |
| PTX000685 | 7 | GRANTED |
| PTX000686 | 1-2 | GRANTED |
| PTX000716 | 1, 3 | GRANTED |
| PTX000727 | 1 | GRANTED |
| PTX000830 | 2 | GRANTED |
| PTX000852 | 1-2 | GRANTED |
| PTX000891 | 1, 4-5 | GRANTED |
| PTX000891.001 | 1, 4-5 | GRANTED |
| PTX000893 | 4-6, 8, 17, 20 | GRANTED |
| PTX000901 | 1, 4, 6-7 | GRANTED |
| PTX000904 | 1-2, 4-5 | GRANTED |
| PTX000904.001 | 1-2, 4-5 | GRANTED |
| PTX000910 | 2 | GRANTED |
| PTX000926 | 2 | GRANTED |
| PTX000941 | 2, 5 | GRANTED |
| PTX000949 | 6, 7 | GRANTED |
| PTX000949.001 | 6, 7 | GRANTED |
| PTX001006 | 2, 4, 5 | GRANTED |
| PTX001007 | 1, 2 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX001008 | 1-4 | DENIED with respect to non-financial or CBI provisions on 1-2.  GRANTED with respect to other requests. |
| PTX001010 | 1-2 | DENIED with respect to non-financial or CBI provisions on 2.  GRANTED with respect to other requests. |
| PTX001011 | 2, 4 | GRANTED |
| PTX001023 | 1-4 | GRANTED |
| PTX001029 | 1-2 | GRANTED |
| PTX001049 | 1, 5 | GRANTED |
| PTX001049.001 | 1, 5 | GRANTED |
| PTX001117 | 2 | GRANTED |
| PTX001137 | 1, 2 | GRANTED |
| PTX001154 | 2 | GRANTED |
| PTX001215 | 6, 9-13, 15-16, 19, 21, 24-28 | GRANTED |
| PTX001238 | 2-24, 27-38, 40-63, 66-77, 79 | GRANTED |
| PTX001303 | 3 | GRANTED |
| PTX001312 | 2-3 | GRANTED |
| PTX001357 | 2-5, 8-9, 12-14, 16, 18 | GRANTED |
| PTX001378 | 4-103 | DENIED with respect to non-financial or CBI provisions on 5-12, 15-16, 18-27, 29, 31-33, 36-39, 43-46, 48-55, 57-65, 69, 71.  GRANTED with respect to other requests. |
| PTX001378.001 | 4-103 | DENIED with respect to non-financial or CBI provisions on 5-12, 15-16, 18-27, 29, 31-33, 36-39, 43-46, 48-55, 57-65, 69, 71.  GRANTED with respect to other requests. |
| PTX001388 | 2, 4 | GRANTED |
| PTX001434 | 45-46, 48-49, 51-52 | GRANTED |
| PTX001474 | 2, 4 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX001477 | 5, 6 | GRANTED |
| PTX001558 | 1-4 | GRANTED |
| PTX001567 | 4-8 | GRANTED |
| PTX001573 | 7,8,10-14 | GRANTED |
| PTX001621 | 1-2 | GRANTED |
| PTX001643 | 1, 3 | GRANTED |
| PTX001647 | 1, 4 | GRANTED |
| PTX001653 | 1 | GRANTED |
| PTX001657 | 1 | GRANTED |
| PTX001673 | 1-3 | GRANTED |
| PTX001674 | 1 | GRANTED |
| PTX001675 | 2-4, 8-10 | GRANTED |
| PTX001684 | 1-7 | GRANTED |
| PTX001684.001 | 1-7 | GRANTED |
| PTX001686 | 1-2, 4-5, 7-13 | GRANTED |
| PTX001686.001 | 1-2, 4-5, 7-13 | GRANTED |
| PTX001690 | 1-2 | GRANTED |
| PTX001749 | 4, 8, 13, 15-20 | GRANTED |
| PTX001749.001 | 4, 8, 13, 15-20 | GRANTED |
| PTX001785 | 1, 8-9, 11-12 | GRANTED |
| PTX001785.001 | 1, 8-9, 11-12 | GRANTED |
| PTX001832 | 4, 6-10 | GRANTED |
| PTX001888 | 1-2, 4-5, 8 | GRANTED |
| PTX001888.001 | 1-2, 4-5, 8 | GRANTED |
| PTX001941 | 2-4 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX001943 | 2, 5 | DENIED with respect to comments that are not financial or CBI in nature on 5.  GRANTED with respect to other requests. |
| PTX001963 | 3, 7-11 | DENIED with respect to the "Antitrust/FRAND 'peace treaty' provision" on 11. |
| PTX001984 | 1-5, 7 | DENIED. |
| PTX001992 | 6, 8, 10, 13-17, 19, 21, 23, 25-29, 31-33, 37-39, 43-48, 52-54, 56-59 | GRANTED |
| PTX001992.001 | 6, 8, 10, 13-17, 19, 21, 23, 25-29, 31-33, 37-39, 43-48, 52-54, 56-59 | GRANTED |
| PTX002027 | 1-3 | GRANTED |
| PTX002043 | 2-5, 7-8 | GRANTED |
| PTX002049 | 4, 9 | GRANTED |
| PTX002064 | 1-7 | GRANTED |
| PTX002068 | 5 | GRANTED |
| PTX002104 | 6, 7, 9, 12, 13, 15 | GRANTED |
| PTX002135 | 7-9, 13-14, 17, 19-21, 23-26, 30, 39, 42 | GRANTED |
| PTX002144 | 2-68, 70-81 | DENIED with respect to pages 2-18, 36-63, 70-81 that are not financial or otherwise CBI and SULA terms unrelated to royalties.  GRANTED with respect to other requests. |
| PTX002155 | 10, 14-16, 19-25, 27-38, 49-63, 65 | GRANTED |
| PTX002155.001 | 10, 14-16, 19-25, 27-38, 49-63, 65 | GRANTED |
| PTX002167 | 1-19 | GRANTED |
| PTX002169 | 3 | GRANTED |
| PTX002189 | 4, 5 | GRANTED |
| PTX002240 | 1, 2 | GRANTED |
| PTX002248 | 3-5, 7-11 | GRANTED |
| PTX002261 | 3-5 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX002266 | 13, 14, 25-27 | GRANTED |
| PTX002320 | 20-35 | GRANTED |
| PTX002334 | 1 | GRANTED |
| PTX002385 | 27-29 | GRANTED |
| PTX002412 | 3-4, 7-9 | GRANTED |
| PTX002412.001 | 3-4, 7-9 | GRANTED |
| PTX002492 | 1 | GRANTED |
| PTX002501 | 1-3 | GRANTED |
| PTX002504 | 1-2 | GRANTED |
| PTX002505 | 1-2 | GRANTED |
| PTX002510 | 1-2 | GRANTED |
| PTX002520 | 4-6 | GRANTED |
| PTX002520.001 | 4-6 | GRANTED |
| PTX002540 | 7-9, 14 | GRANTED |
| PTX002540.001 | 7-9, 14 | GRANTED |
| PTX002557 | 3 | GRANTED |
| PTX002567 | 1 | GRANTED |
| PTX002597 | 19, 34, 36, 41, 43, 45 | GRANTED |
| PTX002597.001 | 19, 34, 36, 41, 43, 45 | GRANTED |
| PTX002598 | 3-5, 8, 10, 11 | GRANTED |
| PTX002598.001 | 3-5, 8, 10, 11 | GRANTED |
| PTX002640 | 1-4 | GRANTED |
| PTX002642 | 1 | GRANTED |
| PTX002645 | 1-2 | GRANTED |
| PTX002684 | 1, 4 | GRANTED |
| PTX002709 | 1-2, 6-9, 16-21 | DENIED with respect to pages 1-2, 16 relating to 2015 business strategies that relate to issues in this case. |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX002730 | 8, 12-13, 18-20, 26-31 | DENIED with respect to page 3, 4, 26 regarding risks, overall strategic change, and mitigation strategies that are non-financial and CBI in nature.  GRANTED with respect to the remainder. |
| PTX002738 | 4, 7, 8, 12, 19-22, 28-33 | DENIED with respect to Qualcomm's mitigation strategies on page 28.  GRANTED with respect to the remainder. |
| PTX002762 | 1-3 | GRANTED |
| PTX002776 | 2, 4-5 | GRANTED |
| PTX002776.001 | 2, 4-5 | GRANTED |
| PTX002814 | 1, 3 | GRANTED |
| PTX002814.001 | 1, 3 | GRANTED |
| PTX002835 | 2, 5, 6-23, 25-27, 32-36, 41-56, 71, 73-75, 79-84 | GRANTED |
| PTX002861 | 1 | GRANTED |
| PTX002875 | 4-7 | GRANTED |
| PTX002875.001 | 4-7 | GRANTED |
| PTX002895 | 1 | GRANTED |
| PTX002898 | 1 | GRANTED |
| PTX002904 | 1-2 | DENIED. |
| PTX002914 | 15-16, 21, 26 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX002922 | 3, 12, 16-20, 22-33, 35-42, 44 46, 49, 54-57, 60, 64, 66, 80, 83, 84, 86-88, 90, 94, 101-102, 106, 107, 110-111, 114, 116, 118-120, 125, 130-131, 139-143, 144, 150, 155-158, 164, 167, 169 | DENIED with respect to non-financial or CBI information on pages 94, 116, and 175.  GRANTTED with respect to the remainder. |
| PTX002925 | 1-5 | GRANTED |
| PTX002933 | 2-3 | GRANTED |
| PTX002944 | 1 | GRANTED |
| PTX002946 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | DENIED with respect to page 8 regarding risks to Qualcomm's business.  GRANTED with respect to the remainder. |
| PTX002946.001 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | GRANTED |
| PTX002946.002 | 1, 7-9, 13-20, 22-27, 30, 32-33, 35 | GRANTED |
| PTX002972 | 2, 5, 8, 10-12, 14, 17, 34-35, 37, 46, 48, 49, 57, 59, 60, 62, 71, 73, 81-82, 84, 95, 97, 98, 105-106, 108, 120-121, 126, 133-136, 138 | DENIED with respect to non-financial or CBI information on 5, 8, 10, 48, 57, 73, 81, 97, 105, 121, and 134.  GRANTED with respect ot the remainder. |
| PTX003026 | 1, 4, 5 | GRANTED |
| PTX003083 | 8-11, 14-16, 19-23 | DENIED with respect to Lenovo's options for Qualcomm on 8-11.  GRANTED with respect to the remainder. |
| PTX003083.001 | 8-11, 14-16, 19-23 | DENIED with respect to Lenovo's options for Qualcomm on 8-11.  GRANTED with respect to the remainder. |
| PTX003110 | 1 | GRANTED |
| PTX003137 | 35, 37, 39-43, 48-49, 74-76, 79 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX003268 | 2, 3, 5-7 | GRANTED |
| PTX003296 | 8, 11 | GRANTED |
| PTX003369 | 7, 9, 17, 19, 21, 23, 31, 35, 39, 41, 51, 59, 61, 72, 80, 82, 86, 88, 90, 100, 102, 104, 108, 114, 116, 128, 130, 132, 134, 136, 138, 140, 142, 144, 146, 148 150, 152, 154, 156, 158, 160, 162, 164, 166, 168, 172-175 | DENIED with respect to 9, 21, 39, 128, 172-175 with respect to SEP analysis, Samsung non-CBI reference, non-CBI list of patents, references to certain assumptions about resolution with Apple and assumptions about Apple.  GRANTED with respect to the remainder. |
| PTX003386 | 1-2 | DENIED. |
| PTX003393 | 3-9 | GRANTED |
| PTX003393.001 | 3-9 | GRANTED |
| PTX003403 | 1 | GRANTED |
| PTX003410 | 1 | GRANTED |
| PTX003429 | 5, 13 | GRANTED |
| PTX003447 | 3-16, 18 | GRANTED |
| PTX003447.001 | 3-16, 18 | GRANTED |
| PTX003471 | 4, 6-8, 10-14, 19-21, 24-25, 27-33, 35-41, 50-58, 63-65, 68-69, 81-82, 85-86, 95-99 | DENIED with respect to information that is non-financial or CBI on 4, 19-21, 55-58.  GRANTED with respect to the remainder. |
| PTX003548 | 9, 12-14, 22, 23, 26, 45 | GRANTED |
| PTX003569 | 3, 6 | GRANTED |
| PTX003571 | 2-4 | GRANTED |
| PTX003585 | 3-4 | GRANTED |
| PTX003587 | 2, 5, 9-20, 22-25 | GRANTED |
| PTX003588 | 4-5, 10-14, 19-23 | GRANTED |
| PTX003657 | 4-6, 15-18 | GRANTED |

