Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with 3:17-CV-01010-GPC-MDD]<br><br>APPLE INC. AND THE CONTRACT MANUFACTURERS' NOTICE OF LODGMENT SEALED CERTAIN DOCUMENTS IDENTIFIED FOR OPENING STATEMENTS AND WITNESS EXAMINATIONS<br><br>Judge:   Hon. Gonzalo P. Curiel<br>Dept:    2D |

| | |
|---|---|
| 1 | Apple Inc. ("Apple"), and Compal Electronics, Inc., Hon Hai Precision |
| 2 | Industry Co., Ltd., FIH Mobile Ltd., Pegatron Corporation, and Wistron Corporation |
| 3 | (collectively, the "Contract Manufacturers" or "CMs") submit this Notice of |
| 4 | Lodgment of certain documents identified for opening statements and witness |
| 5 | examinations in connection with their Motion to File Under Seal (D.I. 1156): |
| 6 | • DTX01350 |
| 7 | • DTX01665 |
| 8 | • DTX02000 |
| 9 | • DTX02011 |
| 10 | • DTX02030 |
| 11 | • DTX02031 |
| 12 | • DTX02132 |
| 13 | • DTX02165 |
| 14 | • DTX02334 |
| 15 | • DTX02588 |
| 16 | • DTX02589 |
| 17 | • DTX03078 |
| 18 | • DTX09313 |
| 19 | • DTX09318 |
| 20 | • DTX09324 |
| 21 | • JTX0009 |
| 22 | • PTX002334 |
| 23 | • PTX002902 |
| 24 | Dated: April 15, 2019         Respectfully submitted, |
| 25 | By: */s/ Michael A. Amon* |
| 26 | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| | Seth M. Sproul, SBN 217711, sproul@fr.com |
| 27 | Fish & Richardson P.C. |
| | 12390 El Camino Real |
| | San Diego, CA 92130 |
| 28 | Phone: 619-678-5070 / Fax: 619-678-5099 |

1   Case No. 3:17-CV-00108-GPC-MDD

Ruffin B. Cordell, DC Bar No. 445801
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice*, elacqua@fr.com
Fish & Richardson P.C.
One Houston Center, 28th floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

William A. Isaacson, DC Bar No. 414788
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520
*pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-237-2727
Facsimile: 202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By:   */s/ Jason C. Lo*
GIBSON DUNN & CRUTCHER, LLP
Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Daniel G. Swanson (SBN 116556)
dswanson@gibsondunn.com
Jason C. Lo (SBN 219030)
jlo@gibsondunn.com
Jennifer J. Rho (SBN 254312)
jrho@gibsondunn.com
Melissa Phan (SBN 266880)
mphan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Cynthia E. Richman (Pro Hac Vice)
(DC Bar No. 492089)
crichman@gibsondunn.com
1010 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500

2   Case No. 3:17-CV-00108-GPC-MDD

| | |
|---|---|
| 1 | Facsimile: (202) 467-0539 |
| 2 | *Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs, COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, WISTRON CORPORATION* |
| 3 | |
| 4 | |
| 5 | HUGH F. BANGASSER (Pro Hac Vice)<br>hugh.bangasser@klgates.com<br>CHRISTOPHER M. WYANT (Pro Hac Vice)<br>chris.wyant@klgates.com<br>J. TIMOTHY HOBBS (Pro Hac Vice)<br>tim.hobbs@klgates.com<br>K&L GATES LLP<br>925 Fourth Avenue, Suite 2900<br>Seattle, Washington 98104<br>Telephone: +1 206 623 7580<br>Facsimile: +1 206 370 6371 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | *Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation* |

3    Case No. 3:17-CV-00108-GPC-MDD

## **FILER'S ATTESTATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: April 15, 2019         /s/*Michael A. Amon*
                              Michael A. Amon

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 15, 2019 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 15, 2019, at San Diego, California.

*/s/ Michael A. Amon*
Michael A. Amon