THEODORE J. BOUTROUS, JR. (SBN 132099)
tboutrous@gibsondunn.com
RICHARD J. DOREN (SBN 124666)
rdoren@gibsondunn.com
DANIEL G. SWANSON (SBN 116556)
dswanson@gibsondunn.com
JASON C. LO (SBN 219030)
jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
jrho@gibsondunn.com
MELISSA PHAN (SBN 266880)
mphan@gibsondunn.com
RYAN IWAHASHI (SBN 284766)
riwahashi@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel: (213) 229-7000
Fax: (213) 229-7520

CYNTHIA E. RICHMAN (DC Bar No. 492089; *Pro Hac Vice*)
crichman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Tel: (202) 955-8500
Fax: (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs Compal Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Wistron Corporation, and Wistron Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION | Case No. 3:17-cv-00108-GPC-MDD<br><br>**DECLARATION OF MONICA HUANG IN SUPPORT OF MOTION TO SEAL TRIAL EXHIBITS** |

I, Monica Huang, hereby declare as follows:

1. I am the Director of the International Legal Department for Wistron Corporation ("Wistron"). I make this declaration in support of the parties' Motion to Seal Trial Exhibits. I have personal knowledge of the matters set forth in this declaration, and, if called upon to do so, I would testify competently to them.

2. I have reviewed the exemplary trial exhibits reference herein and, based upon my review, determined that the portions sought to redact contain information that Wistron treats as and considers to be highly confidential business information. I understand that the parties will be submitting the trial exhibits to the court with highlighting to indicate the provisions that the parties seeks to seal.

3. As part of my role at Wistron, I am familiar with Wistron's supply agreements with customers, purchase agreements with suppliers, license agreements, and negotiations and audits related to such agreements, and the efforts that Wistron takes to ensure that sensitive licensing and pricing and other customer and supplier-related information is kept confidential. I am also familiar with the nature of Wistron's relationships with its customers, suppliers, and licensors.

4. Wistron seeking to seal personal contact information. It is my understanding that this type of information is not relevant to the case and would harm the privacy interests of the individuals involved. (E.g. DTX01350.)

5. As shown in the proposed redactions, the scope of these requests are narrowly tailored, with the majority of the documents being made public. It is my understanding that maintaining the confidential nature of the particular above limited and narrow redactions that Wistron seeks should not affect the public's ability to understand the issues at trial. Therefore, it is my opinion that there is a compelling reason to seal these portions to avoid causing significant harm to Wistron.

\
\
\

1  I declare under penalty of perjury that the foregoing is true and correct and that
2  I executed this declaration on April 15, 2019 in San Diego, California

/s/ Monica Huang
Monica Huang