VENABLE LLP
Sarah S. Brooks (SBN 266292)
ssbrooks@venable.com
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

Attorneys for Non-Party
Sony Mobile Communications (USA) Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| IN RE QUALCOMM LITIGATION | CASE NO. 3:17-CV-0108-GPC-MDD |
|---|---|
| | Hon. Gonzalo P. Curiel<br>Courtroom 2D |
| | **NON-PARTY SONY MOBILE COMMUNICATIONS (USA) INC.'S MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO SEAL TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS** |

Non-party Sony Mobile Communications (USA) Inc. ("Sony Mobile"), through its undersigned counsel, hereby requests and moves for an order to seal certain Will Call and designations detailed in Exhibit A to the Second Declaration of Lee Hill, filed herewith.

Good cause exists for the sealing of the materials identified in Exhibit A because Sony Mobile designated those materials as Confidential pursuant to the protective order entered in this case and those material include non-party Sony Mobile's confidential business information, including the terms of sensitive commercial agreements including, but not limited to, royalty arrangements and other commercial terms. Sony Mobile has a good faith belief that it has limited its request to only sensitive commercial information.

DATE: April 15, 2019      VENABLE, LLP

By: */s/ Sarah S. Brooks*
Sarah S. Brooks

Attorneys for Non-Party Sony Mobile Communications (USA) Inc.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of April, 2019, I caused a true and correct copy of the foregoing document(s) described as **NON-PARTY SONY MOBILE COMMUNICATIONS (USA) INC.'S MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO SEAL TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS** to be filed with the Clerk of the Court through the U.S. District Court Electronic Court Filing System, which caused notice of such filing to be sent electronically to the registered attorneys of record.

DATED: April 15, 2019

VENABLE LLP

By: /s/ Sarah S. Brooks
Sarah S. Brooks
Attorneys for Non-Party
Sony Mobile Communications (USA) Inc.