# TABLE OF CONTENTS OF EXHIBITS
# TO NON-PARTY SONY MOBILE COMMUNICATIONS (USA) INC.'S
# SECOND DECLARATION OF LEE HILL IN SUPPORT OF SEALING
# TRIAL EXHIBITS AND DEPOSITION DESIGNATIONS

| **Attachment** | **Page(s)** |
|---|---|
| Exhibit A | 1-2 |

# EXHIBIT A TO THE SECOND DECLARATION OF LEE HILL

**For Will Call Exhibits:**

| Exhibit | Information Sought to Be Sealed | Type of Informatio | Explanation |
|---|---|---|---|
| PTX001425 | Bates: Q2014FTCBB_0037423 Q2014FTCBB_0037426 | Agreement/ terms | Confidential non-public information |

**For Will Call Designations:**

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Type of Information | Explanation |
|---|---|---|---|---|
| Arthur Lee Hill, IV | 5/15/2018 | 37:24-38:14 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 39:5-23 | Non-public detail of operational dependencies | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 46:3-9 | Non-public assessment of licensing terms | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 46:23-47:2 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 47:4-12 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 56:2-9 | Non-public information re: 3rd-party commercial relationships | Confidential non-public information |

| | | | | |
|---|---|---|---|---|
| Arthur Lee Hill, IV | 5/15/2018 | 57:10-13; 19-20 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 66:13 - 19 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 74:7-12;18-24 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 74:25 - 75: 8 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 75:25 – 76:23 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 99:10-22 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 100:9-19 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 100:22-101:2 | Describes sealed document material | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 111:117-20; 22-24 | Confidential licensing discussions | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 151:13 | Discloses non-public commercial terms | Confidential non-public information |
| Arthur Lee Hill, IV | 5/15/2018 | 185:11-15 | Discloses existence and nature of non-public document | Confidential non-public information |