1  Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
   echesler@cravath.com
2  CRAVATH, SWAINE & MOORE LLP
   825 Eighth Avenue
3  New York, NY 10019
   Telephone: (212) 474-1000
4  Facsimile: (212) 474-3700

5  *Attorneys for Defendant and Counterclaim-Plaintiff*
   QUALCOMM INCORPORATED

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: | No. 3:17-CV-0108-GPC-MDD |
|---|---|
| QUALCOMM LITIGATION | **QUALCOMM INCORPORATED'S STATEMENT OF NON-OPPOSITION REGARDING MOTIONS TO SEAL FILED BY LENOVO, SONY, AND ZTE** |
| | Judge:   Hon. Gonzalo P. Curiel |

1  Pursuant to Civil Local Rule 7.1.f.3.a., Qualcomm Incorporated hereby states that
2  it takes no position on, and does not oppose the relief sought by, the following motions
3  filed by non-parties Sony Mobile Communications (USA), Inc.; ZTE (USA) Inc.; Lenovo
4  (United States), Inc. and Motorola Mobility LLC regarding sealing exhibits or deposition
5  designations to the extent such materials are received into evidence at trial:

- Non-Party Sony Mobile Communications (USA) Inc.'s *Ex Parte* Motion to Seal Trial Exhibits and Deposition Designations (ECF 1165);
- Nonparty ZTE (USA) Inc.'s Motion to Seal PTX001088 and PTX01388 (ECF 1164)
- Notice Regarding Motion to Seal Exhibits Containing Confidential Information of Non-Parties Lenovo (United States), Inc. and Motorola Mobility LLC for Use at Trial (ECF 1153).

Dated:  April 16, 2019

Respectfully submitted,

By: */s/ Evan R. Chesler*

**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler (*pro hac vice*)
(N.Y. Bar No. 1475722)
echesler@cravath.com
Keith R. Hummel (*pro hac vice*)
(N.Y. Bar No. 2430668)
khummel@cravath.com
Richard J. Stark (*pro hac vice*)
rstark@cravath.com
(N.Y. Bar No. 2472603)
Antony L. Ryan (*pro hac vice*)
(N.Y. Bar No. 2784817)
aryan@cravath.com
Gary A. Bornstein (*pro hac vice*)
(N.Y. Bar No. 2916815)
gbornstein@cravath.com
J. Wesley Earnhardt (*pro hac vice*)
(N.Y. Bar No. 4331609)
wearnhardt@cravath.com
Yonatan Even (*pro hac vice*)
(N.Y. Bar No. 4339651)
yeven@cravath.com
Vanessa A. Lavely (*pro hac vice*)
(N.Y. Bar No. 4867412)
vlavely@cravath.com
Worldwide Plaza

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendant*
**QUALCOMM INCORPORATED**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 16, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d). Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2019, at San Diego, California.

s/ *Evan R. Chesler*
Evan R. Chesler
echesler@cravath.com
