UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IN RE:

QUALCOMM LITIGATION

Case No.:  3:17-cv-0108-GPC-mdd

**ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**

**[ECF Nos. 1101, 1113, 1073, 1076, 1116, 1090, 1110, 1087, 1085, 1099, 1095, 1102, 1118, 1091, 1083, 1105, 1093.]**

Before the Court are numerous non-party requests to seal certain exhibits whose documents are among the "will call" exhibits and deposition designations that the parties may offer into evidence in Case No. 3:17-cv-00108-GPC-MDD.  (ECF Nos. 1101, 1113, 1073, 1076, 1116, 1090, 1110, 1087, 1085, 1099, 1095, 1102, 1118, 1091, 1083, 1105, 1093.)  Qualcomm Incorporated ("Qualcomm") has filed a consolidated response to the motions to seal.  ECF No. 1138.  Apple Inc. ("Apple") and Compal Electronics, Inc., Hon Hai Precision Industry Co., Ltd., FIH Mobile Ltd., Pegatron Corporation, and Wistron Corporation (collectively, the "Contract Manufacturers" or "CMs") have submitted that

1

they do not oppose any sealing motions filed by any non-parties in this action. (ECF No. 1136.) Upon review of the moving papers, the Court **GRANTS in part and DENIES in part** the motions.

## LEGAL STANDARD

There is a presumptive right of public access to court records based upon the common law and the first amendment. *See Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978); *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1212-13 (9th Cir. 2002). Nonetheless, access may be denied to protect sensitive confidential information. Courts are more likely to protect information covered by Rule 26(c) of the Federal Rules of Civil Procedure, but are not limited by items listed in protective orders. *See KL Group v. Case, Kay, & Lynch*, 829 F.2d 909, 917-19 (9th Cir. 1987) (letter to client from attorney); *Kalinauskas v. Wong*, 151 F.R.D. 363, 365-67 (D. Nev. 1993) (confidential settlement agreement).

"Unless a particular court record is one traditionally kept secret, a strong presumption in favor of access is the starting point." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178-80 (9th Cir. 2006) (citing *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "In order to overcome this strong presumption, a party seeking to seal a judicial record must articulate justifications for sealing that outweigh the historical right of access and the public policies favoring disclosure." *Id.* at 1178-79.

The presumption of access is "based on the need for federal courts, although independent—indeed, particularly because they are independent—to have a measure of accountability and for the public to have confidence in the administration of justice." *United States v. Amodeo* (Amodeo II ), 71 F.3d 1044, 1048 (2d Cir.1995); *see also Valley Broad. Co. v. U.S. Dist. Court—D. Nev.*, 798 F.2d 1289, 1294 (9th Cir.1986) (explaining

that the presumption of public access "promot[es] the public's understanding of the judicial process and of significant public events").

Accordingly, "[a] party seeking to seal a judicial record then bears the burden of overcoming this strong presumption by meeting the 'compelling reasons' standard." *Kamakana*, 447 F.3d at 1178. Under this stringent standard, a court may seal records only when it finds "a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Id*. at 1179. The court must then "conscientiously balance[ ] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id*. (*quoting Foltz*, 331 F.3d at 1135) (alteration in original) (internal quotation marks omitted). What constitutes a "compelling reason" is "best left to the sound discretion of the trial court." Nixon, 435 U.S. at 599.

Previously, some courts applied a "compelling reason" or "good cause" standard for sealing depending on whether the pending motion was dispositive or non-dispositive. *E.g*., *Kamakana*, 447 F.3d at 1180 (9th Cir. 2006) (parties seeking to seal documents in a dispositive motion must provide "compelling reasons" to support a sealing whereas for non-dispositive motions the parties must show a lesser "particularized showing" under the "good cause" standard pursuant to Federal Rule of Civil Procedure 26(c)); *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp*., 307 F.3d 1206, 1213 (9th Cir. 2002) (when a party attaches a sealed discovery document to a nondispositive motion, the usual presumption of the public's right of access is rebutted).

Other courts rejected this binary approach. *In re Midland National Life Insurance Company Annuity Sales Practices Litigation*, 686 F.3d 1115 (9th Cir.2012), is one such case that rejected the literal dispositive/nondispositive label. In that case, an intervenor moved to unseal documents attached to a *Daubert* motion. *Id*. at 1118. The district court, like the district court here, concluded that the documents should remain under seal because "the *Daubert* motion was non-dispositive," as it "would not have been a

determination on the merits of any claim or defense." *Id*. at 1119. The Ninth Circuit rejected the district court's focus on whether the motion was literally "dispositive": "That the records are connected to a *Daubert* motion does not, on its own, conclusively resolve the issue." *Id*. As the motion, in effect, "pertain[ed] to central issues bearing on defendant's summary judgment motion," we treated that motion as dispositive. *Id*. Similarly, the court in *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1100 (9th Cir. 2016) observed that it would not allow the technically nondispositive nature of a *Daubert* motion to cloud the reality that it was able to significantly affect the disposition of the issues in the case.

Here, the motions to seal relate to numerous potential trial exhibits and deposition designations that the parties may intend to call into evidence at trial. This Court will apply the "compelling reasons" standard to these motions and related briefing as those submissions pertain to central issues at trial and are "more than tangentially related to the underlying cause of action." *Ctrs. for Auto Safety v. Chrysler Grp.*, 809 F.3d 1092, 1099 (9th Cir. 2016).

