James A. Unger  (SBN 325115)
(junger@bsfllp.com)
BOIES SCHILLER FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA  94612
Telephone:  (510) 874-1000
Facsimile:  (510) 874-1460

*Attorneys for Nonparty MediaTek, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: QUALCOMM LITIGATION | Case No. 3:17-CV-0108-GPC-MDD <br><br> **DECLARATION OF JAMES A. UNGER ON BEHALF OF NONPARTY MEDIATEK, INC. IN SUPPORT OF ITS SECOND ADMINISTRATIVE MOTION TO SEAL CONFIDENTIAL INFORMATION** |
|---|---|

I, James A. Unger, declare as follows:

1. I am an associate at the law firm of Boies Schiller Flexner LLP, representing Nonparty MediaTek, Inc. ("MediaTek"). I am an active member in good standing of the California bar and am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, or am informed and believe them to be true, and if called upon as a witness could and would testify competently to the matters herein.

2. I respectfully submit this declaration in support of MediaTek's Second Administrative Motion to Seal Confidential Information. I have reviewed the deposition designation referenced herein.

3. On April 15, 2019, pursuant to the Court's April 12, 2019 order [ECF No. 1149], counsel for Apple Incorporated ("Apple") provided notice that Apple and the Contract Manufacturers ("CMs") intend to use exhibits in the examination of witnesses on April 17, 2019, that may contain MediaTek confidential information. Apple also provided notice of deposition designations, from the deposition testimony of Finbarr Moynihan in this case, that they and the CMs expect to play at trial on April 17, 2019.

4. MediaTek moves to seal the testimony at the following designated lines ("Designated Testimony"):

| Deponent Name | Deposition Date | Information to Be Sealed | Type of Information | Explanation |
|---|---|---|---|---|
| Moynihan, John Finbarr | 3/13/2018 | 409:22-410:4 | Confidential Customer | Confidential non-public information |

5. In the Designated Testimony, Mr. Moynihan is asked to describe, and describes, the contents of trial exhibit PTX003296. The Court granted MediaTek's

request to redact that exhibit to remove the name of a confidential prospective customer.  *See* [Dkt. No. 1172 at 30.]  That same confidential prospective customer is named and discussed in the Designated Testimony.

6. Attached hereto with proposed redactions[1] as **Exhibit 1** is the relevant excerpt of the transcript of the deposition testimony of Finbarr Moynihan in this case, given on March 13, 2018.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed this sixteenth day of April, 2019 in Oakland, California.

By: */s/ James A. Unger*
James A. Unger

---

[1] While not designated for trial, MediaTek also requests lines 410:5-410:10 not be displayed publically or published.