**Appendix A**

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| DTX03034 | 7-8, 12, 15-16, 24, 27, 34, 38, 40-42, 46 | Pricing, Strategic Considerations | Arner Decl. ¶¶ 14, 16 |
| DTX02972 | 62, 88, 90, 94, 100, 103 | Pricing, Financial Forecast Information | Arner Decl. ¶¶ 14, 19 |
| PTX002481 | 4-20, 22-40, 42-73 | Financial Forecast Information | Arner Decl. ¶ 19 |
| PTX002509 | 1-2, 6-17, 19-28, 30-37 | Strategic Plans, Research and Development Data and QTL's Plans with Respect to 5G Development | St. George Decl. ¶ 15 |
| PTX002628 | 50, 57, 59, 69 | Strategic Considerations, Research and Development Data and Technical Specifications | Arner Decl. ¶ 17 |
| PTX002704 | 4-8, 10-16, 18-22, 24-29, 31-36, 38-62, 64-78, 80-82, 84-96, 98-111, 113-114, 116-127, 129-135, 137-138, 140-153, 155-164, 167-170, 176, 180-184, 186-193, 195, 197-199 | Financial Forecast Information | Arner Decl. ¶ 19 |
| PTX002706 | 6-8, 17, 21, 23, 25-31, 33, 36, 53, 75-79, 81-84, 86-87, 90-94, 104-106, 116, 119-135, 137-138, 140-142, 144-145, 147-150, 158, 165 | Financial Forecast Information | Arner Decl. ¶ 19 |
| PTX003024 | 4-5, 7, 9, 12-14, 17, 19-20, 63-65, 67-72, 74-76, 83, 87-89, 91-92, 96, 114, 116-121, 124, 127-132, 134-137, 139, 141-142, 144-147, 149-151, 153-154, 156-157, 161, 164-167, 169-171, 173-174, 176-183, 188-189, 194, 200, 204-206, 208-209 | Financial Forecast Information | Arner Decl. ¶ 19 |
| PTX011091 | 102, 108-114, 117-127, 132-134 | Pricing | Arner Decl. ¶ 19 |

| Exhibit | Information Sought to be Sealed | Type of Information | Explanation |
|---|---|---|---|
| PTX001094 | 2, 5, 7-10 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX002394 | 10-15, 17-18, 20-21, 25, 33, 37 | Pricing, Financial Forecast Information | Arner Decl. ¶¶ 14, 19 |
| PTX002643 | 3, 4 | Pricing, Negotiations | Arner Decl. ¶¶ 14, 15 |
| PTX002902 | 4, 6, 9-13, 18-23, 25-26, 29-30, 34-36, 38, 40, 44-45, 48-50, 55, 60-65 | Pricing, Financial Forecast Information | Arner Decl. ¶¶ 14, 19 |
| PTX003333 | 1-3, 5-6 | Financial Forecast Information | Arner Decl. ¶ 19 |
| PTX003433 | 6, 7, 9, 10, 11, 33, 66-69, 86, 90, 95, 104, 115-116, 118-120, 123-124, 126, 129-131, 135-137, 139, 148, 152-154, 156, 158, 161-163, 165-166, 169-171, 173-174, 176, 178, 183, 185, 191-196, 198-206, 209, 213, 215-216, 221, 258, 260-268, 271, 273, 276-277, 279, 287, 288-290, 292-293, 295-297, 299-302, 304-305, 307, 312-313, 315, 317-321, 323, 325-326, 328, 331, 333-336, 338-344, 347 | Pricing, Financial Forecast Information | Arner Decl. ¶¶ 14, 19 |
| PTX011109 | 19, 25-26, 29-30, 33, 37-38 | Pricing | Arner Decl. ¶ 14 |
| PTX011063 | 8, 11-14, 16-17, 63, 65, 69-72, 78, 80, 83, 85, 87, 93-95, 97-99, 102-107, 114-117, 120-122, 124-125, 129-134 | Strategic Considerations, Financial Forecast Information | Arner Decl. ¶¶ 16, 19 |