# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>**JOINT NOTICE OF INTENT TO REQUEST REDACTION OF NON-PUBLIC PORTION OF TRANSCRIPT OF JURY TRIAL (VOL. 2)**<br><br>Judge:   Hon. Gonzalo P. Curiel |

1  Qualcomm Incorporated ("Qualcomm"), Apple Inc. ("Apple") and Compal
2  Electronics, Inc., FIH Mobile Ltd., Hon Hai Precision Industry Co., Ltd., Pegatron
3  Corporation and Wistron Corporation (collectively, "the CMs" and, with Qualcomm and
4  Apple, "the Parties"), by and through their respective counsel, hereby jointly give notice
5  of the Parties' intent to request redaction of the Transcript of Jury Trial, Volume 2. *See*
6  ECF 1184.  The proceeding occurred on April 16, 2019, and was reported by Chari L.
7  Bowery, the official reporter.  A statement of redaction will be submitted to the court
8  reporter within 21 days from the filing of the transcript with the Clerk of Court.  The
9  Parties will simultaneously move the Court for an order approving redaction of the
10 Transcript of Jury Trial, Volume 2, page 227 line 7 through page 230 line 19, page 349
11 line 22 through page 350 line 14, and page 350 line 24 through page 352 line 18.

12 Dated:  April 23, 2019                    Respectfully submitted,
13                                           By   */s/ Kelly V. O'Donnell*
14                                                 Kelly V. O'Donnell

| | |
|---|---|
| 1 | **CRAVATH, SWAINE & MOORE LLP** |
| | Evan R. Chesler (*pro hac vice*) |
| 2 | (N.Y. Bar No. 1475722) |
| | echesler@cravath.com |
| 3 | Keith R. Hummel (*pro hac vice*) |
| | (N.Y. Bar No. 2430668) |
| 4 | khummel@cravath.com |
| | Richard J. Stark (*pro hac vice*) |
| 5 | (N.Y. Bar No. 2472603) |
| | rstark@cravath.com |
| 6 | Antony L. Ryan (*pro hac vice*) |
| | (N.Y. Bar No. 2784817) |
| 7 | aryan@cravath.com |
| | Gary A. Bornstein (*pro hac vice*) |
| 8 | (N.Y. Bar No. 2916815) |
| | gbornstein@cravath.com |
| 9 | J. Wesley Earnhardt (*pro hac vice*) |
| | (N.Y. Bar No. 4331609) |
| 10 | wearnhardt@cravath.com |
| | Yonatan Even (*pro hac vice*) |
| 11 | (N.Y. Bar No. 4339651) |
| | yeven@cravath.com |
| 12 | Vanessa A. Lavely (*pro hac vice*) |
| | (N.Y. Bar No. 4867412) |
| 13 | vlavely@cravath.com |
| | Worldwide Plaza |
| 14 | 825 Eighth Avenue |
| | New York, New York 10019 |
| 15 | Telephone: (212) 474-1000 |
| | Facsimile: (212) 474-3700 |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
Stephen Swedlow (*pro hac vice*)
(Ill. Bar No. 6234550)
stephenswedlow@quinnemanuel.com
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Alexander Rudis (*pro hac vice*)
(N.Y. Bar No. 4232591)
alexanderrudis@quinnemanuel.com
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**JONES DAY**
Karen P. Hewitt (SBN 145309)
Randall E. Kay (SBN 149369)
rekay@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
**QUALCOMM INCORPORATED**

