Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (619) 678-5070 / Fax: (619) 678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice*, degnan@fr.com
FISH & RICHARDSON P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070 / Facsimile: (202) 783-2331

William A. Isaacson, DC Bar No. 414788, *pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520, *pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: (202) 237-2727 / Facsimile: (202) 237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

*(Counsel for the CMs and additional counsel listed below signature line)*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD <br><br> [Consolidated with 3:17-CV-01010-GPC-MDD] <br><br> JOINT STIPULATION AND [PROPOSED] ORDER TO DISMISS <br><br> Judge:   Hon. Gonzalo P. Curiel <br> Dept:    2D |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Apple Inc., Qualcomm Inc., Compal Electronics, Inc., FIH Mobile LTD., Hon Hai Precision Industry Co., Ltd., Pegatron Corp., and Wistron Corp. (together, the "Parties"), by and through their respective counsel, hereby stipulate to dismissal with prejudice of all claims, counterclaims, and defenses in this action in consideration of confidential settlement agreements among the Parties, with each party to bear its own attorneys' fees and costs.

Dated: April 24, 2019            Respectfully submitted,

By: */s/ Benjamin C. Elacqua*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 619-678-5070 / Fax: 619-678-5099

Ruffin B. Cordell, DC Bar No. 445801
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421
*pro hac vice*, degnan@fr.com
Fish & Richardson P.C.
The McPherson Building
901 15th Street, N.W., 7th Floor
Washington, D.C. 20005
Phone: 202-783-5070 / Fax: 202-783-2331

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice*, elacqua@fr.com
Fish & Richardson P.C.
One Houston Center, 28th floor
1221 McKinney
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

William A. Isaacson, DC Bar No. 414788
*pro hac vice*, wisaacson@bsfllp.com
Karen L. Dunn, DC Bar No. 1002520
*pro hac vice*, kdunn@bsfllp.com
BOIES SCHILLER FLEXNER LLP

Joint Stipulation and [Proposed] Order to Dismiss     1     Case No. 3:17-CV-00108-GPC-MDD

1401 New York Avenue, N.W.
Washington, DC 20005
Telephone: 202-237-2727
Facsimile:  202-237-6131

*Attorneys for Plaintiff and Counterclaim-Defendant Apple Inc.*

By:   */s/ Jason C. Lo*
GIBSON DUNN & CRUTCHER, LLP
Theodore J. Boutrous, Jr. (SBN 132099)
tboutrous@gibsondunn.com
Rich Doren (SBN 124666)
rdoren@gibsondunn.com
Daniel G. Swanson (SBN 116556)
dswanson@gibsondunn.com
Jason C. Lo (SBN 219030)
jlo@gibsondunn.com
Jennifer J. Rho (SBN 254312)
jrho@gibsondunn.com
Melissa Phan (SBN 266880)
mphan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

Cynthia E. Richman (Pro Hac Vice)
(DC Bar No. 492089)
crichman@gibsondunn.com
1010 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: (202) 955-8500
Facsimile:  (202) 467-0539

*Attorneys for Defendants, Counterclaimants, and Third-Party Plaintiffs, COMPAL ELECTRONICS, INC., FIH MOBILE LTD., HON HAI PRECISION INDUSTRY CO., LTD., PEGATRON CORPORATION, WISTRON CORPORATION*

Joint Stipulation and [Proposed] Order to Dismiss    2    Case No. 3:17-CV-00108-GPC-MDD

HUGH F. BANGASSER (Pro Hac Vice)
hugh.bangasser@klgates.com
CHRISTOPHER M. WYANT (Pro Hac Vice)
chris.wyant@klgates.com
J. TIMOTHY HOBBS (Pro Hac Vice)
tim.hobbs@klgates.com
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Telephone: +1 206 623 7580
Facsimile: +1 206 370 6371

*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Wistron Corporation*

By:  /s/ Evan R. Chesler

Evan R. Chesler (N.Y. Bar No. 1475722) (*pro hac vice*)
echesler@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, New York 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700

David A. Nelson (Ill. Bar No. 6209623) (*pro hac vice*)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison St., Suite 2450
Chicago, Illinois 60661
Telephone:  (312) 705-7400
Facsimile:  (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone:  (858) 314-1200
Facsimile:  (858) 345-3178

*Attorneys for Defendant and Counterclaim-Plaintiff*
QUALCOMM INCORPORATED

Joint Stipulation and [Proposed] Order to Dismiss    3    Case No. 3:17-CV-00108-GPC-MDD

## FILER'S ATTESTATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court of the Southern District of California, I certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: April 24, 2019                                    */s/ Evan R. Chesler*

Joint Stipulation and [Proposed] Order to Dismiss          1          Case No. 3:17-CV-00108-GPC-MDD

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 24, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on April 24, 2019, at New York, New York.

*/s/ Evan R. Chesler*

Joint Stipulation and [Proposed] Order to Dismiss   2   Case No. 3:17-CV-00108-GPC-MDD

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| IN RE: <br> QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD <br><br> [Consolidated with 3:17-CV-01010-GPC-MDD] <br><br> [PROPOSED] ORDER TO DISMISS <br><br> Judge:  Hon. Gonzalo P. Curiel <br> Dept:   2D |
|---|---|

1  On April 24, 2019, the parties filed a joint stipulation to dismiss this action
2  with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).  Good cause
3  appearing, the Court GRANTS the joint motion and **DISMISSES WITH**
4  **PREJUDICE** this action in its entirety.  Each party must bear its own attorneys'
5  fees and costs.  The Clerk of the Court is instructed to close the case.

7  **IT IS SO ORDERED.**

9  Dated: _____

Hon. Gonzalo P. Curiel
United States District Judge