UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>QUALCOMM LITIGATION, | Case No. 3:17-CV-00108-GPC-MDD<br><br>[Consolidated with 3:17-CV-01010-GPC-MDD]<br><br>**ORDER TO DISMISS**<br><br>Judge:   Hon. Gonzalo P. Curiel<br>Dept:    2D |

On April 24, 2019, the parties filed a joint stipulation to dismiss this action with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Good cause appearing, the Court GRANTS the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. Each party must bear its own attorneys' fees and costs. The Clerk of the Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: April 25, 2019

*[signature]*
Hon. Gonzalo P. Curiel
United States District Judge