**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE:<br>QUALCOMM LITIGATION | Case No. 3:17-CV-00108-GPC-MDD<br><br>**ORDER APPROVING REDACTION OF NON-PUBLIC PORTION OF TRANSCRIPT OF JURY TRIAL (VOL. 2)**<br><br>Judge:   Hon. Gonzalo P. Curiel |

Presently before the Court is the parties' Joint Motion for Order Approving Redaction of Non-Public Portion of Transcript of Jury Trial (Vol. 2). (ECF No. 1186.) Having considered the parties' Joint Motion, the Court finds compelling reasons to seal the requested portions of the transcript. Accordingly, the Court **GRANTS** the parties' Joint Motion and **ORDERS** the Clerk of Court to redact (i) page 227 line 7 through page 230 line 19, (ii) page 349 line 22 through page 350 line 14, and (iii) page 350 line 24 through page 352 line 18 of the publicly available version of the Transcript of Jury Trial, Volume 2. The Court further **ORDERS** that an unredacted version of the Transcript of Jury Trial, Volume 2, should be filed under seal.

//

1
2     Counsel for the parties shall provide a copy of this Order to the court reporter.
3     **IT IS SO ORDERED.**
4
5 Dated: April 25, 2019

                                        Hon. Gonzalo P. Curiel
                                        United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28