| Exhibit | Page/Line | Ruling |
|---|---|---|
| PTX003665 | 6, 9, 14, 21, 24 | GRANTED |
| PTX003691 | 2, 5, 9 | GRANTED |
| PTX003759 | 3-5, 9, 10, 12 | GRANTED |
| PTX003795 | 2, 4-6, 8-12, 17-19, 22-23, 25-27, 29-31 | DENIED with respect to non-financial or CBI information on 2, 18-20.  GRANTED with respect to the remainder. |
| PTX003796 | 1-7 | GRANTED |
| PTX003798 | 2-10, 15 | DENIED with respect to gag provisions.  GRANTED with respect to the remainder. |
| PTX003799 | 1-6, 9 | DENIED with respect to patent exhaustion on 2, 4.  GRANTED with respect to the remainder. |
| PTX011034 | 1, 2, 4 | GRANTED |
| PTX011036 | 1, 2 | GRANTED |
| PTX011078 | 1 | GRANTED |
| PTX011080 | 1-4, 8-9 | GRANTED |
| PTX011127 | 2,3, 5-7, 9-12, 15-19, 21-24, 26, 28-31, 33, 35-38, 42-45, 47-50, 52-59, 63-64 | GRANTED |
| PTX011255 | 9, 12, 13-17, 29 | GRANTED |
| PTX011256 | 7, 10, 12, 15, 21-22, 25-26, 29-31, 35, 37-38, 40, 42 | GRANTED |
| PTX011259 | 1, 2 | GRANTED |
| PTX011263 | 10, 11, 16-18, 25-29 | DENIED with respect to Qualcomm's mitigation strategies on 24.  GRANTED with respect to the remainder. |
| PTX011264 | 1, 3-6 | DENIED with respect to talking points on 3-5.  GRANTED with respect to the remainder. |
| PTX011269 | 3-4, 7-9, 11, 14-16, 19, 29, 63, 67, 70, 77, 79, 81-88, 90-104 | GRANTED |