Compelling reasons for sealing information exist "when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Kamakana*, 447 F.3d at 1179 (quoting *Nixon*, 435 U.S. at 598). Trade secrets "may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain advantage over competitions who do not know or use it." Restatement (First) of Torts § 757 cmt. b. Because trade secrets concern proprietary and sensitive business information not available to the public, sealing may be warranted where disclosure would harm a litigant's competitive standing. *Nixon*, 425 U.S. at 598.

The Ninth Circuit has explicitly recognized that compelling reasons exist for the sealing of "pricing terms, royalty rates, and guaranteed minimum payment terms" of license agreements. *See In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008). Courts in this circuit have also recognized that information subject to confidentiality agreements may also meet the "compelling reasons" standard when accompanied by a particularized factual showing. *See Foltz*, 331 F.3d at 1137-38.

## DISCUSSION

The Court now turns to the substance of the instant sealing motions. The majority of information that the movants seek to seal constitutes confidential business information of the parties, including trade secrets, proprietary business records, discussions of internal strategy, company dealings, and materials designated as "Highly Confidential." To the extent that the proposed redactions are narrowly tailored and relate to the rationale above, the Court agrees that the movants have demonstrated that compelling reasons exist for sealing the information subsumed by these categories. Analysis from this Court's prior orders granting the movants' motions to seal is applicable here. (*See* ECF Nos. 1143 and 1155.)

However, the Court also finds that some of the information that the movants seek to seal is stale, overbroad, or relate to key issues in the case. Even where the parties seek to cover information that may properly be sealed, they should seek to seal only the narrowly sealable information and not whole paragraphs, documents, sections, or presentations that do not justify extensive redaction. In some documents, the information at issue is too general to warrant sealing. Other suggested redactions would inappropriately shield stale information that is too old to be presently confidential. And yet other redacted exhibits in their current states would close from the public exhibits that relate to issues at the heart of this case, including a variety of SULAs, testimony about Qualcomm's rates and Qualcomm's leverage. In light of the public's right to access, this

Court finds no colorable justification to seal those exhibits in their presently proposed form.  Repeated requests to close and clear the courtroom would be unduly cumbersome to the Court's interest in managing the trial.  Sealing such information would hamstring the parties and stymie them from litigating key issues effectively and efficiently. Furthermore, over-sealing crucial exhibits would impede the jury and the public's ability to understand the nature of the proceedings and the factual basis for the parties' claims.

As such, the Court finds that the movants have not articulated "compelling reasons" to keep all the requested information from the public.  Accordingly, the sealing motions at ECF Nos. 1076, 1083, 1091, 1101, 1113, 1073, 1095, 1099, 1118, 1105 filed by Asustek, AT&T, Ericsson, Kyocera, LGE, HTC, Lenovo/Motorola, ZTE, Nokia, Ericsson, and Interdigital are **GRANTED**.  The sealing motions at ECF Nos. 1116, 1110, 1085, 1090, 1087, 1102, and 1093 are **GRANTED IN PART** and **DENIED IN PART**. The Court instructs the parties to introduce – if called at trial – redacted versions of their documents consistent with the **following tables**.

**IT IS SO ORDERED.**

Dated:  April 15, 2019

Hon. Gonzalo P. Curiel
United States District Judge

**ASUSTek's Appendix A**

| Exhibit | Information To Be Sealed According to ASUSTek | Ruling |
|---------|-----------------------------------------------|--------|
| DTX00842 | Pages Bates stamped Pegatron_0000807204 – 0000807207 | GRANTED. |
| PTX010198 | Page Bates stamped QNDCAL02952131, the material indicated as a black outline. | GRANTED. |

**AT&T's Appendix A**

| Exhibit | Information Sought to Be Sealed According to AT&T | Ruling |
|---------|---------------------------------------------------|--------|
| DTX00298 | Exhibit in full | GRANTED. |
| DTX00399 | Exhibit in full | GRANTED. |
| DTX00401 | Exhibit in full | GRANTED. |

**BlackBerry's Exhibit A Exhibits**

| Exhibit | Information Sought To Be Sealed According to BlackBerry | Basis for Objection |
|---|---|---|
| PTX000154 | Portions highlighted in blue in Exhibit B to the Grubbs Decl. | GRANTED. |
| PTX000891 | Portions highlighted in blue in Exhibit C to the Grubbs Decl. | GRANTED. |
| PTX000904 | Portions highlighted in blue in Exhibit D to the Grubbs Decl. | GRANTED. |
| PTX000910 | Portions highlighted in blue in Exhibit E to the Grubbs Decl. | GRANTED. |
| PTX001007 | Portions highlighted in blue in Exhibit F to the Grubbs Decl. | GRANTED. |
| PTX001238 | Portions highlighted in blue in Exhibit G to the Grubbs Decl. | GRANTED. |
| PTX002144 | Portions highlighted in blue in Exhibit H to the Grubbs Decl. | GRANTED. |
| PTX003658 | Portions highlighted in blue in Exhibit I to the Grubbs Decl. | GRANTED. |