| | |
|---|---|
| 1 | By: /s/ Michael A. Amon |
| 2 | Juanita R. Brooks, SBN 75934, brooks@fr.com |
| 3 | Seth M. Sproul, SBN 217711, sproul@fr.com |
| 4 | FISH & RICHARDSON P.C. 12390 El Camino Real |
| 5 | San Diego, CA 92130 Phone: 858-678-5070 / Fax: 858-678-5099 |
| 6 | |
| 7 | Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com |
| 8 | Lauren A. Degnan, DC Bar No. 45421, *pro hac vice*, degnan@fr.com |
| 9 | FISH & RICHARDSON P.C. 1000 Maine Avenue, S.W., Suite 1000 |
| 10 | Washington, DC 20024 Phone: 202-783-5070 / Fax: 202-783-2331 |
| 11 | William A. Isaacson, DC Bar No. 414788, |
| 12 | *pro hac vice*, wisaacson@bsfllp.com Karen L. Dunn, DC Bar No. 1002520, |
| 13 | *pro hac vice*, kdunn@bsfllp.com BOIES SCHILLER FLEXNER LLP |
| 14 | 1401 New York Avenue, N.W. Washington, DC 20005 |
| 15 | Phone: 202-237-2727 / Fax: 202-237-6131 |
| 16 | *Attorneys for Plaintiff and Counterclaim Defendant Apple Inc.* |
| 17 | By:  /s/ Jennifer J. Rho |
| 18 | Theodore R. Boutrous, Jr., SBN 132099, tboutrous@gibsondunn.com |
| 19 | Richard J. Doren, SBN 124666 rdoren@gibsondunn.com |
| 20 | Daniel G. Swanson, SBN 116556, dswanson@gibsondunn.com |
| 21 | Michele L. Maryott, SBN 191993 mmaryott@gibsondunn.com |
| 22 | Jason C. Lo, SBN 219030, jlo@gibsondunn.com |
| 23 | Jennifer J. Rho, SBN 254312, jrho@gibsondunn.com |
| 24 | Melissa Phan, SBN 266880, mphan@gibsondunn.com |
| 25 | GIBSON, DUNN & CRUTCHER LLP 333 South Grand Avenue |
| 26 | Los Angeles, CA 90071 Tel: (213) 229-7000; Fax: (213) 229-7520 |
| 27 | |
| 28 | Case No. 17-cv-0108-GPC-MDD |

|    |    |
|----|----|
| 1  | Cynthia Richman, DC Bar No. 492089, *pro hac vice* |
| 2  | crichman@gibsondunn.com |
|    | GIBSON, DUNN & CRUTCHER LLP |
| 3  | 1050 Connecticut Avenue, N.W. |
|    | Washington, DC 20036 |
| 4  | Tel: (202) 955-8500; Fax: (202) 467-0539 |
| 5  | *Attorneys for Defendants,* |
|    | *Counterclaimants, and Third-Party* |
| 6  | *Plaintiffs Compal Electronics, Inc., FIH* |
|    | *Mobile Ltd., Hon Hai Precision Industry* |
| 7  | *Co., Ltd., Pegatron Corporation, and* |
|    | *Wistron Corporation* |
| 8  |    |
| 9  | Hugh F. Bassanger, *pro hac vice* |
|    | hugh.bangasser@klgates.com |
| 10 | Christopher M. Wyant, *pro hac vice* |
|    | chris.wyant@klgates.com |
| 11 | J. Timothy Hobbs, *pro hac vice* |
|    | tim.hobbs@klgates.com |
| 12 | K&L GATES LLP |
|    | 925 Fourth Avenue, Suite 2900 |
| 13 | Seattle, Washington 98104 |
|    | Tel: (206) 623-7580; Fax: (206) 370-6371 |
| 14 | Caitlin C. Blanche, SBN 254109, |
|    | caitlin.blanche@klgates.com |
| 15 | K&L GATES LLP |
|    | 1 Park Plaza Twelfth Floor |
| 16 | Irvine, CA 92614 |
|    | Tel: (949) 253-0900; Fax (949) 253-0902 |
| 17 |    |
| 18 | *Attorneys for Defendant, Counterclaimant,* |
|    | *and Third-Party Plaintiff Wistron* |
| 19 | *Corporation* |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 | Case No. 17-cv-0108-GPC-MDD |

JOINT NOTICE OF INTENT TO REQUEST  REDACTION OF
NON-PUBLIC PORTION OF TRANSCRIPT OF JURY TRIAL (VOL. 2)
- 6 -

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

By: */s/ Kelly V. O'Donnell*

Kelly V. O'Donnell
kodonnell@jonesday.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 23, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4(d).  Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I certify under penalty of perjury that the foregoing is true and correct.  Executed on April 23, 2019, at San Diego, California.

By: */s/ Kelly V. O'Donnell*

Kelly V. O'Donnell
kodonnell@jonesday.com