**Apple's Requested Exhibits to Seal**

| Exhibit | Information Sought to Be Sealed According to Apple and the CMs | Ruling |
|---|---|---|
| JTX006 DTX00082 | Q2017MDL1_01061812-816 AAPL-QC-00128495-99 | DENIED as overbroad. The Court will GRANT Qualcomm's narrower set of redactions as most of the redacted material is not sensitive business information or is at issue in this case. |
| JTX010 | Q2014FTC03250056 | GRANTED. |
| JTX062 | Q2017MDL1_03051478-79 Q2017MDL1_03051481 Q2017MDL1_03051484 Q2017MDL1_03051486-92 Q2017MDL1_03051499 Q2017MDL1_03051508-09 Q2014FTC00345631-632 Q2014FTC00345634 Q2014FTC00345637 Q2014FTC00345639-640 Q2014FTC00345640-641 Q2014FTC00345641-642 Q2014FTC00345642-645 Q2014FTC00345652 Q2014FTC00345662 | DENIED as overbroad. |
| JTX006 DTX00082 | Q2017MDL1_01061812-816 AAPL-QC-00128495-99 | DENIED as overbroad. The Court will GRANT Qualcomm's narrower set of redactions as most of the redacted material is not sensitive business information or is at issue in this case. |
| JTX010 | Q2014FTC03250056 | GRANTED. |
| JTX062 | Q2017MDL1_03051478-79 Q2017MDL1_03051481 Q2017MDL1_03051484 Q2017MDL1_03051486-92 Q2017MDL1_03051499 Q2017MDL1_03051508-09 | DENIED as overbroad. |

| | | |
|---|---|---|
| | Q2014FTC00345631-632<br>Q2014FTC00345634<br>Q2014FTC00345637<br>Q2014FTC00345639-640<br>Q2014FTC00345640-641<br>Q2014FTC00345641-642<br>Q2014FTC00345642-645<br>Q2014FTC00345652<br>Q2014FTC00345662 | |
| JTX063<br>DTX01445 | Pegatron_0000000649, paragraph 3<br>Pegatron_0000000654, paragraph  5.2<br>Pegatron_0000000655-661, paragraph 5.2.1<br>Pegatron_0000000661-664, paragraphs 5.6-6.3<br>Pegatron_0000000672<br>Pegatron_0000000681-684<br>Pegatron_0000000686-687<br>Q2017MDL1_03114799<br>Q2017MDL1_03114804-811<br>Q2017MDL1_03114822<br>Q2017MDL1_03114831-834<br>Q2017MDL1_03114836 | DENIED. |
| JTX102 | APL-QC-FTC_14513387; APL-QCFTC_14513402-03 | DENIED. |
| JTX104 | AAPL-FTC-00128293 | DENIED as already public. |
| JTX108 | AAPL-FTC-00131619; AAPL-FTC-00131640;<br>AAPL-FTC-00131642; AAPL-FTC-00131644;<br>AAPL-FTC-00131672-74; AAPL-FTC-00131676<br>AAPL-FTC-00131672-74; AAPL-FTC-00131676 | GRANTED. |
| JTX113 | APL-QC-FTC_16508200-01 | DENIED as these royalties are directly at issue in this case. |
| PTX000409<br>DTX00074 | AAPL-FTC-00125254; AAPL-FTC-00125256 | DENIED as stale. |
| PTX000451<br>DTX00907 | Q2014FTC03938580-82 | GRANTED. |
| PTX000461<br>DTX00872 | Q2014FTC00934630; Q2014FTC00934636-37;<br>Q2014FTC00934639; Q2014FTC00934641-42;<br>Q2014FTC00934644-50;<br>Q2014FTC00934668-71;<br>Q2014FTC00934674-75;<br>Q2014FTC00934677-82; | DENIED. |

| | | |
|---|---|---|
| | Q2014FTC00934630<br>Q2014FTC00934636-637<br>Q2014FTC00934639<br>Q2014FTC00934641-642<br>Q2014FTC00934644-645<br>Q2014FTC00934645-647<br>Q2014FTC00934647-650<br>Q2014FTC00934657, ¶14.2<br>Q2014FTC00934668-669<br>Q2014FTC00934671<br>Q2014FTC00934674-675<br>Q2014FTC00934677-678<br>Q2014FTC00934678<br>Q2014FTC00934679<br>Q2014FTC00934680-683<br>Q2014FTC00934687<br>Q2014FTC00934690 | |
| PTX000636 | AAPL-FTC-00012322-24 | GRANTED. |
| PTX000800<br>DTX01015 | Q2017MDL4_00013341<br>Q2017MDL4_00013346<br>Q2017MDL4_00013347-352<br>Q2017MDL4_00013353-354<br>Q2017MDL4_00013362<br>Q2017MDL4_00013370-373<br>Q2017MDL4_00013336-37;<br>Q2017MDL4_00013341;<br>Q2017MDL4_0001334649;<br>Q2017MDL4_00013351 | DENIED. |
| PTX000809<br>DTX00871 | Q2014FTC00932770; Q2014FTC00932794-95;<br>Q2014FTC00932799-800;<br>Q2014FTC0093280410;<br>Q2014FTC00932812;<br>Q2014FTC00932799-800<br>Q2014FTC00932804-814<br>Q2014FTC00932822<br>Q2014FTC00932831-834 | DENIED. |
| PTX000810<br>DTX00934 | Q2014FTC00418698<br>Q2014FTC00418702<br>Q2014FTC00418702<br>Q2014FTC00418707-714<br>Q2014FTC00418715-717<br>Q2014FTC00418726<br>Q2014FTC00418734-737<br>Q2017MDL1_00304099;<br>Q2017MDL1_00304103-104;<br>Q2017MDL1_00304108-118;<br>Q2017MDL1_00304127; | DENIED. |