3:17-cv-0108-GPC-mdd

**BlackBerry's Exhibit A Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Basis for Objection |
|---|---|---|---|
| Grubbs, John | 3/1/2018 | 41:23-42:1 | DENIED. |
| Grubbs, John | 3/1/2018 | 42:11-14 | DENIED. |
| Grubbs, John | 3/1/2018 | 42:23-25 | DENIED. |
| Grubbs, John | 3/1/2018 | 43:2-6 | DENIED. |
| Grubbs, John | 3/1/2018 | 43:9 | DENIED. |
| Grubbs, John | 3/1/2018 | 46:16-19 | DENIED. |
| Grubbs, John | 3/1/2018 | 75:3 | DENIED. |
| Grubbs, John | 3/1/2018 | 76:22 | DENIED. |
| Grubbs, John | 3/1/2018 | 182:22-25 | DENIED. |
| Grubbs, John | 3/1/2018 | 197:19-198:5 | GRANTED. |
| Grubbs, John | 3/1/2018 | 198:21-199:6 | GRANTED. |
| Grubbs, John | 3/1/2018 | 199:8-199:18 | GRANTED. |
| Grubbs, John | 3/1/2018 | 236:1-7 | GRANTED. |
| Grubbs, John | 3/1/2018 | 253:3-6 | GRANTED. |
| Grubbs, John | 3/1/2018 | 253:12-21 | GRANTED. |
| Grubbs, John | 3/1/2018 | 254:1-5 | GRANTED. |
| Grubbs, John | 3/1/2018 | 257:25-258:6 | GRANTED. |
| Grubbs, John | 3/1/2018 | 259:1-9 | GRANTED. |

**Broadcom's Appendix A Exhibits**

| Exhibit | Information Sought to Be Sealed By Broadcom | Ruling |
|---|---|---|
| DTX00523 (BCRM00238) | BCRM000239-250 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00526/PTX00 2235 (BCRM000397) | BCRM00397-399 | DENIED. |
| DTX00529 (BRCM172776) | Entirety | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00532 (BRCM173163) | Entirety | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00535 (BRCM174046) | Entirety | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00538 (BRCM175716) | Entirety | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00541 (BROADCOM-USFTC00000100) | Entirety | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX01007 (Q2017MDL3_000 30289) | Entirety | DENIED as overbroad and stale. The Court instructs the party to confer and submit narrower redactions. |
| DTX01005/ PTX03531 (Q2017MDL3_00019 027) | Entirety | DENIED as overbroad and stale. The Court instructs the party to confer and submit narrower redactions. |
| PTX00612 (ERIC-QCOM_SDCA-00002083) | Pages 3-29 | GRANTED. |
| PTX001302 (BRCM173791) | Entirety | GRANTED. |
| PTX001321 (BRCM176046) | Entirety | GRANTED. |
| PTX001955 (BRCM174102) | Entirety | GRANTED. |

3:17-cv-0108-GPC-mdd

**Broadcom Appendix A Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to be Sealed by Broadcom | Ruling |
|---|---|---|---|
| McGregor, Scott | 3/28/2018 | 17:4-21 | DENIED. |
| McGregor, Scott | 3/28/2018 | 175:23-176:18 176:20-177:18 179:11-180:20 | DENIED. |
| McGregor, Scott | 3/28/2018 | 184:11-24 187:12-188:1 | DENIED. |
| McGregor, Scott | 3/28/2018 | 240:17-24 | DENIED. |

3:17-cv-0108-GPC-mdd

**Ericsson Appendix A**

| Exhibit | Information Sought to Be Sealed According to Ericsson | Ruling |
|---|---|---|
| DTX00565 | §§ 7.1, 7.2, 7.3, 7.4, and 7.5; App'x 1; App'x 2 | GRANTED. |
| PTX003665 | Portion of §§ 2.1 and 3.4.4 | GRANTED. |
| PTX003657 | §§ 4.1, 4.4 | GRANTED. |
| PTX001179 | Pages 4, 6, 7, 8, 14, and 15<br><br>Portions of pages 15, 16, 17, 18, 19, and 26 | GRANTED. |
| PTX001241 | Pages 12, 17, and 18<br><br>Portions of pages 13, 15, 22, 69, 84, and 85 | GRANTED. |
| PTX001251 | Portions of pages 20, 31, 38, 43, 49, and 54 | GRANTED. |
| PTX002327 | Portions of pages 5, 21, 22, 26, and 28 | GRANTED. |
| PTX003066 | Portion of second-to-last paragraph | GRANTED. |
| DTX02568 | Entire document | GRANTED. |
| PTX006414 | Entire document | GRANTED. |
| PTX006415 | Entire document | GRANTED. |
| PTX006416 | Entire document | GRANTED. |
| PTX006417 | Entire document | GRANTED. |
| PTX006418 | Entire document | GRANTED. |
| PTX006421 | Entire document | GRANTED. |
| PTX006422 | Entire document | GRANTED. |
| PTX006423 | Entire document | GRANTED. |
| PTX006424 | Entire document | GRANTED. |

**HTC Appendix A**

**Will Call Exhibits**

| Exhibit | Information Sought to Be Sealed According to HTC | Ruling |
|---------|------------------------------------------------|--------|
| PTX003548 | Up-front license fees amount under §3 of the SULA (p. 9) and up-front license fees stated in letter dated December 20, 2000 (p. 45) | GRANTED. |