| | | |
|---|---|---|
| | Q2017MDL1_00304135138<br>Q2014FTC004543250;<br>Q2014FTC004543254;<br>Q2014FTC004543255;<br>Q2014FTC004543259-269;<br>Q2014FTC004543278;<br>Q2014FTC004543286-289 | |
| PTX000941 | PTX000941 at 1-9, 11 | GRANTED. |
| PTX001038 | PTX001038 at 1 | DENIED as overbroad. |
| PTX001162 | Pegatron_0000000631-32 | GRANTED. |
| PTX001422<br>DTX0029 | AAPL-FTC-00035200 | GRANTED. |
| PTX001429<br>DTX00056 | AAPL-FTC-00100547-49; AAPL-FTC-0010055153 | GRANTED. |
| PTX001436<br>DTX00050 | AAPL-FTC-00080047; AAPL-FTC-00080050-51; AAPL-FTC-00080055-56 | GRANTED. |
| PTX001457<br>DTX00020 | AAPL-FTC-00010255-56 | GRANTED. |
| PTX001477<br>DTX01456 | Q2017MDL1_01247724-25;<br>Q2017MDL1_01247728-30<br>Q2014FTC01408454<br>Q2014FTC01408455<br>Q2014FTC01408458-461 | GRANTED. |
| PTX001496<br>DTX00054 | PTX001496: APL-FTC-00087975-77,<br>AAPL FTC-00087981-83, AAPL-FTC-00087985-87, AAPL -FTC-00087994-95<br>DTX0054: APL-QC-FTC_34560911-13;<br>APL-QCFTC_34560917-19; APL-QC-FTC_34560921-23;<br>APL-QC-FTC_34560925; APL-QCFTC_34560930-31 | GRANTED. |
| PTX001675<br>DTX00254 | APL-QC-FTC_14513290-92; APL-QCFTC_14513296-98; APL-QC-FTC_14513306;<br>APL-QC-FTC_14513320 | DENIED as overbroad, previously made public, or at issue in the case.  The Court will GRANT Qualcomm's narrower set of redactions. |
| PTX001713 | APL-QC-FTC_26500921 | DENIED as previously made public. |
| PTX002043 | AAPL-FTC-00077424-27; AAPL-FTC-0007742930 | GRANTED. |
| PTX002135<br>DTX00066 | AAPL-FTC-00108173-74; AAPL-FTC-00108176-78; AAPL-FTC-00108182-83; AAPL-FTC-00108186; AAPL-FTC-00108188-90; AAPL-FTC-00108192-95; AAPL-FTC-00108199;<br>AAPL-FTC-00108204; AAPL-FTC-00108206; AAPL-FTC- | DENIED as already public information.  The Court will GRANT Qualcomm's narrower redactions. |

|  | 00108208; AAPL-FTC-00108211 |  |
|---|---|---|
| PTX002189 | AAPL-FTC-00128664-65 | GRANTED. |
| PTX002240 | AAPL-FTC-00005038-39 | GRANTED. |
| PTX002320 DTX01000 | Q2014FTCO1246467 Q2014FTCO1246469 Q2014FTCO1246471 Q2014FTCO1246473 Q2014FTCO1246475-504 Q2014FTCO1246508 Q2017MDL1_03080403-06; Q2017MDL1_03080408; Q2017MDL1_03080410; Q2017MDL1_03080412; Q2017MDL1_0308041443; Q2017MDL1_03080447 | GRANTED. |
| PTX002640 | Q2014FTC04597436-38 | GRANTED. |
| PTX002762 | AAPL-FTC-00153047-49 | GRANTED. |
| PTX002944 | AAPL-FTC-00132744 | GRANTED. |
| PTX003026 DTX00097 | APL-QC_00088525-26; APL-QC_00088528-29 | DENIED as overbroad. The Court will GRANT Qualcomm's narrower redactions. |
| PTX003031 | APL-QC-FTC_07606882 | DENIED as already public. |
| PTX003357 DTX00101 | APL-QC_00450897-99; APL-QC_00451010-11; APL-QC_00451020-27; APL-QC_00451032; APL-QC_00451045; APL-QC_00451053-54 | GRANTED. |
| PTX003375 DTX01128 | Pages 4-10, 13-14, 17-19 | DENIED as overbroad and at-issue to the case. |
| PTX003605 DTX00567 | AAPL-FTC-00005290-291, 300 | GRANTED. |
| PTX003606 DTX00857 | Pegatron_0001298536; Pegatron_0001298545; Pegatron_0001298550-51 Pegatron_0001298536, paragraph 2.5 (b) Pegatron_0001298545, paragraph 7.3 Pegatron_0001298551, paragraph 14.1, 14.2 | GRANTED. |
| PTX003615 DTX00829 | Pegatron_ 0000053922; Pegatron_ 0000053931; Pegatron_ 0000053936-37 Pegatron_0000053922, paragraph 2.5 (b) Pegatron_0000053931, paragraph 7.3 Pegatron_0000053937, paragraph 14.1 | GRANTED. |