## Other Exhibits

| Exhibit | Information Sought to Be Sealed According to HTC | Ruling |
|---|---|---|
| DTX03585 | HTC's up-front license fee amount under §3 of the SULA (p.10) and HTC's up-front license fees stated in letter dated December 20, 2000 (p. 46) | GRANTED. |
| DTX03661 | QC's contributions to HTC under §§ 2.2, 2.3, and strategic fund cap amounts under §§ 2.4 and 2.5 of Strategic Fund Agreement (pp. 2 and 3) | GRANTED. |
| DTX04555 | HTC's up-front license fees amount under §3 of the SULA (p. 12) | GRANTED. |
| PTX003635 | QC's fund payments (annual cap, quarterly reimbursement cap and expenditure) to HTC under §§ 1, 2, 3 (pp.1-4, 6), price calculation in Exhibit A (p. 12) and quarter caps in Exhibit B under Strategic Agreement (p. 13). | GRANTED. |
| PTX003789 | QC's contributions to HTC under §§ 2.2, 2.3, and strategic fund cap and amounts under §§ 2.4 and 2.5 of Strategic Fund Agreement (pp. 2 and 3) | GRANTED. |
| PTX001512 | QC's NRE payments to HTC under §2 of NRE and Development Agreement for Multiple Subscriber Units (p. 1)<br><br>QC's fund payments (annual cap, quarterly reimbursement cap and expenditure) to HTC under §§1, 2, 3 (pp. 6-9, 11), price calculation in Exhibit A (p. 17) and quarter caps in Exhibit B under Strategic Agreement (p. 18) | GRANTED. |
| PTX001609 | QC's reimbursement amounts to HTC (p. 5) | GRANTED. |

**Huawei's Appendix A**

| | | |
|---|---|---|
| DTX01440 | Yellow-highlighted portions on pages with Bates ending 1237, 1238, 1239, and 1241. | GRANTED. |
| DTX01454 | Yellow-highlighted portions on pages with Bates ending 5611 and 5612. | GRANTED. |
| DTX15685 | Seal in its entirety. | GRANTED. |
| PTX001861 | Yellow-highlighted portions on pages 002-012. | GRANTED. |
| PTX001869 | Yellow-highlighted portions on pages 001 and 003. | GRANTED. |
| PTX001916 | Yellow-highlighted portions on pages 001-004. | GRANTED. |
| PTX001941 | Yellow-highlighted portions on pages 002-005. | GRANTED. |
| PTX001963 | Yellow-highlighted portions on pages with Bates ending 1222, 1224, and 1226-1230. | GRANTED. |
| PTX002143 | Yellow-highlighted portions on pages with Bates ending 1259- 1263, and 1268. | GRANTED. |
| PTX002914 | Yellow-highlighted portions on pages 6, 15, 16, 21 and 26. | GRANTED. |
| PTX002933 | Yellow-highlighted portions on pages with Bates ending 12572-12573. | GRANTED. |
| PTX003122 | Yellow-highlighted portions on pages with Bates ending 20043-20048, and 20050. | GRANTED. |
| PTX003250 | Yellow-highlighted portions on pages 007-009. | GRANTED. |
| PTX003251 | Yellow-highlighted portions on pages 008-010. | GRANTED. |
| PTX003320 | Yellow-highlighted portions on pages 002-003. | GRANTED. |

| | | |
|---|---|---|
| PTX003429 | Yellow-highlighted portions on pages 004-007, 011, and 013. | GRANTED. |
| PTX003569 | Yellow-highlighted portions on pages with Bates ending 698 and 701. | GRANTED. |
| PTX003616 | Yellow-highlighted portions on pages with Bates ending 0684-0688, and 0695. | GRANTED. |
| PTX003733 | Seal in its entirety. | GRANTED. |
| PTX003735 | Yellow-highlighted portions on pages with Bates ending 1585, 1588-1595 and 1605. | GRANTED. |
| JTX116 | Yellow-highlighted portions on pages with Bates ending 7278, 7283, 7285-87, 7291, 7332, and 7334. | GRANTED. |
| JTX126 | Yellow-highlighted portions on pages 010-016, 019-022, 031-032, 040, 046, 054, 055, 056, and 071-078. | GRANTED. |
| JTX127 | Yellow-highlighted portion on page 008. | GRANTED. |

3:17-cv-0108-GPC-mdd

**Huawei's Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to be Sealed According to Huawei | Basis for Objection |
|---|---|---|---|
| Ding, Jianxin | 3/12/2018 | 55:1, 60:16, 112:6-11, 122:8-25, 126:14-22, 152:20-153:25 | DENIED with respect to 55:1,60:16 122:8-25 126:14-22. GRANTED as to the remainder. |
| Ding, Jianxin | 3/12/2018 | 100:16-101:7 | DENIED. |
| Ding, Jianxin | 3/13/2018 | 190:10-13, 250:21-25, 254:2-7 | GRANTED. |
| Yu, Nanfen | 3/14/2018 | 47:22-48:3 | GRANTED. |
| Wang, Li Qiang | 3/15/2018 | 26:2-8, 35:8-20, 59:19-23 | DENIED. |