25

| | | |
|---|---|---|
| PTX003656<br>DTX00847 | Pegatron_ 0000831093; Pegatron_<br>0000831095;<br>Pegatron_ 0000831098; Pegatron_<br>0000831100-06<br>Pegatron_0000831093, paragraph 3.4<br>Pegatron_0000831093, paragraph 3.5 | DENIED as to<br>indemnification information<br>on page 4. |
| PTX003661<br>DTX00831 | Pegatron_ 0000210803-04; Pegatron_<br>0000210806;<br>Pegatron_ 0000210809; Pegatron_<br>0000210811-16<br>Pegatron_0000210804,  paragraph  3.1(b)(i)<br>Pegatron_0000210804,  paragraph  3.1(b)(ii)<br>Pegatron_0000210804,  paragraph 3.1(b)(iii)<br>Pegatron_0000210804, paragraph 3.4<br>Pegatron_0000210804, paragraph 3.5<br>Pegatron_0000210806, paragraph 5.7<br>Pegatron_0000210809<br>Pegatron_0000210811-<br>Pegatron_0000210816 | GRANTED. |
| PTX003677<br>DTX00832 | Pegatron_0000214163-64;<br>Pegatron_0000214166;<br>Pegatron_0000214171-72;<br>Pegatron_000021417479<br>Pegatron_0000214164, paragraph<br>3.4<br>Pegatron_0000214164, paragraph 3.5<br>Pegatron_0000214166, paragraph 5.7<br>Pegatron_0000214171, paragraph<br>5 Pegatron_0000214172<br>Pegatron_0000214174-<br>Pegatron_0000214179 | DENIED with respect<br>to pages 4 and 9 as<br>already public and<br>overbroad.<br>GRANTED in part<br>with respect to the<br>remainder. |
| PTX003684<br>DTX00017 | AAPL-FTC-00000049, 70<br>APL-QC_00087671, 92 | GRANTED. |
| PTX003691<br>DTX01368 | AAPL-FTC-00005413-417 | GRANTED. |
| PTX003700<br>DTX00277 | APL-QC-FTC_16514387 | GRANTED. |
| PTX003703<br>DTX00353 | APL-QC-FTC_26392667-668 | GRANTED. |
| PTX003714<br>DTX01192 | DTX-01192 at 3-4 | DENIED as overbroad and<br>already public. |
| PTX003728<br>DTX00436 | APL-QC-FTC_36256878-886 | GRANTED. |
| PTX003729<br>DTX01359 | Wistron_ 00004 75142_ 00001-04; Wistron_<br>00004<br>75142_ 00006-07<br>Wistron_0000475142_00001<br>Wistron_0000475142_00002<br>Wistron_0000475142_00003-00004, ¶7.8 | GRANTED. |

| | Wistron_0000475142_00006<br>Wistron_0000475142_00007 | |
|---|---|---|
| PTX003745<br>DTX00084 | AAPL-FTC-00130926-927 | GRANTED. |
| PTX003747<br>DTX00279 | APL-QC-FTC_16514430-31 | GRANTED. |
| PTX003756<br>DTX00102 | APL-QC_0045117-118, 133, 154 | GRANTED. |
| PTX003767<br>DTX00623 | APL-QC-00451166, 168, 172, 176, 184,<br>186, 347348, 350 | GRANTED. |
| PTX003768<br>DTX01193 | PTX03768 at 2<br>DTX01193, Exhibit 11 Page 86, paragraph<br>5.1 | DENIED with respect to<br>indemnification on page 3.<br>Already public and<br>overbroad. |
| PTX003777<br>DTX00278 | APL-QC-FTC_16514420-422 | DENIED with respect to<br>indemnification information<br>on pages 1-3.  Already public<br>and overbroad. |
| PTX003779<br>DTX00386 | APL-QC-FTC_30594007, 017-019 | GRANTED. |
| PTX003780<br>DTX00404 | APL-QC-FTC_32644283-285 | DENIED. |
| PTX003783<br>DTX01191 | Pages 3-4 | DENIED.  Indemnification<br>evidence is already-public<br>and is at-issue. |
| PTX003784<br>DTX01194 | Pages 3-4 | DENIED. |
| PTX003785<br>DTX01195 | Pages 3-4 | DENIED. |
| PTX011034 | AAPL-FTC-00128302-305 | DENIED as stale and<br>overbroad with respect<br>to pages 1-3; the Court<br>will adopt Qualcomm's<br>narrower set of<br>redactions.  GRANTED<br>with respect to the<br>remainder. |
| PTX011036<br>DTX01374 | AAPL-FTC-00101148 | DENIED as overbroad.<br>The Court will adopt<br>Qualcomm's narrower<br>set of redactions. |
| PTX011271 | APL-QC-FTC_36177930-931 | DENIED. |
| DTX00021 | AAPL-FT-00012225-36 | GRANTED. |
| DTX00042 | AAPL-FTC-00070233-34 | DENIED as overbroad.<br>The Court will adopt<br>Qualcomms narrower set<br>of redactions. |
| DTX00043 | AAPL-FTC-00070277-78 | DENIED as overbroad |

| | | and stale.  The Court will adopt Qualcomm's narrower set of redactions. |
|---|---|---|
| DTX00044 | AAPL-FTC-00070391 | GRANTED. |
| DTX00047 | AAPL-FTC-00075750 | DENIED as stale and overbroad  The Court will adopt Qualcomm's narrower set of redactions. |
| DTX00051 | AAPL-00080179-181 | GRANTED. |
| DTX00057 | AAPL-FTC-00100755, 757-760, 764-765 | GRANTED. |
| DTX00064 | AAPL-FTC-00106992-995 | DENIED as overbroad  The Court will adopt Qualcomm's narrower set of redactions. |
| DTX00065 | AAPL-FTC-00107709-711, 715-717, 724 | DENIED as already public. |
| DTX00068 | DTX-00068 from 9-10, 12 | DENIED as already public and overbroad.  The Court will adopt Qualcomm's narrower set of redactions. |
| DTX00078 | AAPL-FTC-00128294-296 | DENIED as already public. |
| DTX00085 | AAPL-FTC-00132140-141 | GRANTED. |
| DTX00090 | AAPL-FTC-00144026-029 | GRANTED. |
| DTX00095 | AAPL-FTC-00154236-237 | GRANTED. |
| DTX00104 | APL-QC_00458287-292, 294 | GRANTED. |
| DTX00112 | APL-QC_04376913-915 | GRANTED. |
| DTX00243 | Pages 2-8; 10, 12-17 (all of the attachment which does not have bates labels) | GRANTED. |
| DTX00261 | APL-QC-FTC_14804367-73; APL-QCFTC_14804375-78; APL-QC-FTC_14804381; APL-QC-FTC_14804383-85; APL-QCFTC_14804387-90; APL-QC-FTC_14804394; APL-QC-FTC_14804403; APL-QCFTC_14804406 | GRANTED. |
| DTX00274 | APL-QC-FTC_16508197 | GRANTED. |
| DTX00298 | APL-QC-FTC_20443065; APL-QC-FTC_20443070-73; APL-QC-FTC_20443076-77 APL-QC-FTC_20443079-82; APL-QCFTC_20443086-87; APL-QC-FTC_20443091; APL-QC-FTC_20443100-01; APL-QC-FTC_20443104-05; APL-QC- | GRANTED. |