17

3:17-cv-0108-GPC-mdd

**Intel's Exhibit A**

| Exhibit | Bates Range Provided by the Parties | Information Sought to be Sealed by Intel | Ruling |
|---|---|---|---|
| DTX00014 | 86601DOC015 482-83 | PDF page 7 | DENIED. |
| DTX00016 | 86601DOC034 407-8 | 86601DOC034408 pages 1, 2, 3, 4, 5, 6, 86001DOC034409 pages 2, 4, 6 | DENIED. |
| DTX00056 | AAPL-FTC-00100545-553 | AAPL-FTC-00100547- 49, 51-2 | GRANTED. |
| DTX00057 | AAPL-FTC-00100753-65 | AAPL-FTC- 00100757, 59-60, 64 | GRANTED. |
| DTX00085 | AAPL-FTC-00132140-42 | AAPL-FTC-00132140-41 | GRANTED. |
| DTX00635 | INTEL-QCOM00002 2 031 | INTEL-QCOM000022060; 105 | GRANTED. |
| DTX00646 | INTEL-QCOM00021 4 960 | INTEL-QCOM000214967-980 | GRANTED. |
| DTX00648 | INTEL-QCOM00021 5 595 | INTEL-QCOM000215599- 613 | GRANTED. |
| DTX00649 | INTEL-QCOM00021 5 821-25 | INTEL-QC0M000215825 | GRANTED. |
| DTX00654 | INTEL-QCOM00035 4 039-44 | INTEL-QCOM000354040- 44 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00656 | INTEL-QCOM00048 7 295-299 | INTEL-QCOM000487295- 99 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |

18

| | | | |
|---|---|---|---|
| DTX00674 | INTEL-QCOM00223 6 311-12 | INTEL-QCOM002236313-317, 320-326 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX00675 | INTEL-QCOM002458 604-70 | INTEL- QCOM002458608-12; 14-16, 18-20, 22-23, 25-26, 29, 31-32, 36, 39-49, 51-53, 56, 60-63, 65-68. | DENIED as overbroad with repsect to pages. 9, 12, 14, 23, 49. GRANTED with respect to the remainder |
| DTX00681 | INTEL-QCOM003057 387-481 | INTEL- QCOM003057387, 392-3, 395-396, 398-400, 402-414, 416-418, 421-429 | GRANTED. |
| DTX00692 | INTEL-QCOM004909 037 | INTEL-QCOM004909039-74, 83-93, 95 | GRANTED. |
| DTX00704 | INTEL-QCOM007541 467-74 | INTEL-QCOM007541467-74 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX01426 | BAIN00051010 | Slide nos. 3, 4, 8, 12, 17-19, 27, 292 | DENIED. |
| DTX00689 | INTEL-QCOM004269 911-13-999 | INTEL-QCOM004269912, 14-18, 22-39, 41-53, 56-65, 67-68, 69-73, 77-81, 83-85, 88-97, 99. | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| PTX001422 | AAPL-FTC-0035199-200 | AAPL-FTC-0035200 | GRANTED. |
| PTX001457 | AAPL-FTC-00010253-56 | AAPL-FTC-00010255-56 | GRANTED. |
| PTX001496 | APL-QC-FTC-34560911-31 | APL-QC-FTC-34560912, 17-18, 21-23, 25 | GRANTED. |
| PTX002095 | INTEL-QCOM005886 053-84 | INTEL-QCOM005886062, 84. | GRANTED. |

3:17-cv-0108-GPC-mdd

| | | | |
|---|---|---|---|
| PTX002135 | AAPL-FTC-00108170-211 | AAPL-FTC-00108182, 188, 190, 192, 194, 195, 208, | GRANTED. |
| PTX002189 | AAPL-FTC-00128661-65 | AAPL-FTC-001286634- 64 | GRANTED. |
| PTX002450 | 86600DOC096 994-018 | 86600DOC097000 | GRANTED. |
| PTX002552 | 86600DOC097 253-68 | 86600DOC097258-60, 62-64. | GRANTED. |
| PTX002575 | 86600DOC001 657-86 | 86600DOC001661-63, 66-68 | GRANTED. |
| PTX002594 | INTEL-QCOM008124 586-663 | INTEL-QCOM008124587: Redactions on pages 10, 12, 22, 26, 27, 28, 29, 30, 31, 32, 33, 34 | DENIED as overbroad with respect to pages 11 and 23. The Court instructs the party to confer and submit narrower redactions. GRANTED with respect to the remainder. |
| PTX002621 | INTEL-QCOM000420 594-607 | INTEL- QCOM000420594: pages 1, 2; INTEL-QCOM000420596: pages 2, 5, 6, 7, 9 | GRANTED. |
| PTX002762 | AAPL-FTC-00153047-9 | AAPL-FTC-00153047-9 | GRANTED. |
| PTX002768 | INTEL-QCOM008077 974-87 | INTEL- QCOM008077976, 979 | GRANTED. |
| PTX002976 | INTEL-QCOM000498 642 -60 | INTEL- QCOM000498644-652, 656, 658 | GRANTED. |
| PTX003027 | INTEL-QCOM005100 52-99 | INTEL-QCOM00510052, 55-57, 59, 61-69, 71-76, 80, 82-84, 87, 89, 95-96, 98-99 | GRANTED. |
| PTX003458 | INTEL-QCOM005712 072 (native) | Withhold in full (native) | GRANTED. |
| PTX003732 | INTEL-QCOM007951 655-711 | INTEL-QCOM007951655-711 | GRANTED. |

| | | | |
|---|---|---|---|
| PTX003745 | AAPL-FTC-00130920-27 | AAPL-FTC-00130920-27 | GRANTED. |
| PTX010861 | INTEL-QCOM007541 467 | INTEL-QCOM007541467-69, 71-74. | GRANTED. |
| PTX011130 | INTEL- QC1065-2_008014960 (native) | Withhold in full (native) | GRANTED. |
| PTX011131 | INTEL-QC1065_00077 703 (native) | INTEL-QC1065_00077703-05 | GRANTED. |