| | | | |
|---|---|---|---|
| | | FTC_20443110-12; APL-QC-FTC_20443123; APL-QC-FTC_20443128; APL-QC-FTC_20443131; APLQC-FTC_20443133; APL-QC-FTC_20443141-42; APL-QC-FTC_20443145-47; APL-QCFTC_20443149-50; APL-QC-FTC_20443158; APL-QC-FTC_20443162; APL-QC-FTC_20443168-69; APL-QC-FTC_20443173; APL-QC-FTC_20443175-77; APL-QCFTC_20443185-87; APL-QC-FTC_20443190; APL-QC-FTC_20443192; APL-QC-FTC_20443195; APL-QC-FTC_20443198; APLQC-FTC_20443200-01; APL-QC-FTC_20443205-06; APL-QC-FTC_20443209; APL-QCFTC_20443212-13; APL-QC-FTC_20443216; APL-QC-FTC_20443218-21; APL-QCFTC_20443223; APL-QC-FTC_20443226-27; APL-QC-FTC_20443230-31; 33; APL-QCFTC_20443236; APL-QC-FTC_20443240-43; APL-QC-FTC_20443245; APL-QC-FTC_20443247; APL-QC-FTC_20443249; APL-QC-FTC_20443251; APL-QC-FTC_20443252; APL-QC-FTC_20443261; APL-QCFTC_20443265; APL-QC-FTC_20443268 | |
| DTX00321 | APL-QC-FTC_22481437-41; APL-QCFTC_22481443 | GRANTED. |
| DTX00324 | APL-QC-FTC_22482714-18 | DENIED as overbroad. |
| DTX00370 | APL-QC-FTC_29334869-74; APL-QCFTC_29334877; APL-QC-FTC_29334879-83; APL-QC-FTC_29334885 | GRANTED. |
| DTX00382 | APL-QC-FTC_30330006-07; APL-QCFTC_30330009-13 | GRANTED. |
| DTX00388 | ENTIRE DOC | DENIED as overbroad and |

| | | directly relevant to the claims at issue. |
|---|---|---|
| DTX00390 | ENTIRE DOC | DENIED as stale and overbroad. |
| DTX00395 | APL-QC-FTC_32299877-78 | GRANTED. |
| DTX00399 | APL-QC-FTC_32616906 | GRANTED. |
| DTX00401 | APL-QC-FTC_32617099-100; APL-QC-FTC_32617102-06; APL-QC-FTC_32617109-10; APL-QC-FTC_32617112-13 APL-QC-FTC_32617118; APL-QC-FTC_32617141; APLQC-FTC_32617158-61; APL-QC-FTC_32617180 | GRANTED. |
| DTX00476 | APL-QC-FTC_37390109-11 | DENIED. |
| DTX00477 | APL-QC-FTC_37390826; APL-QCFTC_37390829-30 | DENIED with respect to pages 7-8. GRANTED with respect to page 4. |
| DTX00482 | APL-QC-FTC_37394382-83 | DENIED. |
| DTX00483 | APL-QC-FTC_37394422-23 | DENIED. |
| DTX00546 | Compal_0000356768 Compal_0000356770 Compal_0000356774-775 Compal_0000356777 Compal_0000356779 Compal_0000356790 Compal_0000356791-794 | GRANTED. |
| DTX00548 | DTX00548 at 3-13 | GRANTED with respect to non-party names. DENIED with respect to the remainder. |
| DTX00565 | ERJC-QCOM-00019614-15 | GRANTED. |
| DTX00579 | Foxconn_0000070393 | DENIED. |
| DTX00581 | Foxconn_0000094563; Foxconn_0000094568; Foxconn_0000094571-72 | GRANTED. |
| DTX00582 | Foxconn_0000121086 Foxconn_0000121093 Foxconn_0000121095 Foxconn_0000121097 Foxconn_0000121098 Foxconn_0000121099-1100 Foxconn_0000121101 Foxconn_0000121086; Foxconn_0000121093-95; Foxconn_0000121097-101 | DENIED with respect to page 10. GRANTED with respect to the remainder. |
| DTX00583 | Foxconn_0000123115-116 Foxconn_0000123119 Foxconn_0000123121 | DENIED with respect to product code names on pages 7-8 and discussion |

| | | |
|---|---|---|
| | Foxconn_0000123122<br>Foxconn_0000123123-124<br>Foxconn_0000123125<br>Foxconn_0000123111-12;<br>Foxconn_000012311516;<br>Foxconn_0000123118-19;<br>Foxconn_0000123121-25 | on 12-13.  GRANTED with respect to the remainder. |
| DTX00585 | Foxconn_0000200348<br>Foxconn_0000200350<br>Foxconn_0000200351<br>Foxconn_0000200348;<br>Foxconn_0000200350-51 | DENIED with respect to pages 5 and 7.  GRANTED with respect to the remainder. |
| DTX00586 | DTX00586 at 4-11 | GRANTED. |
| DTX00588 | Foxconn_0000572869_00003<br>Foxconn_0000572869_00004 ¶7.2(b), 7.5<br>Foxconn_0000572869_00007<br>Foxconn_0000572869_00009-00010<br>Foxconn_0000572869_00013<br>Foxconn_0001191278 ¶5.4, 5.5<br>Foxconn_0001191279 ¶7.2(b), 7.5<br>Foxconn_0001191282-283<br>Foxconn_0001191284-287<br>Foxconn_0001191290<br>Foxconn_0000087845 ¶5.4, 5.5<br>Foxconn_0000087846 ¶7.2(b), 7.5<br>Foxconn_0000087849-850<br>Foxconn_0000087852-856<br>Foxconn_0000087859<br>AAPL-FTC-00005119 ¶5.4, 5.5<br>AAPL-FTC-00005120 ¶7.2(b), 7.5<br>AAPL-FTC-00005123-124<br>AAPL-FTC-00005126-130<br>AAPL-FTC-00005133 Foxconn 0000768097 ¶4.3, 4.4<br>Foxconn 0000768098 ¶5.3(b)<br>Foxconn 0000768099 ¶5.6<br>Foxconn 0000768101-102<br>Foxconn 0000768104 AAPL-FTC-00159009 AAPL-FTC-00159010 AAPL-FTC-00159011 AAPL-FTC-00159013-9014 AAPL-FTC-00159016<br>Foxconn_0000153229<br>Foxconn_0000153231<br>Foxconn_0000153233-235<br>Foxconn_0000153237<br>Foxconn_0000080514-515 | GRANTED. |