3:17-cv-0108-GPC-mdd

**Intel's Appendix A Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to be Sealed by Intel | Objection |
|---|---|---|---|
| Wolff | 2/7/2018 | 124:2-124:4; 124:13-124:14-124:16-124:19 | GRANTED. |
| Constantine | 2/16/2018 | 3:15:6-17; 317:15-317:22, 317:25-318:1, 318:3-319:3, 320:3-6, 320:9-320:14 | GRANTED. |
| Keddy | 3/7/2018 | 113:1-113:4; 113:25-114:12; 115:13-116:2 | GRANTED. |
| Keddy | 3/7/2018 | 123:14-124:8, 124:10-125:3; 125:12-125:23, 127:7-127:22; 129:5-129:11 | GRANTED. |
| Eul | 3/21/2018 | 187:5-187:15 | DENIED. |

**InterDigital Appendix A**

| Exhibit | Information Sought to be Sealed by InterDigital | Ruling |
|---|---|---|
| Exhibit 1 - DTX00266 (APL-QC-FTC_15569990) | Correspondence in full | GRANTED. |
| Exhibit 2 - DTX00856 (Pegatron_0001284829) | Agreement in full | GRANTED. |
| Exhibit 3 - DTX00861 (Pegatron_1000000001) | Correspondence and agreement in full | GRANTED. |
| Exhibit 4 - DTX01363 (Wistron_1000000105) | Agreement in full | GRANTED. |
| Exhibit 5 - DTX01478 (Wistron_1000000113) | Agreement in full | GRANTED. |
| Exhibit 6 - PTX003767 (APL-QC_00451156) | Agreement in full | GRANTED. |

3:17-cv-0108-GPC-mdd

**Kyocera's Appendix A**

| Exhibit | Information Sought to Be Sealed According to Kyocera | Ruling |
|---------|------------------------------------------------------|--------|
| PTX011074 | Highly confidential business information regarding licenses granted by Kyocera and certain non-parties and license payments and royalty rates agreed to by Kyocera. | GRANTED. |

3:17-cv-0108-GPC-mdd

**Lenovo and Motorola's Appendix A**

| Exhibit | Info. Sought to be Sealed According to Lenovo and Motorola | Objection |
|---|---|---|
| DTX00713 / PTX002064 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit A. | GRANTED. |
| DTX00736 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit B. | GRANTED. |
| DTX00890 / DTX10497 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit C. | GRANTED. |
| DTX02788 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit D. | GRANTED. |
| DTX10941 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit E. | GRANTED. |
| DTX15716 / DTX15717 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit F. | GRANTED. |
| PTX002027 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit G. | GRANTED. |
| PTX002412 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit H. | GRANTED. |
| PTX002520 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit I. | GRANTED. |

3:17-cv-0108-GPC-mdd

| | | |
|---|---|---|
| PTX002540 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit J. | GRANTED. |
| PTX002546 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit K. | GRANTED. |
| PTX002570 | Seal in its entirety (alternatively, at least redact pages MOTO- QUAL- 01933600 to 01933608 as irrelevant to the current litigation and confidential). An unredacted version filed herewith under seal as Exhibit L. | GRANTED. |
| PTX002596 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit M. | GRANTED. |
| PTX002597 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit N. | GRANTED. |
| PTX002598 | Seal in its entirety. An unredacted version filed herewith under seal as Exhibit O. | GRANTED. |
| PTX002645 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit P. | GRANTED. |
| PTX002775 / PTX002776 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit Q. | GRANTED. |
| PTX002875 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit R. | GRANTED. |
| PTX002876 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit S. | GRANTED. |
| PTX002886 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit T. | GRANTED. |

3:17-cv-0108-GPC-mdd

| | | |
|---|---|---|
| PTX002895 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit U. | GRANTED. |
| PTX002967 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit V. | GRANTED. |
| PTX003083 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit W. | GRANTED. |
| PTX003110 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit X. | GRANTED. |
| PTX003393 | Portions highlighted in pink in the unredacted version filed herewith under seal as Exhibit Y. | GRANTED. |
| DTX00341 | Provisionally seal entire exhibit until copy provided to Lenovo and Motorola | GRANTED. |
| DTX00381 | Provisionally seal entire exhibit until copy provided to Lenovo and Motorola | GRANTED. |
| DTX00395 | Provisionally seal entire exhibit until copy provided to Lenovo and Motorola | GRANTED. |
| DTX01207 | Provisionally seal entire exhibit until copy provided to Lenovo and Motorola | GRANTED. |
| DTX01415 | Provisionally seal entire exhibit until copy provided to Lenovo and Motorola | GRANTED. |

3:17-cv-0108-GPC-mdd

**LGE's Appendix A**

| Exhibit | Information Sought to be Sealed by LGE | Ruling |
|---|---|---|
| PTX003779 | Full document | GRANTED. |
| PTX003759 | Definitions of "Major Snapdragon Subscriber Unit Model" "Other Snapdragon Subscriber Unit Model" "Quarterly Indemnity Cap" and "Yearly Indemnity Cap," Sections 2.1, 2.2.2, 3.1, 3.2, and select text from Section 4.1 | GRANTED. |
| March 30, 2018 Hague Convention Testimony of Hwi-Jae Cho | ¶¶ 238, 245, 247–48 | GRANTED. |
| PTX002699 | Full document | GRANTED. |
| PTX011259 | Section 1, only "Net Revenues" and "Qualifying Handsets" definitions; Section 2(a); and column heading in Exhibit A | GRANTED. |
| PTX011254 | Full document | GRANTED. |
| PTX011258 | Full document | GRANTED. |