|  | | Foxconn_0000080521-522<br>DTX0588 Pages 6, 7, 10, 12, 13, 16, 21, 22, 25 to 30, 33, 38, 39, 42, 43, 45 to 49, 52, 57, 58, 61, 62, 64 to 68, 71, 75 to 77, 79, 80, 82, 85 to 87, 89, 90, 92, 95 to 97, 99 to 101, 103, 106, 107, 108, 113, 114 | |
| DTX00595 | Foxconn 0000583745_00001<br>Foxconn 0000583745_00005<br>Foxconn 0000583745_00007<br>Foxconn 0000583745_00012 | GRANTED. |
| DTX00605 | DTX00605 Page 6 | GRANTED. |
| DTX00704 | INTEL-QCOM007541467-69;<br>INTELQCOM007541471-74 | GRANTED. |
| DTX00835 | Pegatron_0000411850<br>Pegatron_0000411851 | GRANTED. |
| DTX00837 | Pegatron_0000489297, 298<br>Pegatron_0000489297, paragraph 5.1 | DENIED. |
| DTX00839 | Pegatron_0000621871_00002, 004, 010-018<br>Pegatron_0000621871_00002<br>Pegatron_0000621871_00004, paragraph 5.7<br>Pegatron_0000621871_00009, paragraph 5 Pegatron_0000621871_00010<br>Pegatron_0000621871_00012-621871_00017<br>Pegatron_0000621871-00018 | DENIED |
| DTX00840 | Native file, Tab 1, cells M4, N4, Q4, S4, T4, U4, and V4 | GRANTED. |
| DTX00842 | Pegatron_0000807205 to 207 | GRANTED. |
| DTX00852 | Pegatron_0001269562 to 563<br>Pegatron_0001269562, paragaph 5.1 | DENIED. |
| DTX00853 | Pegatron_0001269562 to 563<br>Pegatron_0001269562, paragaph 5.1 | DENIED. |
| DTX00854 | Pegatron_0001284123 to 124<br>Pegatron_0001284123-1284124, paragaph 5.1 | DENIED. |
| DTX00856 | Pegatron_0001284831<br>Pegatron_0001284832, paragraph (a), (b)(i) and (ii)<br>Pegatron_0001284833, paragraph 19 | GRANTED. |

| DTX00858 | Pegatron_0001298598, 600, 601, 603, 605 to 610<br>Pegatron_0001298598, paragraph 3.4<br>Pegatron_0001298598, paragraph 3.5<br>Pegatron_0001298600, paragraph 5.7<br>Pegatron_0001298603<br>Pegatron_0001298605-<br>Pegatron_0001298610 | |
|---|---|---|
| DTX00860 | Pegatron_0001301438, 473, 475, 476, 479, 481 to<br>488<br>Pegatron_0001301438, paragaph 9<br>Pegatron_0001301473, paragaph 8<br>Pegatron_0001301475<br>Pegatron_0001301476<br>Pegatron_0001301479, paragraph 5<br>Pegatron_0001301481, paragraph 5, 6.1, 6.2, 6.3<br>Pegatron_0001301482, paragraph 6.4.6.5<br>Pegatron_0001301482-0001301483, paragraph 8<br>Pegatron_0001301484-0001301488 | |
| DTX00861 | PEGATRON_1000000002<br>PEGATRON_1000000023<br>PEGATRON_1000000004<br>PEGATRON_1000000009-10, paragraph 1.29, 1.33<br>PEGATRON_1000000012, paragraph 3.1<br>PEGATRON_1000000013, paragraph 3.6<br>PEGATRON_1000000016, paragraph (f) and 6.1<br>PEGATRON_1000000017, paragraph 6.4 | GRANTED. |
| DTX00892 | Q2014FTC03405678; Q2014FTC03405681-82;<br>Q2014FTC03405687; Q2014FTC03405697;<br>Q2014FTC03405673-674<br>Q2014FTC03405676<br>Q2014FTC03405678<br>Q2014FTC03405680-681<br>Q2014FTC03405681-682 | DENIED. |

| | | |
|---|---|---|
| | Q2014FTC03405682-686<br>Q2014FTC03405693 | |
| DTX00998 | Q2017MDL1_03055012-23<br>Q2014FTC01221073-1084 | GRANTED with respect to non-party names. DENIED with respect to the remainder. |
| DTX01045 | QAPPCMSD06701327 | DENIED. |
| DTX01050 | Entire document | DENIED. |
| DTX01189 | Entire document | DENIED. |
| DTX01207 | Foxconn_0000954256<br>Foxconn_0000954257<br>Foxconn_0000954262-263<br>Foxconn_0000954264<br>Foxconn_0001177008-012<br>Foxconn_0001177017<br>Foxconn_0001177019<br>Foxconn_0001177021<br>Foxconn_0001177023<br>Foxconn_0001177025<br>Foxconn_0001177028<br>Foxconn_0001177029<br>Foxconn_0001176957<br>Foxconn_0001176958<br>Foxconn_0001176959<br>Foxconn_0001176960<br>Foxconn_0001176962<br>Foxconn_0001176970<br>Foxconn_0000728250_00007<br>Foxconn_0000728250_00008<br>Foxconn_0000728250_00009<br>Foxconn_0000728250_00015-00029<br>Foxconn_0001176906<br>Foxconn_0001176908<br>Foxconn_0001176910<br>Foxconn_0001176911<br>Foxconn_0001176915<br>Foxconn_0001176916<br>Foxconn_0001176918<br>Foxconn_0001176929 | GRANTED. |
| DTX01208 | AAPL-FTC-00080793<br>AAPL-FTC-00080794<br>AAPL-FTC-00080797<br>AAPL-FTC-00080800<br>Foxconn_0000572332_00003<br>Foxconn_0000572332_00004<br>Foxconn_0000572332_00007<br>Foxconn_0000572332_00008<br>Foxconn_0000572332_00011 | GRANTED. |