**MediaTek's Appendix A Exhibits**

| Exhibit | Information To Be Sealed By MediaTek | Basis for Objection |
|---------|-------------------------------------|---------------------|
| DTX00765 | MTK_00296018<br>(customer name)<br>p. 3 (customer name); pp. 26-32 in full;<br>pp. 8-9 (customer name) | GRANTED. |
| DTX00769 | pp. 14; 23 | GRANTED. |
| DTX00770 | MTK_00523907- MTK_00523910<br>(last<br>two columns); MTK_00523913 in<br>full | DENIED with respect to page 15. GRANTED with respect to the remainder. |
| DTX00780 | Sealed in full | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| PTX001787 | MTK_00184574<br>(client name); MTK_00184576 (two<br>bullet points and customer name);<br>MTK_001 84577<br>(customer name) | GRANTED. |
| PTX002501 | MTK_00240759<br>(paragraph 3); MTK_00240760<br>(paragraphs 3-5 in top<br>email, last line on page);<br>MTK_00240761 (Actions<br>(1), (3)-(6)) | GRANTED. |
| PTX002904 | MTK_00283679 (first three paragraphs on page and last three paragraphs on page); MTK_00283680 (first 5 bullet points) | GRANTED. |

| PTX003447 | pp. 3-18 in full | GRANTED. |
|---|---|---|
| PTX003296 | Customer names throughout; MTK_00335942 (second bullet point) | GRANTED. |

**MediaTek's Appendix A Deposition Designations**

| Deponent Name | Deposition Date | Information to be Sealed by MediaTek | Ruling |
|---|---|---|---|
| Moynihan, John Finbarr | 3/12/2018 | 68:17-21<br>121:10-121:25<br>122:2<br>141:14-15<br>141:17-21<br>158:16-18<br>158:21-159:5<br>159:7-9<br>163:3-7<br>271:19-272:22<br>275:25-276:5<br>276:21-277:19<br>323:17-23<br>323:25-324:9 | GRANTED. |
| Moynihan, John Finbarr | 3/13/2018 | 427:13-17<br>428:15-429:1<br>429:13-21<br>429:23<br>430:2-7<br>430:19-431:3<br>431:10-11<br>431:13-16<br>431:18-20<br>431:22<br>432:5-8<br>432:10-13<br>432:15 | GRANTED. |

## Nokia's Appendix A Exhibits

| Exhibit | Information Sought to be Sealed | Ruling |
|---------|-------------------------------|--------|
| DTX01002 | Excerpts from the Subscriber Unit License Agreement between Qualcomm and Nokia, dated July 22, 2008 (highlighted in red) | GRANTED. |
| DTX546 | Excerpts from the Patent License Agreement between Nokia Corp., Nokia Siemens B.V. and Compal Communications, executed on June 12, 2009 (highlighted in red) | GRANTED. |
| DTX1207 | Excerpts from the Patent License Agreement between Nokia and Chi Mei, dated March 3, 2009 (highlighted in red) | GRANTED. |
| PTX3357 | Excerpts from various agreements between Apple | GRANTED. |

## Nokia's Appendix A Deposition Designation

| Deponent Name | Deposition Date | Information Sought to be Sealed by Nokia | Ruling |
|---------------|-----------------|------------------------------------------|--------|
| Teksler, Boris | 4/20/2018 | 274:9-17 | GRANTED. |

**Samsung's Appendix A Exhibits**

| Exhibit | Ruling |
|---|---|
| *Internal Samsung negotiation report*<br><br>**DTX01475** at SFT-0036174-76 | **Granted.** |
| *2004 SULA*<br>*Amendment*<br><br>**JTX117** at Q2017MDL3_000 17698-705 | **Granted.** |
| *2009 SULA*<br><br>*Amendment*<br><br>**JTX119** at SFT- 0000113-199 | **Granted.** |
| 2018 SULA Amendment DTX01463; PTX003795; DTX01462; and DTX01462; and QAPPCMSD0216 3037-068 | **Granted.** |
| *2018 Strategic Relationship Agmt.* **PTX003796**; **DTX01462**; and **PTX003471** at QAPPCMSD0216 3069-076 | **Granted.** |
| *2018 Settlement Agmt.* **DTX01038**; **PTX003798**; **DTX01462**; and **PTX003471** at QAPPCMSD0216 3083-097 | **Granted.** |
| *2018 Patent*<br><br>*Component Agmt.* **DTX01464**; **PTX003799**; **DTX01462**; and **PTX003471** at QAPPCMSD0216 3098-113 | **Granted.** |
| *2018 Tech. Collab. Agmt.*<br><br>**DTX01039**; **DTX01462**; and **PTX003471** at | **Granted.** |
| QAPPCMSD0216 3114-133 | **Granted.** |

# Samsung's Appendix A Deposition Designations

| Deponent Name | Deposition Date | Information Sought to be Sealed by Samsung | Basis for Objection |
|---|---|---|---|
| Lee, Injung | 3/14/18 | 58:22; 58:25 (numeric values) | GRANTED. |
| Lee, Injung | 3/14/18 | 59:1; 59:4 (numeric values) | GRANTED. |
| Lee, Injung | 3/14/18 | 106:5-7 | GRANTED. |
| Lee, Injung | 3/15/18 | 144:16-18, 25; 145:1-6, 11-18, 21-23 | GRANTED. |
| Lee, Injung | 3/15/18 | 255:19-256:12 | DENIED. |
| Kim, Yooseok | 3/21/18 | 29:23-30:12 | GRANTED. |
| Kim, Yooseok | 3/22/18 | 138:1-8 | GRANTED. |
| Kang, Hojin (Alex) | 2/28/18 | 89:20-90:19 | DENIED. |
| Ahn, Seung Ho | 3/29/18 | 181:9-12 | GRANTED. |