| | | | |
|---|---|---|---|
| | | Foxconn_0000572869_00003<br>Foxconn_0000572869_00004<br>Foxconn_0000572869_00007<br>Foxconn_0000572869_00009-00010<br>Foxconn_0001191278<br>Foxconn_0001191279<br>Foxconn_0001191282-287<br>Foxconn_0001191290<br>Foxconn_0000087845<br>Foxconn_0000087846<br>Foxconn_0000087849-850<br>Foxconn_0000087852-856<br>Foxconn_0000087859<br>AAPL-FTC-00005119<br>AAPL-FTC-00005120<br>AAPL-FTC-00005123-124<br>AAPL-FTC-00005126-130<br>AAPL-FTC-00005133<br>Foxconn_0001191320<br>Foxconn_0001191321<br>Foxconn_0001191322<br>Foxconn_0001191324-325<br>AAPL-FTC-00159009<br>AAPL-FTC-00159010<br>AAPL-FTC-00159011<br>AAPL-FTC-00159013-014<br>Foxconn_0000153229<br>Foxconn_0000153230<br>Foxconn_0000153231<br>Foxconn_0000153233-235<br>Foxconn_0000080514-515<br>Foxconn_0000080521-522<br>AAPL-FTC-00080793;<br>Foxconn_0000572332_00002;<br>Foxconn_0000572869_00002;<br>Foxconn_0001191277;<br>Foxconn_0000087844;<br>AAPL-FTC-00005118;<br>Foxconn_0001191319-20;<br>MPL-FTC-00159008-09; Foxconn<br>0000153228-29;<br>Foxconn 0000080515-16;<br>Foxconn_0000080522 | |
| DTX01350 | | Page<br>6<br>Page<br>7<br>Page 8<br>Page 10 | GRANTED. |

| DTX01353 | Wistron_0000278617<br>Wistron_0000278619<br>Wistron_0000278633<br>Wistron_0000278636<br>Wistron_0000278637<br>Wistron_0000278638, ¶ 4 and 5.1<br>Wistron_0000278639, ¶ 8<br>Wistron_0000278617, 619, 633, 636 to 639 | GRANTED. |
|---|---|---|
| DTX01354 | Wistron_0000296747-748 | GRANTED. |
| DTX01356 | Wistron_0000324216<br>Wistron_0000324216 to 217 | GRANTED. |
| DTX01357 | Wistron_0000332200, ¶ 4.4 and 4.5<br>Wistron_0000332201, ¶ 4.8<br>Wistron_0000332203 | GRANTED. |
| DTX01363 | WISTRON 1000000106<br>WISTRON 1000000107<br>WISTRON 1000000107<br>WISTRON 1000000108 | GRANTED. |
| DTX01367 | AAPL-FTC-00005290-92 | GRANTED. |
| DTX01375 | AAPL-FTC-00123664-71 | DENIED with respect to pages 4, 7, and 8. |
| DTX01381 | AAPL-FTC-00131937-44 | GRANTED. |
| DTX01386 | APL-QC_00451162, 166 to 168, 172, 176, 184, 186, 198 to 345, 347, 348, 350 | GRANTED. |
| DTX01420 | APL-QC-FTC_33497306 | GRANTED. |
| DTX01425 | APL-QC-FTC_37394004-4007<br>APL-QC-FTC_37394013-4017<br>APL-QC-FTC_37394021, paragraph 5.6 and 5.9<br>APL-QC-FTC_37394022,  paragraph  (c)<br>APL-QC-FTC_37394022,  paragraph  8.7<br>APL-QC-FTC_37394026<br>APL-QC-FTC_37394027<br>APL-QC-FTC_37394030<br>APL-QC-FTC_37394032<br>APL-QC-FTC_37394033 | DENIED with respect to indemnification and non-CBI information on pages 4-7, 13-15, 17, and 23. GRANTED with respect to the remainder. |
| DTX01447 | Pegatron_0000485684<br>Pegatron_0000485685<br>Pegatron_0000485686<br>Pegatron_0000485687<br>Pegatron_0000485688<br>Pegatron_0000485690<br>Pegatron_0000485691-696 | GRANTED. |
| DTX01450 | Pegatron_0000749605, paragaph 5.1<br>Pegatron_0000749605 to 606 | GRANTED. |

| DTX01478 | WISTRON 1000000117<br>WISTRON 1000000118<br>WISTRON 1000000121, ¶3.1<br>WISTRON 1000000122, ¶3.3, 3.4<br>WISTRON 1000000125, ¶(f)<br>WISTRON 1000000126, ¶6.1<br>WISTRON 1000000129, ¶6.9<br>WISTRON 1000000130, ¶6.9<br>WISTRON 1000000133, ¶6.20 | DENIED. |
|---|---|---|
| DTX19462 | Page 3 and 4 Licensing Management Section-SEP licensing contracts currently signed by Pegatron Page 5 and 6 Licensing Management Section-Audit<br>Page 7 a Licensing Management Section-Royalty<br>Page 9-10<br>Page 11<br>Page 12<br>Page 13<br>Page 14<br>Pages 3-14 in part | GRANTED. |

- 38 -

## Apple's Will Call Designations

| Deponent Name | Deposition Date | Information Sought to Be Sealed According to Apple and the CMs | Basis for Objection |
|---|---|---|---|
| Achour, Baaziz | 2/21/2018 | 97:17-98:15 | GRANTED. |
| Ahn, Seung | 3/28/2018 | 71:06-72:05; 73:16-20 | GRANTED. |
| Blumberg, Ira | 4/20/2018 | 141:07-18; 141:20-142:04 | GRANTED. |
| Chen, Vincent | 2/12/2018 | 124:17 | GRANTED. |
| Copper, Kimberly | 5/4/2018 | 24:15-18; 24:20-21; 25:01-11; 26:14-20; 46:11-18; 46:20-22; 54:03-08; 54:10-19; 57:22-24; 58:02-04; 61:12-18 | GRANTED. |
| Ding, Jian Xin | 3/7/2018 | 112:06-08; 112:11 | GRANTED. |
| Lutton, Richard | 5/11/2018 | 247:15-248:23; Counters: 181:16-24 | GRANTED. |
| Moynihan, John | 3/23/2018 | 163:03-07 | GRANTED. |

- 39 -

| Risher, Jeff | 4/18,/2018 | 95:19-96:14; 96:20-98:06; 222:16-223:05; 225:03-15 | GRANTED. |
|---|---|---|---|
| Sauer, Matthias | 4/19/2018 | 231:22-232:05 <u>Counters:</u> 86:08-15; 95:04-06; 104:02-10; 174:16-19; 182:18-23; 182:25-183:01; 229:21-230:03 | GRANTED. |
| Teskler, Boris | 4/20/2018 | 87:02-06; <u>Counters:</u> 50:1351:04; 86:21-87:01; 91:18-24; 132:23-134:02; 140:17-141:19; 142:05-09; 142:11-14; 177:07-17; 180:17-181:15 | DENIED. |
| Tien, Shawn | 3/15/2018 | 78:22; 79:02-04 | GRANTED. |
| Wang, Renee | 5/25/2018 | 93:04; 93:08; 95:03; 95:06; 97:16; 98:06; 98:09; 98:13 | GRANTED. |
| Wang, Selena | 6/14/2018 | 170:08; 170:13-171:01; 172:09; 172:11-173:07; 175:02-12; 185:24; 186:04; 186:15; 191:18 | GRANTED. |