**Sony's Appendix A Exhibits**

| Exhibit | Information Sought to Be Sealed by Sony | Basis for Objection |
|---------|----------------------------------------|---------------------|
| PTX001474 | Q2017MDL1_00779810 - Q2017MDL1_00779814 | GRANTED. |
| PTX001558 | Q2014FTC01360358 - Q2014FTC01360362 | GRANTED. |
| PTX001567 | Q2014FTC01491780 - Q2014FTC01491788 | GRANTED. |

**Sony's Non-Will Call Exhibits**

| Exhibit | Information Sought to Be Sealed by Sony | Basis for Objection |
|---------|----------------------------------------|---------------------|
| DTX00882 | Q2014FTC02577811 - Q2014FTC02577815 | GRANTED. |
| DTX00964 | Q2017MDL1_01206693 - Q2017MDL1_01206698 | GRANTED. |
| DTX03027 | Q2014FTC00384622 - Q2014FTC00384652 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX03046 | Q2014FTC00660708 - Q2014FTC00660770 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX03048 | Q2014FTC00702283 - Q2014FTC00702315 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| DTX03148 | Q2014FTC02033652 - Q2014FTC02033664 | GRANTED. |

| | | |
|---|---|---|
| DTX03201 | Q2014FTC02755825 - Q2014FTC02755829 | DENIED. |
| JTX122 | Q2017MDL1_03030090 - Q2017MDL1_03030121 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| JTX123 | Q2017MDL1_03111128 - Q2017MDL1_03111135 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| JTX131 | Q2017MDL1_03115389 - Q2017MDL1_03115523 | DENIED as overbroad. The Court instructs the party to confer and submit narrower redactions. |
| PTX001269 | Q2017MDL1_01206693 - Q2017MDL1_01206698 | GRANTED. |
| PTX001272 | Q2017MDL1_01206699 - Q2017MDL1_01206705 | GRANTED. |
| PTX001287 | QNDCAL03064520 - QNDCAL03064825 | GRANTED. |
| PTX001290 | Q2017MDL1_01855129 - Q2017MDL1_01855141 | GRANTED. |
| PTX001303 | Q2017MDL1_00269206 - Q2017MDL1_00269228 | GRANTED. |
| PTX001517 | Q2017MDL1_01445020 - Q2017MDL1_01445025 | GRANTED. |
| PTX001527 | Q2017MDL1_01199818 - Q2017MDL1_01199822 | GRANTED. |

3:17-cv-0108-GPC-mdd

| | | |
|---|---|---|
| PTX001528 | QNDCAL03527861 - QNDCAL03527865 | GRANTED. |
| PTX001543 | Q2017MDL1_02279480 - Q2017MDL1_02279483 | GRANTED. |
| PTX001545 | Q2017MDL1_0260171- Q2017MDL1_02601716 | GRANTED. |
| PTX001546 | Q2017MDL1_00289060 - Q2017MDL1_00289063 | GRANTED. |
| PTX001549 | QNDCAL04488551 - QNDCAL04488558 | GRANTED. |
| PTX003683 | Q2017MDL1_02322296 - Q2017MDL1_02322338 | GRANTED. |
| PTX003750 | Q2017MDL1_03115336 - Q2017MDL1_03115388 | GRANTED. |
| PTX011048 | Q2017MDL1_01199710 - Q2017MDL1_01199715 | GRANTED. |

**Sony's Appendix A Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Objection |
|---|---|---|---|
| Arthur Lee Hill, IV | 5/15/2018 | 32:12-33:12 | GRANTED. |
| Arthur Lee Hill, IV | 5/15/2018 | 33:24-34:4 | GRANTED. |
| Arthur Lee Hill, IV | 5/15/2018 | 37:7-37:15 | GRANTED. |
| Arthur Lee Hill, IV | 5/15/2018 | 74:18-74:20 | GRANTED. |

3:17-cv-0108-GPC-mdd

**ZTE's Appendix A Exhibits**

| Exhibit | Information Sought to Be Sealed By ZTE | Basis for Objection |
|---------|----------------------------------------|---------------------|
| PTX002569 | ZTE50296-ZTE50306 in full | GRANTED. |
| PTX002666 | ZTE50942 in full | GRANTED. |
| PTX2640 | Q2014FTC04597436-Q2014FTC04597439 (in full) | GRANTED. |

**ZTE's Appendix A Deposition Designations**

| Deponent Name | Deposition Date | Information Sought to Be Sealed | Basis for Objection |
|---------------|-----------------|--------------------------------|---------------------|
| Blaylock, Richard | 2/27/2018 | 34:2-34:9 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 228:24-229:2 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 230:20-231:9 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 283:12-283:14 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 283:20-284:2 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 285:12-285:13 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 285:15-285:20 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 316:22-317:1 | GRANTED. |
| Blaylock, Richard | 2/27/2018 | 317:6-317:16 | GRANTED. |

3:17-cv-0108-GPC-mdd